# Exhibit A

## MASTER LIST OF DEFENDANTS BY STATE

### ALABAMA

Dermatology Specialists of Alabama (Jon R. Ward, MD)
Jon R. Ward, MD
Jeffrey Stricker, DO, MBA, CPE, FCAP
Rachel E. Brooks, PA-C
Amanda Day, PA-C, MPAS
612 North Main St., Suite B
Enterprise AL 36330
(334) 384-2675
https://mydermspecialists.com/location/enterprise/

Three locations in Alabama: Enterprise, Dothan and Huntsville

Southern Dermatology Center, PC (**OWNER ANGELO MANCUSO, DO**)
Angelo Mancuso, DO
2828 Highway 31 S., Suite 105
Decatur, AL 35603
(256) 203-4654
**NO WEBSITE**

Total Skin & Beauty Dermatology Center (Gary D. Monheit, M.D.)
Gary D. Monheit, MD
James M. Krell, MD
Melanie L. Appell, MD
A. Michele Hill, MD
Rajini K. Murthy, MD
Main Office
2100 16th Ave. S.
Birmingham, AL 35205
(205) 933-0987
www.totalskinandbeauty.com

### CONNECTICUT

Middlesex Dermatology (Eric J. Thomas, M.D.)
Eric J. Thomas, M.D.
11 South Main Street
Middletown, CT 06457
(860) 347-4555
www.middlesexdermatology.com

**FLORIDA**

**A) Miami Area**

Hollywood Dermatology and Cosmetic Specialist (Eduardo Weiss, M.D.)
Eduardo Weiss, M.D., F.A.A.D.
Ronald D. Smith, M.D., F.A.A.D.
Julian O. Moore, D.O., F.A.O.C.D., F.A.A.D.
Sholomo J. Lanes, M.D.
3850 Hollywood Blvd. Suite 200 **(Their website states the suite is 301)**
Hollywood, FL 33021
(954) 961-1200
www.Hollywooddermatology.com

Hollywood Dermatology
3850 Hollywood Blvd. Suite 403
Hollywood, FL 33021
**(IS THIS THE SAME ONE AS ABOVE WITH JUST A DIFFERENT SUITE???)**

Rendon Center for Dermatology and Aesthetic Medicine (Marta Rendon, M.D.)
Marta I. Rendon, M.D.
Chere Lucas Anthony, M.D.
Todd R. Coven, M.D.
Ann Mazor Reed, D.O.
Sholomo J. Lanes, M.D.
Bertha Baum, M.D.
1001 NW 13th St., Suite 100
Boca Raton, FL 33486
(561) 750-0544
www.drrendon.com

**B) Jacksonville Area**

Park Avenue Dermatology (George Schmieder, D.O.)
George Schmieder, DO
Mary Schmieder, DO
Sarah Ferrer-Bruker, DO
906 Park Ave.,
Orange Park, FL 32073
(904) 541-0315
www.parkavedermatology.com

**C) Panama City Beach, Florida**

Dermatology Specialists of Florida (Jon R. Ward, MD)
Jon R. Ward, M.D.
Michael A. Stickler, M.D.
12907 Panama City Beach Parkway
Panama City Beach, FL 32407
(877) 231-3376
www.mydermspecialists.com

**D) Fort Lauderdale Area**

Aesthetix Dermatology (Igor Chaplik, DO)
Igor Chaplik, DO
4331 N. Federal Hwy., Floor 4
Fort Lauderdale, FL 33308
(954) 772-0416
www.aesthetixskin.com

**GEORGIA**

Agha Advanced Dermatology (Amr Agha, MD)
Amr Agha, MD
4904 Timber Ridge Drive
Douglasville, GA 30135
(770) 739-7546
www.skinangel.com

Atlanta Dermatology (I don't know who the "owner" is of Atlanta Derm)
Jerry L. Cooper, MD
Raven Elosiebo-Walker, M.D.
Dr. Johnathan Chappell
1462 Montreal Rd. W., Suite 411
Atlanta, GA 30084
(404) 296-8000
www.atlantadermatologyexperts.com

