# Exhibit B

August 16, 2019

Dan Creger

(615)920-4469

Dear Dan,

We are delighted to extend to you this offer of employment as the Chief Growth Officer at Pinnacle Dermatology. As you know, we consider Pinnacle to be an outstanding platform company that offers the potential to be the premier Dermatology aggregator in the country. The basic terms and conditions of employment contained in our offer to you are below. Dan, we are extremely excited to have you join our executive team.

EMPLOYMENT TERMS

**Titles/ Responsibilities:** Chief Growth Officer

**Reporting:** Chief Executive Officer & a member of the Executive Leadership Team (ELT)

**Start Date:** September 1, 2019 or sooner

**Compensation:** For the first year of employment, Compensation shall consist of guaranteed compensation draw equal to One Hundred Fifty Thousand ($150,000) (the "Guaranteed Compensation") and incentive compensation after the draw is achieved according to the following 5 components: recruiting incentive, business development incentive, denovo bonus, value creation bonus, and new service incentive. Dependent upon the compensation component, incentive compensation will be paid out quarterly (recruiting and business development) and annual (denovo, value creation, and new service) as a bonus payment after the draw has been "earned".

For the second year of employment and each year thereafter, the Compensation draw will remain at $150,000 (unless mutually agreed to) with quarterly (recruiting and business development) and annual (denovo, value creation, and new service) bonus payments based upon the performance of the various compensation components below. Note: the guarantee will be removed after year 1.

**Recruiting Incentive:** Recruiting compensation will be based upon the following:

- Mid-level: $10,000
- Plastics MD: $15,000
- Derm MD/DO: $20,000

If the MD recruit achieves year one collections of $1,000,000 or greater, you will earn an additional $5,000 for the recruit. If the mid-level recruit achieves year one collections of $700,000 or greater, you will earn an additional $5,000 for the recruit. Additional discretionary bonuses may be added for high priority sites.

**Business Dev Incentive:** You will be eligible for a business development incentive for facilitating the purchase of practices that you have a pre-existing relationship with based upon the following:

- Under 5.5x multiple: 1% of transaction value
- Over 5.5x multiple: .5% of transaction value

To avoid a conflict situation with the Business Development team, we will ask that a list of practices be developed before your start date. New territories for business development may be added upon mutual agreement.

**Denovo Bonus:** You will be eligible for a denovo management bonus for any denovo sites under your leadership which will be mutually agreed to. Leadership will include: site selection, marketing program, staffing, service mix, and on-going tweaking of the operations based upon ramp up. The target sites will be determined in the annual strategic planning and budgeting process. A bonus will be paid during the ramp period of 36 months for exceeding the following milestones:

- Year 1: 15% of the site level EBITDA that exceeds the allowable year 1 loss of $150,000 which includes all build-out, FFE, and monthly operating losses associated with the site. For avoidance of doubt, if the year 1 loss for a Franklin practice is $50,000, you would be eligible for a $15,000 bonus.
- Year 2: 15% of the site level EBITDA above the $100,000 budgeted EBITDA.
- Year 3: 15% of the site level EBITDA above the $200,000 budgeted EBITDA.

**Value Creation Bonus:** Unlimited bonus opportunity for above budget value creation. For every dollar of EBITDA earned above of the proforma budget for the TN region, 10% will be paid back as a bonus provided that it's accretive to the enterprise EBITDA at the same level. Enterprise EBITDA needs to be used as a circuit breaker to avoid moving expenses to Corporate or other regions and erroneously improving regional EBITDA. The proforma budget will include the budgeted EBITDA for the Same Store Sites and the Proforma EBITDA for any acquisitions in the region. The bonus measurement period is January 1 through December 31 and will be confirmed during the annual external financial audit in Q1 the year following. The bonus payment will be pro-rated for 2019.

For avoidance of doubt, here is a representative example of the how the Value Creation Bonus will work. The Same Store (Murfreesboro and Belle Meade) budgeted adjusted EBITDA for TTM July 2019 is $2,734,000 for TN. If the EBITDA in the region is $3,734,000 and the $1M increase is fully accretive to enterprise EBITDA, then the bonus paid will be $100,000.

