# Exhibit G

## October 2017:

I met Stephanie Owen (Regional Sales Manager – Sensus Healthcare) and Amanda Redden (Account Executive – Sensus Healthcare) at the Fall Tennessee Dermatology Society meeting held at Bass Pro Shops at the Pyramid in Memphis Tennessee.

One of the first things I talked about with Stephanie and Amanda was my experience with brachytherapy (another radiation therapy used for non-melanoma skin cancer) back in 2016. The reimbursement was being paid by Medicare and only Medicare patients went from $40,000 per lesion to $180 once Medicare properly adjusted the code to be for THE superficial application of radiation. So, I stated "I'm a little concerned when I see radiation treatment when Mohs is purely the best route for 99% of patients. And I have been around long enough to see reimbursement rates get virtually eliminated overnight. I left California after 2 months, my opinion, greed trumped over the best interests of the patients in California."

I spent a lot of time with Stephanie and Amanda at the meeting both during the day and evening events. Stephanie Owens during one of the breaks at the meeting, Stephanie said "If the outlay of capital is a concern of yours, we have a partner company called SkinCure where they outlay all of the capital, it is a turnkey agreement where SkinCure does everything for you... the only downside is they keep a percentage of the collections, you will get our premium SRT device called the 'Vision'. The Vision is our preferred device. You will be able to bill for a higher amount than our standard SRT-100 device." I asked Stephanie "So I understand this correctly, SkinCure will provide everything, we just need to refer the patients and share in the revenue? I haven't heard of an arrangement like this, where have they placed these devices??? Or would we be the first to do it? Stephanie said "SkinCure has agreements and Vision units all over the U.S." I asked, "Like where". Stephanie said "Branson, MO is up and running. Cleveland OH, and in Florida (Stephanie said several cities in Florida, but I don't remember the names other than 'something Beach, FL)". Stephanie then showed me the breakdown of revenue of the SRT-100 verses the "Vision".

After I left the Tennessee Dermatology Society meeting, the key take away I remembered was the "Vision" generated nearly $2,000 more per lesion than the "cheaper" SRT-100 unit without the ultrasound guidance device.

## November 8, 2017: Kerwin Brandt, CEO of SkinCure met with John Binhlam, MD for dinner in Brentwood, TN.

Kerwin started out the conversation / dinner meeting telling Dr. Binhlam and me "This is completely legal. We had attorneys look this over to make sure it is completely legal." I questioned Kerwin and said "Let me get this straight, we don't buy the machine at all, SkinCure buys the machine and places it in our clinic? Is this like the XTrac laser for psoriasis? XTrac places the machine and it works out to be a pay per click on each patient, XTrac is an over-glorified lease??? Is that your model because the practice technically owns the XTrac machine,

we are simply paying a lease per click?" Kerwin replied "I'm fully aware of the XTrac business model. Our business model is completely different. With the XTrac business model, your employee is the person running the device, with SkinCure, it is a SkinCure employee deploying the device, not your employee. SkinCure owns the Vision unit and if the clinic isn't producing a specified amount, then we will remove our device at our discretion. Because we are funding the nearly $500,000 to get the device up and going, we take 60% of the revenue while you keep 40%. If you are able to commit to more locations, we are open to negotiation to the arrangement, but not for one location. Also, we will bill for the services to make sure if there are any insurance companies denying payment, we have highly specialized people who know how to appeal the denial." I then asked "Your employee is billing our patients under our tax ID; do you have a business associate agreement because that could be a HIPPA violation? So, your business is running in our practice, and you are billing as if you are us??? (as I look at Kerwin in disbelief and he understood that I was questioning the legality of the business arrangement)". Kerwin then said "Yeah I know nobody has a business model like this and it is completely legal, we had high priced attorney scrutinize our model. I'm flying back to Chicago first thing in the morning because I'm meeting with a practice up there." I asked; "Who is doing this with you?" Kerwin said "We have devices and agreements in Branson, MO, just outside of Cleveland, all over Florida. The owner of Tru Skin is our Chief Medical Officer, so he has devices with us." I said "Cleveland??? A good friend of mine is Dr. Jorge Garcia-Zuazaga.. this doesn't sound like something he would go for...". Kerwin said "No it is not him, it is in Stow, OH. I'm flying all over the place. We have 40 agreements in place or about to be signed. There is a real possibility we could have 50 signed agreements in place before the end of the year. And considering I started this company last year (2016), the uptake is speeding up, not slowing down.". I questioned Kerwin "Seriously, 50 SRT Vision units? That is nearly $25,000,000 in capital, you must have a deep pocketbook or own a bank." Kerwin confidently said "Funding is not an issue for us." I then continued to ask Kerwin "You are saying practices all over the place are signing this agreement you are talking about with a 60/40 split? You keep 60% and the physicians get 40%?" Kerwin continued "That is more than a fair business arrangement with no risk for the practice and we are funding all of the expenses. We are taking all of the financial risks, and you are getting the referral income. I'll send you the agreement all of the other practices have signed tomorrow morning so you can look it over. It is completely legal, our attorneys have OK'ed the entire agreement."

