# Exhibit M

Another IL SkinCure location

From: Dan Creger (dancreger@hotmail.com)

To: seapitch@bellsouth.net; trevor@howelllawfirmllc.com

Date: Tuesday, June 9, 2020, 10:05 AM CDT


Illinois Radiation Health Facility Search

## Facility Profile for Dermassociates, Ltd.

 Return to Facility Search

**Name:** Dermassociates, Ltd.
**Category:** Therapy Clinic
**Physical Address:** 3608 W Main St, Belleville, IL, 62226-6225
**County:** St.Clair
**Facility ID:** 9261767

**Status:** Open
**Administrator:** Gary Vicik, M.D.
**Facility Contact:**

**Phone:** (618) 397-6605

### Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|----------|-------|--------------|---------|----------|----------|----------|------------|
| 8000 | Ther >120kvp | Sensus | SRT100 Vision | SRT Suite | 1705-2031 | 8/31/2017 | 8/31/2017 |

Copyright 2020 © Illinois Emergency Management Agency

## Facility Profile for Dermatology Specialists of Illinois

 Return to Facility Search

| | |
|---|---|
| **Name:** Dermatology Specialists of Illinois | **Status:** Open |
| **Category:** Therapy Clinic | **Administrator:** Vikram J. Khanna, M.D. |
| **Physical Address:** 2430 Esplande Dr Ste B, Algonquin, IL, 60102-5500 | **Facility Contact:** Heather Mack, Office Manager |
| **County:** McHenry | **Phone:** (847) 458-7546 |
| **Facility ID:** 9261046 | |

### Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7501 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 1903-2113 | 9/9/2019 | 9/12/2019 |

Copyright 2019 Illinois Emergency Management Agency

# Ted Van Acker, DO – another SkinCure location in IL

From: Dan Creger (dancreger@hotmail.com)

To: seapitch@bellsouth.net; trevor@howelllawfirmllc.com

Date: Tuesday, June 9, 2020, 10:08 AM CDT



## Facility Profile for Southern Illinois Dermatology

 Return to Facility Search

**Name:** Southern Illinois Dermatology

**Category:** Therapy Clinic

**Physical Address:** 220 N Park Ave Ste 2, Herrin, IL, 62948-3150

**County:** Williamson

**Facility ID:** 9258524

**Status:** Open

**Administrator:** Ted G. Van Acker, D.O.

**Facility Contact:**

**Phone:** (618) 942-3344

### Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|----------|-------|--------------|---------|----------|----------|-----------|------------|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vison | X-ray Rm | 1806-2079 | 10/17/2018 | 10/22/2018 |

Copyright 2021 Illinois Emergency Management Agency