**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA; STATES OF CALIFORNIA; CONNECTICUT; FLORIDA, GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and, TEXAS, *ex rel* DANIEL W. CREGER,** | * | **CIVIL CASE NO.:________** |
| | * | **JUDGE:** |
| **Plaintiffs,** | * | **MAGISTRATE JUDGE:** |
| **v.** | * | **JURY TRIAL DEMANDED** |
| **PINNACLE DERMATOLOGY LLC; ET AL.,** | * | **TO BE FILED IN CAMERA AND UNDER SEAL** |
| **Defendants.** | * | **DO NOT PUT IN PRESS BOX** |
| | * | **DO NOT ENTER ON PACER** |
| | * | **DO NOT MAKE PUBLIC** |
| | * | |

---

**REQUEST TO WITHHOLD ISSUE OF SUMMONS**

---

To the Clerk:

Herewith is a Complaint filed under the Civil False Claims Act, 31 U.S.C. §§ 3730 *et seq*. This Act provides that complaints in Civil False Claims Act cases "shall be filed *in camera*, shall remain under seal for at least sixty (60) days, and shall not be served on the Defendant until the Court so orders."

Please, therefore, withhold issue of the summons for this Complaint until further order of the Court.

Dated this 9th day of July, 2020.

Respectfully submitted,

RELATOR DANIEL W. CREGER

By: /s/ Trevor W. Howell

Trevor W. Howell, # 9496
HOWELL LAW FIRM
P. O. Box 158511
Nashville, TN 37215
(615) 406-1416
trevor@howelllawfirmllc.com

Ray M. Thompson (Trial Counsel)
Attorney at Law
P. O. Box 81177
Mobile, AL 36689-1177
(251) 432-0055
seapitch@bellsouth.net

*Attorneys for Relator*