**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA; STATES OF CALIFORNIA; CONNECTICUT; FLORIDA, GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and, TEXAS, *ex rel* DANIEL W. CREGER,** | * | **CIVIL CASE NO.:________** |
| **Plaintiffs,** | * | **JUDGE:** |
| **v.** | * | **MAGISTRATE JUDGE:** |
| **PINNACLE DERMATOLOGY LLC; ET AL.,** | * | **JURY TRIAL DEMANDED** |
| **Defendants.** | * | **TO BE FILED IN CAMERA AND UNDER SEAL DO NOT PUT IN PRESS BOX DO NOT ENTER ON PACER DO NOT MAKE PUBLIC** |

---

**MOTION TO FILE COMPLAINT *IN CAMERA* AND**

**TO PLACE COMPLAINT UNDER SEAL**

---

Proceeding in the name of the United States under the Civil False Claims Act, 31 U.S.C. §§ 3730, *et seq*., Relator hereby moves for an order filing the Complaint and all other papers in this matter *in camera* and placing the Complaint and those papers under seal, pursuant to 31 U.S.C. § 3730(b)(2). In support of this Motion, Plaintiff attaches hereto a copy of 31 U.S.C. § 3730(b)(2), which provides that complaints in civil False Claims Act cases "shall be filed *in camera*, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

**WHEREFORE**, Plaintiff respectfully requests this Court to grant his motion.

Dated this 9th day of July, 2020.

Respectfully submitted,

RELATOR DANIEL W. CREGER

By: /s/ Trevor W. Howell

Trevor W. Howell, # 9496
HOWELL LAW FIRM
P. O. Box 158511
Nashville, TN 37215
(615) 406-1416
trevor@howelllawfirmllc.com

Ray M. Thompson (Trial Counsel)
Attorney at Law
P. O. Box 81177
Mobile, AL 36689-1177
(251) 432-0055
seapitch@bellsouth.net

*Attorneys for Relator*