Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675059409
Cashier ID: althea2
Transaction Date: 07/14/2020
Payer Name: HOWELL PLLC

---

CIVIL FILING FEE
For: HOWELL PLLC
Amount: $400.00

---

Paper Check Conversion
Amt Tendered: $400.00

---

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

3:20-0592