**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA; STATES OF CALIFORNIA; CONNECTICUT; FLORIDA, GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and, TEXAS, *ex rel* DANIEL W. CREGER,** | * * * * * * * | **CIVIL CASE NO.:** 3:20-cv-00592 |
| | * | **JUDGE WILLIAM L. CAMPBELL, JR** |
| **Plaintiffs,** | * * * | |
| **v.** | * | **JURY TRIAL DEMANDED** |
| **PINNACLE DERMATOLOGY LLC; ET AL.,** | * * | |
| **Defendants.** | * * * * * | **TO BE FILED IN CAMERA AND UNDER SEAL DO NOT PUT IN PRESS BOX DO NOT ENTER ON PACER DO NOT MAKE PUBLIC** |

---

**SEALED ORDER**

---

Upon consideration of Plaintiff Relator's request that this matter be filed *in camera* and under seal pursuant to 31 U.S.C. § 3730(b)(2), it is hereby

**ORDERED** that Plaintiff Relator's request is GRANTED, and that the matter shall be placed under seal pursuant to the provisions of § 3730(b)(2), and shall remain under seal until further order of the Court.

It is so **ORDERED.**

William L. Campbell Jr.

UNITED STATES DISTRICT JUDGE