**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA;** | * | |
| **STATES OF CALIFORNIA;** | * | |
| **FLORIDA, GEORGIA; ILLINOIS;** | * | ***UNDER SEAL*** |
| **INDIANA; LOUISIANA; MICHIGAN;** | * | |
| **MICHIGAN; MINNESOTA;** | * | **CASE NO.: 3:20-cv-00592** |
| **NEW YORK; NORTH CAROLINA;** | * | |
| **TENNESSEE; and, TEXAS,** | * | **JUDGE: WILLIAM L. CAMPBELL, JR.** |
| ***ex rel* DANIEL W. CREGER,** | * | |
| | * | **MAGISTRATE JUDGE:** |
| **Plaintiffs,** | * | |
| **v.** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **PINNACLE DERMATOLOGY LLC;** | * | |
| **ET AL.,** | * | |
| | * | |
| **Defendants.** | * | |

**MOTION TO PRACTICE *PRO HAC VICE***

Trevor W. Howell, an attorney duly admitted in this Court, pursuant to Local Rule 83.01(d), respectfully moves the Court for admission *pro hac vice* of Ray M. Thompson, Esq., to appear and represent the Plaintiffs in the above-captioned proceeding.

1. Ray M. Thompson is a 1980 graduate of Samford University's Cumberland School of Law and is licensed to practice law in the State of Alabama.

2. Ray M. Thompson is in good standing as a member of the Bar of the United States District Court for the Southern District of Alabama. Attached hereto in support of this Motion is a Certificate of Good Standing for Mr. Thompson from the United States District Court for the Southern District of Alabama.

3. Ray M. Thompson maintains his law practice at 62 Kingswood Drive West, Mobile, Alabama, 36689, and has been retained to represent the Plaintiffs in this case.

4. Trevor W. Howell will act as Co-Counsel in this matter.

WHEREFORE, Movant respectfully requests the Court to grant this Motion and permit Ray M. Thompson to appear in this cause as counsel *pro hac vice*.

Dated this 13th day of August, 2020.

Respectfully submitted,

By: *Trevor W. Howell*

Trevor W. Howell, BPR 9496
**HOWELL LAW, PLLC**
P. O. Box 158511
Nashville, TN 37215
(615) 406-1416 (Telephone)
(615) 373-8206 (Facsimile
Trevor@howelllawfirmllc.com

**Local Counsel**