# Affidavit

STATE OF ALABAMA:
COUNTY OF MOBILE:

Appeared before me the undersigned Notary Public, Ray M. Thompson, who, after being placed under oath, did depose and say the following:

My name is Ray M. Thompson. I reside at 62 Kingswood Drive, West, Mobile, Alabama 36608. I have practiced law in Mobile County Alabama for 40 years and during that time, without interruption, have been licensed to practice law in the States of Alabama and Georgia. I have continuously been a member in good standing with the United States District Court, Southern District of Alabama, since my admission to the bar of that court on September 3, 1980. I attach my current Certificate of Good Standing with that court. I have never had any disciplinary, court or criminal proceedings instituted against me. In my possession, I have a copy of the Local Rules of Court for the Middle District of Tennessee. I am familiar with such rules and agree to abide by them.

FURTHER THE DEPONENT SAYETH NOT.

Ray M. Thompson

Sworn to and subscribed before me
this 13th day of August, 2020

Alma Y. Gage
Notary Public

(SEAL)

**Alma Y. Gage**
6370 Cottage Hill Road
Mobile, Alabama36609
Notary Public State of Alabama at Large
My Commission Expires October 24, 2021

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF ALABAMA

# Certificate of Good Standing

I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

*Ray M. Thompson*

was duly admitted to practice in said Court on September 3, 1980, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on August 12, 2020.

Charles R. Diard, Jr.

Clerk of Court

By: ______________________

Deputy Clerk