UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF ALABAMA

# Certificate of Good Standing

I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

*Ray M. Thompson*

was duly admitted to practice in said Court on September 3, 1980, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on August 12, 2020.

Charles R. Diard, Jr.

**Clerk of Court**

By: ____________________

Deputy Clerk