Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675059806
Cashier ID: mgregory
Transaction Date: 08/25/2020
Payer Name: HOWELL LAW PLLC

---

PRO HOC VICE
For: HOWELL LAW PLLC
Case/Party: D-TNM-3-07-AT-PROHAC-001
Amount: $100.00

---

Paper Check Conversion
Amt Tendered: $100.00

---

Total Due: $100.00
Total Tendered: $100.00
Change Amt: $0.00

For: Ray M. Thompson to Appear Pro Hac Vice in 3:20-cv-00592