IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the United States of America.

Respectfully submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

s/ Mark H. Wildasin
MARK H. WILDASIN (B.P.R. #015082)
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Email: mark.wildasin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September 2020, a copy of the foregoing Notice of Appearance was filed with the clerk's office. Notice was sent, either electronically or by regular U.S. mail, to the following:

| | |
|---|---|
| Trevor W. Howell<br>Howell Law Firm PLLC<br>P.O. Box 158511<br>Nashville, TN 37215<br>Email: trevor@welllawfirmllc.com | Ray M. Thompson<br>Attorney at Law<br>158 Congress Street<br>Mobile, AL 36603<br>Email: seapitch@bellsouth.net |

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with a copy of the foregoing Notice.

s/ Mark H. Wildasin
MARK H. WILDASIN
Assistant United States Attorney