# Exhibit C

PINNACLE

DERMATOLOGY

# Dermatologist

Minneapolis, MN (http://maps.google.com/maps?q=Woodbury+MN+55125)

---

Apply (/Recruiting/Jobs/Apply/186773)

**Description**

Pinnacle Dermatology (https://pinnacleskin.com/) is seeking a full-time general dermatologist to join our thriving practices in either Plymouth, Excelsior, or Edina. These practices have an established patient base and are pillars in the communities they serve. This position is principally medical dermatology; however, there is also an opportunity to perform cosmetic dermatology if desired.

Joining the Pinnacle Dermatology family means letting us do the heavy lifting, liberating you of administrative responsibilities unrelated to hands-on patient care. We provide a team-oriented, family-like culture that empowers you to focus on your passion for patient care. Teamwork, empathy, and a positive personality are essential traits for us. We have engaged leadership team (https://pinnacleskin.com/about-us/leadership-team/) and a full support staff that works to make your job easier and keep focus on your patient's needs. Our team members all work together to ensure the extraordinary care of our patients.

**Requirements**

Candidate should have completed or be a current resident of an AAD accredited dermatology residency program and must be board certified/board eligible at the time of employment.

**Pinnacle Dermatologists Benefit From:**

- A lucrative compensation package including a production-based model with the obtainable opportunity to far, exceed national salary benchmark levels
- Benefits include medical, dental, life & disability insurance, paid malpractice, 401(k)+ company match, generous PTO packages, yearly CME allowance, and much more!
- Option to add tuition reimbursement and relocation assistance to compensation package

• Partnership/equity opportunity
• Flexible schedule of 3-5 days per week to enjoy a work-life balance
• Multi-state expanding practice with the ability to relocate and maintain your level of seniority throughout your career
• Clinical autonomy to practice per standards of care
• Strong patient volumes and established referral base that is supported by marketing
• Supportive leadership team and a centralized call center to help with operations, marketing, HR, IT, billing, compliance, community outreach, insurance contracting, insurance pre-certification, patient appointments, callbacks, and so much more!
• Clinic support staff utilized to scribe for providers and clinic staff levels are proportionate with patient volume
• EMR systems that are dermatologically focused, intuitive, and easy to use

Are you interested in learning more? Send your CV to Misty.Yost@pinnacleskin.com or call 224.427.4153.

**About Pinnacle:**
Pinnacle Dermatology, founded in 2004 under the partnership of board-certified dermatologist and fellowship-trained Mohs surgeon, Dr. Paula Lapinski (https://pinnacleskin.com/our-providers/paula-k-lapinski-md-facms/), and board-certified plastic surgeon, Dr. Jose Rios (https://pinnacleskin.com/our-providers/jose-l-rios-md/). In 2017, Pinnacle aligned with Chicago Pacific Founders (https://www.cpfounders.com/), one of the only healthcare based investment funds in dermatology, to create an alternative model to national dermatology practices. Today, Pinnacle Dermatology is present in Illinois, Michigan, Minnesota, Indiana, and Tennessee, with 49 clinics and plans to expand purposefully. Recently Pinnacle Dermatology and Rush University Medical Center (https://www.rush.edu/), a nationally ranked academic health system, announced our exclusive affiliation in the Chicago area. Together, we've created a model for community and academic excellence in dermatology. Please visit our website (www.PinnacleSkin.com (https://pinnacleskin.com/) ) to learn more about our partnerships and our culture.

Pinnacle Dermatology is an equal opportunity employer. All applicants will be considered for employment without attention to race, color, religion, sex, sexual orientation, gender identity, national origin, veteran, or disability status.

**About the Area:**
Minneapolis (https://www.minneapolis.org/) boasts a dramatic riverfront skyline, three professional sports stadiums, so much art you're literally surrounded by it and a theater on almost every corner. A culture committed to perfecting the craft of the brew, one of the best park systems in the nation, and a foodie paradise where you can get Nordic cuisine for breakfast, Ethiopian for lunch and this thing called a "Jucy Lucy (https://www.bonappetit.com/story/best-

juicy-lucy-minneapolis) " for dinner – and oh yeah, cocktails on a Ferris wheel (https://www.minneapolis.org/things-to-do/itineraries/52-must-sees/33-betty-dangers-country-club/). A place to bring your dancing shoes and party at festivals (https://www.minneapolis.org/calendar/festivals/) all year round, enjoy four gorgeous seasons surrounded by 22 lakes, the Mississippi River and a waterfall (https://www.minneapolis.org/things-to-do/itineraries/52-must-sees/35-minnehaha-falls/), and meet friendly locals who can't wait to show you why they love living there.

Apply (/Recruiting/Jobs/Apply/186773)

View All Jobs (/Recruiting/Jobs/All/d036b884-93d6-49ba-9aa6-b9ce50b17d46)

*Powered by* paylocity
*Privacy Policy (https://www.paylocity.com/privacy/)*