# Exhibit D

# Sensus Healthcare Multi-Scenario *NMSC* Vision SRT-100 Reimbursement Table

**CODES:**

77290--COMPLEX SIMULATION
77300--DOSIMETRY CALCULATION
77280--SIMPLE SIMULATION/PARAMETER VERIFICATION
77401--TREATMENT DELIVERY
G6001--HFUS/IMAGE GUIDANCE
99211-99213--EVALUATION & MANAGEMENT

**The Assumptions:**

*CPT CODE REGION:* Tennessee

Tennessee

***Treatment Protocol and CMS Billing Determined by Physician/Healthcare Provider - customer responsibility to verify all codes prior to billing***

| | MOST COMMONLY REIMBURSED CPT CODES FOR SUPERFICIAL RADIOTHERAPY (SRT)* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 99213 | 77300 | 77290 | 77401 | 77280 | G6001 | | 77300 | 77290 | 77280 | |
| SRT Treatment Scenario | Pre-Simulation Office/Outpaitent visit Est. | Dosimetry Calculation | Complex Simulation | Simple Treatment Delivery | Simple/Verification Simulation | HFUS/image guidance | TOTAL for 1 LESION | Dosimetry Calculation | Complex Simulation | Simple/Verification Simulation | TOTAL for 2 LESIONS |
| Total Reimbursement Per CPT Code | $69.08 | $62.73 | $477.39 | $22.48 | $252.94 | $51.00 | | $62.73 | $477.39 | $252.94 | |
| x Fractions or Quantity | 4 | 1 | 1 | 16 | 8 | 16 | | 1 | 1 | 8 | |
| = Total Reimbursement | $276.32 | $62.73 | $477.39 | $359.68 | $2,023.52 | $816.00 | $4,015.64 | $62.73 | $477.39 | $2,023.52 | $6,579.28 |

| SRT-100 | | |
|---|---|---|
| Price (excl tax) | $ | 455,000.00 |
| 60 Month Lease Payment | | 6,000.00 |
| Room Prep/Shielding EST/Site Physics | $ | - |
| Service Contract/Yr. Year 2-5 | $ | 45,045.00 |

| | |
|---|---|
| WEIGHTED AVERAGE/PT | $4,656.55 |
| *Percent Patients w/2 Lesions :* | 25% |

EXAMPLE

THIS IS PROVIDED FOR GENERAL REIMBURSEMENT INFORMATION ONLY; IT IS NOT LEGAL ADVICE, NOR IS IT ADVICE ABOUT HOW TO CODE, COMPLETE OR SUBMIT ANY PARTICULAR CLAIM FOR PAYMENT. IT IS ALWAYS THE PROVIDER'S RESPONSIBILITY TO DETERMINE AND SUBMIT APPROPRIATE CODES, CHARGES, MODIFIERS AND BILLS FOR THE SERVICES THAT WERE RENDERED. ALL CODING AND REIMBURSEMENT INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE. SENSUS ASSUMES NO RESPONSIBILITY FOR INACCURACIES OR OMISSIONS AND SPECIFICALLY DISCLAIMS ANY LIABILITIES, LOSSES, OR RISKS, PERSONAL OR OTHERWISE, INCURRED AS A CONSEQUENCE, DIRECTLY OR INDIRECTLY, OF THE USE OR APPLICATION OF ANY OF THE CONTENTS HEREIN. THIRD PARTY REIMBURSEMENT AMOUNTS AND COVERAGE POLICIES FOR SPECIFIC PROCEDURES WILL VARY INCLUDING BY PAYER, TIME PERIOD AND LOCALITY, AS WELL AS BY TYPE OF PROVIDER ENTITY. THERE ARE OTHER STATE AND FEDERAL LEGAL AND REGULATORY REQUIREMENTS THAT GOVERN THE PROVISION OF SUPERFICIAL RADIATIONTHERAPY INCLUDING RADIATION SAFETY REGULATIONS AND FRAUD AND ABUSE LAWS.