# Exhibit F

20 Fractions Single Lesion 2017

| CPT CODE | DESCRIPTION | Number of Units Per Course | National Average Global MAC Reimbursement Allowable | Primary | Secondary | Total |
|---|---|---|---|---|---|---|
| 77261 | Therapeutic Radiology Treatment Planning | 1 | 77.52 | 62.02 | 15.50 | 77.52 |
| 77280 | Image Guided Field Placement | 21 | 278.86 | 4,684.85 | 1,171.21 | 5,856.06 |
| 77300 | Radiation Therapy Dose Plan-Field Calculation | 1 | 67.83 | 54.26 | 13.57 | 67.83 |
| 77334 | Radiation Treatment Aid(s) | 1 | 133.15 | 106.52 | 26.63 | 133.15 |
| 77336 | Radiation Physics Consult Weekly | 5 | 80.75 | 323.00 | 80.75 | 403.75 |
| 77401 | SRT Single Lesion | 20 | 25.12 | 401.92 | 100.48 | 502.40 |
| 77427 | Radiation Management Weekly | 4 | 189.13 | 605.22 | 151.30 | 756.52 |
| 99213 | Intermediate Office Visit | 1 | 73.93 | 59.14 | 14.79 | 73.93 |
| G6001 | Ultrasound Evaluation - Ultrasound Guidance | 25 | 52.76 | 1,055.20 | 263.80 | 1,319.00 |
| | | | | 7,352.13 | 1,838.03 | 9,190.16 |