# Exhibit L

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 2500 W Higgins Rd Ste 1040, Hoffman Estates, IL, 60169-2049

**County:** Cook

**Facility ID:** 9262356

**Status:** Open

**Administrator:** Renato Goreshi, M.D.

**Facility Contact:**

**Phone:** (847) 884-8096

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 1903-2124 | 8/2/2019 | 10/21/2019 |

Copyright 2020 Illinois Emergency Management Agency

IEMA
ILLINOIS EMERGENCY MANAGEMENT AGENCY

Illinois Radiation Health Facility Search

IEMA Home Page

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 10720 165th St, Orland Park, IL, 60467-8714

**County:** Cook

**Facility ID:** 9262315

**Status:** Open

**Administrator:** Frank A. Tobin, M.D.

**Facility Contact:** Pam Malik, Implementation Mgr

**Phone:** (708) 460-7890

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vison | X-ray Rm | 1903-2116 | 8/2/2019 | 8/14/2019 |

Copyright 2020 Illinois Emergency Management Agency