# Exhibit M

# Another IL SkinCure location

From: Dan Creger (dancreger@hotmail.com)

To: seapitch@bellsouth.net; trevor@howelllawfirmllc.com

Date: Tuesday, June 9, 2020, 10:05 AM CDT

IEMA
ILLINOIS EMERGENCY MANAGEMENT AGENCY

Illinois Radiation Health Facility Search    IEMA Home Page

## Facility Profile for Dermassociates, Ltd.

Return to Facility Search

**Name:** Dermassociates, Ltd.

**Category:** Therapy Clinic

**Physical Address:** 3608 W Main St, Belleville, IL, 62226-6225

**County:** St.Clair

**Facility ID:** 9261767

**Status:** Open

**Administrator:** Gary Vicik, M.D.

**Facility Contact:**

**Phone:** (618) 397-6605

### Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 8000 | Ther >120kvp | Sensus | SRT100 Vision | SRT Suite | 1705-2031 | 8/31/2017 | 8/31/2017 |

Copyright 2020 Illinois Emergency Management Agency

# Facility Profile for Dermatology Specialists of Illinois

Return to Facility Search

**Name:** Dermatology Specialists of Illinois

**Category:** Therapy Clinic

**Physical Address:** 2430 Esplande Dr Ste B, Algonquin, IL, 60102-5500

**County:** McHenry

**Facility ID:** 9261046

**Status:** Open

**Administrator:** Vikram J. Khanna, M.D.

**Facility Contact:** Heather Mack, Office Manager

**Phone:** (847) 458-7546

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7501 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 1903-2113 | 9/9/2019 | 9/12/2019 |

Copyright 2020 Illinois Emergency Management Agency

## Ted Van Acker, DO - another SkinCure location in IL

From: Dan Creger (dancreger@hotmail.com)

To: seapitch@bellsouth.net; trevor@howelllawfirmllc.com

Date: Tuesday, June 9, 2020, 10:08 AM CDT

IEMA ILLINOIS EMERGENCY MANAGEMENT AGENCY Illinois Radiation Health Facility Search IEMA Home Page

# Facility Profile for Southern Illinois Dermatology

Return to Facility Search

**Name:** Southern Illinois Dermatology

**Category:** Therapy Clinic

**Physical Address:** 220 N Park Ave Ste 2, Herrin, IL, 62948-3150

**County:** Williamson

**Facility ID:** 9258524

**Status:** Open

**Administrator:** Ted G. Van Acker, D.O.

**Facility Contact:**

**Phone:** (618) 942-3344

### Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vison | X-ray Rm | 1806-2079 | 10/17/2018 | 10/22/2018 |

Copyright 2020 Illinois Emergency Management Agency