# Exhibit O

**Key Witnesses For Government's Investigation**

1. Dr. Meredith T. Overholt (A Named Defendant)
The Skin Wellness Center
10215 Kingston Pike, Suite 200
Knoxville, TN 37922
Tel.: (865) 251-9939(Main Office)

Dr. Overholt dealt directly with defendant, Kerwin Brandt, CEO, SkinCure, who solicited her for the SRT Turnkey Implementation Program in early 2019. She will corroborate Relator's evidence about the fraudulent scheme and how SkinCure market's it. She also should have admissions against interest and material prevarications made by Brandt.

2. Barbara Dominic, Vice President Operations (Not A Named Defendant)
Pinnacle Dermatology
820 Springer Drive
Lombard, IL 60148

Ms. Dominic will have evidence about Chad Eckes, CEO, Pinnacle.

3. Dr. Renato Goreshi
2500 W. Higgins Road, Suite 1040
Hoffman Estates, IL 60169-2049
Tel.: (847) 884-8096

Dr. Goreshi is a Mohs surgeon and not a fan of SRT machine or superficial radiation therapy in general. Apparently, he also is not fond of Chad Eckes, who misrepresented the employment opportunity at Pinnacle to Dr. Goreshi when he was hired.

4. Dr. Jay Smith
Dermatologist, Mohs Surgeon
Pinnacle Dermatology - Murfreesboro and Belle Meade Clinics

Not a fan of SRT machine or superficial radiation therapy and also not likely a fan of the Pinnacle acquisition of Murfreesboro and Belle Meade clinics. An honest person who will tell it like it is. He has had recent compensation disputes with Pinnacle.

5. Amanda Redden
Former Sales Executive with Sensus Healthcare
Left their employ about a year ago but knows all about the SkinCure SRT Turnkey Implementation Program and may have some inside information about Dr. Daniel Ladd but certainly about Kerwin Brandt.
Telephone: (417) 353-9969 (cell)
E-Mail: aredden@nalumed.com

6. Dr. Kendra Cole
Cole Dermatology & Aesthetics Center
3625 Holcomb Bridge Road, Suite 100
Peachtree Corners, GA 30092
Tel.: (678) 417-6900

She will be able to confirm that SkinCure filed false SRT-100-Vision registration documents with the State of Georgia, under oath. We have a request to the GA agency that keeps these records for copies and will forward them upon receipt. These documents will confirm the coverup and misrepresentations by SkinCure to hide their provision of DHS–superficial radiation therapy--without authority and then lying about their true status to Ga. Authorities.