**CASE NO. 3:20-cv-00592**

**EXHIBITS TO REDACTED COMPLAINT:**

Exhibit A – Master List of Defendants by State

Exhibit B – Offer of Employment to Dan Creger

Exhibit C – Pinnacle Recruiting Ad

Exhibit D – Sensus Healthcare Reimbursement Table

Exhibit E – Office of Inspector General Special Advisory Bulletin

Exhibit F – 20 Fractions Single Lesion 2017

Exhibit G – Timeline

Exhibit H – Various E-mails with Program Services Agreement

Exhibit I – Second Timeline

Exhibit J – State of GA, Healthcare Facility Regulation Division, Summary Statement of Deficiencies

Exhibit K – FEMA Facility Profile for Pinnacle Dermatology - Will County

Exhibit L – FEMA Facility Profile for Pinnacle Dermatology – Cook County

Exhibit M – FEMA Facility Profile for Dermassociates, Ltd.

Exhibit N – State of Tennessee Registration of X-Ray Producing Equipment for The Skin Wellness Center

Exhibit O – Key Witnesses for Government's Investigation