IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al.*, | ) | |
| Defendants. | ) | |

**<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

Pursuant to Local Rule 83.01(h), the United States of America hereby moves this Court to substitute Wynn M. Shuford as counsel of record for the United States, and respectfully requests that Mark H. Wildasin be terminated as counsel of record in this matter.

Respectfully submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

<u>s/ Wynn M. Shuford</u>
WYNN M. SHUFORD
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Email: wynn.shuford@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2020, a copy of the foregoing Motion for Substitution of Counsel was filed with the clerk's office. A service copy was sent, either electronically or by regular U.S. mail, to the following:

| | |
|---|---|
| Trevor W. Howell<br>Howell Law Firm PLLC<br>P.O. Box 158511<br>Nashville, TN 37215<br>Email: trevor@welllawfirmllc.com | Ray M. Thompson<br>Attorney at Law<br>158 Congress Street<br>Mobile, AL 36603<br>Email: seapitch@bellsouth.net |

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with a copy of the foregoing Motion.

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney