IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER

Plaintiffs,

v.

PINNACLE DERMATOLOGY LLC, *et al.*,

Defendants.

CIVIL CASE No.: 3:20-cv-00592
JUDGE CAMPBELL

**FILED UNDER SEAL**

**[PROPOSED] ORDER**

Upon consideration of the United States' and the Plaintiff States' joint *ex parte* motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time from March 12, 2021, up to and including September 12, 2021, in which to determine whether to intervene in the above-captioned action:

**IT IS HEREBY ORDERED** that the United States and the Plaintiff States shall have until and including September 12, 2021, to notify the Court of their decision regarding intervention;

**IT IS FURTHER ORDERED** that the complaint and all other filings shall remain under seal until and including September 12, 2021, or until further order of the Court.

Dated: ________________________

______________________________
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE