IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al.*, | ) | |
| Defendants. | ) | |

***EX PARTE* JOINT MOTION OF THE UNITED STATES AND PLAINTIFF STATES FOR AN EXTENSION OF TIME TO CONSIDER INTERVENTION**

Pursuant to 31 U.S.C. § 3730(b)(3), as amended, the United States of America and the above-captioned states ("Plaintiff States")[1] move for an *ex parte* order for an extension of time of approximately six months from September 12, 2021, up to and including March 12, 2022, for the United States and the Plaintiff States to consider whether to intervene in the above-captioned *qui tam* action, and for the Complaint and all other filings to remain under seal during the requested extension of the investigative period, and until further order of the Court. Relator, through counsel, concurs in this request.

[1] The Plaintiff States join this *Ex Parte* Joint Motion for an Extension of Time to Consider Intervention through the State of Tennessee, which has been assigned as the coordinating state by the National Association of Medicaid Fraud Control Units ("NAMFCU") for this case. The Plaintiff States each have false claims acts or Medicaid fraud prevention acts—invoked by Relator in the Complaint—with analogous provisions pertaining to extensions of time for the government to consider intervention. *See, e.g.*, Tenn. Code Ann. § 71-5-183(b)(3).

The United States and the Plaintiff States are filing, *in camera*, a memorandum of points and authorities in support of this Motion and a proposed order for the Court's consideration.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney

By: s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General

By: JAMIE YAVELBERG
COLIN HUNTLEY
MARIE V. BONKOWSKI
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-6833

*Counsel for the United States*

HERBERT H. SLATERY III
ATTORNEY GENERAL & REPORTER

By: s/Philip Bangle
PHILIP BANGLE (BPR No. 031636)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 741-2935
Email: Philip.Bangle@ag.tn.gov

*Counsel for the State of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2021, a copy of the foregoing *Ex Parte* Joint Motion for Extension was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via First Class U.S. Mail, postage prepaid, and/or via email on the following:

Trevor W. Howell
Howell Law Firm PLLC
P.O. Box 158511
Nashville, TN 37215
Email: trevor@howelllawfirmllc.com

Ray M. Thompson
Attorney at Law
158 Congress Street
Mobile, AL 36603
Email: seapitch@bellsouth.net

*Counsel for Relator*

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with copies of the foregoing Motion. Relator's counsel has been served with copies of the Motion and Proposed Order, but not the Memorandum in Support of the United States' and Plaintiff States' Joint Motion because that document contains information concerning the ongoing investigation.

s/ Wynn M, Shuford
WYNN M. SHUFORD
Assistant United States Attorney