IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| [UNDER SEAL]<br><br>Relators,<br><br>v.<br><br>[UNDER SEAL]<br><br>Defendants. | Civil Action No. 3:20-cv-00592<br><br>**FILED UNDER SEAL**<br>JURY TRIAL DEMANDED |

**<u>FILED UNDER SEAL</u>**

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA;CONNECTICUT; FLORIDA;GEORGIA; ILLINOIS; INDIANA; LOUISIANA;MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al*., | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

The State of Tennessee respectfully gives notice that John R. Glover is a counsel of record for the State of Tennessee.

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

*s/ John R. Glover*___________
John Ross Glover, BPR # 037772
Assistant Attorney General
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 253.1103
john.glover@ag.tn.gov