IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE DERMATOLOGY LLC, *et al.*,<br><br>Defendants. | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL<br><br>**FILED UNDER SEAL** |

**UNITED STATES' *EX PARTE* MOTION FOR AN ORDER TO PARTIALLY LIFT THE SEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), the United States of America ("United States") moves for an *ex parte* order to partially lift the seal in this case.[1] This motion is submitted so that at the discretion of the United States, the United States may disclose the allegations raised by Relator, and provide a copy of the Complaint and any amended complaints subsequently filed to (1) relators and their counsel in *qui tam* actions against any of the Defendants pending in other federal judicial districts and (2) courts in which such matters are or may be pending. The Plaintiff-States concur in the relief requested.

[1] The United States has not served Relator with copies of this motion and supporting materials to partially lift the seal in this case. To do so would alert Relator to the potential existence of other sealed *qui tam* actions against some or all of the Defendants before the United States has permission from those courts to partially lift the seal on those actions, and before the United States could disclose the existence of this action to the relators that may have filed those other qui tam complaints. With the grant of this request to partially lift the seal on this case as well as the grant from other courts in those other potential pending matters, the United States intends to disclose this action and other potential pending actions that make overlapping allegations to any and all relevant relators simultaneously.

A memorandum in support and a proposed Order are being filed contemporaneously with this Motion.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMIE YAVELBERG
COLIN HUNTLEY
MARIE V. BONKOWSKI
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-6833

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2022, a copy of the foregoing was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via email on the following:

Tony Hullender
Deputy Attorney General
Office of the Tennessee Attorney General
John Sevier Building, 3rd Floor
500 Dr. Martin L. King, Jr. Blvd.,
Nashville, Tennessee 37243
Email: tony.hullender@ag.tn.gov

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Relator and Defendants have not been served with copies of the foregoing Motion.

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney