IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al.*, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the United States' *ex parte* Motion for a Partial Lifting of the Seal, and for good cause shown,

IT IS HEREBY ORDERED that at the discretion of the United States, the United States may disclose the allegations raised by Relator Daniel Creger and provide a copy of the complaint and any amended complaints subsequently filed to (1) relators and their counsel in *qui tam* actions against any Defendants pending in other federal judicial districts, and (2) courts in which such matters are or may be pending.

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED, this ___ day of __________________, 2022.

Dated: _________________________

_____________________________________
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE