**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA;** | * | ***UNDER SEAL*** |
| **STATES OF CALIFORNIA;** | * | |
| **FLORIDA, GEORGIA; ILLINOIS;** | * | **CASE NO.: 3:20-cv-00592** |
| **INDIANA; LOUISIANA; MICHIGAN;** | * | |
| **MICHIGAN; MINNESOTA;** | * | **JUDGE: W. L. CAMPBELL, JR.** |
| **NEW YORK; NORTH CAROLINA;** | * | **MAGISTRATE JUDGE:** |
| **TENNESSEE; and, TEXAS,** | * | |
| ***ex rel*** **DANIEL W. CREGER,** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **Plaintiffs,** | * | **TO BE FILED IN CAMERA** |
| **v.** | * | **AND UNDER SEAL** |
| | * | DO NOT PUT IN PRESS BOX |
| **PINNACLE DERMATOLOGY LLC;** | * | DO NOT ENTER ON PACER |
| **ET AL.,** | * | DO NOT MAKE PUBLIC |
| | * | |
| **Defendants.** | * | |

**NOTICE OF FILING OF VERIFIED AMENDED COMPLAINT**

Relator hereby gives notice of the filing of a Verified Amended Complaint.

Dated this 29th day of August, 2022.

Respectfully submitted,

By: *Trevor W. Howell*

Trevor W. Howell, BPR 9496
**HOWELL LAW, PLLC**
P. O. Box 158511
Nashville, TN 37215
(615) 406-1416 (Telephone)
(615) 373-8206 (Facsimile
Trevor@howelllawfirmllc.com

**Local Counsel**