# AMENDED VERIFIED COMPLAINT--EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NOS. |
|---|---|---|
| A. | Amended Master List of Defendants, With Contact Information | CREGER00001-00031 |
| B. | SkinCure Advertising Documents | CREGER00032-00124 |
| C. | PPP Loan Documents, Forms and Note | CREGER00125-00147 |
| D. | PPP Loan Forgiveness Application | CREGER00148-00152 |
| E. | SkinCure SRT Turnkey Implementation Program Contract Documents | CREGER00153-00189 |
| F. | Creger Employment Contract With Pinnacle | CREGER00190-00193 |
| G. | Pinnacle Press Release, March 2017, Affiliation with Chicago Pacific | CREGER00194-00196 |
| H. | Pinnacle Board of Directors, March 2017 | CREGER00197-00205 |
| I. | BayPines, LP, Press Release - Purchase of Pinnacle, 10/29/2021 | CREGER00206-00210 |
| J. | Pinnacle Board of Directors, October 29, 2021 | CREGER00211-00227 |
| K. | Pinnacle Illinois X-Ray Equipment Registration, Joliet, IL, Lapinski | CREGER00228 |
| L. | SkinCure Press Release $2.5 Million Loan, December 2017 | CREGER00229-00230 |
| M. | Sensus Multi-Scenario Reimbursement Table | CREGER00231 |
| N. | OIG Special Advisory Bulletin, April 2003 | CREGER00232-00238 |
| O. | SkinCure Press Release, March 8, 2022 | CREGER00239-00241 |
| P. | Pinnacle Illinois X-Ray Equipment Registration, Bourbonnais, IL, 3/15/2022 | CREGER00242 |

| | | |
|---|---|---|
| Q. | Four Pinnacle Illinois X-Ray Equipment Registrations | CREGER00243-00246 |
| R. | Relator Factual Time Line | CREGER00247-00252 |
| S. | The Skin Wellness Center, Tennessee, X-Ray Equipment Registration, 3/20/2019 | CREGER00253 |
| T. | Pinnacle Illinois X-Ray Equipment Registration, Orland Park & Hoffman Estates | CREGER00254-00255 |
| U. | Six other Illinois X-Ray Equipment Registrations | CREGER00256-00261 |
| V. | State of Georgia Inspection Forms, Cole Dermatology | CREGER00262-00263 |
| W. | SkinCure July 2022 Press Release | CREGER00264-00268 |
| X. | List of PPP Loan Fraud Defendants and Contact Information | CREGER00269-00283 |
| Y. | SkinCure Billing Fractions Chart | CREGER00284 |
| Z. | Fountain Partners, Portfolio News, 9/24/2019 | CREGER00285-00287 |
| AA. | Select Documents Showing PPP Loan Approval and Forgiveness Dates | CREGER00288-00300 |
| BB. | Pinnacle Due Diligence Update, 1/2/2020 | CREGER00301-00304 |
| CC. | List of 59 Fraudulent PPP Loans And Amounts, With Supporting Documents | CREGER00305-00410 |