# Exhibit A

# AMENDED MASTER LIST OF DEFENDANTS BY STATE

**ALABAMA**

Dermatology Care of Alabama
Dr. Robert Bentley
4960 Rice Mine Road N. E., Suite 40
Tuscaloosa, AL 35406
Tel.: (205) 759-1519
www.dermcarealabama.com

Advanced Dermatology & Skin Care Centre, d/b/a Forefront Dermatology, d/b/a Partners Group (Forefront Dermatology)
Dr. Thomas Bender
Dr. Ronald Johnson
Dr. Alan Stanford
Dr. Cary L. Dunn
Dr. Virginia Reeder
Dr. Nora Kachaturoff
580 Providence Park Dr. E., 2nd Floor
Mobile, AL 36695
Tel.: (251) 631-3570
http://advanceddermclinic.com

Dermatology Specialists of Alabama d/b/a Dermatology Solutions Group, LLC
(4 SRT Machines)

Dr. Jon R. Ward
Dr. Jeffrey Stricker
612 North Main St., Suite B (SRT)
Enterprise, AL 36330

Dr. Robert W. Calcote (Huntsville, AL)
201A Longwood Dr. SE
Huntsville, AL 35801 (SRT)
Tel.: (334) 821-9308

Dr. Stephanie Lai (Auburn, AL)
1543 Professional Pkwy
Auburn, AL 36830 (SRT)
Tel.: (334) 821-9308

Dr. Dr. Bart D. Wilkison
106 Westside Dr.
Dothan, AL 36303 (SRT)
(334) 699-3376

Dr. Eric W. Baum
Dr. Jefferson Taylor Hunt
101 Cherry Street
Gadsden, AL 35901
(256) 543-2380

Dr. Joya Sahu
44 Hughes Road, Suite 1100
Madison, AL 35758
(256) 325-8971

Dr. Jeffrey Stricker
989 Elba Hwy
Troy, AL 36079
(334) 699-3376

Southern Dermatology Center, P.C. (2 SRTs)
Dr. Angelo Mancuso
2828 Highway 31 S., Suite 105
Decatur, AL 35603
(256) 203-4654

Total Skin & Beauty Dermatology Center
Dr. Gary D. Monheit
Dr. James M. Krell
Dr. Melanie L. Appell
Dr. A. Michelle Hill
Dr. Rajini K. Murthy
2100 16th Avenue S.
Birmingham, AL 35205
(205) 933-0987
www.totalskinandbeauty.com

Renew Family Dermatology
Dr. Michael Digby
1403 Old Water Works Rd. SW
Fort Payne, AL 35968
(256) 979-1250 Website: renewfamilydermatology.com

**ARIZONA**

Pinnacle Dermatology
Dr. Nancy H. Kim
20950 N. Tatum Blvd., Suite 250
Phoenix AZ 85050

Dr. Timothy Salmon
9500 E. Ironwood Square Drive
Suite 110
Scottsdale, AZ 85258

**ARKANSAS**

The Dermatology Center
Dr. G. Luke Lewis
Dr. P. Graig Stites
7900 Dallas St.
Fort Smith, AR 72903
(479) 242-6647

William J. Helms Dermatology
Dr. William J. Helms
2210 West Main Street
Russellville, AR 72801
(479) 968-8940

**CALIFORNIA**

Milligan Dermatology
Dr. Michael P. Milligan
Dr. Reuven F. Sison
Dr. Anthony T. Nasser
35200 Bob Hope Dr.
Rancho Mirage, CA 92270
(760) 328-8884
https://www.milligandermatology.com

Advance Dermatology & Laser Medical Center, Inc.
Dr. Nita Patel
4560 Admiralty Way, Ste. 101
Marina Del Ray, CA 90292
(310) 577-7544
www.drpatelllaser.com

West Hills Dermatology Group
Dr. Farnaz Gaminchi
7320 Woodlake Ave., Ste. 340
West Hills, CA
(818) 592-6005
www.westhillsdermatology.com

Rao Dermatology
Dr. Babar K. Rao
Dr. Lana Kashlan
609 North Douty Street
Hanford, CA 93230
(559) 582-2422
https://west.raodermatology.com

Advanced Dermatology & Skin Care Specialists
Jesse D. Mitchell, M.D.
M. Seyfzadeh, M.D.
12637 Hesperia Road
Victorville, CA 92395
(442) 255-4130
www.advanceddermspecialists.com

