2550 Pass Road
Biloxi, MS 39531
(228) 207-5140

Dermatology Clinic of North Mississippi
Dr. Terri H. Henson
7585 Clarington Cove
Southaven, MS 38671
(662) 349-0200
into@www.dcnms.com

**MISSOURI**

Central Missouri Dermatology & Mohs Skin Cancer Surgery
Dr. Lindall Perry
401 Keane Street
Columbia, MO 65201
(573) 876-1616

Riverside Dermatology and Spa (2 SRT's)
Dr. Linda Cook
163 Medical Drive
Hannibal, MO 63401
(573) 719-1818

*  *  *

8676 County Road 346
Taylor, MO 63471

Associates In Dermatology
Dr. James Donnelly
Dr. Richard Bell
222 S. Woodmill Rd., Suite 710N
Chesterfield, MO 63017
(314) 576-1411

Dr. Yeoman's Dermatology
Dr. Lance Yeoman
225 Physicians Park Dr., Suite 304
Poplar Bluff, MO 63901
(573) 686-4750

Branson Dermatology a/k/a Shaffer Rainey Dermatology
Dr. Christy Rainey
1100 Business Park Dr. C
Branson. MO 65616
(417) 336-0033
bransondermatology.com

**MONTANA**

Associated Dermatology & Skin Cancer Clinic of Helena
Dr. Jeffry Glodes
50 S. Last Chance Gulch
Helena, MT 59601
(406) 442-2064
www.AssociatedDermHelena.com

**NEW JERSEY**

Abeles Dermatology
Dr. Gwen Abeles
221 West Grand Avenue
Suite 102B
Montvale, NJ 07645
(201) 307-0075

The Dermatology Center of Hillsborough Township New Jersey
Dr. Robert Ilowite
505 Omni Dr.
Hillsborough Township, NJ 08844
(908) 359-6685

**NEW MEXICO**

New Mexico Cancer Center
Dr. Kara Bucci
Dr. Gregg E. Franklin
Dr. Susan Guo
4901 Lang Avenue NE
Albuquerque, NM 87109
(505) 842-8171

Alamagordo Dermatology
Alisa Thompson-Seeberger, FNP-C
1401 E. 10th St. #C
Alamagordo, NM 88310
(575) 437-4533
contact@dermhappy.com

**NEW YORK**

Laserderm Dermatology & Cosmetic Laser Surgery
Dr. Donna Serure
327 Middle County Road
Smithtown, NY 11787
(631) 904-7496
www.laserderm.com

**NORTH CAROLINA**

Dermatology Associates of Coastal Carolina (3 SRTs)
Dr. James Polo
Dr. Sean J. Murphy
Dr. Scott McClellan
Dr. Cynthia Polo
2115 Neuse Blvd.
New Bern, NC 28560
(252) 633-4461
www.newbernderm.com

701 Doctor's Drive, Suite F
Kinston, NC 28501
(252) 686-0991
www.newbernderm.com

Piedmont Plastic Surgery & Dermatology (4 SRTs)
Dr. Daniel T. Ness
Dr. Gregory A. Mantooth
Dr. Gregory M. Swank
Dr. Miguel A. Yanez
Dr. Benson Timmons
Dr. Eric T. Emmerson
Dr. Parag Butala

Dr. Steven A. Siciliano
Dr. Rosiane A. Roeder
Dr. Benjamin R. Eskenazi
Dr. Darrell W. Freeman
Dr. Dori L. Hunt
Dr. Charles S. Johnson
Dr. Patrick McElgunn
Dr. Tonya S. McLeod
Dr. William L. Flannagan
Dr. Dr. Laura B. Rosenzweig
Dr. Jaime J. Fanoury
Dr. Laura Kline
Dr. Joshua G. Porter
Dr. Chrostopher A. Synder
De. Jerry L. Pruitt
Dr. Donald D. Fraser
Dr. Bethany . Beragamo
Dr. George D. Magel
Dr. Kirsten B. Higgins
Dr. Nancy J. Astle
Dr. Euphemia W. Mu
Dr. Roberta J. Hawk
Dr. Larry A. Napolitano
5815 Blakney Park Dr., Suite 100
Charlotte, NC 28277
(704) 542-2220
www.ppsd.com

