# Exhibit B



**CONTACT US**
630.601.4060

# ALL THE REWARDS NONE OF THE RISKS

| | |
|---|---|
| **SRT-100 Vision™ System*** | **$0** |
| State Radiation Registrations and Filings | $0 |
| Maintenance and Shielding | $0 |
| Medical Physicist | $0 |
| Board-Certified Radiation Therapist | $0 |
| Commissioning and Training | $0 |
| Account Manager | $0 |
| Billing and Collection Services | $0 |
| SRT Turnkey Implementation Program | $0 |

* SRT THAT SEES BEFORE IT TREATS

**Effectively Treating Skin Cancer and Enhancing Revenues with No Out-Of-Pocket Costs**







"It's a win-win-win! The Sensus SRT-100 Vision takes care of the cancer, Skincure takes care of the costs and implementation, and we concentrate on treating more patients."
**DR. RAINEY**
Branson, Missouri

CREGER00032

SkinCure

Contact Us | Client Portal

SkinCure Oncology | Development Expertise | Treatment Simplicity | Technology Innovation | Turnkey Revenue

# SKIN CANCER CURE WITHOUT CUTTING

Using our turnkey, revenue-share model, a dermatology practice can painlessly and expediently obtain a new revenue/profit line



CREGER00033

CLINICAL QUALITY | STANDARDS | COLLABORATION | PATIENT OUTCOMES

## PHYSICIANS AND THEIR DERMATOLOGY PRACTICES WIN

"Cure Without Cutting" option for patients

Outstanding outcomes

No referral outside of the practice

Significant incremental revenue stream

Additional time for other pursuits

Differentiation from the competition

- Increase practice and physician revenue and income
- Maintain a viable independent practice

CREGER00034

SkinCure

Contact Us | Client Portal

SkinCure Oncology | Development Expertise | Treatment Simplicity | Technology Innovation | Turnkey Revenue







This turnkey model provides real opportunity for dermatology practices. SkinCure Oncology takes the risk, and the practice enjoys incremental revenue from month one!

CREGER00035

AA skincureoncology.com

SkinCure

95%+ SKIN CANCER CURE RATES
100% SUPPORT FROM SKINCURE ONCOLOGY

Significant incremental revenue for dermatology practices



**SkinCure Oncology**
June 12, 2018

Proven turnkey success. Eliminate risk, headaches and delays for your #dermatology practice. How we're collaborating with practices across the US → https://skincureoncology.com/turnkey-revenue/.




3

1 Share

**SkinCure Oncology**
June 22, 2018

This turnkey model provides real opportunity for dermatology practices. SkinCure Oncology takes the risk, and the practice enjoys incremental revenue from month one!



CREGER00038

**SkinCure Oncology**
June 14, 2018

Using our turnkey revenue-share model, a dermatology practice can painlessly and expediently obtain a new revenue/profit line. See where SkinCure Oncology is currently located nationally: http://bit.ly/2MoV3OG.




CREGER00039

Album Timeline Photos

**SkinCure Oncology** added a new photo.
February 7, 2018

How we're partnering with Dermatology practices around the nation to provide seamless SRT integration plus a whole lot of collaborative support => http://bit.ly/2DBO4xf




CREGER00040

**SkinCure Oncology**
February 9 at 1:45 PM

SkinCure Oncology handles all aspects of implementing Image-Guided SRT, from installing equipment and providing therapists to providing business expertise, all without disrupting your business practice.




4

CREGER00042




CREGER00043




CREGER00044




CREGER00045




CREGER00046

# PROVEN TURNKEY SUCCESS

Eliminate risk, headaches and delays for
your dermatology practice

**THE RIGHT**
**EXPERTISE** FOR
THE JOB

SkinCure Oncology provides Dermatologists with personnel trained in SRT delivery and radiation safety, including:

Board-certified radiation therapists

Medical physicists

Radiation safety officer

Dermatologists fluent in SRT protocols and management

Administrative personnel fluent in writing registration genesis/amendment requests to state agencies and in billing and collections

A Radiation Oncologist contact can be provided for practices when necessary







SkinCure Oncology is a one-stop turnkey solution. We provide the capital needed to get started. We cover the acquisition costs of treatment units and the costs associated with the SRT service line. It's a ***risk-free model*** for the dermatology practice.

# PREMIER SERVICE, SAFETY AND PRACTICE EXPERIENCE

Best Technology

Practice SRT Patient Marketing Kit

Radiation Therapists

Account Manager

Radiation Oncologist Access

Policies and Procedures

Service-Line Dedicated Billing and Collections

Staff and Clinician Training

Physics Services

# YOUR COLLABORATIVE PARTNER

SkinCure Oncology works collaboratively with you and your practice to provide:

**Seamless integration.** Add a significant new dimension without disrupting your existing practice. Let our trained and experienced experts manage the complete process.

**Ongoing support.** SkinCure Oncology is your partner for the long haul. We provide SRT training to key personnel and medical staff to ensure that all are aligned in the delivery of SRT and quality outcomes.



# SIGNIFICANT INCREMENTAL REVENUE TO DERMATOLOGY PRACTICES

The SkinCure Oncology solution provides the following support, all in a shared-revenue model, with no up-front costs to the practice:

SRT Equipment, Maintenance and Shielding

State Radiation Registrations and Filings

Medical Physics

Radiation Therapist

Radiation Oncologist (access as required)

Commissioning

Training

SRT Practice Marketing Tool Kit

Account Manager

SRT Billing and Collection Services

Peace of Mind in Working with the Experts in the Delivery of SRT


ensus
100KV
3.00
0.70
0.70
SRT-100 VISION
ensus