



**NEW SIMPLE REVENUE STREAM** IMMEDIATELY

This turnkey model provides real opportunity for dermatology practices. SkinCure Oncology takes the risk, and the practice enjoys incremental revenue from month one!

## ILLUSTRATIVE PROCESS TIMELINE*

| DAYS FROM CONTRACT SIGNING: | 30 | 60 | 90 | 120 | 150 |
|---|---|---|---|---|---|

The Sensus unit(s) are ordered.

Application to the regulating state agency for a registration and shielding approval.

Buildout of the suite will be completed without disruption to the clinic over a weekend.

A radiation therapist assigned to the customer's location will be secured within

Acceptance and commissioning (1 week after installation)

Customer training and certification (1-2 weeks after installation)

CREGER00053

Go-Live: First Patient Treatment (135 days from
contract signing)

\* In certain cases, SkinCure Oncology can accelerate these timelines and shorten the
go-live period to as little as 45 days from signing.
(contingent upon machine availability, state regulations, etc.)



"Joining the SkinCure Oncology team has really opened my eyes to t

optimize patient satisfaction and outcomes. As a Mohs surgeon, I knov

would prefer a non-invasive alternative. The support staff that SkinCure

work with, and has improved access to care

*Dr. Ladd Jr.*

CREGER00054



200 S. Frontage Rd., Suite 200, Burr Ridge, IL 60527
630-601-4060 (tel:630-601-4060)  info@skincureoncology.com
Media Contact | Kelly Klopp | 312-755-3521 | kk@respublicagroup.com

**f** (https://www.facebook.com/skincureoncology)
(https://www.youtube.com/channel/UCrQYQX2Ep4mzA97r-otLZPg) **in**
(https://www.linkedin.com/company/skincure-oncology/) 
(https://twitter.com/SkinCureSRT) 
(https://www.instagram.com/skincureoncology)

© 2019 SKINCUREONCOLOGY.COM

CREGER0055

# OUR EXPERTISE IN CYBER SKIN CANCER TREATMENT IS NOW YOURS

The scalpel-free approach
for treating skin cancer –
"Cure without Cutting"



CREGER00056



## THE FIRST NATIONALLY FOCUSED COMPANY TO DEVELOP AND SUPPORT A NETWORK OF DERMATOLOGY-BASED, SRT SKIN CANCER TREATMENT PRACTICES

SkinCure Oncology helps practices capitalize on new technology to treat the ever-increasing incidence of skin cancer, which is expanding with the aging U.S. population. The company was created in 2016 by the founders of Accelitech and Dermatologist/Mohs surgeon Dr. Daniel J. Ladd. Until recently the primary intervention for non-melanoma skin cancer treatment centered on surgical interventions, with Mohs micrographic surgery existing as the "gold standard." However, a new non-surgical alternative now exists, and the numbers of Mohs surgeons are limited. The goal for SkinCure Oncology is to provide better access to this new non-surgical alternative for certain patients, including those with co-morbid conditions of blood thinner maintenance and diabetic concerns. Traditional therapies are not workable for these types of patients. Upon researching the problem, Accelitech and Dr. Ladd realized that there exists a genuine need for non-surgical alternatives and better access to care.

CREGER000057



Implement and expand proven treatment protocols developed in the radiotherapy arena in Dermatology offices

Educate and involve Dermatologists (the real skin cancer experts) in the use of SRT as an alternative to traditional surgical interventions for their patients

Use the most recent advances in computerized image-guided radiotherapy for non-melanoma skin cancers

Be known as the leader in SRT skin cancer solutions

CREGER0058

# LEADERSHIP TEAM / ADVISORS







**Kerwin J. Brandt**         **Steven L. Scott**         Dr. Dani

CREGER00059

# AFFILIATED DERMATOLOGY PRACTICES







**Tru-Skin Dermatology**
(http://www.tru-skin.com)

**Heights Dermatology**
(http://heightsskin.com)

**Bayside De**
(



"The SkinCure Oncology team has exceeded my expectations in every w

been able to expand our treatment protocols to better serve our curre

CREGER00060

*Dr. Brown*



"We're an extremely patient-focused group. Recommending the optimal

is our number one priority. Based on our initial interactions with SkinCu

we're expanding the SRT program to additio



200 S. Frontage Rd., Suite 200, Burr Ridge, IL 60527
630-601-4060 (tel:630-601-4060)  info@skincureoncology.com
Media Contact | Kelly Klopp | 312-755-3521 | kk@respublicagroup.com

