CREGER0088

level of care to a premier cancer center level quality," notes Scott, a former radiation therapist for MD Anderson.

SkinCure Oncology's Chief Medical Officer, both a dermatologist and Mohs surgeon, as well as president elect of the American Osteopathic College of Dermatology (AOCD), Dr. Daniel Ladd highlights that given options, many patients strongly prefer SRT as compared to other historical forms



Subscribe to Career Insider


...perience, he has ...n par or better ...ment, along with

...s to facilitate ... preferred ...s continued growth of its model, given the skin cancer epidemic being driven by the aging baby boomer population.

View source version on businesswire.com: http://www.businesswire.com/news/home/20180111006124/en/

CONTACTS

CREGER00089

Holmes World Media Inc.

Bretton Holmes, 306-445-2940

bholmes@holmesworldmedia.com

Source: SkinCure Oncology

Powered by

businesswire

A BERKSHIRE HATHAWAY COMPANY

View this news release online at:

http://www.businesswire.com/news/home/20180111006124/en

◁ Back to news

CREGER00090

# SkinCure Oncology Announces Delivery of 69th SRT-100 Vision Unit through Strategic Agreement with Sensus Healthcare



**Turnkey solution utilizes the quality and safety features of leading cancer center models, and allows IGSRT treatment delivery in a dermatologist's office.**

**BURR RIDGE, ILL. (PRWEB) JULY 24, 2018**

SkinCure Oncology, LLC, the world-wide leader in providing a comprehensive, no-upfront-cost, turnkey model, for the delivery of Image-Guided Superficial Radiotherapy (IGSRT) solutions in a dermatology office, today formally announced it has taken delivery of its 69th SRT 100-Vision system in connection with its ongoing strategic agreement with Sensus Healthcare Inc. (NASDAQ: SRTS), a medical device company specializing in the non-invasive treatment of non-melanoma skin cancers (NMSC) and keloids with IGSRT. The SkinCure Oncology turnkey solution utilizes the quality and safety features of leading cancer center models, and allows IGSRT treatment delivery in a dermatologist's office. The agreement provides a full delivery solution for Sensus' most technically advanced and innovative product, the SRT-100 Vision, to dermatology practices for the treatment of NMSC and keloids.

"Sensus' strategic relationship with SkinCure Oncology is representative of our customer-centric approach of supporting the dermatology community, not to mention a valuable resource to further expand this large market," said Joe Sardano, chairman and chief executive officer of Sensus Healthcare. "As a proven partner to Sensus, we look forward to continue to work in lock-step with the SkinCure team to lead the industry and provide the most effective IGSRT solution available to patients in need all over the country."

The SRT-100 Vision delivers precise, calibrated doses of SRT, while also offering high-frequency ultrasound for imaging. The SRT-100 Vision allows for basal and squamous cell carcinomas, as well as keloid tissue, to be assessed more thoroughly and treatment to be more precisely targeted. **CREGER0091**

When the ultrasound technology is placed over the treatment area using the laser positioning system, doctors can assess the lesion to see how deep it is and fine-tune the exact amount of radiation that's needed. The device also allows physicians to better examine how the lesion is progressing with each treatment session, while recording each session for the patient's records via the LesionCam and built in record and verify technology.

"In late 2016, we partnered with Sensus Healthcare based on our belief in its technology, and market leadership in IGSRT delivery systems," added Kerwin Brandt, chief executive officer, SkinCure Oncology. "We are pleased with the progress that we have made in the dermatology market in a short period of time. Our turnkey, cancer center-styled delivery model provides the capital, human resources and expertise, thereby facilitating dermatology practices to deliver daily IGSRT treatments to patients. SkinCure Oncology, through its turnkey solution, provides the Sensus SRT-100 Vision unit and suite buildout; addresses state regulatory requirements; provides medical physics, expert billing, access to radiation oncologists for consultation, and full-time board-certified radiation therapists to deliver treatments. We provide a patient focused solution, which continues to deliver excellent clinical outcomes, all while minimizing headaches for our clinician-partners. We eliminate upfront costs, and provide a stress-free IGSRT solution, that allows virtually all dermatology practices access to cutting-edge technology, and SkinCure's 'deep bench' of radiation therapy specialists."

About Sensus Healthcare

Sensus Healthcare, Inc., is a medical device company that is committed to providing non-invasive and cost-effective treatment for non-melanoma skin cancers and keloids. Sensus uses a proprietary low-energy X-ray technology known as superficial radiation therapy (SRT), which is a result of over a decade of dedicated research and development. Sensus has successfully incorporated SRT into its portfolio of treatment devices, the SRT-100™ and SRT-100 Vision™. To date, SRT technology has been used to effectively and safely treat oncological and non-oncological skin conditions in thousands of patients. Sensus recently launched Sensus Laser Systems, three next-generation devices that showcase the latest in technology and function for the aesthetic dermatology market. For more information, visit https://www.sensushealthcare.com.

