# Exhibit H

PINNACLE
DERMATOLOGY

(855) 916-4500

☰ Menu

# Board of Directors

Home > About Us > Board of Directors



## Mary Tolan

Founder/Managing Partner of Chicago Pacific Founders

Mary Tolan was the founder of Accretive Health, a leading provider of comprehensive end-to-end healthcare revenue-cycle management services and population health management services infrastructure. Mary served as Accretive Health's Chief Executive Officer from November of 2003 to April of

CREGER00197

2013 and served as Board Chair until November 2013. During that period Mary built Accretive Health from an idea into a billion dollar enterprise over a nine year period by building and leading a team of seasoned industry professionals focused on revolutionizing patient access and revenue-cycle processes for health- care providers. Mary led the IPO of Accretive Health in 2010 earning it a $1.2 billion market capitalization.

Previously, Mary was a Group Chief Executive at Accenture, the $64 billion market cap global management consulting, technology services, and outsourcing company. At Accenture she was the Group Chief Executive of a $2.3 billion global operating group. Mary also played a leadership role in taking Accenture public in 2001, one of that year's largest offerings on the New York Stock Exchange.

Mary's accomplishments as a business leader have earned her many recognitions and awards including being named the EY Entrepreneur Of The Year 2010 National Winner in the Services Category and leading Accretive Health to be named the Illinois Venture Capital Association's Company of the Year in 2011. Mary serves on the Boards of trustees for the University of Chicago and Loyola University. Mary received a Bachelor of Business Administration degree from Loyola University and an MBA from the University of Chicago.



# Vance Vanier

Founder/Managing Partner of Chicago Pacific Founders

Dr. Vanier was the President of Verinata which was acquired by Illumina, Inc. in early 2013 for aggregate consideration of up to $450 million in one of the largest venture-backed molecular diagnostic exits in the last decade. Verinata's product, a non-invasive blood test which can replace the need for amniocentesis in pregnant women, has revolutionized the diagnostic methods used in the field of obstetrics around the world since its launch in 2012. Dr. Vanier's responsibilities included scaling Illumina's NIPT global revenue, marketing, health plan contracting, and clinical affairs. He has managed the rapid revenue growth of NIPT and has achieved the fastest health plan coverage adoption in the history of molecular diagnostics going from inception to over 180 million covered lives in less than two years.

Before Verinata, Dr. Vanier served as President and CEO of Navigenics, a preventative genomics company acquired by Life Technologies. Dr. Vanier joined Navigenics as Chief Medical Officer in 2008. He was appointed CEO in late 2009, subsequently raised three rounds of venture capital financing and brought on strategic investors and distribution partners including Procter & Gamble and Highmark. Prior to Navigenics, Dr. Vanier served as an investor in the life sciences practice at Mohr Davidow Ventures, a $2 billion venture fund, where he invested in molecular diagnostic and online health businesses. Dr. Vanier received his M.D. from the Johns Hopkins School of Medicine and completed his residency training at the University of California, San Francisco, and Highland Hospital in Oakland. He received an M.B.A. from Stanford University, as well as dual bachelor's degrees with honors. He continues to serve on the clinical faculty of Stanford Medical Center as an Assistant Clinical Professor.

He was named a Henry Crown Fellow of the Aspen Institute in 2011 and recognized as one of San Francisco's Top 40 Under 40 in 2012.



CREGER00199

# Krista Hatcher

Partner of Chicago Pacific Founders

Krista Hatcher is a Partner at Chicago Pacific Founders and is responsible for sourcing and leading investments in healthcare and senior living. Ms. Hatcher brings over eighteen years of private equity investment experience in growth-oriented, middle-market companies, most recently serving as Managing Director of Kayne Anderson Capital, and previously working at CHS Capital, Longview Asset Management, and J.P. Morgan & Company, Inc. Throughout her career, Ms. Hatcher has worked successfully with founder-led growth companies to develop and execute strategies for sustainable, profitable growth and value creation. Working with the executive teams at these companies, Ms. Hatcher has led strategic initiatives involving business development, add-on acquisitions, enhancement of operational efficiencies, and the recruitment, development and integration of the key management talent and teams needed to help these businesses successfully scale. She has also been very effective at leading and executing successful, value optimizing exit strategies for the high growth companies with which she has worked.

Ms. Hatcher is active with Private Equity Women Investor Network (PEWIN) where she currently serves as its President and is a member of the Illinois Growth and Innovation Fund (IGIF) Advisory Council that provides investment guidance to support the Illinois Treasurer's Office and IGIF. Ms. Hatcher earned a B.B.A. from the University of Michigan and her M.B.A. in finance and accounting from the University of Chicago Graduate School of Business.

Coming Soon



# Stephen B. Bonner

A passionate advocate of patient-centric, quality-driven healthcare, he has championed putting patients in control of their own medical decisions by empowering them with comprehensive, unbiased information about their medical conditions and clear explanations of the care options available to them. Mr. Bonner's commitment to unsurpassed patient care earned him a place on Modern Healthcare magazine's prestigious list of the "100 Most Influential People in Healthcare" in 2012.

