# Exhibit I



5


Mobile: $1B Startup Helping People Conquer Retirement

businesswire

# BayPine to Acquire Pinnacle Dermatology in Partnership With Management

October 29, 2021 · 5 min read

**BOSTON, October 29, 2021**--(BUSINESS WIRE)--BayPine LP ("BayPine") today announced that it has entered into a definitive agreement to acquire Pinnacle Dermatology Management ("Pinnacle" or the "Company"), the largest female-founded dermatology management services organization in the United States. Pinnacle's management team, led by Chief Executive Officer Chad A. Eckes, Chief Medical Officer and President Dr. Jose Rios, and its founder, Dr. Paula Lapinski, are partnering with BayPine in the transaction and will continue in their current roles. Chicago Pacific Founders ("CPF"), the Company's current financial sponsor, will roll a portion of its ownership in Pinnacle post-closing. Terms of the transaction were not disclosed.

Pinnacle provides comprehensive management services to 87 clinical locations across 11 states. Its affiliated clinical practices include board-certified dermatologists, Mohs and plastic surgeons, physician assistants and nurse practitioners, that treat the full spectrum of skin care needs, including general dermatology, surgical, pathology, radiation and cosmetic services, in both physical and telemedicine settings. Pinnacle has pioneered population skin health management to lead the battle against skin cancer through early detection and prevention. Since 2017, the Company has added over 37 practices to its single integrated platform, brand and culture.

Anjan Mukherjee, Managing Partner at BayPine, said, "Pinnacle has distinguished itself as a best-in-class integrated dermatology management platform committed to supporting clinical and operational excellence at Pinnacle's affiliated clinical practices. The Company is well positioned in a growing market that is supported by strong secular

tailwinds, namely an aging population and increasing prevalence and awareness of various skin conditions." Andrew Goldfarb, a Partner at BayPine, added, "As a pioneer in the sector, Pinnacle has demonstrated a proven ability to integrate like-minded, patient-centric practices to meet the demand for important dermatology services around the country. We look forward to working alongside Pinnacle's founders, its highly skilled management team and CPF to continue to pursue organic and inorganic growth initiatives, while incorporating BayPine's differentiated digital expertise to enhance the patient and provider experience."

Ad Scroll to continue with content •••

Dr. Lapinski, founder of Pinnacle, said, "For over 15 years, Pinnacle and our integrated platform of dedicated healthcare providers have sought to provide the highest standard of care by instilling a culture of proactive treatment and offering a comprehensive, 'one roof' service to our patients. These tenets will remain core to our business in our next chapter with BayPine, whose experienced team and digital capabilities will enable us to continue to scale the Pinnacle platform. We are grateful for the support of CPF and are energized in our mission to improve patient outcomes and help individuals everywhere achieve healthier skin."

Krista Hatcher, Partner, CPF, added, "We are extremely proud of Pinnacle's achievements to date, most notably helping bring to life Paula's vision to prevent skin cancer and provide the highest quality care for patients on a nationally scalable platform. We are excited about Pinnacle's future and our partnership with BayPine to support the Company's next phase of accelerated growth."

The transaction is subject to customary closing conditions and regulatory approvals and is expected to be completed during the fourth quarter of 2021.

Kirkland & Ellis LLP served as legal advisor to BayPine, Cantor Fitzgerald & Co. served as its financial advisor, and Marwood Group provided due diligence services.

Advertisement

Affiliates of J.P. Morgan, Goldman Sachs Asset Management, and AB Private Credit

Investors are supporting the financing of the transaction. McDermott Will & Emery LLP served as legal counsel to CPF and JP Morgan Securities LLC is serving as exclusive financial advisor to Pinnacle.

### About BayPine

BayPine is a private investment firm that seeks to create lasting value for the firm's investors, portfolio companies and communities in which they operate by driving innovation, digital transformation and sustainable growth in market-leading businesses across traditional sectors of the economy. Headquartered in Boston, BayPine was founded by a team of accomplished investors and senior executives who have a shared passion for building enduring companies. For more information about BayPine, please visit .

### About Pinnacle Dermatology

Pinnacle Dermatology is the largest multi-state female-founded dermatology management services organization in the U.S. and is committed to improving the way skin care is delivered. Founded by dermatologist and Mohs surgeon Dr. Paula Lapinski, who developed a dermatology model that provided higher standards of patient care, Pinnacle provides comprehensive management services to 87 clinical locations across 11 states. Its affiliated clinical practices include board-certified dermatologists, Mohs and plastic surgeons, physician assistants and nurse practitioners, that treat the full spectrum of skin care needs, including general dermatology, surgical, pathology, radiation and cosmetic services, in both physical and telemedicine settings. Pinnacle has pioneered population skin health management to lead the battle against skin cancer through early detection and prevention. For more information, please visit .

CREGER00209

Advertisement

## About Chicago Pacific Founders

Chicago Pacific Founders ("CPF") is a leading strategic private equity firm focused on investing in growth companies within value-based care innovation, healthcare services and caring for aging populations. CPF believes that the most significant societal impact and investment returns from healthcare for the next decade will be generated by investment in delivery model innovation. CPF's leadership team is made up of former healthcare CEOs, senior executives and investment professionals with a passion and track record of building healthcare businesses. For more information, please visit .

View source version on businesswire.com:

## Contacts

Nathaniel Garnick/Sam Fisher
Gasthalter & Co.