# Exhibit J

PINNACLE
DERMATOLOGY

(833) 257-7546

Menu

# Board of Directors

Home > About Us > Board of Directors



Joel Hackney

CREGER00211

Chairman of the Board

Joel Hackney is a Senior Advisor of BayPine. With over 25 years of experience leading both private and public companies domestically and abroad, Mr. Hackney brings deep expertise in driving business transformation and profitable growth. Mr. Hackney most recently served as Chairman and CEO of nThrive, a healthcare information technology and revenue cycle solutions provider. Prior to this, he was CEO and board member of AVINTIV, Inc., a $2 billion global innovator and manufacturer of specialty materials. In this role, he successfully led the company to the top global market position, doubled revenue, and tripled profitability, within two years. Prior to AVINTIV, Joel was an executive at Avaya, serving in a variety of roles including senior vice president of Global Sales and Marketing, president of Field Operations, and president of Government and Data Solutions. His extensive leadership experience also includes executive roles at Nortel and General Electric. Mr. Hackney currently serves on the boards of Stericycle, Training the Street, and CC Capital, and serves as a Senior Advisor of Falfurrias Capital Partners. He attended the University of North Carolina at Chapel Hill (BS, 1991).



CREGER00212



# Chad A. Eckes

Chief Executive Officer of Pinnacle Dermatology

Chad Eckes was most recently the Executive Vice President of Corporate Services & Chief Financial Officer of Wake Forest Baptist Medical Center, a leading Academic Medical Center. Chad was the executive leader of the organization's financial turnaround from March 2014 to June 2017. During that period, Chad led the

turnaround of the organization's Finance, Revenue Cycle, Information Technology, Facilities and Human Resources departments. At the same time, the organization experienced in excess of 25% revenue growth of over

Previously, Chad was the Chief Strategy Officer and Chief Information Officer at Cancer Treatment Centers of America (CTCA), the premier center for cancer treatment. During 2005 to 2014, Chad was part of the leadership team which grew CTCA by 30x creating a national footprint.

As the CEO of Pinnacle Dermatology, Chad focuses on a handful of key approaches: be crystal clear about the company's vision, mission, and values; lay out clear strategies; build employee engagement; focus on customer service; create a transparent environment where



Case 3:20-cv-00592 Document 33-14 Filed 08/29/22 Page 4 of 18 PageID #: 970

employees feel free and comfortable to raise any and all issues in the workplace; focus on results; and hold people accountable to those results.

Chad earned his M.B.A. from the University of Wisconsin-Whitewater and holds a master's certificate in project management from the University of Wisconsin-Madison. He received a bachelor's degree in business administration from the University of Wisconsin-Oshkosh.



## Anjan Mukherjee

Managing Partner of BayPine

Anjan Mukherjee is a Managing Partner of BayPine. Mr. Mukherjee spent most of his career in the private equity area of Blackstone,

where he was a Senior Managing Director and a member of the Investment Committee. He also served in the U.S. Department of the Treasury as Counselor to the Secretary and Deputy Assistant Secretary for Financial Institutions. As an independent sponsor, he has been involved with multiple significant investments.

Mr. Mukherjee has two decades of private equity experience during which he was involved with a wide range of high-profile transactions. He has been responsible for leading investment teams in multiple industry sectors, including pharmaceuticals & life sciences, chemicals, aerospace & defense, technology services and transportation & logistics. He had a broad portfolio of responsibilities at the U.S. Treasury pertaining to financial institutions policy and global financial markets.

Mr. Mukherjee has served on a large number of public and private boards of directors, has been active with various nonprofit organizations, and has spoken at a wide range of conferences and seminars. Mr. Mukherjee currently serves on the Boards of Penn Foster, Mavis and Pinnacle Dermatology. He holds an AB from Harvard College and an MBA from Harvard Business School.



CREGER00215



# Wan Ling Martello

Founding Partner of BayPine

Wan Ling Martello is a Founding Partner of BayPine. Ms. Martello has spent most of her career leading executive teams and organizations in the consumer products and retail industries, and has significant

expertise in B2C technology-enabled business models and digital transformation. She has held leadership roles at Nestlé, Walmart, NCH Marketing Services (a former subsidiary of Nielsen), Borden Foods and Kraft Foods.

During her time at Nestlé, Ms. Martello served first as Global CFO, where she revitalized the global finance organization, established a new data-driven resource allocation and portfolio management framework for the entire company and completed numerous M&A transactions. She was then appointed as CEO of Nestlé's Asia, Oceania and Sub-Saharan Africa (AOA) business in 2015 and re-focused the entire business on driving growth and using digital transformation initiatives to drive greater consumer engagement. Under her leadership over a three-plus year period, Nestlé AOA shifted from underperformance to becoming a growth engine, and was the most profitable segment hin Nestlé with a revenue base

CREGER00216

of $22 billion.

