# Exhibit K

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 1124 Essington Rd, Joliet, IL, 60435-8423

**County:** Will

**Facility ID:** 9262330

**Status:** Open

**Administrator:** Paula K. Lapinski, M.D.

**Facility Contact:**

**Phone:** (815) 373-1004

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray | 1903-2126 | 9/5/2019 | 9/13/2019 |

Copyright 2020 Illinois Emergency Management Agency