# Exhibit L

# SKINCURE ONCOLOGY, LLC

MIDWEST

INVESTMENT AMOUNT: $2,500,000

MEDICAL TECHNOLOGY
INVESTMENT DATE: DECEMBER, 2017

**INVESTMENT OPPORTUNITY**

SkinCure Oncology, LLC is a medical technology company that employs image-guided Superficial Radiation Therapy (SRT) technology. Superficial Radiation Therapy is a non-invasive, revolutionary treatment comfortably delivered in a dermatologist's office to non-invasively and curatively treat non-melanoma skin cancers. The gold standard for skin cancer removal has long been the Mohs surgical procedure. And while the cure rate for Mohs surgery is high, a long recovery period, pain, and scarring have been undesirable components of recovery. With a 95%+ non-melanoma cancer cure rate, this updated SRT technology costs less and is more effective in the treatment of skin cancer than other external beam radiation therapies housed in expensive hospital settings.

Recognizing skin cancer as an increasing problem for which patients desired alternatives to surgery, SkinCure, organized in 2016, offers its dermatologist partners a turnkey, cancer center quality, SRT service line. Employing a multi-year exclusive services agreement, SkinCure provides essentially all that is needed to non-invasively and curatively treat non-melanoma skin cancers to the dermatology practice through the SkinCure Oncology Turn-Key Model.

SkinCure Oncology CEO, Kerwin Brandt, attributes SkinCure's success to physicians and patients who are looking for an alternative treatment to surgical procedures stating, "Patients are surgically fatigued and are seeking solutions that are non-invasive, pain-free, convenient, safe and conducive to an active lifestyle."

**CAPX SOLUTION**

CapX Partners was contacted to support the company's growth needs and assist in converting a growing backlog of new contracts into clients. SkinCure, given its brief operating history and specialized collateral, proved challenging for traditional bank financing. CapX favored the opportunity after review of SkinCure's model, growth opportunity and recent operating history, providing a finance lease structured to allow the company to preserve its working capital.

"SKINCURE IS AT THE FOREFRONT OF SIGNIFICANTLY IMPROVING SKIN CANCER TREATMENT WITH AFFORDABLE, NON-SURGICAL TECHNIQUES THAT PROVIDE BOTH CURE AND IMPROVED PATIENT EXPERIENCE. KERWIN BRANDT AND HIS PARTNERS ARE TRUE VISIONARIES AS THEY ROLL OUT THEIR TURNKEY MODEL TO THE DERMATOLOGY MARKET CONSISTING OF

APPROXIMATELY 15,000 DERMATOLOGISTS WHO KNOW THAT OFFERING AN ALTERNATIVE IS BEST PRACTICE MEDICINE. CAPX IS EXCITED TO BE PART OF SKINCURE AS IT ENTERS ITS EXPANSION LIFECYCLE STAGE." JEFFRY PFEFFER, MANAGING PARTNER AT CAPX PARTNERS