# Exhibit O

# SkinCure Oncology Provides Access to Non-Surgical Treatment Option for One in Four Americans Diagnosed with Common Skin Cancers in 2022

SkinCure Oncology

NEWS PROVIDED BY
SkinCure Oncology →
Mar 08, 2022, 14:21 ET

SHARE THIS ARTICLE

BURR RIDGE, Ill., March 8, 2022 /PRNewswire/ -- Some 3.3 million Americans will be diagnosed with basal cell or squamous cell skin cancer this year, and one in four will have county-level access to Image-Guided Superficial Radiotherapy (Image-Guided SRT), a non-surgical alternative to Mohs surgery made available to dermatologists nationwide by SkinCure Oncology.

Kerwin J. Brandt, chief executive officer of SkinCure Oncology, notes that his company is currently working with more than 200 dermatology practices in 34 states, and expanding rapidly, adding nearly 10 new locations a month. The company provides Image-Guided SRT technology to its dermatologist practice partners, along with a suite of clinical, administrative, and operational

support services, to bring cancer center-level care to patients for their nonmelanoma skin cancer.

Key to the delivery of Image-Guided SRT, in addition to having the right technology via the Sensus Healthcare SRT-100 Vision™, is providing treatment with the right protocol and quality controls to achieve superior clinical outcomes. SkinCure Oncology, through its tested program, offers dermatology practices a proven model that achieves previously unobtainable cure rates and equally as impressive patient satisfaction results.

"Over the past five years," Brandt notes, "we've ordered 240 of the SRT-100 Vision units from Sensus Healthcare which we estimate to be more than 95 percent of all SRT-100 Vision units they've sold worldwide. Clearly, we continue to be their single largest customer and have accounted for more than 65 percent of their revenue over the last five years. We chose to align with Sensus for one very important reason – unlike other providers of radiation devices designed to treat skin cancer, Sensus has integrated image-guidance into the design of the SRT-100 Vision. This technology, when coupled with SkinCure Oncology's approach and expertise, allows our dermatology practice partners to treat patients with an adaptive radiotherapy protocol that's gentler than other radiation-based therapies and more effective at curing skin cancer."

A recent large-scale study showed Image-Guided SRT to have a cure rate of 99.3 percent across both basal and squamous cell carcinomas. "Even Mohs surgery, where the surgeon resects layers of tissue until clean margins are achieved, doesn't get those results," says Josh Swindle, SkinCure Oncology's national director of practice operations.

Adam Lefton, the company's chief brand and education officer, adds, "Superior clinical results and a rapidly expanding footprint are important considerations for practices implementing Image-Guided SRT, but that's just part of the story. We received survey responses from more than 7,200

patients after final treatment, and 99.9 precent said that they were both happy with their decision to be treated with Image-Guided SRT and would recommend that treatment option to others. People with skin cancer clearly appreciate having a less-invasive alternative to Mohs surgery, and the combination of Image- Guided SRT equipment from Sensus with world-class implementation, protocols, and personnel through SkinCure Oncology is changing the face of skin cancer in the U.S."

**About SkinCure Oncology**

SkinCure Oncology is the world leader in providing a comprehensive model for the delivery of Image-Guided Superficial Radiotherapy (Image-Guided SRT), the most advanced non-surgical technology for the treatment of common skin cancers. The company partners with quality-focused dermatologists and Mohs surgeons to bring cancer center-level radiotherapy treatment to physician offices. To date, SkinCure Oncology is working with more than 200 dermatology practice locations across the country, and more than 40,000 patients have been treated with Image-Guided SRT over the last five years. Learn more about the company at SkinCureOncology.com, and visit GentleCure.com for helpful consumer and patient information.

**Media Contact:**
Matt Russell, CEO
Russell Public Communications
520-232-9840
mrussell@russellpublic.com

SOURCE SkinCure Oncology

press release skincu.pdf
1.2MB