# Exhibit P

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 595 William R Latham Sr Dr, Bourbonnais, IL, 60914-2319

**County:** Kankakee

**Facility ID:** 9265085

**Status:** Open

**Administrator:** Renato Goreshi, M.D.

**Facility Contact:**

**Phone:** (815) 936-9002

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | IG-SRT 100 Vision | X-ray Rm | 2112-2213 | 3/25/2022 | 3/15/2022 |

CREGER00242