# Exhibit Q

4

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 1124 Essington Rd, Joliet, IL, 60435-8423

**County:** Will

**Facility ID:** 9262330

**Status:** Open

**Administrator:** Paula K. Lapinski, M.D.

**Facility Contact:**

**Phone:** (815) 373-1004

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray | 1903-2126 | 9/5/2019 | 9/13/2019 |

CREGER00243

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 2500 W Higgins Rd Ste 1040, Hoffman Estates, IL, 60169-2049

**County:** Cook

**Facility ID:** 9262356

**Status:** Open

**Administrator:** Renato Goreshi, M.D.

**Facility Contact:**

**Phone:** (847) 884-8096

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 1903-2124 | 8/2/2019 | 10/21/2019 |

CREGER00244

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Category:** Therapy Clinic

**Physical Address:** 10720 165th St, Orland Park, IL, 60467-8714

**County:** Cook

**Facility ID:** 9262315

**Status:** Open

**Administrator:** Frank A. Tobin, M.D.

**Facility Contact:** Pam Malik, Implementation Mgr

**Phone:** (708) 460-7890

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vison | X-ray Rm | 1903-2116 | 8/2/2019 | 8/14/2019 |

CREGER00245

# Facility Profile for Pinnacle Dermatology

Return to Facility Search

**Name:** Pinnacle Dermatology

**Status:** Open

**Category:** Therapy Clinic

**Administrator:** Todd T. Davis, M.D.

**Physical Address:** 103 N Haven Rd Ste 7, Elmhurst, IL, 60126-2973

**Facility Contact:** Goretti Rivera, Office Manager

**County:** DuPage

**Phone:** (630) 832-2111

**Facility ID:** 9264953

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vison | X-ray Rm | 1906-21355 | 10/8/2021 | 9/23/2021 |

CREGER00246