# Exhibit S

RHS 8-4

| (For Office Use Only) | |
|---|---|
| Registration No. | 6471244 |
| Date Registered | |

STATE OF TENNESSEE
DEPARTMENT OF ENVIRONMENT AND CONSERVATION
DIVISION OF RADIOLOGICAL HEALTH
WILLIAM R. SNODGRASS TENNESSEE TOWER
312 ROSA L. PARKS AVENUE, 15TH FLOOR
NASHVILLE, TN 37243

# REGISTRATION OF X-RAY PRODUCING EQUIPMENT

I. Possessor THE SKIN WELLNESS CENTER

Physical Address 10215 Kingston Pike, Suite 200 (Number and Street) Knoxville (City) Knox (County) TN (State) (Zip Code)

Billing address same as above ☐

Billing Address 10215 Kingston Pike, Suite 200 (Number and Street) Knoxville (City) Knox (County) TN (State) 37922 (Zip Code)

Phone () - Fax E-Mail

II. Owner THE SKIN WELLNESS CENTER

Address 10215 Kingston Pike, Suite 200 (Number and Street) Knoxville (City) Knox (County) TN (State) 37922 (Zip Code)

Phone () - E-Mail

III. Radiation Safety Officer or Person in charge of x-ray equipment Meredith Overholt

Phone (865) 584-8580 E-Mail kimberlya@swcknox.com

IV. Facility Type Clinic or Medical Group

V. X-Ray Producing Equipment

Control Panel Manufacturer & Serial Number SENSUS SN: SN:1812-2104

Machine Type Class: 4

Date of Machine Possession:

Mobility (choose one): Fixed [X] (Room No. ) Mobile ☐ Portable ☐ Handheld ☐

Tube Housing Assembly Information

| A. Manufacturer & Serial # | B. Date of Inserted Tube Possession | C. Room # | D. Max kVp or MeV | Control # (For Office Use Only) |
|---|---|---|---|---|
| | 03/20/2019 | | 0 | 1A |

Date Signed

Signature of Possessor

CREGER00253

☐ I hereby certify to the best of my knowledge and belief the above information is true and correct.