# Exhibit U

6

# Facility Profile for Dermassociates, Ltd.

Return to Facility Search

**Name:** Dermassociates, Ltd.

**Category:** Therapy Clinic

**Physical Address:** 3608 W Main St, Belleville, IL, 62226-6225

**County:** St.Clair

**Facility ID:** 9261767

**Status:** Open

**Administrator:** Gary Vicik, M.D.

**Facility Contact:**

**Phone:** (618) 397-6605

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 8000 | Ther >120kvp | Sensus | SRT100 Vision | SRT Suite | 1705-2031 | 8/31/2017 | 8/31/2017 |

# Facility Profile for Southern Illinois Dermatology

Return to Facility Search

**Name:** Southern Illinois Dermatology

**Category:** Therapy Clinic

**Physical Address:** 220 N Park Ave Ste 2, Herrin, IL, 62948-3150

**County:** Williamson

**Facility ID:** 9258524

**Status:** Open

**Administrator:** Ted G. Van Acker, D.O.

**Facility Contact:**

**Phone:** (618) 942-3344

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vison | X-ray Rm | 1806-2079 | 10/17/2018 | 10/22/2018 |

# Facility Profile for Musick Dermatology

Return to Facility Search

**Name:** Musick Dermatology

**Category:** Therapy Clinic

**Physical Address:** 4948 Benchmark Centre Dr, Swansea, IL, 62226-2027

**County:** St.Clair

**Facility ID:** 9262112

**Status:** Open

**Administrator:** Steven E. Musick, M.D,

**Facility Contact:** Jolyn Wieter

**Phone:** (618) 628-2588

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray | 1806-2071 | 11/26/2018 | 11/27/2018 |

IEMA

# Facility Profile for Schaberg Dermatology

Return to Facility Search

**Name:** Schaberg Dermatology

**Category:** Therapy Clinic

**Physical Address:** 4949 Autumn Oaks Dr Ste, Maryville, IL, 62062-8557

**County:** Madison

**Facility ID:** 9264786

**Status:** Open

**Administrator:** Susan Schaberg, M.D.

**Facility Contact:**

**Phone:** (618) 288-9450

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 1909-2151 | 1/26/2021 | 2/19/2021 |

# Facility Profile for Summit Dermatology & Aesthetic Surgery

Return to Facility Search

**Name:** Summit Dermatology & Aesthetic Surgery

**Category:** Therapy Clinic

**Physical Address:** 1S210 Summit Ave, Oakbrook Terrace, IL, 60181-3933

**County:** DuPage

**Facility ID:** 9264875

**Status:** Open

**Administrator:** Rania Agha, M.D.

**Facility Contact:**

**Phone:** (630) 282-6004

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 2003-2176 | 6/3/2021 | 6/10/2021 |

CREGER00261

# Facility Profile for Illinois Dermatology Institute

Return to Facility Search

**Name:** Illinois Dermatology Institute

**Category:** Therapy Clinic

**Physical Address:** 901 N Elm St Ste 250, Hinsdale, IL, 60521-3647

**County:** DuPage

**Facility ID:** 9264639

**Status:** Open

**Administrator:** Matthew Harris, M.D.

**Facility Contact:**

**Phone:** (630) 325-6880

## Active X-Ray Equipment

| Equip ID | Class | Manufacturer | Model # | Location | Serial # | Acquired | Registered |
|---|---|---|---|---|---|---|---|
| 7500 | Thr50-120kvp | Sensus | SRT-100 Vision | X-ray Rm | 1912-2159 | 8/11/2020 | 8/26/2020 |