# Exhibit V

2

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 011-0144A | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED 09/18/2019 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER: COLE DERMATOLOGY & AESTHETICS CENTER, PC | | STREET ADDRESS, CITY, STATE, ZIP CODE: 3525 HOLCOMB BRIDGE RD, STE 100 PEACHTREE CORNERS, GA 30092 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) |
|---|---|
| {S 000} | INITIAL COMMENTS<br><br>Based on the shielding design reviewed on 09/18/19, this design was approved according to the specification submitted. |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 011-0144A | A. BUILDING<br>B. WING | 09/30/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| COLE DERMATOLOGY & AESTHETICS CENTER, PC | 3525 HOLCOMB BRIDGE RD, STE 100<br>PEACHTREE CORNERS, GA 30092 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) |
|---|---|
| {S 000} | INITIAL COMMENTS<br><br>Based on review of the qualified individual's report, it was determined that this facility was in compliance with the Georgia Rules and Regulations for X-ray chapter 290-5-22.<br><br>Sensus SRT-100 Vision Superficial X-Ray System |



CREGER00263