# Exhibit W



5




SkinCure Oncology is changing the face of non-melanoma skin cancer treatment forever with Image-Guided SRT, an Image-Guided Superficial Radiotherapy solution. It targets affected areas without surgery, providing a painless, effective alternative to Mohs surgery as well as an additional treatment option for your dermatology practice.

## The New Gold Standard

Image-Guided SRT is a non-invasive, effective alternative to Mohs surgery that offers your practice a treatment option with many patient benefits, including fewer side effects, better cosmetic results, and less recovery time.

Compare Image-Guided SRT vs. Mohs

## Build a Better Practice

Image-Guided SRT is not only a pain-saving technology but a way to make your practice more successful, with minimum upfront risk and no out-of-pocket costs. Happier patients with better outcomes is the perfect formula for success.

Explore Practice Benefits

## Your Treatment Partner

SkinCure Oncology handles all aspects of implementing Image-Guided SRT, from installing equipment and providing therapists to providing business expertise, all without disrupting your business practice.

Learn More About Us

CREGER00265

**99%+**

cure rate and patient satisfaction

*Cure rate is from a 2020 IG-SRT Study. Patient satisfaction score is from an April – November 2020 patient satisfaction survey with 1,147 respondents who received IG-SRT treatment in 2020.*

**42,000+**

patients treated

**199**

practices across the country and growing quickly

*as of July 2022*

Offer Image-Guided SRT at Your Practice

IF YOU HAVE BEEN DIAGNOSED WITH NON-MELANOMA SKIN CANCER CLICK HERE

CREGER00266





PRACTICES PATIENTS

"

We're an extremely patient-focused group. Recommending the optimal solution for our patients' dermatology needs is our number one priority. Based on our initial interactions with SkinCure, as well as feedback from our patients, we're expanding the SRT program to additional locations.

Dr. Desai

View Partner Testimonials

## Why Not Offer an Alternative Option to Mohs?

There is a better way to serve your patients and grow your practice. Talk with our team to learn how.

CREGER00267

Contact Us

Terms & Conditions
Privacy Policy
Contact Us
Employee Portal

© 2022 SkinCure Oncology. Site by LDM.

CREGER00268