Dermatology Associates of Georgia (Jon R. Ward, M.D.)
Lewis R. Collins, Jr., M.D.
1013 E. 1st Street
Vidalia, GA 30474
(912) 472-6104
www.dermatologyassociatesga.com

Gaughf Dermatology (Claudia Gaughf, MD)
Claudia N. Gaughf, MD
1000 Town Center Blvd.
Pooler, GA 31322
(912) 354-7124
www.gaughfdermatology.com

**ILLINOIS**

Advanced Skin and Mohs Surgery Center (Clarence William Brown, Jr., M.D.)
Clarence W. Brown, Jr., MD, JD, FAAD, FACMS
Yazan Alghalith, MD
Stephanie Bayers, MD, FAAD
Raymond Kleinfelder, DO
Jonathan Nathan, MD, MBA
Evan Stokar, MD
Srya Talasila, MD, FAAD
2845 N. Sheridan Road, Suite 912
Chicago, IL 60657
(773) 281-0046
www.asmsc.doctor

Dermassociates, LTD (Gary Vicik, M.D.)
Gary J. Vicik, MD FAAD
3608 W. Main Street
Belleville, IL 62226
(618) 397-6605
www.dermassociatesltd.com

Skin Cure Oncology **(Dave Sheffert is Chief Legal Officer; Kerwin Brandt is CEO)**
Steven L. Scott, COO, Radiation Safety Officer
Dr. Daniel J. Ladd, Jr., Chief Medical Officer
**[THE WEBSITE INDICATES THEY ARE LOCATED AT 200 S. FRONTAGE RD., SUITE 200, BURR RIDGE, IL 60527]**
745 McClintock, Suite 330
Burridge, IL 60527
(630) 601-4060
www.skincureoncology.com

Southern Illinois Dermatology
(Ted G. Van Acker, D.O., Administrator)
220 N. Park Ave., Ste. 2
Herrin, IL 62948-3150

(618) 942-3344
www.siderm.com

Musick Dermatology & Advanced Clinical Spa
Dr. Steven Musick
4948 Benchmark Centre Dr.
Swansea, IL 62226
(618) 628-2588
www.musickdermatology.com

**INDIANA**

Booth Dermatology and Cosmetic Care Center (Sally A. Booth, M.D.)
Sally Booth, MD
12050 N. Michigan Road
Zionsville, IN 46077
(317) 848-2427
www.boothdermatology.com

Dermatology Center of Northwest Indiana (Forefront Dermatology – see below)
Ashvin R. Garlapati, DO
Dr. Mitchell Bressack
70 W. 94th Place
Crown Point, IN 46307
(219) 662-8822
www.forefrontdermatology.com
ForeFront Corporate Office
801 York Street
Manitowoc, WI 54220
(855) 337-6947
www.forefrontdermatology.com

Randall Dermatology and MedSpa (John K. Randall, R.Ph., M.D.).
John K. Randall, R.Ph., M.D.
124 Sagamore Parkway W.
West Lafayette, IN 47906
(765) 463-6722
www.randallderm.com

**KANSAS**

KMC Dermatology (It appears one of the owners is Michael Kucenic, MD)
Joseph Gadzia, MD

Michael Kucenic, MC
Meena Singh, MD
Kyle Anderson, MD
James Allen, MD
Majdy Albahhar, MD
Lisa Waxman, MD
Lee Bittenbender, MD
David Martell, DO

2921 SW Wanamaker Drive
Topeka, KS 66614
(785) 272-6860
www.kmcpa.com

**LOUISIANA**

Dimitri Dermatology (Elizabeth Dimitri, D.O.)

Elizabeth Dimitri, DO
Medhi Mosadegh, MD
Jorge Crus, MD
Thomas Orgeron, MD
Joel Perdomo, MD

2104 Gause Blvd. W., Suite A
Slidell, LA 70460
(985) 643-4575

Dimitri Dermatology and Cosmetic Center (Elizabeth Dimitri, D.O.)