**New Service Incentive:** For every dollar of EBITDA earned from a new enterprise service offering that you are leading, 15% of the associated EBITDA will be paid back as a bonus in the first year. For subsequent years, 15% of the incremental year-over-year EBITDA growth associated with the new service offering. For avoidance of doubt, we'll use the example of specialty pharmacy. If the year 1 EBITDA is $100,000, then the bonus will be $15,000. If the year 2 EBITDA is $1,100,000, then the bonus for year 2 will be $150,000 ($1,100,000 - $100,000 = $1,000,000 * 15% = $150,000).

**Incentive Equity:** Upon successfully achieving the year 1 goal of recruiting at least 7 Providers or earning the complete value of the guaranteed draw of $150,000 via the other compensation components, you will be presented to the Board to enter the incentive equity program for 2,777 units of Pinnacle. Award equity grants ("Equity") will vest based upon CPF achieving MOIC targets.

**Location:** Your office location will be either Hermitage or Murfreesboro with an expectation to travel as necessary to fulfill the responsibilities of the role at the other Pinnacle Dermatology sites and acquisition targets. Travel reimbursement consistent with the travel expense reimbursement policy will apply. You will be

responsible for managing your personal work schedule and have flexibility to do such.

**Benefits:** A comprehensive health and retirement benefits plan will be provided consistent with Pinnacle Dermatology's policies. The current match for the 401K is 100% for the first 3% of contribution and 50% for the next 2% of contribution.

**Expense Accounts:** Travel expenses will be reimbursed per Pinnacle guidelines. Expenses needed for entertaining clients and business development prospects will be reimbursed and should follow best professional judgement. When in doubt, please validate expenses with the CEO or CFO.

**Paid Time Off:** Executive leadership is offered unlimited paid time off per year plus standard Company paid holidays will be provided consistent with Pinnacle Dermatology's policies. The expectation is that you are accountable for maintaining the operations while out of the office.

**Restrictive Covenants:** During your employment and for twenty-four months thereafter, you will not engage in competition with the Company if the separation is voluntary or involuntary for "cause" which is defined below. As part of this agreement, you will agree to not (i) compete with the Company by joining another organization that is solely in the business of medical and cosmetic Dermatology, (ii) solicit any patient of the Company, (iii) solicit or hire any employee of the Company, or (iv) interfere with the current or expected business opportunities identified by the Company.

In the event of an involuntarily termination without cause, will not engage in competition with the Company for the lesser period of twenty-four months or the number of months that you have been employed by Pinnacle Dermatology.

Management of the existing Tennessee Dermatology Partners practices (Lehman Advanced Dermatology and Loven Dermatology) will be excluded from the restrictive covenant provided that your role is focused on the Operational management of the practice and not growth activities for these practices including acquisitions, addition of denovos, nor addition of providers. Additionally, this assumes that Tennessee Dermatology Partners will not be expanding by adding additional practices.

**"Cause" Definition:** For purposes of this Agreement, "Cause" shall mean: (A) Executive's material failure to perform such material duties and responsibilities; (B) Executive's failure to observe and comply with all material Company policies generally applicable to executives of the Company; (C) Executive's gross negligence or willful misconduct in the performance of his duties; (D) Executive's commission of any felony or any act including moral turpitude, or Executive's commission of any act of fraud or embezzlement against the Company or any of its affiliates (or dishonesty or disloyalty to the Company, or any of its affiliates); (E) conduct by Executive that brings the Company, or any of its affiliates into public disgrace or disrepute or otherwise publicly injures the integrity, character or reputation of the Company, or (F) Executive's unauthorized dissemination of information, observations or data concerning the business plans, financial data, referral sources, customers, suppliers, trade secrets or acquisition strategies of the Company or any of its affiliates, or other confidential information.

Dan, we are extremely excited about the opportunities at Pinnacle and the role you will hopefully assume as the Chief Growth Officer. Your Dermatology Management experience, when combined with our clinical and financial resources should allow us to grow Pinnacle to an industry leading Dermatology

company. We look forward to working with you on this opportunity. If you have any questions, please give me a call at (847)899-7392 on my cell. Please add your signature and the date to reflect your acceptance of our offer.

Sincerely,

Accepted by:

Chad A. Eckes
Chief Executive Officer

Date:

Dan Creger

Date: August 16th 2019