## On either November 14th or 21st, 2017:

Every Tuesday at 1:30 PM, I have a standing phone call with the Head Counsel of Advanced Diagnostic Imaging / Premier Radiology Ryan Brown, JD. While I am the Chief Executive Officer of Tennessee Dermatology, LLC, Tennessee Dermatology is a management service organization for all of the dermatology practices providing management services for the dermatology practices under the billing / tax ID of Advanced Diagnostic Imaging / Premier Radiology / PhyData.

When I told Ryan Brown about the business arrangement with SkinCure, the first thing Ryan said was "That doesn't sound legal." Ryan continued; "For the inhouse ancillary exemption under Stark law, the business has to be wholly owned by the practice. The practice has to own the equipment, or at least rent the equipment at fair market value. Plus, ADI is not going to allow an outside company access to our billing system so they can bill for the services **they** provide. This sounds like a business doing a kick back scheme for referrals to their business. Splitting revenue with an outside company doing work in a practice violates Stark law. Unless I'm missing something, there are scams like this going on all the time. Send me the agreement but it doesn't sound like something we want to be involved with." I told Ryan "I completely agree with you, but Binhlam will probably be asking you about it, I thought I'd give you the head's up about the potential topic if he (Dr. John Binhlam) calls you. In my mind, SkinCure is a dead business venture for me as well. I don't look good in stripes or an orange jumpsuit (meaning illegal activity and criminal charges towards me the acting CEO of Tennessee Dermatology)". Ryan laughingly replied, "Yeah me neither."

## Kerwin called Dr. Binhlam and me through the end of the 2017 year:

During the last conversation in the December 2017 with Kerwin I said "We are going to buy the unit through Sensus. Our attorney Ryan Brown wasn't comfortable with your business arrangement. Ryan didn't think it would pass the scrutiny of Stark laws. So not only is Dr. Binhlam going to pass, but so are all of the practices under Tennessee Dermatology." Kerwin said "We can have our attorneys talk to Ryan if they want, it is completely legal." I said, "No thanks, we are going to pass, no hard feelings."

## Amanda Redden – Account Executive with Sensus Healthcare

Amanda and I would frequently talk and/or meet over the next 2 years until she left Sensus in September 2019. Amanda placed (sold) an SRT – 100 unit to Rivergate Dermatology, now called Loven Dermatology in their Goodlettsville location where the machine was wholly owned by ADI / Rivergate Dermatology in the summer of 2018. Amanda was interested in selling another SRT machine into ALL the other practices with Tennessee Dermatology, including writing up a sale proposal for Belle Meade Dermatology on November 13, 2017.

During my conversations with Amanda, she would frequently tell me she was spending in a lot of the other states other than Tennessee because there were practices interested in their devices. Considering I helped facilitate the purchase of the cheaper SRT-100 into Rivergate Dermatology, I asked Amanda how she was able to "hit her number" with those smaller purchases of the cheaper units? Amanda told me she was placing a lot of the more expensive SRT Vision units into those other states. I said "those are $450,000... Really??? Practices are buying those? That seems risky when you can buy the cheaper version, and the jury is out on the long-term reimbursement rates on the procedure. You remember the story I told you

about I was in California when brachytherapy was being used for non-melanoma skin cancer and getting $40,000 per patient.... And they cut the rate to $180!" Amanda said "SkinCure is behind it." And I replied "Oh that makes sense because the practice isn't funding the purchase, SkinCure is. And all of those practices ran that agreement past counsel? Hey that is their business not mine, I couldn't get Ryan Brown to agree to SkinCure." When Amanda would call she would tell me about all of the SRT Vision machines she had placed, and she openly admitted they were with SkinCure, examples given were Dimitri Dermatology in LA, Piedmont Plastic Surgery and Dermatology throughout North Carolina, a practice in Jackson, TN, Dermatology Specialists in Huntsville, AL, a practice in Durham, NC, another practice in Charlotte, NC, yet another Greenville, SC, then another in Greenville NC. I jokingly said to Amanda, "I hope you on Kerwin's Christmas card list this year...."