**COLORADO**

Accent Dermatology & Laser Institute
Fr. Tyler O. Vukmer
400 Indiana Street #390
Golden, CO 80401
(303) 463-9600
coloradoderm.com

## CONNECTICUT

Seaport Dermatology
Dr. John West
34 Water Street #2
Mystic, CT 06355
Tel.: (860) 572-9994
www.seaportdermatology.com

Middlesex Dermatology
Dr. Eric J. Thomas
11 South Main Street
Middletown, CT 06457
(860) 347-4555
www.middlesexdermatology.com

## FLORIDA

Dermatology Specialists of Florida d/b/a Dermatology Solutions Group, LLC (3 SRTs)

Dr. Jon R. Ward
Dr. John H. Phillips, III
3089 Gulf Breeze Parkway (SRT)
Gult Breeze, FL 32425
(850) 932-1455

Dr. Jon R. Ward
Dr. Haley Lewis
4357 Lafayette St. (SRT)
Marianna, FL 32446
(850) 526-7546

Dr. Jon R. Ward
Dr. Haley Lewis
2505 Harrison Ave. (SRT)
Panama City, FL 32405
(850) 233-3376
www.mydermspecialists.com

Hollywood Dermatology & Cosmetic Specialists d/b/a DermCare Management

Dr. Eduardo Weiss
Dr. Ronald D. Smith
Dr. Julian O. Moore
Dr. Shomolo J. Lanes
3850 Hollywood Blvd., Suite 200 (their website states the suite is 301)
Hollywood, FL 33021
(954) 961-1200

Rendon Center for Dermatology & Aesthetic Medicine d/b/a DermCare Management

Dr. Marta K. Rendon
Dr. Chere Lucas Anthony
Dr. Todd R. Coven
Dr. Ann Mazor Reed
Dr. Sholomo J. Lanes
Dr, Bertha Baum
1001 NW 13th St., Suite 100
Boca Raton, FL 33486
(561) 750-0544
www.drrenton.com

Brevard Skin & Cancer Center

Dr. Richard C. Kirkpatrick
Dr. Mario J. Sequeira
Dr. Andrew Miner
1286 South Florida Avenue
Rockledge, FL 32955
Tel.: (321) 636-7780
www.brevardskin.com

Skin & Cancer Associates

Dr. Mark S. Nestor
Dr. David J. Goldberg
Dr. Brian Berman
2925 Aventura Blvd., Suite 205
Aventura, FL 33180
(305) 933-6716 www.scacce.com

Associated Dermatologists

Dr. John C. Long, Jr.
155 N. Nova Road
Ormond Beach, FL 32174
(386) 672-3111

www.associatedderm.com

Porter Premier Dermatology
Dr. Anthony Porter
1515 W. Nasa Blvd., Ste. 101
Melbourne, FL 32901
Tel.: (321) 308-0659
www.porterderm.com

Caban Skin Institute Dermatology (2 SRTs)
Dr. Francis Caban
109 Margaret Street
Brandon, FL 33511
Tel.: (813) 654-2544
https://cabanskin.com

* * *

4164 North Armenia Avenue
Tampa, FL 330607
Tel.: (813) 879-7546
https://cabanskin.com

Park Avenue Dermatology
906 Park Ave.
Orange Park, FL 32073
(904) 541-0315
www.parkavedermatology.com

Aesthetix Dermatology
Dr. Igor Chaplik
4331 N. Federal Hwy., Floor 4
Fort Lauderdale, FL 33308
(954) 772-0416
www.aesthetixskin.com

**GEORGIA**

Dermatology Specialist of Georgia, a/b/a Dermatology Solutions Group, LLC
Dr. Alan Gardner
Dr. Josh A. Hammel
526 Maddox Drive, Suite 101
Ellijay, GA 30540

(850) 233-3376
http://mydermspecialists.com

Clarksville Dermatology and Medical Associates (2 SRTs)
Dr. Shri Nadig
530 GA-115
Clarkesville, GA 30523
(706) 754-5991
www.clarkesvilledermatology.com

Dermatology Associates of Savannah, GA (2 SRTs)
Dr. Lewis Collins
4849 Paulsen Street, Suite 300
Savannah, GA 31405
(912) 623-4239
https://dermatologyassociatesga.com