959 Cox Rd.
Gastonia, NC 28054

315 19th St. SE
Hickory, NC 28602

105 Delta Park Dr.
Shelby, NC 28150

309 S. Sharon Amity Rd., Suite 200
Charlotte, NC 28211
(704) 344-8846

Polley Clinic (5 SRT's)

Dr. Dennis Polley
110 Long Circle
Roanoke Rapids, NC 27870
(800) 243-0566

131 Foy Dr.
Rocky Mount, NC 27804

3516 US Highway 301 South
Smithfield, NC 27577

106 Barcelona Dr. (2 SRTs)
Fayetteville, NC 27893

Central Dermatology Center (3 SRT's)

Dr. Beth G. Goldstein
Dr. David T. Devries
Dr. Nicholas A. Tay;or
Dr. Rebecca W. Todd Bell
Dr. C. Lynn Cheng
Dr. Amy L. Gagnon
Dr. Karin S. Linthicum
Dr. Lisa Am Christman
Dr. Sara M. James
Dr. Katherine S, Martin
Dr. Nadia S. Wang
Dr. Ruth F. Walters

(3 SkinCure Locations)
2238 Nelson Highway #100, #300, #500
Chapel Hill, NC 27517
(919) 401-1994

1210 Central Dr.
Sanford, NC 27330
(919) 776-5286

1212 Cedarhurst Dr., Suite 102
Raleigh, NC 27609
(919) 782-2735
https://www.centraldermcenter.com

Pinnacle Dermatology
Dr. Kara Brooks
10512 Park Rd.
Charlotte, NC 28210
(704) 542-7147
https://pinnacleskin.com

Coastal Dermatology & Surgery Center, PA
Dr. Heather Loesch
2504 Delancy Avr.
Wilmington, NC 28403-6002
(910) 343-0626
www.coastaldoctor.com

**NORTH DAKOTA**

Fargo Center for Dermatology
Dr. Rachel Ness
3173 43rd St. S.
Fargo, ND 58104
(701) 478-87

**OHIO**

Haber Dermatology, Inc.
Dr. Robert Haber
26949 Chagrin Blvd., Suite 300
Beachwold, OH 44122
(216) 932-5200
https://haberderm.com

Summit Dermatology
Dr. Thomas Myers
Medical Building
4465 Darrow Road
Stow, OH 44224
(330) 926-3495
www.summitdermohio.org

## OKLAHOMA

Southside Dermatology, PLLC
Dr. Alison A. Fischer
Dr. Robert Fischer
720 W.. 71st Street
Tulsa, OK 74132
(918) 760-0700
www.dermatologyok.com

## OREGON

Central Oregon Dermatology
Dr. Mark Hall
388 SW Bluff Drive
Bend, OR 97702
(541) 678-0020

## PENNSYLVANIA

Dermatology Associates of Greenburg
Dr. Stuart Glasser
912 S. Main St.
Greenburg, PA 15601

Lehigh Valley Dermatology Associates, Ltd.
Dr. David B. Vasily
940 N. New Street
Bethlehem, PA 18018
(610) 866-2010
www.lehighvalleyderm.com

Reading Dermatology
Dr. Hason Hendrix
Dr. Dean Burget
Dr. Stephen Schleicher
3817 Penn Avenue
West Lawn, PA 19609
(610) 750-7891
www.readingderm.com

Farber Dermatology
Dr. Harold Farber
9832 Bustleton, Ave., Suite 204
Philadelphia, PA 19115
(215) 676-266464
www.farberdermatology.com

## SOUTH CAROLINA

Waccamaw Dermatology (3 SRT's)
Dr. Robert D. Bibb
Dr. Brandon J. Coakley
Dr. Edith Winter
14880 Ocean Highway
Pawleys Island, SC 29585
(843) 449-0453
https://waccamawdermatology.com

Germain Dermatology (4 SRT's)
Dr. Marguerite Germain
Dr. Emily C. Kmetz
Dr. Bruce Barach
Dr. Taylor Mulkey
Dr. Joshua Black
Dr. Christine Lin
56 Business Center Drive
Pawleys Island, SC 29585
(843) 881-4440
https://germaindermatology.com

Lowcountry Dermatology
Dr. Sandra Nash Hannegan
Dr. Cynthia Irby Wilson
8 Farmfield Avenue
Charleston, SC 29407
(843) 556-7251
attps://www.lowcountrydermatology.com