CREGER0061

f (https://www.facebook.com/skincureoncology)

(https://www.youtube.com/channel/UCrQYQX2Ep4mzA97r-otLZPg)

(https://www.linkedin.com/company/skincure-oncology/)

(https://twitter.com/SkinCureSRT)

(https://www.instagram.com/skincureoncology)

© 2019 SKINCUREONCOLOGY.COM

CREGER00062

## OUR EXPERTISE IN
## CYBER SKIN CANCER TREATMENT IS
## NOW YOURS

The scalpel-free approach
for treating skin cancer –
"Cure without Cutting"



CREGER00063



DEVELOPMENT EXPERTISE ()

SRT-100 Vision

ensus

## THE FIRST NATIONALLY FOCUSED COMPANY TO DEVELOP AND SUPPORT A NETWORK OF DERMATOLOGY-BASED, SRT SKIN CANCER TREATMENT PRACTICES

SkinCure Oncology helps practices capitalize on new technology to treat the ever-increasing incidence of skin cancer, which is expanding with the aging U.S. population. The company was created in 2016 by the founders of Accelitech and Dermatologist/Mohs surgeon Dr. Daniel J. Ladd. Until recently the primary intervention for non-melanoma skin cancer treatment centered on surgical interventions, with Mohs micrographic surgery existing as

CREGER0064

DEVELOPMENT EXPERTISE ()

the "gold standard." However, a new non-surgical alternative now exists, and the numbers of Mohs surgeons are limited. The goal for SkinCure Oncology is to provide better access to this new non-surgical alternative for certain patients, including those with co-morbid conditions of blood thinner maintenance and diabetic concerns. Traditional therapies are not workable for these types of patients. Upon researching the problem, Accelitech and Dr. Ladd realized that there exists a genuine need for non-surgical alternatives and better access to care.



**MISSION**

Implement and expand proven treatment protocols developed in the radiotherapy arena in Dermatology offices

Educate and involve Dermatologists (the real skin cancer experts) in the use of SRT as an alternative to traditional surgical interventions for their patients

Use the most recent advances in computerized image-guided radiotherapy for non-melanoma skin cancers

Be known as the leader in SRT skin cancer solutions

CREGER00065

## LEADERSHIP TEAM / ADVISORS



Kerwin J. Brandt



Steven L. Scott

CREGER00066

# AFFILIATED DERMATOLOGY PRACTICES





**Tru-Skin Dermatology**
(http://www.tru-skin.com)

**Heights Dermatology**
(http://heightsskin.com)

B

CREGER0067



DEVELOPMENT EXPERTISE ()

200 S. Frontage Rd., Suite 200, Burr Ridge, IL 60527    630-601-4060 (tel:630-601-4060)    info@skincureoncology.com

Media Contact | Kelly Klopp | 312-755-3521 | kk@respublicagroup.com

**f** (https://www.facebook.com/skincureoncology) ▶️ (https://www.youtube.com/channel/UCrQYQX2Ep4mzA97r-otLZPg) **in** (https://www.linkedin.com/company/skincure-oncology/) 🐦 (https://twitter.com/SkinCureSRT) 📷 (https://www.instagram.com/skincureoncology)

© 2019 SKINCUREONCOLOGY.COM

CREGER00068

# A STEP AHEAD OF THE CHANGING ENVIRONMENT IN DERMATOLOGY

## THE FACTS



CREGER00069



# TECHNOLOGY INNOVATION ()

Skin cancer incidence is continuing to increase as the population ages

Dermatologists and Mohs surgeons are facing increasing competition

Reimbursement cuts continue to squeeze margins and add pressure on Dermatology practices and physician compensation

Dermatology practices and physicians are looking for new ways to:

- Improve patient satisfaction and outcomes
- Differentiate within their markets
- Increase practice and physician revenue and income
- Maintain a viable, independent practice



CREGER0070

# SRT IS **REVOLUTIONIZING** SKIN CANCER TREATMENT IN A DERMATOLOGICAL SETTING

Superficial Radiation Therapy (SRT) has evolved into multi-energy offerings with ultrasound-based, image-guided field placement and tumor volume analysis.