About SkinCure Oncology

SkinCure Oncology is a national turnkey provider of Image-Guided SRT solutions in the Dermatology space. Its founders bring extensive experience in Radiation Oncology, business development, and the Dermatology industry. It has partnered with Dermatology practices from New York to California, and, continues to enjoy its market leading position in the delivery of IGSRT. For more information, visit http://www.skincureoncology.com.

---

Share article on social media or email:

View article via:

PDF PRINT

**Contact Author**

CREGER00092

**BRETTON HOLMES**

bholmes@holmesworldmedia.com
+1 (806) 445-2940
Email >

News Center

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:**1-866-640-6397

CREATE A FREE ACCOUNT

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Our Story

# How It All Began

In 2016, our cofounder submitted a graduate thesis on the use of superficial radiation treatment as an alternative to Mohs surgery. Today, IG-SRT is being used at over 175 dermatology practices in the United States with extraordinary results.

## Timeline

1889 Marie Curie discovers radiation.

1895 Wilhelm Röntgen discovers a new ray and calls it the X-ray.

1896 In Chicago, IL, Dr. Emile Grubbe experiments with the use of x-rays to treat cancer.

1922 Henri Coutard develops the first fractionated course of radiation treatment for cancer.

1960s Use of superficial radiotherapy to treat skin cancer begins to reach its peak. The American Academy of Dermatology reports that more that 50% of dermatology practices use superficial radiotherapy equipment (1974).

1970s Dermatology residency programs begin offering Mohs surgical training. Government regulations make it more difficult to offer radiotherapy in a practice setting and shifts in reimbursement rates make it difficult for practices to justify the expense involved in offering radiotherapy.



1980s

Few dermatology practices in the US offer superficial radiotherapy. Mohs becomes the go-to treatment option for non-melanoma skin cancer treatment.

Sensus Healthcare manufactures the first Image-Guided SRT device.

January 2015

June 2015

A dermatology practice in Texas becomes the first to commit to the transition from SRT to IG-SRT.

First patient treated for non-melanoma skin cancer using IG-SRT. The RTT providing treatment will later become our Chief Operating Officer.

December 2015

February 2016

S. Scott submits his master's thesis "The Integration of Superficial Radiotherapy for Skin Cancer in a Dermatologic Practice."

SkinCure Oncology is born.

October 2016

January 2017

10 dermatology practices offer IG-SRT

1,000th patient treated with IG-SRT

September 2017

June 2018

50 practices offer IG-SRT

5,000th patient treated with IG-SRT

November 2018

July 2019

10,000th patient treated with IG-SRT

CREGER00095

100 practices offer IG-SRT

August 2019

January 2020 — 15,000th patient treated with IG-SRT

20,000th patient treated with IG-SRT — August 2020

October 2020 — 130 practices offer IG-SRT

25,000th patient treated with IG-SRT — January 2021



© 2022 SkinCure Oncology. Site by LDM.

CREGER00096

# SkinCure Oncology Launches Consumer Health Education Platform on Surgery-Free Options for Treating Common Skin Cancers

## GentleCure.com brings 'engagement and empowerment experience'to people with skin cancer and their families

GentleCure
TOUGH ON CANCER • GENTLE ON SKIN

NEWS PROVIDED BY
**SkinCure Oncology →**
Jan 11, 2022, 11:35 ET

BURR RIDGE, Ill., Jan. 11, 2022 /PRNewswire/ -- SkinCure Oncology, the world leader in providing a comprehensive model for the delivery of Image-Guided Superficial Radiotherapy (Image-Guided SRT), the most advanced non-surgical technology for the treatment of common skin cancers, today announced the launch of GentleCure.com, a consumer health education platform offering evidence-based treatment options for basal cell and squamous cell skin cancers. Some 3.3 million individuals are diagnosed each year with these types of cancer.

Image-Guided SRT is the only skin cancer treatment that uses ultrasound images to help clinicians direct low levels of X-ray energy to targeted areas of the skin, killing cancer cells. A study published in the peer-reviewed journal *Oncology and Therapy* showed that Image-Guided SRT produces a 99.3 percent cure rate.