In September, 2014, he accepted an appointment as an Entrepreneur in Residence at Harvard Business School's Rock Center for Entrepreneurial Studies. He mentors students on health care, health policy, and health care innovation. He has also assisted Prof. Regina Herzlinger in teaching a course on healthcare innovation, as well as exploring Executive Education offerings in Healthcare.

Bonner is an advisor to Health Care Private equity firms Brown Legacy Group; Chicago Pacific Founders; and VCapital. In those roles, he may advise, serve as a board member; invest; and mentor the firms and the companies they invest in.

At CTCA, he also led pioneering work on integrated, holistic oncology. The Company published over 200 abstracts of its research on the scientific value of nutrition, naturopathic medicine, psychological support, spiritual support, exercise and other therapies when combined with traditional cancer care.
Mr. Bonner joined Cancer Treatment Centers of America (CTCA) in 1999 as President and Chief Executive Officer and served as a member of the CTCA Board from 1996 through 2015, after completing his role as CEO in February, 2014.

He also serves as a Trustee Emeritus of Mitchell Hamline School of Law; as a Director of the Tennis Opportunity Program; as a Mentor for One Million Degrees; and as a member of the Amherst College Committee to Nominate Alumni Trustees.

Mr. Bonner earned a Bachelor of Arts in Political Science from Amherst College and a Juris Doctor from William Mitchell College of Law.

He lives in Chicago, and is the father of Ted, Ann, Leslie, Mark and Alexis.

[redacted]

# Chad A. Eckes

Chief Executive Officer of Pinnacle Dermatology

Chad Eckes was most recently the Executive Vice President of Corporate Services & Chief Financial Officer of Wake Forest Baptist Medical Center, a leading Academic Medical Center. Chad was the executive leader of the organization's financial turnaround from March 2014 to June 2017. During that period, Chad led the turnaround of the organization's Finance, Revenue Cycle, Information Technology, Facilities and Human Resources departments. At the same time, the organization experienced in excess of 25% revenue growth of over

Previously, Chad was the Chief Strategy Officer and Chief Information Officer at Cancer Treatment Centers of America (CTCA), the premier center for cancer treatment. During 2005 to 2014, Chad was part of the leadership team which grew CTCA by 30x creating a national footprint.

As the CEO of Pinnacle Dermatology, Chad focuses on a handful of key approaches: be crystal clear about the company's vision, mission, and values; lay out clear strategies; build employee engagement; focus on customer service; create a transparent environment where employees feel free and comfortable to raise any and all issues in the workplace; focus on results; and hold people accountable to those results.

Chad earned his M.B.A. from the University of Wisconsin-Whitewater and holds a master's certificate in project management from the University of Wisconsin-Madison. He received a bachelor's degree in business administration from the University of Wisconsin-Oshkosh.



CREGER00203

# Jose Rios, MD

President & Co-Founder of Pinnacle Dermatology

Dr. Rios is a board-certified plastic surgeon who has decades of plastic surgery experience and rigorous training. His engaging personality combined with technical precision and uncompromising standards have earned him a reputation as one of the premier plastic surgeons in the area.

Dr. Rios attended Princeton University and earned his undergraduate degree in Ecology and Evolutionary Biology. He later went to New York University School of Medicine to earn his medical degree, performed his residency and fellowship at The University of Texas Southwestern.

Alongside Dr. Lapinski we created Pinnacle Dermatology because we love what we do. It makes going "above and beyond" - for everyone in our practice - come naturally. Over the years, we have aimed to provide the highest level of care delivered with a familiar, down-to-earth approach. We recognize that our patients, our providers, and our support team are the reason we exist, the reason we set out to create this experience, and the reason we are always striving to make it better.



CREGER00204

# Paula Lapinski, MD

Chief Medical Officer and Co-Founder of Pinnacle Dermatology

Dr. Paula Lapinski is a board-certified dermatologist with an extensive medical background and an unparalleled warmth, who has built a reputation in the community for exceptional treatment of a wide range of cosmetic and medical dermatologic issues.

Dr. Lapinski earned her degree in pre-professional studies at The University of Notre Dame, graduating with Honors as a member of Phi Beta Kappa. She went on to attend Northwestern University School of Medicine and completed her internship at Evanston-Northwestern Hospital. She completed her residency in Dermatology at The University of Texas-Southwestern Medical Center in Dallas, one of the premier programs in the country.

Dr. Lapinski's interest in patients with skin cancer led her to complete an additional year of training at The University of Texas-Southwestern Medical Center in the area of Mohs micrographic surgery, a specialized method of skin cancer excision and pathologic examination.

As the Co-Founder of Pinnacle Dermatology, Dr. Lapinski understands the level of care they provide is rarely matched because of the fellowship-trained Mohs micrographic surgery specialist team and an experienced, board-certified plastic surgeon at the same practice. The combined expertise and experience enables them to create comprehensive treatment plans for patients.

## Request an Appointment

When it comes to the health of your skin,
insist on excellence.

REQUEST AN APPOINTMENT

CREGER00205