In addition to serving on the Board of Penn Foster, Ms. Martello serves on the boards of Alibaba Group, Stellantis N.V. and Uber Technologies. She is a member of the Committee of 100, a nonpartisan leadership organization of prominent Chinese Americans in business, government, academia, science and the arts, and she has appeared on Fortune Magazine's list of the Most Powerful International Women on several occasions. She holds a BS from the University of the Philippines and an MBA from the University of Minnesota.



## Andrew Goldfarb

CREGER00217

Partner, BayPine

Andrew Goldfarb is a Partner of BayPine, where he focuses on healthcare investments. Mr. Goldfarb has spent nearly all of his career in the private equity industry focused on control-oriented private equity investments. Most recently, he was a Partner of Declaration Partners, and prior to that he held roles at JLL Partners, The Carlyle Group and Merrill Lynch.

Mr. Goldfarb has extensive transaction experience overseeing all aspects of the control-oriented investment process. His investment experience spans take-private transactions, transformative M&A, corporate carve-outs, divestitures, bolt-on acquisitions, financing transactions and exits. While at JLL, he worked across a variety of sectors including healthcare, financial services, building products and business services, and had a leadership role in many of the firm's highest-profile transactions including nearly all of its healthcare investments. While at Declaration, he oversaw the development of the firm's healthcare investing framework, which was predicated on digital disruption and transformation across the healthcare ecosystem.

Mr. Goldfarb currently serves on the board of Pinnacle Dermatology and ConcertAI and previously served on a number of boards, primarily in healthcare. He holds a BA and MS from Stanford University and an MBA from Harvard Business School. He is a CFA Charterholder.



CREGER00218



# Jose Rios, MD

President of Pinnacle Dermatology

Dr. Rios is a board-certified plastic surgeon who has decades of plastic surgery experience and rigorous training. His engaging personality combined with technical precision and uncompromising standards have earned him a reputation as one of the premier plastic surgeons in the area.

Dr. Rios attended Princeton University and earned his undergraduate degree in Ecology and Evolutionary Biology. He later went to New York University School of Medicine to earn his medical degree, performed his residency and fellowship at The University of Texas Southwestern.

Alongside Dr. Lapinski we created Pinnacle Dermatology because we love what we do. It makes going "above and beyond" - for everyone in our practice - come naturally. Over the years, we have

CREGER00219

aimed to provide the highest level of care delivered with a familiar, down-to-earth approach. We recognize that our patients, our providers, and our support team are the reason we exist, the reason we set out to create this experience, and the reason we are always striving to make it better.



## Mary Tolan

Founder / Managing Partner, Chicago Pacific Founders

Mary Tolan was the founder of Accretive Health, a leading provider of comprehensive end-to-end healthcare revenue-cycle management

services and population health management services infrastructure. Mary served as Accretive Health's Chief Executive Officer from November of 2003 to April of 2013 and served as Board Chair until November 2013. During that period Mary built Accretive Health from an idea into a billion dollar enterprise over a nine year period by building and leading a team of seasoned industry professionals focused on revolutionizing patient access and revenue-cycle processes for health- care providers. Mary led the IPO of Accretive Health in 2010 earning it a $1.2 billion market capitalization.

Previously, Mary was a Group Chief Executive at Accenture, the $64 billion market cap global management consulting, technology services, and outsourcing company. At Accenture she was the Group Chief Executive of a $2.3 billion global operating group. Mary also played a leadership role in taking Accenture public in 2001, one of that year's largest offerings on the New York Stock Exchange.

Mary's accomplishments as a business leader have earned her many recognitions and awards including being named the EY Entrepreneur Of The Year 2010 National Winner in the Services Category and leading Accretive Health to be named the Illinois Venture Capital Association's Company of the Year in 2011. Mary serves on the Boards of trustees for the University of Chicago and Loyola University. Mary received a Bachelor of Business Administration degree from Loyola University and an MBA from the University of Chicago.



# Vance Vanier, MD

Founder / Managing Partner Chicago Pacific Founders

Dr. Vanier's career in healthcare and innovation has spanned over two decades and has included successful roles as an investor, CEO, entrepreneur, and physician. Prior to CPF, Dr. Vanier was the President of Verinata Health which was acquired by Illumina in early 2013 in one of the largest venture-backed molecular diagnostic exits in the last decade. Verinata's product, a non-invasive blood test, significantly replaced the need for amniocentesis in pregnant women and revolutionized the field of obstetrics around the world when its launched in 2012. Dr. Vanier's resp[illegible]ibilities included scaling global

CREGER00222

launched in 2012. Dr. Vanier's responsibilities included scaling global revenue, marketing, health plan contracting, and clinical affairs. He managed the rapid revenue growth of non-invasive prenatal testing (NIPT) and the fastest health plan coverage adoption in the history of molecular diagnostics going from inception to over 180M covered lives in less than 2 years.