Elizabeth Dimitri, DO
Medhi Mosadegh, MD
Jorge Crus, MD
Thomas Orgeron, MD
Joel Perdomo, MD

3715 Williams Boulevard, Suite 100
Kenner, LA 70065
(504) 465-4550
www.dimitriderm.com

**MICHIGAN**

Holland Dermatology (Barbara Drozdowski, MD, FAAD)

Barbara Drozdowski, MD

441 120th Avenue
Holland, MI 49424
(616) 738-3997
www.holland-derm.com

Oakland Hills Dermatology, P.C. (Christofer Buatti DO, FAOCD, FAAD, FASMS, CAQ MOHS)
Dr. Christofer Buatti, DO, FAOCD, FAAD, FASMS, CAQ MOHS
2251 N. Squirrel Road, No. 200
Auburn Hills, MI 48326
(248) 220-6798
www.oaklandhillsdermatology.com

**MINNESOTA**

Tareen Dermatology (Mohiba Tareen, M.D.)
Dr. Mohiba Tareen
Dr. Lorraine Griffin
Dr. Ryan Holzwarth
The Faribault Office
1575 20th St. N.W., Suite 201
Faribault, MN 55021
(507) 509-2886
www.tareendermatology.com

Tareen Dermatology (Mohiba Tareen, M.D.)
Dr. Mohiba Tareen
Dr. Lorraine Griffin
Dr. Ryan Holzwarth
1835 W. County Rd. C, Suite 250
Roseville, MN 55113
(651) 633-6883
www.tareendermatology.com

**MISSISSIPPI**

Dermatology Specialists of Mississippi (Jon R. Ward, M.D. - President)
Jon R. Ward, MD
Dawn M. Hansen, MD, FACP
2550 Pass Road
Biloxi, MS 39531
(228) 207-5140
www.mydermspecialists.com

**MISSOURI**

Branson Dermatology (Christy Rainey, MD)

Christy Rainey, MD
1100 Business Park Dr. C
Branson, MO 65616
(417) 336-0033

**NEW YORK**

Laserderm Dermatology and Cosmetic Laser Surgery (Donna A Serure, D.O.)
Dr. Donna A. Serure
Dr. Audra M. Malerba
Dr. Elena Maydan
327 Middle Country Road
Smithtown, NY 11787
(631) 979-0909
www.laserderm.com

**NORTH CAROLINA**

Dermatology Associates of Coastal Carolina (James M. Polo, M.D.)
Dr. James Polo
Dr. Sean J. Murphy
Dr. Scott McClellan
Cynthia A. Polo, M.D.
2115 Neuse Blvd.
New Bern, NC 28560
(252) 633-4461
www.newbernderm.com

Dermatology Associates of Coastal Carolina (James M. Polo, M.D.)
Dr. James Polo
Dr. Sean J. Murphy
Dr. Scott McClellan
Cynthia A. Polo, M.D.
701 Doctors Dr., Suite F
Kinston, NC 28501
(252) 686-0991
www.newbernderm.com

Piedmont Plastic Surgery and Dermatology (Daniel T. Ness, MD, FACS)
Plastic Surgeons:
Daniel T. Ness, MD, FACS
Gregory A. Mantooth, MD, FACS

Gregory M. Swank, MD, FACS
Miguel A. Yàñez, MD, FACS
Benson Timmons, IV, MD, FACS
Eric T. Emerson, MD, FACS
Parag Butala, MD, FACS
Steven A. Siciliano, MD
Rosiane A. Roeder, MD, FACS, MPH
Benjamin R. Eskenazi, MD
Darrell W. Freeman, MD

Dermatologists:

Dori L. Hunt, MD
Charles S. Johnson, MD
Patrick McElgunn, MD
Tonya S. McLeod, MD, MPH
William L. Fangman, MD
Laura B. Rosenzweig, MD
Jaime J. Fanourny, MD
Laura Kline, MD
Joshua G. Porter, MD
Christopher A. Snyder, MD
Jerry L. Pruitt, MD, FAAD
Donald D. Fraser, MD
Bethany M. Bergamo, MD
George D. Magel, MD
Kristen B. Higgins, MD
Nancy J. Astle, MD
Euphemia W. Mu, MD
Roberta J. Hawk, MD
Larry A. Napolitano, MD