## March 2019 – American Academy of Dermatology Meeting – Washington DC

I briefly talked to Kerwin Brandt: "How did you end 2018? You almost hit 50 placed a year ago, NOW I understand you have placed them in Atlanta AND Savanna, Durham, Charlotte, heck Dimitri in LA, Tareen in Minneapolis, New Jersey, New York City, ALL over Florida...". Kerwin then said "Connecticut, OH, IL, MI... How did you hear about all of those?". I stated, "I'm well known, and I know a lot of people. 2018 was a good year for you, have you changed you fee arrangement from the 60/40 split?" Kerwin stated in a condescending tone "We have so much business coming in we don't need to lower our agreement.... If the practice does not want to do it, then they just don't sign it." Because I took Kerwin's comment as a jab at me because I did not like his business model, I mentally jabbed back and said "And that doesn't violate a kick-back law??? OK....., if you say so." From March 2019 and forward, Kerwin would not talk to me nor have any interaction with me when he would see me at any meeting.

## July 17th, 2019: Dinner Meeting at Chesapeake's Restaurant in Knoxville, TN with Meredith Overholt, MD, Kimberly Grande, MD and their office manager. The dermatology practice is called "The Skin Wellness Center" located at 10215 Kingston Pike, Knoxville, TN 37922

While touring The Skin Wellness Center, as Dr. Overholt showed me their clinic, as we walked down one hallway, Dr. Overholt proudly showed me their SRT Vision unit. I asked Dr. Overholt "WOW, The SRT Vision unit? We bought the cheap SRT-100 unit. You are doing much better than our clinics to shell out the $500,000 for that machine...." Then I noticed the employee standing near the machine, when she turned around the employee was wearing a "SkinCure shirt". That is when I turned to Dr. Overholt and said, "You didn't buy it after all, you did that agreement with Kerwin?" Dr. Overholt said "You know Kerwin? It is an amazing thing they do for you. I have no money laid out, and I get 40% of the revenue... we had to give up this room that used to be an employee coat room. SkinCure handles the billing, and collections...

they even provide the radiation technologist (and Dr. Overholt said the person's name but I don't remember it). I guess that is why they have over 100 places that have signed their agreement. It seems like a no-brainer." I said, "I guess we are little more conventional in our approach. We just bought the machine outright, and we have our own employed radiation technologist...".
At dinner, Dr. Overholt, Grande, and the office manager discussed "What SkinCure does is a no-brainer. Pretty slick, we refer the patients and we get paid. It has substantially helped our financial picture." I'm not sure if Dr. Overholt was aware of the comment she made to me "It almost seems too good to be true. No issues for us so far. Works seamlessly."

## Chad Eckes – Chief Operating Officer – Pinnacle Dermatology

July 2019

At the end of a physical interview at Panera Bread with Chad Eckes, Chad asked me about implementing radiation therapy into a clinic for a treatment of non-melanoma skin cancer. Chad further inquired whether I had heard of SkinCure and their business model? I told Chad "I know and have met with Kerwin, but I'm not a fan of their business model. Ryan (Chad had met and knew Ryan Brown) isn't a fan of it either, we decided to purchase the device directly for Dr. Loven. Kerwin's model doesn't pass the sniff test for Stark issues." Chad said, "I like SkinCure, there is no financial risk for us, it is all upside and they take care of everything." I replied to Chad "SkinCure is keeping over half of the revenue, you signed up for that agreement along with everyone else?" Chad replied "Yeah, the attorneys were ok with it. We already have a couple SkinCure agreements in place, and we are going to add even more. Murfreesboro will be the first one in Tennessee." I told Chad "You should do it the legitimate way and buy the unit like any other service line you provide to patients." Chad said "I'd rather use our capital for other purposes... especially when Kerwin is willing to use his capital. This is a no brainer for me...". My final comment was "If you hire me, you will have someone on your team who has done the whole soup to nuts rollout of SRT into a clinic, without using the SkinCure model. Do it the right way in the first place." Chad said, "I'd have to look at our agreement (with SkinCure) if we can even do that, you know add a SRT machine without them involved."

## September 2019 – Pinnacle Dermatology purchases Murfreesboro Dermatology Clinic on September 3rd, 2019 and Belle Meade Dermatology on September 16, 2019.

Jay Smith, MD informed me of the formal decision had been made to bring SkinCure into the main Murfreesboro location for Pinnacle. Dr. Smith said "SkinCure does it all, they paid for the expensive SRT machine with all of the bells and whistles, paying for all of the construction remodel, and they even bring in their own radiation technologist. All I need to do is refer the patients to them, and everybody splits the money. My employment agreement states that I get