Agha Advanced Dermatology
Dr. Amr Agha
4904 Timber Ridge Drive
Douglasville, GA 30135
(770) 739-7546
www.skinangel.com

Atlanta Dermatology
Dr. Jerry L. Cooper
Dr. Raven Eloise Walker
1462 Montreal Road W., Suite 411
Atlanta, GA 30084
(404) 296-8000
www.atlantadermatologyesperts.com

Gaughf Dermatology (2SRTs)
Dr. Claudia N. Gaughf
1000 Town Center Blvd.
Pooler, GA 31322
(912) 354-7124
www.gaughfdermatology.com

**ILLINOIS**

Pinnacle Dermatology, d/b/a
Dr. Blake M. Troiani
595 William R. Latham Denior Dr.
Bourbonnais, IL 60914
(815)744-8554
https://pinnacleskin.com/our-locations/bourbonnais/

Dr. Todd Davis
103 North Haven Road, ste. 7
Elmhurst, OL 60126
(630) 832-5199
https://pinnacleskin.com/our-locations/elmhurst/

Illinois Dermatology Institute (2 SRTs)
Dr. Matthew Harris
Dr. Regina O'Brien
Dr. John Kalis
Dr. Sreya Talasila
901 N. Elm St. Ste. 250 (SRT)
Hinsdale, IL 60521
(630) 325-6880
https://www.illinoisderm.com

Dr. Ruchik Desai
Dr. Emily M. Garritson
3190 Lancer Street (SRT)
Portage, IN 46368
(219) 764-3600
https://www.illinoisderm.com

Summit Dermatology
Dr. Rania Agha
15210 Summit Ave.
Oakbrook Terrace, IL 60181
(630) 282-6004
www.oakbrookdermatology.com

Dermatology Specialists of Illinois (2 SRTs)
Dr. Vikram Khanna
22285 N. Pepper Rd. Suite 407
Lake Barrington, IL 60010

(844) 307-7546

*     *     *

2430 Esplanade Drive, Suite B
Algonquin, IL 60102
https://www.dermspecialistsil.com/

Shaberg Dermatology
Dr. Susan Shaberg
4949 Autumn Oaks Dr., Ste. B
Maryville, IL 62062
(616) 288-9450
https://shabergdermatology.com

Forefront Dermatology, d/b/a Partners Group
Dr. Scott Carrizales
930 Talon Drive, Suite 1
O'Fallon, IL 62269
(618) 726-1080
https://forefrontdermatology.com

Advanced Skin and Mohs Surgery Center
Dr. Clarence W. Brown
Dr. Yazan Alghalith
Dr. Stephanie Bayers
Dr. Raymond Kleinfelder
Dr. Jonathan Nathan
Dr. Evan Stoker
Dr. Srya Talasila
2845 N. Sheridan Road, Suite 912
Chicago, IL 60657
(618 397-6605
www.dermassociatesltd.com

Dermassociates, LTD
Dr. Gary J. Vicik
3608 W. Main Street
Belleville, IL 62226
(618) 397-6605
www.asmsc.doctor

Southern Illinois Dermatology
Dr. Ted G. Van Acker
220 N. Park Ave., Ste 2
Herrin, IL 62948-3150
(618) 942-3344
www.siderm.com

**INDIANA**

Forefront Dermatology, d/b/a Partners Group
Dr. Kevin M. Crawford
244 Westwood Blvd.
Columbus, IN 47201
(812) 669-0141

Dermatology Center of Northwest Indiana (Forefront)
Dr. Ashvin R. Garlapati
70 W. 94th Place
Crown Point, IN 46077
(219) 662-8822
www.forefrontdermatology.com

Three Rivers Dermatology
Dr. Jeffrey Sassmannshausen
5650 Coventry Lane
Fort Wayne, IN 46804
(260) 436-9696
https://www.threeriversdermatology.com

Biltmore Dermatology
Ryan Patterson, NP-C, DCNP
1600 Springhill Drive
Terre Haute, IN 47802
(812) 994-1404
biltmorederm.com

Booth Dermatology & Cosmetic Care Center
Dr. Sally A. Booth
12050 N. Michigan Road
Zionsville, IN 46077
(317) 848-2427
www.boothdermaotolgy.com

Randall Dermatology & MedSoa (SRTs)
Dr. John K. Randall
124 Sagamore Parkway W.
West Lafayette, IN 47906
(765) 463-6722
www.randallderm.com