Spartanburg Dermatology & Skin Surgery Clinic
Dr. Elizabeth S. Dunlavey
Dr. Asron E. Katz
Dr. Beth C. DelSavio

Dr. Blair W. Clementson
2020 North Church Place
Spartanburg, SC 29303
(864) 582-3447
https://www.spartanburgderm.com

The Dermatology Group
Dr. Dina V. Hunter
Dr. Lee T. Jordan
Dr. Scott A. Maisch
1709 Barnwell St.
Columbia, SC 29201
(803) 254-3376
www.thedermgroupsc.com

Dermatology & Skin Cancer Center of South Carolina
Dr. Joseph M. Masessa
5046 Highway 17 Byp Ste. 103
Myrtle Beach, SC 29588
(843) 668-4059
southcarolindermalotogist.com

Skin Cancer Center
Dr. Richard J. De Angelis
1409 N. Fant Street
Anderson, SC 29621
(864) 231-8599
www.skincancercentre.com

**TENNESSEE**

Pinnacle Dermatology (13 SRTs Company-wide)
Dr. Jose L. Rios
Dr. Paula K. Lapinski
125 Cool Springs Blvd.
Franklin, TN 37067
www.pinnacleskin.com

Dr. Jay Smith
Dr. Michael Bell
1725 Medical Center Parkway, ste. 300
Murfreesboro, TN 37129

(615) 890-3593
www.pinnacleskin.com

Dr. Jay Smith
Dr. Paul Shah
Dr. Wayne Day
Dr. K. Daen Vincent
Dr. Chris Pardue
24 White Bridge Road
Nashville, TN 37205
(615) 991-1098
www.pinnacleskin.com

Dyersburg Skin & Allergy Clinic
Dr. Kenton Busch
1950 Cook Street, Suite B
Dyersburg, TN 38024
(731) 286-4300
www.dyersburgskinandallergyclinic.com

Tanenbaum Dermatology Cenhter
Dr. Alan Tanenbaum
760 East Brookhaven Circle
Memphis, TN 38117
(901) 761-0500
https://www.tanenbaumdermatologycenter.com

Retief Skin Center
Dr. Carla Retief
4301 Hillsboro Pike, Suite 200
Nashville, TN 37215
(615) 383-6092

Josh Gapp, MD
1627 Old Gray Station Rd., Suite #30
Johnson City, TN 37615
(423) 282-3376

The Skin Wellness Center
Dr. Meredith T. Overholt
Dr. Kimberly K. Grande
10215

Kingston Pile, Suite 200
Knoxville, TN 37922
(865) 584-8580
www.theskinwellnesscenter.net

Wellskin Dermatology & Aesthetics
Dr. James Allred
1630 Nashville Pike, Suite 200
Galatin, TN 37066
(615) 249-3834
www.wellskinmd.com

**TEXAS**

Tru-Skin Dermatology (6 SRTs)
Dr. Daniel J. Ladd
Dr. S. Robert Haria
Dr. Carlo Gavino
Dr. Tanya Khan
Dr. Liqiao Ma
2 Saint Marks Place, Suite 140
La Grange, TX 78945
(512) 451-0139
www.tru-skin.com

Dr. Russell Rowe
3500 Jefferson Street, Suite 200
Austin, TX 78731
(512) 643-4384

Lakeside Professional Building
3101 Highway 71 East, Suite 203
Bastrop, TX 78602
(512) 643-4384

160 Creekside Park, Suite 300
Spring Branch, TX 78070
(512) 643-4384

Heights Dermatology & Aesthetic Center (6SRTs)
Dr. Alpesh Desai
Dr. Tejas Desai

Dr. Dario Kivelevitch
Dr. Oben Ojong
The Heights
2120 Ashland Street
Houston, TX 77008
(713) 864-2659
www.heightsskin.com

5219 Reading Rd.
Rosenberg, TX 77471
(713) 730-2000

215 Oak Drive South, Suite C
Lake Jackson, TX 77566
(979) 297-6458

277 Buddy Ganem, Suite B
Portland, TX 78374
(361) 229-7400

Dermatology & Skin Cancer Surgery (3 SRTs)

Dr. Matthew Barrows
Dr. Ajay Amarnani
Dr. Carolyn Lyde
Dr. Clara Henry
Dr. Chris Hixon
Dr. Heather Froehlich
Dr. Kaitlin Blankenship
Dr. Matthias Solomon
Dr. Vivian Yee
Dr. Kaitlin Blankenship
Dr. Vivian Lee