SRT is faster. Treatments are completed in as little as one month over 20 fractions—over 40% fewer treatments than in cancer centers.

Treatments are well tolerated by patients. There is no pain, scarring or the need to stop blood thinners. Daily doses range from 250–280cGy, which is very well tolerated, including in the lower extremities.

Outstanding outcomes. Local control rates for non-melanoma skin cancers are comparable with Mohs micrographic surgery, long considered the "gold standard" in the industry. SRT has the added value of superior cosmesis, no requirement for halting blood thinners, better outcomes for lower extremities, and little to no disruption in daily activities.

Patients are seeking out non-invasive solutions. Patients have grown weary of ongoing surgical interventions, are becoming well educated about options, and are looking for alternatives.







**CREGER00071**



TECHNOLOGY INNOVATION ()

OVER **95%+**
**CURE RATE** FOR
NON-MELANOMA
SKIN CANCER

CREGER00072



CREGER0073

# HIGH-FREQUENCY ULTRASOUND IMAGE GUIDANCE SYSTEM WITH ULTRA IMPRESSIVE ENHANCEMENTS

**The SRT-100 Vision™ has many unique features that make treatment safe, comfortable and effective for patients.**

Laser Positioning System – For precise beam port positioning and repositioning on the treatment area

LesionCam™ – Provides lesion photo-registration and a video of treatment for patient records

Touch-Screen Control Console and Control Module – Facilitates the set-up, initiation, monitoring and termination of exposures

Audio/Visual Monitor – Provides constant bi-directional patient communication

Automatic Al and CU Milter magazine – Applies the correct filter to match the selected energy and beam depth

Electronic Medical Records (EMR), HL7 and PDF Record and Report Export – Organizes patient scheduling and record management to optimize workflow

Dosimetry – Record and Verify  – Calculates proper dosing and measures each dose administered during treatment to ensure patient safety and optimal outcomes

RADCheck™ QC – Automatically confirms system calibration each time the system is initiated to ensure the patient is receiving the correct dose and eliminates the need for unscheduled calibrations

## PATIENT OUTCOMES

### BASAL CELL CARCINOMA

CREGER00074





TECHNOLOGY INNOVATION 0





TREATMENT FIELD          DAY OF FINAL TREATMENT          AT FOLLOW-UP

## SQUAMOUS CELL CARCINOMA







DAY OF BIOPSY          PATHOLOGY          DAY OF FINAL TREATMENT



AT FOLLOW-UP

## SQUAMOUS CELL CARCINOMA

CREGER00075

## TECHNOLOGY INNOVATION ()



**TREATMENT FIELD**



**DAY OF FINAL TREATMENT**



**AT FOLLOW-UP**



"Joining the SkinCure Oncology team has really opened my ey

optimize patient satisfaction and outcomes. As a Mohs surgeor

would prefer a non-invasive alternative. The support staff that Sk

work with, and has improved access t

*Dr. Ladd J.*



"We're an extremely patient-focused group. Recommending the o

**CREGER0076**



200 S. Frontage Rd., Suite 200, Burr Ridge, IL 60527      630-601-4060 (tel:630-601-4060)      info@skincureoncology.com
Media Contact | Kelly Klopp | 312-755-3521 | kk@respublicagroup.com

f (https://www.facebook.com/skincureoncology)   ▶ (https://www.youtube.com/channel/UCrQYQX2Ep4mzA97r-otLZPg)   in (https://www.linkedin.com/company/skincure-oncology/)   🐦 (https://twitter.com/SkinCureSRT)   🔲 (https://www.instagram.com/skincureoncology)

© 2019 SKINCUREONCOLOGY.COM

CREGER00077

# WIN-WIN-WIN

SRT Benefits Patients, Physicians,
and Dermatology Practices

# SKINCURE ONCOLOGY: THE NEW STANDARD
## FOCUS, COLLABORATION AND QUALITY

**Current Industry Standard**

Limited experience in Dermatology using SRT treatment techniques

Few standard protocols

Limited oversight or QA

Radiation oncologist not always involved (but may be required in some states)