CREGER00097

In addition to information about the technology itself, GentleCure.com provides:

- A comparison of Image-Guided SRT and traditional Mohs surgery, with side effects, procedure, recovery, and other distinctions
- An archive of patient stories about being diagnosed, having Mohs surgery, and having Image-Guided SRT
- A map of dermatology practices across the country that currently offer Image-Guided SRT
- A quiz to learn if Image-Guided SRT may be the right option
- An informative blog with news and updates
- Skin cancer statistics and resources on basal cell and squamous cell skin cancer
- Free access to Skin Cancer Information Specialists who can answer questions from people with skin cancer and their families

"As we travel the country and speak with individuals who've had Mohs surgery, many of whom required reconstructive surgery after the invasive procedure, one thing we hear consistently is that they simply didn't know they had treatment options, much less a surgery-free option," said Lisa Brandt, director of patient education and advocacy for GentleCure. "GentleCure.com brings a true engagement and empowerment experience to people with skin cancer and their families as they evaluate options that will effectively inform treatment decisions," she continued. "More than 35,000 individuals have received Image-Guided SRT over the past five years, returning to their daily activities after each treatment session without cutting, bleeding, pain, anesthesia, scarring, or wound care – that's why we do what we do."

**About SkinCure Oncology**

SkinCure Oncology is the world leader in providing a comprehensive model for the delivery of Image-Guided Superficial Radiotherapy (Image-Guided SRT), the most advanced non-surgical technology for the treatment of common skin

cancers. The company partners with quality-focused dermatologists and Mohs surgeons to bring cancer center-level radiotherapy treatment to physician offices. To date, SkinCure Oncology is working with nearly 200 dermatology practice locations across the country, and more than 35,000 patients have been treated with Image-Guided SRT over the last five years. Learn more about the company at SkinCureOncology.com, and visit GentleCure.com for helpful consumer and patient information.

**Media Contact:**
Matt Russell, CEO
Russell Public Communications
520-232-9840
mrussell@russellpublic.com

SOURCE SkinCure Oncology

CREGER00099



Ad • Stansberry Research

CISION

# SkinCure Oncology Provides Access to Non-Surgical Treatment Option for One in Four Americans Diagnosed with Common Skin Cancers in 2022

March 8, 2022 · 3 min read

BURR RIDGE, Ill., March 8, 2022 /PRNewswire/ -- Some 3.3 million Americans will be diagnosed with basal cell or squamous cell skin cancer this year, and one in four will have county-level access to Image-Guided Superficial Radiotherapy (Image-Guided SRT), a non-surgical alternative to Mohs surgery made available to dermatologists nationwide by SkinCure Oncology.

View comments

Kerwin J. Brandt, chief executive officer of SkinCure Oncology, notes that his company is currently working with more than 200 dermatology practices in 34 states, and expanding rapidly, adding nearly 10 new locations a month. The company provides Image-Guided SRT technology to its dermatologist practice partners, along with a suite of clinical, administrative, and operational support services, to bring cancer center-level care to patients for their nonmelanoma skin cancer.

Ad Scroll to continue with content

CREGER00100

image-guidance into the design of the SRT-100 Vision. This technology, when coupled with SkinCure Oncology's approach and expertise, allows our dermatology practice partners to treat patients with an adaptive radiotherapy protocol that's gentler than other radiation-based therapies and more effective at curing skin cancer."

A recent large-scale study showed Image-Guided SRT to have a cure rate of 99.3 percent across both basal and squamous cell carcinomas. "Even Mohs surgery, where the surgeon resects layers of tissue until clean margins are achieved, doesn't get those results," says Josh Swindle, SkinCure Oncology's national director of practice operations.

Adam Lefton, the company's chief brand and education officer, adds, "Superior clinical results and a rapidly expanding footprint are important considerations for practices implementing Image-Guided SRT, but that's just part of the story. We received survey responses from more than 7,200 patients after final treatment, and 99.9 precent said that they were both happy with their decision to be treated with Image-Guided SRT and would recommend that treatment option to others. People with skin cancer clearly appreciate having a less-invasive alternative to Mohs surgery, and the combination of Image- Guided SRT equipment from Sensus with world-class implementation, protocols, and personnel through SkinCure Oncology is changing the face of skin cancer in the U.S."

Advertisement

## About SkinCure Oncology

SkinCure Oncology is the world leader in providing a comprehensive model for the delivery of Image-Guided Superficial Radiotherapy (Image-Guided SRT), the most

CREGER000102

advanced non-surgical technology for the treatment of common skin cancers. The company partners with quality-focused dermatologists and Mohs surgeons to bring cancer center-level radiotherapy treatment to physician offices. To date, SkinCure Oncology is working with more than 200 dermatology practice locations across the country, and more than 40,000 patients have been treated with Image-Guided SRT over the last five years. Learn more about the company at SkinCureOncology.com, and visit GentleCure.com for helpful consumer and patient information.