Before Verinata, Dr. Vanier served as President and CEO of Navigenics, a preventative genomics company acquired by Life Technologies. Dr. Vanier joined Navigenics as Chief Medical Officer in 2008. He was appointed CEO in late 2009, subsequently raised three rounds of venture capital financing and brought on strategic investors and distribution partners including Procter & Gamble and Highmark. Prior to Navigenics, he served as a partner in the life sciences practice at Mohr Davidow Ventures (MDV), a two-billion-dollar venture fund, where he invested in molecular diagnostic and online health businesses.

Dr. Vanier received his M.D. from the Johns Hopkins School of Medicine and completed his residency training at the University of California, San Francisco, and Highland Hospital in Oakland. He received an M.B.A. from Stanford University, as well as dual bachelor's degrees with honors. He continues to serve on the clinical faculty of Stanford Medical Center as an Assistant Clinical Professor. He was named a Henry Crown Fellow of the Aspen Institute in 2011, recognized as one of San Francisco's Top 40 Under 40 in 2012 and Genetic and Biotechnology News' GEN Ten Young Guns of Biopharma.

launched in 2012. Dr. Vanier's responsibilities included scaling global revenue, marketing, health plan contracting, and clinical affairs. He managed the rapid revenue growth of non-invasive prenatal testing (NIPT) and the fastest health plan coverage adoption in the history of molecular diagnostics going from inception to over 180M covered lives in less than 2 years.

Before Verinata, Dr. Vanier served as President and CEO of Navigenics, a preventative genomics company acquired by Life Technologies. Dr. Vanier joined Navigenics as Chief Medical Officer in 2008. He was appointed CEO in late 2009, subsequently raised three rounds of venture capital financing and brought on strategic investors and distribution partners including Procter & Gamble and Highmark. Prior to Navigenics, he served as a partner in the life sciences practice at Mohr Davidow Ventures (MDV), a two-billion-dollar venture fund, where he invested in molecular diagnostic and online health businesses.

Dr. Vanier received his M.D. from the Johns Hopkins School of Medicine and completed his residency training at the University of California, San Francisco, and Highland Hospital in Oakland. He received an M.B.A. from Stanford University, as well as dual bachelor's degrees with honors. He continues to serve on the clinical faculty of Stanford Medical Center as an Assistant Clinical Professor. He was named a Henry Crown Fellow of the Aspen Institute in 2011, recognized as one of San Francisco's Top 40 Under 40 in 2012 and Genetic and Biotechnology News' GEN Ten Young Guns of Biopharma.




## Stephen B. Bonner

A passionate advocate of patient-centric, quality-driven healthcare, he has championed putting patients in control of their own medical decisions by empowering them with comprehensive, unbiased information about their medical conditions and clear explanations of the care options available to them. Mr. Bonner's commitment to unsurpassed patient care earned him a place on Modern Healthcare magazine's prestigious list of the "100 Most Influential People in Healthcare" in 2012.

In September, 2014, he accepted an appointment as an Entrepreneur in Residence at Harvard Business School's Rock Center for Entrepreneurial Studies. He mentors students on health care, health policy, and health care innovation. ' ' has also assisted Prof. Regina

CREGER00225

Herzlinger in teaching a course on healthcare innovation, as well as exploring Executive Education offerings in Healthcare.

Bonner is an advisor to Health Care Private equity firms Brown Legacy Group; Chicago Pacific Founders; and VCapital. In those roles, he may advise, serve as a board member; invest; and mentor the firms and the companies they invest in.

At CTCA, he also led pioneering work on integrated, holistic oncology. The Company published over 200 abstracts of its research on the scientific value of nutrition, naturopathic medicine, psychological support, spiritual support, exercise and other therapies when combined with traditional cancer care.
Mr. Bonner joined Cancer Treatment Centers of America (CTCA) in 1999 as President and Chief Executive Officer and served as a member of the CTCA Board from 1996 through 2015, after completing his role as CEO in February, 2014.

He also serves as a Trustee Emeritus of Mitchell Hamline School of Law; as a Director of the Tennis Opportunity Program; as a Mentor for One Million Degrees; and as a member of the Amherst College Committee to Nominate Alumni Trustees.

Mr. Bonner earned a Bachelor of Arts in Political Science from Amherst College and a Juris Doctor from William Mitchell College of Law.

He lives in Chicago, and is the father of Ted, Ann, Leslie, Mark and Alexis.

## Request an Appointment

When it comes to the health of your skin insist on excellence.

**LEARN MORE**

PINNACLE
DERMATOLOGY

**Helpful Links**

> Make an Appointment

> FAQs

> Our Locations

> Careers

> Patient Portal

> Patient Resources

©2022 Pinnacle Dermatc' gy, LLC | Privacy Policy