5815 Blakeney Park Dr. Suite 100
Charlotte, NC 28277
(704) 542-2220
www.ppsd.com

Piedmont Plastic Surgery and Dermatology (Daniel T. Ness, MD, FACS)

Plastic Surgeons:

Daniel T. Ness, MD, FACS
Gregory A. Mantooth, MD, FACS
Gregory M. Swank, MD, FACS
Miguel A. Yàñez, MD, FACS
Benson Timmons, IV, MD, FACS
Eric T. Emerson, MD, FACS
Parag Butala, MD, FACS
Steven A. Siciliano, MD
Rosiane A. Roeder, MD, FACS, MPH
Benjamin R. Eskenazi, MD
Darrell W. Freeman, MD

Dermatologists:

- Dori L. Hunt, MD
- Charles S. Johnson, MD
- Patrick McElgunn, MD
- Tonya S. McLeod, MD, MPH
- William L. Fangman, MD
- Laura B. Rosenzweig, MD
- Jaime J. Fanourny, MD
- Laura Kline, MD
- Joshua G. Porter, MD
- Christopher A. Snyder, MD
- Jerry L. Pruitt, MD, FAAD
- Donald D. Fraser, MD
- Bethany M. Bergamo, MD
- George D. Magel, MD
- Kristen B. Higgins, MD
- Nancy J. Astle, MD
- Euphemia W. Mu, MD
- Roberta J. Hawk, MD
- Larry A. Napolitano, MD

959 Cox Road
Gastonia, NC 28054
(704) 866-7576
www.ppsd.com

Piedmont Plastic Surgery and Dermatology (Daniel T. Ness, MD, FACS)

Plastic Surgeons:

- Daniel T. Ness, MD, FACS
- Gregory A. Mantooth, MD, FACS
- Gregory M. Swank, MD, FACS
- Miguel A. Yàñez, MD, FACS
- Benson Timmons, IV, MD, FACS
- Eric T. Emerson, MD, FACS
- Parag Butala, MD, FACS
- Steven A. Siciliano, MD
- Rosiane A. Roeder, MD, FACS, MPH
- Benjamin R. Eskenazi, MD
- Darrell W. Freeman, MD

Dermatologists:

- Dori L. Hunt, MD
- Charles S. Johnson, MD
- Patrick McElgunn, MD
- Tonya S. McLeod, MD, MPH
- William L. Fangman, MD
- Laura B. Rosenzweig, MD
- Jaime J. Fanourny, MD
- Laura Kline, MD

Joshua G. Porter, MD
Christopher A. Snyder, MD
Jerry L. Pruitt, MD, FAAD
Donald D. Fraser, MD
Bethany M. Bergamo, MD
George D. Magel, MD
Kristen B. Higgins, MD
Nancy J. Astle, MD
Euphemia W. Mu, MD
Roberta J. Hawk, MD
Larry A. Napolitano, MD

105 Delta Park Dr.
Shelby, NC 28150
(704) 484-0464
www.ppsd.com

Piedmont Plastic Surgery and Dermatology (Daniel T. Ness, MD, FACS)

Plastic Surgeons:

Daniel T. Ness, MD, FACS
Gregory A. Mantooth, MD, FACS
Gregory M. Swank, MD, FACS
Miguel A. Yàñez, MD, FACS
Benson Timmons, IV, MD, FACS
Eric T. Emerson, MD, FACS
Parag Butala, MD, FACS
Steven A. Siciliano, MD
Rosiane A. Roeder, MD, FACS, MPH
Benjamin R. Eskenazi, MD
Darrell W. Freeman, MD

Dermatologists:

Dori L. Hunt, MD
Charles S. Johnson, MD
Patrick McElgunn, MD
Tonya S. McLeod, MD, MPH
William L. Fangman, MD
Laura B. Rosenzweig, MD
Jaime J. Fanourny, MD
Laura Kline, MD
Joshua G. Porter, MD
Christopher A. Snyder, MD
Jerry L. Pruitt, MD, FAAD
Donald D. Fraser, MD
Bethany M. Bergamo, MD
George D. Magel, MD
Kristen B. Higgins, MD
Nancy J. Astle, MD
Euphemia W. Mu, MD