paid 40% of patient revenue... but Pinnacle gets paid and SkinCure gets paid... so do I get 40% of what is collected, or of what Pinnacle collects???" I replied "You know Jay, you could hold them to the 40% of collections, that is your contract. But you might be unemployed if you force that issue." Dr. Smith asked, "Do you know what the split is between Pinnacle and SkinCure?" I said "You know Binhlam (Dr. John Binhlam) considered doing the SkinCure route, so I met with Kerwin as the CEO of Tennessee Dermatology with Binhlam. The agreement was a 60/40 split." Dr. Smith "Yeah that's right, that is what they told me too." I told Dr. Smith, "I don't think asking for 40% of the total will be received well." Dr. Smith said "Yeah good point, that wouldn't start out on the right foot would it??? It is probably 40% of the 40%. How much is that, do you know?" I stated "The high end SRT does about mid $4,000 for the treatment, meaning 40% of that equals $1,600 times 40% is about $500 or $600. I think you better double check, that Kerwin is 'shifty' they might try to put in a threshold before they pay you." Dr. Smith said "I'm not really a fan of SRT, their brochure makes it look like it is better and less painful than Mohs and you won't need antibiotics for infections... and the success rates are less than that of an excision. You know you can't RE-radiate or redo the SRT with more SRT with a reoccurrence of the BCC or squame? You have scar tissue and when they come back, those are BAD for the patient and the surgeon because you are digging and going wider and wider, deeper and deeper. You know that is why Bill (William Stebbins, MD – Head of Mohs surgery at Vanderbilt) does not like receiving patients who had a laser used on non-melanoma skin cancers? They are train wrecks he has to fix...".

Chad Eckes told me during one of our conversation I believe that occurred in either September or October 2019, "I pulled the trigger on the SkinCure agreement for Murfreesboro. We should be up and going by November." I said, "You know my thoughts on SkinCure, it is your call." Chad said "I hope it is above board because we are also putting one in Minneapolis, and one in Belle Meade. I have commitments on hitting certain EBITDA numbers, and SkinCure and the collagen powder are a big part of hitting those numbers I have committed to hitting with the board. It is a big nut to hit, so we have to execute on the plans I submitted to the board. Speaking of which Barbara is meeting with ________ (I don't remember the name of the doctor he said) about his referrals to the SRT in Hoffman. We need that hitting on all cylinders."

## Jay Smith, MD told me about a conversation he had with Jose Rios, MD (Co-founder and Chief Medical Officer with Pinnacle Dermatology)

Around October 2019, Dr. Rios said when Dr. Smith was concerned about being "forced into using SRT", Dr. Rios stated: "I don't give a shit whether you use SRT or Mohs... it is up to you, your professional judgement on whatever is appropriate."

In December 2019, Dr. Smith told me he told Barbara Dominic, Regional Vice President for Pinnacle Dermatology, "I told Barbara I did not think there were enough patients in Belle Meade to add a SkinCure Vision SRT unit." Barbara replied, "Well Chad says otherwise, and one is going in there."

In January of 2020, when Dr. Jay Smith was talking to Dr. Rios about the decision to add another "SkinCure Vision" now in the other clinic where he sees patients at Belle Meade, Dr. Rios told Dr. Smith: "You know after talking it over with Chad, I think all patients should be offered SRT. It should be the patient's choice and for them to make." Dr. Smith told me he said "If both were equivalent, I could agree, but there aren't the same. The little booklet made by SkinCure makes Mohs sound horrible and SRT as this painless great option. If you have a reoccurrence on the face with SRT, the redo is going to be very invasive." Dr. Rios said, "Well maybe but the patient still needs to hear about it. 19 out 20 have excellent outcomes. The patient should always be given all of the options, including Mohs and SRT." Dr. Smith confided in me saying "If I went over all of the options for the treatment of skin cancer, I'd spend a day including using a vascular laser where a small study conducted in Europe showed it might work. I'm going to go over what I believe are the best options, you have to draw the line somewhere." I jokingly said, "You know duct tape works on warts, you need to spend time explaining the mechanism of action of duct tape for your wart patients...". And Dr. Smith said "Exactly! That is a great point. It is my medical opinion the patients are coming in here for. I feel I'm obligated to present the best options."

During one of the Executive Leadership Team conference calls, and I don't remember which one. A discussion between Matt Renn, Chad Eckes, and Barbara Dominic where they were discussing the rollout of the SRT and who and what need to happen. Since there were SkinCure units and agreements in place with patients receiving treatment, Chad Eckes said "I have to follow up with Kerwin to find out when and how we will get paid. We have a big nut to hit and I need those to pay out big, I've got a big number I promised to deliver to the board." I interjected into the discussion between Chad, Matt and Barbara, "What do you mean, find out what and when we get paid? When Kerwin pitched their SkinCure model to me when I was with Tennessee Dermatology, SkinCure had one of their people submitting for reimbursement in our system, and Ryan wouldn't go for it. Is SkinCure billing separate from us?" Chad said, "I'll have to check but the reimbursement checks are being deposited into a SkinCure account, and they pay us after they are paid." I openly giggled with disbelief and stated, "I wasn't a fan of their model back then, this just takes it to another level...". Frankly, I never followed up with Chad on the comment because I feared losing my job.