## IOWA

Dermatology Associates of Siouxland, PC
Dr. J. Mark DeMay
2930 Hamilton Blvd., Lower F
Sioux City, IA 51104
(712) 277-9370
https://www.siouxcitydas.com

Dr. David G. Congdon (2 SRTs)
2515 Cyclone Drive, Ste B
Waterloo, IA 50701
(319) 888-8044
https://congdonmd.com

## KANSAS

KMC Dermatology
Dr. Michael Kucenic
Dr. Gadzia
Dr. Meena Singh
Dr. Kyle Anderson
Dr. James Allen
Dr. Majdy Albahhar
Dr. Lisa Waxman
Dr. Lee Bittenbender
Dr. David Martell
2921 S W Wanamaker Drive
Topeka, KS 66614
(785) 272-6960
www.kmcpa.com

## LOUISIANA

Dimitri Dermatology (2 SRTs)

Dr. Elizabeth Dimitri
Dr. Medi Mosadegh
Dr. Jorge Crus
Dr. Thomas Orgeron
Dr. Joel Perdomo
2104 Gause Blvd., Suite A
Slidell, LA 70460
(985) 643-4575
www.dimitirderm.com

3715 Williams Boulevard, Suite 100
Kenner, LA 70065
(504) 465-4550
www.dimitirderm.com

Grafton Dermatology

Dr. Lee Grafton
Dr. Tamela L. Charbonnet
Dr. Kristal B. Guidoz
327 Bayou Gardens Blvd.
Houma, LA 70360
(985) 876-5000
www.graftonderm.com

## MICHIGAN

Moulton Group, PC

Dr. Paulette Moulton
2246 N. Monroe St.
Monroe, IL 48162
(734) 215-7727
https://www.moultongroupmd.com

Holland Dermatology

Dr. Barbara Drozdowski
Dr. Brandon McNally
441 120th Avenue
Holland MI 49424
(616) 738-3997

https://www.holland-derm.com

A Comprehensive Dermatology Center
Dr. Ali Moiin
1575 West Big Beaver Road, Suite C12
Troy, MI 48084
(248) 643-7677
https://www.abetterskin.com

The New Dermatology Group
Dr. Kevan Lewis
1606 S. Stephenson Ave.
Iron Mountain, MI 49801
(920) 965-0345
http://www.newdermgroup.com

Southwest Michigan Dermatology
Dr. Craig Mohney
Dr. David Semler
Dr. Jessica Liggett
Dr. Ryan Jones
2750 Old Centre Road
Portage, MI 49024
(269) 321-7546
https://www.southwestmichiganderm.com

Pinnacle Dermatology
8245 Holly Road
Grand Blanc, MI 48439
(810) 606-7500
https://pinnacleskin.com/our-locations/grandblanc/

Dr. David V. Spurlin
33301 Woodward Avenue
Birmingham, MI 48009
(248) 642-9111
hrrps://pinnaclederm.com

Clarkston Dermatology & Vein Center, PLLC
Dr. Brian Kopitzki
Dr. Wendy McFalda
Dr. Brett Bender
Dr. Michelle Dawson

5701 Bow Pointe Drive, Suites 215 & 217
Clarkston, MI 48346
(248) 236-5040
https://www.clarkstonderm.com

Oakland Hills Dermatology
Dr. Christofer Buatti
2251 N. Squirrel Road, No. 200
Auburn Hills, MO 48326
(248) 220-6798
www.oaklandhillsdermatology.com

**MINNESOTA**

Tareen Dermatology (2 SRTs)
Dr. Mohiba Tareen
Dr. Lorraine Griffin
Dr. Ryan Holzwarth
1575 20th St. N.W., Suite 201
Faribault, MN 55021
(507) 509-2886
www.tareendermatology.com

1835 W. County Rd. D, Suite 250
Roseville, MN 55113
(651) 633-6883
www.tareendermatology.com

Pinnacle Dermatology
Dr. Phil Ecker
3655 Plymouth Boulevard, Unit 110
Plymouth, MN 55446
(612) 486-4200
https://pinnacleskin.com/our-locations/plymouth-minnesota/

**MISSISSIPPI**

Dermatology Specialist of Mississippi d/b/a Dermatology Solutions Group, LLC
Dr. Peter Barnes
Dr. Lisa R. Chastant
Dr. Dawn M. Hansen