1790 N. Stonebridge Dr.
McKinney, TX 75071
(972) 390-9002
www.mdbarrows.com

214 E. California St., Ste B
Gainseville, TX 76240
(940) 665-1551

1020 W. Ralph Hall Pkwy., Suite 102
Rockwall, TX 75032
(972) 390-9002; ext. 6402

MeGuiness Dermatology & Plastic Surgery (2 SRTs)

Dr. Michael McGuiness
Dr. Grace Brown
Dr. Shaily Kesani
Dr. Leisa Hodges
Dr. Elba Rubianes
Dr. Steven Eilers
Dr. Felicia Ekpo
2440 E. Prosper Trail, Suite 70
Prosper, TX 75078
(972) 316-4555
www.meguinessdermatology.com

Dr. Karen Adams
Dr. Elizabeth Carter
Dr. Jennifer Snipes
Dr. Natalie Wright
6100 Windhaven Pkwy
Plano, TX 75093
(972) 608-0330
www.planodermatology.com

Rainey & Finklea Dermatology at Castle Hills

Dr. Lindsey Finklea
Dr. Shristy Rainey
1626 Lock Hill Selma Rd.
San Antonio, TX 78213
(210) 901-9353
www.rfsadermatology.com

Rajan Dermatology

Dr. Betty Rajan
6600 Bryant Irvin Road
Fort Worth, TX 76132
(817) 612-9796
www.bettyrajan.com

Pinnacle Dermatology (Formerly Chappell Rosso Dermatology)
Dr. Robert L. Chappell, Jr.
Dr. Ritchie O. Rosso, Jr.
4040 Medical Park Drive
Odessa, TX 70765
(432) 333-6603
www.pinnacleskin.com

Bayside Dermatology
Dr. Donald Brown
1321 Waters Edge Dr., Suite 1006
Granbury, TX 76048
(817) 573-1800

United Dermatology Associates (2 SRT's)
Dr. Jeannine Hoang
780 NE Alsbury Blvd.
Burleson, TX 76028
(817) 529-1753
https://unitedderm.com

Dr. Ashish Arshanapalli
130 Regency Pkwy
Mansfield, TX 76063
(817) 539-0959

Complete Dermatology
Dr. Michael Sonabend
Dr. Jennifer Maender
Dr. Payal Patel Dixit
Dr. Bartley Joseph Dr. Bryan Hiscox
7616 Branford Place, Suite 240
Sugar Land, TX 77479
(281) 240-4313
https://complete-derm.com

Absolute Dermatology & Medi-Spa
Dr. Lori Honeycutt
1103 Cypress Creek Rd., Ste 100
Cedar Part, TX 78613
(512) 257-7600
https://www.absolute dermatology.co,

Medical and Cosmetic Dermatology Services (2 SRT's)

Dr. Kim Ross
519 North King St., Ste 103
Seguin, TX 78155
(830) 401-0123
https://rossdermatology.com

South Texas Skin Cancer Center

Dr. Ryan O'Quinn
9238 Floyd Curl Drive, Ste 101
San Antonio, TX 78240
(210) 558-6234
https://www.stxskincancer.com

Hopkins Dermatolgoy

Dr. Janine Hopkins
321 West South Lake Blvd. Unit 180
Southlake, TX 76092
(682) 214-8567
https://www.hopkinsdermatology.com

Dermatology of East Texas

Dr. Matthew Rowley
Dr. Lisa R. Lowry
107 Christie Drive
Lufkin, TX 75904
(936) 634-9648

**UTAH**

Aspen Dermatology

Dr. Michael Eyre
Dr. Chad Peterson
753 1040 W
Payson, UT 84651
(801) 794-1490
www.myaspenderm.com

## VIRGINIA

Pinnacle Dermatology, d/b/a BayPine Private Equity
Dr. Mark P. Eid
1985 Emancipation HWY
Fredericksburg, VA 22401
(540) 373-6647

## WISCONSIN

Forefront Dermatology, d/b/a Partners Group (8 SRTs Company-wide)
Dr. Kenneth H. Katz
Dr. Betsy Wernli
Dr. James Lynott
Mr. Scott Bremen
1300 South Greenbay Road, Ste 100
Racine, WI 53406
(262) 619-4191
forefrontdermatology.com