**SkinCure Oncology Standard**

Experienced Radiation Therapist at every site

Physics calibration and review

Standardized protocols

Oversight and QA for all cases

Ready access to an SRT-experienced Dermatologist

CREGER00078

PHYSICIANS AND
THEIR
DERMATOLOGY
PRACTICES
WIN

"Cure Without Cutting" option for patients

Outstanding outcomes

No referral outside of the practice

Significant incremental revenue stream

Additional time for other pursuits

Differentiation from the competition

Increase practice and physician revenue and income

Maintain a viable independent practice

CREGER0079



PATIENTS
WIN

95%+ cure rates for non-melanoma skin cancer

Short treatment sessions

No anesthesia, cutting, bleeding, stitching or pain

No downtime or lifestyle restrictions

Superior cosmesis, no unsightly scarring

No need for post-treatment reconstructive surgeries



CREGER00080



CREGER00081



**Did you know?**
An estimated 700,000 cases of Squamous Cell Carcinoma (SCC) are diagnosed each year in the U.S., and incidence of the disease has increased up to 200% in the past three decades.

SRT IS AN
## EXCELLENT ALTERNATIVE
TREATMENT METHOD TO SURGERY

CREGER0082

## Surgery

Limited access to surgeons

Lengthy procedure

Scarring

Return visit for closure
requiring the physician's time

Increased costs due to
plastic surgeon involvement

Painful

Requires stoppage of blood thinners

Poor healing on lower extremities

Diabetes complications

Requires the use of antibiotics

## TREATMENT SIMPLICITY ()

## SRT Treatment

No cutting

Short procedure

No scarring

Twenty 15-minute treatment visits,
independent of the physician's time

All costs captured with single practice;
no surgeon involvement

Painless treatments

Does not require stoppage of blood thinners

Excellent healing

No diabetes complications

CREGER00083

Does not require the use of antibiotics    TREATMENT SIMPLICITY ()



NOTABLY
EFFECTIVE
TREATMENT
FOR KELOIDS

## Keloid Scar Treatment

There are approximately 18 million people suffering from keloid scars in the U.S., with new incidences in the hundreds of thousands per year.

Keloids typically present in patients post-piercing or surgical intervention.

Keloids are readily controlled when treated with SRT in one to five fractions immediately following excision over one to two weeks.

There is a significant opportunity for Dermatologists to gain new business through the treatment of patients with keloids originating from body piercings, surgical scars and injuries.

Reimbursement for keloid treated with SRT is generally cash-pay, and can be a significant source of revenue. Additionally, some commercial carriers reimburse for keloid treatment with SRT when the lesions are symptomatic.

CREGER00084

## REIMBURSEMENT
## FOR KELOID SRT
## CAN BE A
## SIGNIFICANT
## REVENUE SOURCE



CREGER0085

## TREATMENT SIMPLICITY ()



200 S. Frontage Rd., Suite 200, Burr Ridge, IL 60527    630-601-4060 (tel:630-601-4060)
info@skincureoncology.com
Media Contact | Kelly Klopp | 312-755-3521 | kk@respublicagroup.com

**f** (https://www.facebook.com/skincureoncology)
(https://www.youtube.com/channel/UCrQYQX2Ep4mzA97r-otLZPg)
**in** (https://www.linkedin.com/company/skincure-oncology/)
(https://twitter.com/SkinCureSRT)
(https://www.instagram.com/skincureoncology)

© 2019 SKINCUREONCOLOGY.COM

CREGER00086

FILTER
NEWS

▷ All_780,378)

▷ Topic_861,937)

▷ Industry
_120,606)

▷ Method/Location
_881,291)

▷ Career Advice
_3,703)

▷ Employer
Insights_109)

▷ Therapeutic
Insights_787)

▷ Coronavirus
(COVID-19) News
_2,580)

# SkinCure Oncology Announces Delivery of Its 46th Image Guided Superficial Radiation Device for Skin Cancer Treatment

Published: Jan 12, 2018

 SkinCure

Jan. 11, 2018 21:05 UTC

CHICAGO--(BUSINESS WIRE)-- **SkinCure Oncology**, the world-wide leader in providing a turnkey model for the delivery of Superficial Radiation Therapy (SRT) for the treatment of non-melanoma skin cancers, today announces it has taken delivery of its 46th image guided superficial radiation therapy system. As the world-wide leader, SkinCure Oncology has partnered with quality-focused dermatologists and Mohs surgeons to bring cancer center level

**CREGER00087**