**Media Contact:**

Matt Russell, CEO
Russell Public Communications
520-232-9840
mrussell@russellpublic.com

Cision

View original content to download multimedia:https://www.prnewswire.com/news-releases/skincure-oncology-provides-access-to-non-surgical-treatment-option-for-one-in-four-americans-diagnosed-with-common-skin-cancers-in-2022-301498288.html

SOURCE SkinCure Oncology

ADVERTISEMENT




Heavy Equipment and Vehicles
IronPlanet

Case 3:20-cv-00592 Document 33-6 Filed 08/29/22 Page 16 of 36 PageID #: 854



Ad • Stansberry Research

CISION

# SkinCure Oncology Marks Skin Cancer Awareness Month, Encouraging Patients to Have a "Voice and a Choice" in Their Treatment

May 3, 2022 · 3 min read

BURR RIDGE, Ill., May 3, 2022 /PRNewswire/ -- May is Skin Cancer Awareness Month, and SkinCure Oncology has launched a campaign to encourage people with common skin cancers to learn about effective, evidence-based treatment options and choose the course that's best for them. The company that provides a comprehensive model for the delivery of Image-Guided Superficial Radiotherapy (Image-Guided SRT), the most advanced non-surgical technology for the treatment of basal and squamous cell carcinoma, believes that educated patients will take a more active role with their doctors in making critical health care decisions.

View comments

SkinCure Oncology (PRNewsfoto/SkinCure Oncology)

Some 3.3 million Americans are diagnosed with nonmelanoma skin cancer each year, with about 2,000 deaths resulting. While physicians traditionally opted to perform Mohs surgery on most patients with these cancers, Image-Guided SRT is frequently preferred today. With Mohs, the surgeon uses a scalpel to trim away suspicious tissue until microscopic examination of the tissue shows that all the cancer is removed. But

with Image-Guided SRT, which has a 99.3 percent effectiveness rate, there is no surgery. Instead, low-level radiation, similar to x-rays, is directed at the cancer over the course of a series of short office visits. Ultrasound imaging enables more precise targeting of the radiation and allows patients to actually see their cancer shrink and disappear. Unlike Mohs surgery, there is no cutting, bleeding or surgical scarring.

"While surgery is indicated in some cases, it may have become the default prescription for these types of cancer even though less invasive treatment options exist," said Daniel Ladd, D.O., FAOCD, FAAD, and medical director of SkinCure Oncology. "If we truly want an informed patient, one who takes an active role in their health, we must do a better job of giving them access to the knowledge that will get them there, assuring

that they have a voice and a choice in their treatment."

Anchored by an appeal for patients and their families to "Get skINFORMED" about treatment options, the SkinCure Oncology campaign includes literature, billboards, social media and a patient education website, www.getskinformed.org.

Dr. Ladd noted that simple precautions can reduce the risk of getting skin cancer, such as using high-SPF sunscreen, wearing protective clothing, minimizing sun exposure, and avoiding all indoor tanning devices.

"Given the relative ease of avoiding skin cancer and newer patient-friendly treatment options, everyone should follow the golden rule – be sun smart and get regular medical check-ups," he concluded.

Advertisement

**About SkinCure Oncology**

SkinCure Oncology is the world leader in providing a comprehensive model for the delivery of Image-Guided Superficial Radiotherapy (Image-Guided SRT), the most advanced non-surgical technology for the treatment of common skin cancers. The company partners with quality-focused dermatologists and Mohs surgeons to bring cancer center-level radiotherapy treatment to physician offices. To date, SkinCure Oncology is working with more than 200 dermatology practice locations across the country, and more than 40,000 patients have been treated with Image-Guided SRT over the last five years. Learn more about the company at SkinCureOncology.com, and visit GentleCure.com for helpful consumer and patient information.