Roberta J. Hawk, MD
Larry A. Napolitano, MD
Hickory Tate Boulevard, Building 100
315 19th St. SE. Building 100
Hickory, NC 28602
(828) 328-3500
www.ppsd.com

Polley Clinic of Dermatology and Dermatologic Surgery, P.A. (Dennis Polley, DO)
Dennis Polley, DO
106 Barcelona Drive
Fayetteville, NC 28303
(252) 243-0566
www.polleyderm.com

**OHIO**

Summit Dermatology (Thomas Myers, DO)
Thomas Myers, DO
Medical Building
4465 Darrow Road
Stow, OH 44224
(330) 926-3495
www.summitdermohio.org

**PENNSYLVANIA**

Lehigh Valley Dermatology Associates, Ltd. (David B. Vasily, M.D., FAAD)
David B. Vasily, MD, FAAD
940 N. New Street
Bethlehem, PA 18018
(610) 866-2010
www.lehighvalleyderm.com

Reading Dermatology (Jason Hendrix, DO)
Jason Hendrix, DO
Dean Burget, MD
Stephen Schleicher, MD
3817 Penn Avenue
West Lawn, PA 19609 (Philadelphia area)
(610) 750-7891
www.readingderm.com

**SOUTH CAROLINA**

Dermatology & Skin Cancer Center of South Carolina
Dr. Joseph M. Masessa
South Strand Medical Center
5046 Highway 17 Bypass South, Suite 103
Myrtle Beach, SC 29588
(843) 668-4104
www.southcardolinadermatologist.com

The Dermatology Group (Dina V. Hunter, M.D.)
Dina V. Hunter, MD
Lee T. Jordan, MD
Scott A. Maisch, MD
1709 Barnwell Street
Columbia, SC 29201
(803) 254-3376
www.thedermgroupsc.com

Skin Cancer Center (Richard J. DeAngelis, M.D.)
Richard J. DeAngelis, MD
1409 N. Fant Street
Anderson SC 29621
(864) 231-8599
www.skincancercentre.com

**TENNESSEE**

Dyersburg Skin and Allergy Clinic (Kenton Busch, DO)
Kenton Busch, DO
1950 Cook Street, Suite B
Dyersburg, TN 38024
(731) 286-4300
www.dyersburgskinandallergyclinic.com

Pinnacle Dermatology (Jay Smith, M.D.)
Michael Bell, MD
Jerry "Jay" Smith, MD
1725 Medical Center Parkway, Ste. 300
Murfreesboro, TN 37129
(615) 890-3593
www.pinnacleskin.com

Pinnacle Dermatology (Jay Smith, M.D.)
    Parul Shah, MD, FAAD
    Wayne Day, MD
    K. Dawn Vincent, MD
    Chris Pardue, MD
    Jerry "Jay" Smith, MD
24 White Bridge Road
Nashville, TN 37205
(615) 991-1098
www.pinnacleskin.com

The Skin Wellness Center (Meredith Overholt M.D.; Kimberly Grande, M.D.)
    Meredith T. Overholt, MD, FAAD
    Kimberly K. Grande, MD, FAAD
10215 Kingston Pike, Ste. 200
Knoxville, TN 37922
(865) 584-8580
www.theskinwellnesscenter.net

**TEXAS**

Bayside Dermatology (Donald Brown, D.O.)
1321 Waters Edge Dr., Suite 1006
Granbury, TX 76048
(817) 573-1800
**NO WEBSITE**

Dermatology & Skin Cancer Surgery Center (Matthew Barrows, MD)
    Matthew Barrows, MD
    Heather Froehlich, MD
    Clara Henry, MD
    Chris Hixon, DO
    Matthias Solomon, MD
1790 N. Stonebridge Dr.
McKinney, TX 75071
(972) 390-9002
www.mdbarrows.com