**Media Contact:**

Matt Russell, CEO
Russell Public Communications
520-232-9840
mrussell@russellpublic.com

Cision

View original content to download multimedia:https://www.prnewswire.com/news-releases/skincure-oncology-marks-skin-cancer-awareness-month-encouraging-patients-to-have-a-voice-and-a-choice-in-their-treatment-301538252.html

SOURCE SkinCure Oncology

ADVERTISEMENT



DR.MARTY

Sponsored by DogFoodDiscovery.com

CREGER00108

# Sensus Healthcare Announces Strategic Agreement with SkinCure Oncology

## SkinCure Provides Turnkey Solution for Sensus' SRT-100 Vision™, Aimed at Dermatology Community

NEWS PROVIDED BY

**Sensus Healthcare, Inc. →**

Jul 12, 2018, 08:00 ET

BOCA RATON, Fla., July 12, 2018 /PRNewswire/ -- Sensus Healthcare, Inc. (NASDAQ: SRTS), a medical device company specializing in the non-invasive treatment of non-melanoma skin cancers (NMSC) and keloids with Image-Guided Superficial Radiation Therapy (IGSRT), today announced a strategic agreement focused on marketing the SRT-100 Vision™ with SkinCure Oncology, a leading turnkey provider of IGSRT solutions in the dermatology industry. SkinCure uses the same quality and safety features of leading cancer center models for the delivery of Sensus' most technically advanced and innovative device to date, the SRT-100 Vision, to dermatology practices.

"Sensus' strategic relationship with SkinCure Oncology is representative of our customer-centric approach in supporting the dermatology community, not to mention a valuable resource to further expand our market position," said Joe Sardano, chairman and chief executive officer of Sensus Healthcare. "We look forward to continue working in lock-step with the SkinCure team, a proven partner of Sensus, to lead the industry and provide the most effective IGSRT solution available to patients in need all over the country."

The SRT-100 Vision is built with all of the same features and efficacy of the SRT-100 and delivers precise, calibrated doses of SRT, while also offering high-frequency ultrasound for imaging. The SRT-100 Vision allows for basal and squamous cell carcinomas, as well as keloid tissue, to be assessed more thoroughly and treatment to be more precisely targeted.

When the ultrasound is placed over the treatment area using the laser positioning system, doctors can assess the lesion to see how deep it is and fine-tune the exact amount of radiation that is needed. The device also allows physicians to better assess how the lesion is progressing with each treatment session, while recording each session for the patient's records via the LesionCam.

"We entered into this agreement with Sensus based on our belief in its technology and market lead in IGSRT delivery systems," added Kerwin Brandt, CEO, Skincure Oncology. "Our unique delivery model provides the capital, human resources and expertise, thereby allowing dermatology practices to deliver daily cutting-edge IGSRT treatments to patients. Through the SkinCure solution, we provide the Sensus SRT-100 Vision unit and suite buildout, address state regulatory requirements and give access to radiation oncologists for consultation and full-time board-certified radiation therapists to deliver treatments. We provide a patient-focused solution that continues to deliver excellent clinical outcomes – all of the while minimizing headaches for clinicians."

**About SkinCure Oncology**

SkinCure Oncology is a national turnkey provider of Image-Guided SRT solutions in the Dermatology space. Its founders bring extensive experience in Radiation Oncology, business development, and the Dermatology industry. It has partnered with Dermatology practices from New York to California, and, continues to enjoy its market leading position in the delivery of IGSRT. For more information, visit http://www.skincureoncology.com.

## About Sensus Healthcare

Sensus Healthcare, Inc., is a medical device company that is committed to providing non-invasive and cost-effective treatment for non-melanoma skin cancers and keloids. Sensus uses a proprietary low-energy X-ray technology known as superficial radiation therapy (SRT), which is a result of over a decade of dedicated research and development. Sensus has successfully incorporated SRT into its portfolio of treatment devices, the SRT-100™ and SRT-100 Vision™. To date, SRT technology has been used to effectively and safely treat oncological and non-oncological skin conditions in thousands of patients. Sensus recently launched Sensus Laser Systems, three next-generation devices that showcase the latest in technology and function for the aesthetic dermatology market.

For more information, visit https://www.sensushealthcare.com.

## Forward-Looking Statements

This press release includes statements that are, or may be deemed, "forward-looking statements." In some cases, these forward-looking statements can be identified by the use of forward-looking terminology, including the terms "believes," "estimates," "anticipates," "expects," "plans," "intends," "may," "could," "might," "will," "should," "approximately," "potential" or, in each case, their negative or other variations thereon or comparable terminology, although not all forward-looking statements contain these words.