Heights Dermatology (Alpesh Desai D.O.)
    Alpesh Desai, DO
    Tajas Desai, DO
277 Buddy Ganem Drive, Suite B
Portland, TX 78374
(361) 229-7400

www.heightsskin.com

Heights Dermatology (Alpesh Desai D.O.)
Alpesh Desai, DO
Tajas Desai, DO
215 Oak Dr. S.
Lake Jackson, TX 77566
(979) 297-6458
www.heightsskin.com

Heights Dermatology (Alpesh Desai D.O.)
Alpesh Desai, DO
Tajas Desai, DO
5219 Reading Road
Rosenberg, TX 77471
(713) 730-2000
www.heightsskin.com

Heights Dermatology and Aesthetic Center (Alpesh Desai D.O.)
Alpesh Desai, DO
Tajas Desai, DO
The Heights
2120 Ashland Street
Houston, TX 77008
(713) 864-2659
www.heightsskin.com

McGuiness Dermatology-Prosper (Michael McGuiness, MD)
Michael McGuiness, MD
Grace Brown, MD
Shaily Kesani, MD
Leisa Hodges, DO
Elba Rubianes, MD
Steven Eilers, MD
Felicia Ekpo, DO
2440 E. Prosper Trail, Suite 70
**[THE WEBSITE SHOWS ADDRESS AS 1450 N. PRESTON RD., SUITE 60]**
Prosper TX 75078
(972) 316-4555
www.mcguinessdermatology.com

McGuiness Dermatology (Michael McGuiness, M.D.)

Michael McGuiness, MD
Grace Brown, MD
Shaily Kesani, MD
Leisa Hodges, DO
Elba Rubianes, MD
Steven Eilers, MD
Felicia Ekpo, DO

6100 Windhaven Parkway
**[WEBSITE SHOWS ADDRESS AS 6000 W. SPRING CREEK PARKWAY STE 200]**
Plano, TX 75093
(972) 316-4555
www.mcguinessdermatology.com

Rainey & Finklea Dermatology at Castle Hills (Lindsey Finklea, MD and Christy Rainey, MD)
Lindsey Finklea, MD
Christy Rainey, MD

1626 Lock Hill Selma Road
San Antonio, TX 78213
(210) 901-9353
www.rfsadermatology.com

Rajan Dermatology, Fort Worth (Betty Rajan, MD)
Betty Rajan, MD

6600 Bryant Irvin Road
Fort Worth, TX 76132
(817) 612-9796
www.bettyrajanmd.com

Tru-Skin Dermatology (Daniel J. Ladd, D.O.)
Daniel J. Ladd, DO
S. Robert Haria, DO
Carlo Gavino, MD, FAAD
Tanya Khan, MD
Liqiao Ma, MD

2 Saint Marks Place, Suite 140
La Grange, TX 78945
(512) 451-0139
www.tru-skin.com

Tru-Skin Dermatology (Daniel J. Ladd, D.O.)
Daniel J. Ladd, DO
S. Robert Haria, DO
Carlo Gavino, MD, FAAD
Tanya Khan, MD

Liqiao Ma, MD
1001 East Water St., Suite J100
Kerrville, TX 78028
(830) 391-8020
www.tru-skin.com

Tru-Skin Dermatology (Daniel J. Ladd, D.O.)
Daniel J. Ladd, DO
S. Robert Haria, DO
Carlo Gavino, MD, FAAD
Tanya Khan, MD
Liqiao Ma, MD
701 East Whitestone Blvd. Suite 150
Cedar Park, TX 78613
(512) 451-0139
www.tru-skin.com

Tru Skin Dermatology (Daniel J. Ladd, D.O.)
Daniel J. Ladd, DO
S. Robert Haria, DO
Carlo Gavino, MD, FAAD
Tanya Khan, MD
Liqiao Ma, MD
160 Creekside Park, Suite 300
Spring Branch, TX 78070
(830) 980-1838
www.tru-skin.com

**UTAH**

Aspen Dermatology (Michael Eyre, D.O.)
Dr. Michael Eyre, Am Os Bd Dermatology
Dr. Chad Peterson, Am Os Bd Dermatology
Payson Utah Office
753 1040 W
Payson, UT 84651
(801) 794-1490
www.myaspenderm.com