By their nature, forward-looking statements involve risks and uncertainties because they relate to events, competitive dynamics, and healthcare, regulatory and scientific developments and depend on the economic circumstances that may or may not occur in the future or may occur on longer or shorter timelines than anticipated. Although we believe that we have a reasonable basis for each forward-looking statement contained in this press release, we caution you that forward-looking statements are not guarantees of future performance and that our actual results of operations, financial condition and liquidity, and the

development of the industry in which we operate may differ materially from the forward looking statements contained in this press release, as a result of, among other factors: our ability to achieve and sustain profitability; market acceptance of the SRT-100 product line; our ability to successfully commercialize our products, including the SRT-100; our ability to compete effectively in selling our products and services, including responding to technological change and cost containment efforts of our customers; our need and ability to obtain additional financing in the future, as well as complying with the restrictions our existing revolving credit facility imposes; our ability to expand, manage and maintain our direct sales and marketing organizations; our actual financial results may vary significantly from forecasts and from period to period; our ability to successfully develop new products, improve or enhance existing products or acquire complementary products, technologies, services or businesses; our ability to obtain and maintain intellectual property of sufficient scope to adequately protect our products, including the SRT-100, and our ability to avoid infringing or otherwise violating the intellectual property rights of third parties; market risks regarding consolidation in the healthcare industry; the willingness of healthcare providers to purchase our products if coverage, reimbursement and pricing from third party payors for procedures using our products significantly declines; the level and availability of government and third party payor reimbursement for clinical procedures using our products; our ability to effectively manage our anticipated growth, including hiring and retaining qualified personnel; the regulatory requirements applicable to us and our competitors; our ability to manufacture our products to meet demand; our reliance on third party manufacturers and sole- or single-source suppliers; our ability to reduce the per unit manufacturing cost of the SRT-100; our ability to efficiently manage our manufacturing processes; the regulatory and legal risks, and certain operating risks, that our international operations subject us to; off label use of our products; the fact that product quality issues or product defects may harm our business; the accuracy of our financial statements and accounting estimates, including allowances for accounts receivable and inventory obsolescence; any product

liability claims; limited trading in our shares and the concentration of ownership of our shares; cyberattacks and other data breaches and the adverse effect on our reputation; new legislation, administrative rules, or executive orders, including those that impact taxes and international trade regulation; the provisions in our certificate of incorporation, bylaws, or Delaware law that discourage takeovers or that limit certain disputes to be brought exclusively in the Delaware Court of Chancery; geographic concentration of our customers in the U.S. and China; and other risks described from time to time in Sensus Healthcare's filings with the Securities and Exchange Commission, including the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2016.

In addition, even if our results of operations, financial condition and liquidity, and the development of the industry in which we operate are consistent with the forward-looking statements contained in this press release, they may not be predictive of results or developments in future periods. Any forward-looking statements that we make in this press release speak only as of the date of such statement, and we undertake no obligation to update such statements to reflect events or circumstances after the date of this press release. You should read carefully our "Cautionary Note Regarding Forward-Looking Information" and the factors described in the "Risk Factors" section of our periodic reports filed with the Securities and Exchange Commission to better understand the risks and uncertainties inherent in our business.

**Media Contacts:**
Caitlin Kasunich / Kathryne Hunter
KCSA Strategic Communications
212-896-1241 / 212-896-1204
ckasunich@kcsa.com / khunter@kcsa.com

CREGER00113

**Investor Contact:**

Kim Sutton Golodetz

LHA Investor Relations

(212) 838-3777

kgolodetz@lhai.com

SOURCE Sensus Healthcare, Inc.

Related Links

https://www.sensushealthcare.com

CREGER00114

### Implementation Plan



## What Happens Next?

After signing a Program Services Agreement with SkinCure Oncology, our Director of Implementation will contact your dermatology practice to review the implementation plan and establish a go-live date. It takes a team to implement superficial radiotherapy in a dermatologic office setting.



### First Steps

As soon as the agreement is signed by all parties, I personally contact the practice to determine a feasible timeline and explain all the steps involved in implementation: Build Out; State Registration; Machine Installation and Calibration; Provider Training; Radiation Therapist Hire; Administrative Support; Verification of Benefits and Claims Integrity Support; and Electronic Health Record Documentation Process. While many of these activities are turned over to specialists on the SkinCure Oncology team, my team and I stay actively involved across the entire implementation process and we're available to answer any questions and address any concerns. – Pam M.



### Build Out

Prior to installation of the radiation therapy equipment, we need to turn a room within the practice location into a radiation therapy suite. I manage multiple construction crews across the country and we're prepared to renovate treatment rooms as soon as the practice is ready. Specialized knowledge and experience is needed to do this right. You need to take into account physics guidelines. You need experience working with radiation shielding materials and construction techniques. You need to address electrical and wiring requirements and a host of other considerations. Just as important are the aesthetic considerations. We're not just building to technical specifications, we need to address the higher aesthetic expectations typically found in dermatologic office settings and we need to do our work quickly and without disruption to the daily practice workflow. We've built out more than 150 treatment rooms over the past four years and our team takes great pride in the quality of our work. – [illegible]

### State Registration

SkinCure Oncology prepares all necessary paperwork related to state regulatory filings, making it easy for you to sign and submit your application. We even take care of the filing fees. By statute, you'll need a radiation safety plan specific to your practice. We will provide state-specific policies for your practice and will work with your radiation safety office to file the paperwork. – Debbie G.

### Machine Installation and Calibration

After room buildout is complete, we ship the machine to your office location. On installation day, the machine will be delivered and a manufacturer-provided engineer will arrive on site to uncrate the device and install it in your treatment suite. After your machine is installed, we will schedule the physics team to calibrate your device.

### Provider Training – Technical

In-person technical training is coordinated through SkinCure Oncology and provided by the manufacturer. Your physicians, physician assistants, nurse practitioners, and radiation therapist will learn how to operate the equipment and your designated radiation safety officer will receive safety-officer training.

### Provider Training – Clinical

Clinical training is provided by our Chief Medical Officer, Dr. Daniel Ladd. During this 2-hour session, Dr. Ladd teaches your team to identify Image-Guided SRT appropriate patients, educate those patients on their treatment options, and administer the treatment protocol.

## Radiation Therapist Hire

SkinCure Oncology employs board certified radiotherapists (RTTs). We will place an RTT in your practice to facilitate treatment under your medical direction. In addition to assisting with patient treatments, the RTT will enter notes into your EMR / PM systems, manage maintenance and repairs of the equipment. The RTT will also provide assistance to your radiation safety officer, maintain your radiation protection binder, and advise on appropriate patient selection, prescription guidelines, set-up treatment parameters, modality processes, and ultrasound image findings. The RTT will also work, under your supervision, to address patient questions, concerns, and potential reactions to treatment. Patient satisfaction with our RTTs is virtually 100% positive across the entire network. – Karen T.

## Administrative Support

During implementation, one of our regional directors will be assigned to your practice. This regional director will support you and your radiation therapist throughout the life of the program. Support will include, but not be limited to practice metrics, reporting, clinical outcomes, and education. – Josh S.

## Partner Onboarding Specialist

During the implementation cycle, I will educate the practice on the support services offered by SkinCure Oncology and help develop an efficient workflow to ensure we are serving our partners as promised. – Jacklyn C.

## Implementation Specialists

During implementation, you will be assigned an implementation specialist who will arrive on site to help with initial simulations and work with your Electronic Medical Record and Practice Management provider to ensure appropriate setup.



Your implementation specialist will also be available to provide on-site education and training to your providers. – Brad B.

Get Started with SkinCure Oncology

## Our Practice Partners

95% of practices adopting IG-SRT partner with SkinCure Oncology.

View Our Current Practice Partners

"

*The SkinCure Oncology team has exceeded my expectations in every way. Since adding the IG-SRT capabilities, we've been able to expand our treatment protocols to better serve our current patients as well as acquire new ones.*

**Dr. Brown**

Granbury, Texas



© 2022 SkinCure Oncology. Site by LDM.

Our Business Model

## Why Partner with SkinCure Oncology?

When you partner with SkinCure Oncology, there are no upfront costs for introducing IG-SRT to your practice. You'll also have technical, administrative and regulatory expertise and support every step of the way.

### Patient Trust

IG-SRT can be an effective way of building long-term patient relationships and strengthening your referral network.

See How Offering IG-SRT Builds Trust

### Effective Treatment

When using adaptive radiotherapy protocols, Image Guided Superficial Radiotherapy (IG-SRT) offers superior results.

Read the Independent Clinical Study

CREGER00119

IG-SRT relieves you from the burden of time-consuming surgical procedures or the need to outsource.

Learn How Quality Time Leads to Stronger Business

From day one, SkinCure Oncology is your partner for IG-SRT. Discover the steps for introducing this treatment to your practice.

## IG-SRT Builds Patient Trust

At the end of the day, the value of your practice lies not in the physical building, the equipment, or even your talented staff. It's really about your patients and your ability to provide the healthcare services they seek and deserve.

Patients who trust you stay with you and refer others to your practice. If that trust is lost, your patients may seek other providers and your business may falter. When it comes to treating non-melanoma skin cancer, your patients want to know that they are being offered every viable treatment option.

When properly implemented, IG-SRT can help you build and maintain patient trust. With IG-SRT featured on your website, IG-SRT educational materials in your waiting room, and state-of-the art IG-SRT equipment and specially trained staff in your treatment room, you're sending a clear message to patients: You're invested in the latest medical technologies and offer highly effective, less invasive treatment options – in short, you're committed to world-class care.

> "Healthcare is, at its core, based on relationships. And, as with any relationship, trust is foundational to building and maintaining a strong relationship."

Trust at the Core of the Patent Experience, Becker's Hospital Review

## IG-SRT is the Most Effective Treatment Option

The results are finally in: Image Guided Superficial Radiotherapy, when performed using adaptive radiotherapy protocols, offers superior results. The study speaks for itself – we encourage you to read it in full at the American Academy of Dermatology.

Landmark IG-SRT Study Shows 99%+ Cure Rate
IG-SRT Study Infographic – Dr Lio Yu, MD

cancer and should be the first option for treating appropriate types of tumors in suitable patients, as cure rates are similar or superior to most surgical options, including Mohs Micrographic Surgery."

The Treatment of Non-Melanoma Carcinoma with Novel Image Guided SRT (IG-SRT): An Analysis

## IG-SRT Offers More Time to Interact with Patients

Mohs surgery is often a time-consuming procedure. Between surgical sessions, patients typically spend a great deal of time in the waiting room while doctors are busy determining if further cutting is needed. This means there's often less time for meaningful interaction with patients.

With IG-SRT, each session performed by the radiotherapist normally takes just a few minutes. The technological and administrative support provided by SkinCure Oncology allows you to spend your practice hours more flexibly. It especially frees you up to interact with patients – the kind of interaction that leads to patient retention, higher patient satisfaction ratings, and a healthier practice.

"IG-SRT frees up clinical and physician assistant time, and gives me more time to have meaningful conversations with my patients."

Dr. Jon Ward, Dermatology Specialists of Florida

## IG-SRT with SkinCure Oncology is a Winning Formula

IG-SRT involves more than installing sophisticated radiotherapy equipment. To be successful, practices need to adopt a proven business model that covers nine important areas:

1. Equipment Procurement
2. Regulatory Approval and Compliance
3. Treatment Room Renovation
4. Machine Installation and Calibration
5. Clinical Treatment and Support Team
6. Education and Training
7. Practice Metrics and Reporting
8. Business Operations
9. Medical Documentation

Partnering with SkinCure Oncology gives you coverage in each of those nine important areas and makes for a winning formula.

"A successful business model represents a better way than the existing alternatives. It may offer more value to a discrete group of customers."

Why Business Models Matter, Harvard Business Review

Get Started with SkinCure Oncology

## Our Practice Partners

95% of practices adopting IG-SRT partner with SkinCure Oncology.

View Our Current Practice Partners

"

*The SkinCure Oncology team has exceeded my expectations in every way. Since adding the IG-SRT capabilities, we've been able to expand our treatment protocols to better serve our current patients as well as acquire new ones.*

**Dr. Brown**

Granbury, Texas



© 2022 SkinCure Oncology. Site by LDM.

CREGER00122

# Leadership



### Kerwin J. Brandt

## Chief Executive Officer, SkinCure Oncology, LLC

- More than 25 years in healthcare financing and transactions
- More than 20 years of leadership experience with various healthcare start-ups and business ventures
- Served as CEO of Accelitech for 11 years
- Served eight years as CFO of a venture-funded health services company
- Raised more than $150 million in project capital (debt and equity) in the healthcare space



### Steven L. Scott

## Chief Operating Officer, Radiation Safety Officer, SkinCure Oncology, LLC

- Thirty years of healthcare experience, including regional oncology direction for HCA, and sales/strategic account management for Varian Medical Systems
- Served as a COO and radiation safety officer for a large dermatology practice, more than doubling its footprint and EBIDTA margin
- Served as vice president of North Cypress Medical Center, and was involved during planning, construction, and development, ultimately responsible for over $150M annually in service-line revenues
- Built more than 10 radiation oncology facilities, has strong dermatology and radiation oncology claims integrity expertise
- Registered radiation therapist for more than 25 years



### Dr. Daniel J. Ladd Jr.

## Chief Medical Officer, SkinCure Oncology, LLC

- Board certified dermatologist
- Mohs surgeon
- Owner of seven comprehensive dermatology offices
- Former president of the American Osteopathic College of Dermatology
- Pioneer in dermatology-driven IG-SRT

CREGER00123

### Joshua Swindle



## National Director of Practice Operations



- Served as Chief Radiation Therapist for Centers for Cancer Care and Phoenix Oncology
- Served as Director of Business Development for Warm Springs / Post-Acute Specialty Hospitals



### Cathryn Klimek

### Controller

- 15 years of finance and accounting experience

Terms & Conditions
Privacy Policy
Contact Us
Employee Portal

© 2022 SkinCure Oncology. Site by LDM.