# Exhibit X

15

# LIST OF PPP LOAN FRAUD DEFENDANTS BY STATE WITH CONTACT INFORMATION

## ALABAMA

Total Skin & Beauty Dermatology Center
Dr. Gary D. Monheit
Dr. James M. Krell
Dr. Melanie L. Appell
Dr. A. Michelle Hill
Dr. Rajini K. Murthy
2100 16th Avenue S.
Birmingham, AL 35205
(205) 933-0987
www.totalskinandbeauty.com

Renew Family Dermatology
Dr. Michael Digby
1403 Old Water Works Rd. SW
Fort Payne, AL 35968
(256) 979-1250 Website: renewfamilydermatology.com

## ARKANSAS

The Dermatology Center, PLLC
Dr. George L. Lewis
Dr. Phillip C. Stites
1500 Dodson Ave., Suite 270
Fort Smith, AK 72901-5128
(479) 242-6647

## CALIFORNIA

West Hills Dermatology Group
Dr. Farnaz Gaminchi
7320 Woodlake Ave., Ste. 340
West Hills, CA
(818) 592-6005
www.westhillsdermatology.com

## COLORADO

Accent Dermatology & Laser Institute
Fr. Tyler O. Vukmer
400 Indiana Street #390
Golden, CO 80401
(303) 463-9600
coloradoderm.com

## CONNECTICUT

Middlesex Dermatology
Dr. Eric J. Thomas
11 South Main Street
Middletown, CT 06457
(860) 347-4555
www.middlesexdermatology.com

## FLORIDA

Hollywood Dermatology & Cosmetic Specialists d/b/a DermCare Management
Dr. Eduardo Weiss
Dr. Ronald D. Smith
Dr. Julian O. Moore
Dr. Shomolo J. Lanes
3850 Hollywood Blvd., Suite 200 (their website states the suite is 301)
Hollywood, FL 33021
(954) 961-1200

Park Avenue Dermatology
906 Park Ave.
Orange Park, FL 32073
(904) 541-0315
www.parkavedermatology.com

Aesthetix Dermatology
Dr. Igor Chaplik
4331 N. Federal Hwy., Floor 4
Fort Lauderdale, FL 33308
(954) 772-0416
www.aesthetixskin.com

## GEORGIA

Clarksville Dermatology and Medical Associates (2 SRTs)

Dr. Shri Nadig
530 GA-115
Clarkesville, GA 30523
(706) 754-5991
www.clarkesvilledermatology.com

Agha Advanced Dermatology

Dr. Amr Agha
4904 Timber Ridge Drive
Douglasville, GA 30135
(770) 739-7546
www.skinangel.com

Atlanta Dermatology

Dr. Jerry L. Cooper
Dr. Raven Eloise Walker
1462 Montreal Road W., Suite 411
Atlanta, GA 30084
(404) 296-8000
www.atlantadermatologyesperts.com

## ILLINOIS

SkinCure Oncology, LLC
200 S. Frontage Rd., Suite 200
Burr Ridge, IL 60527-6694

Illinois Dermatology Institute (2 SRTs)

Dr. Matthew Harris
Dr. Regina O'Brien
Dr. John Kalis
Dr. Sreya Talasila
901 N. Elm St. Ste. 250 (SRT)
Hinsdale, IL 60521
(630) 325-6880
https://www.illinoisderm.com

Dr. Ruchik Desai
Dr. Emily M. Garritson
3190 Lancer Street (SRT)
Portage, IN 46368
(219) 764-3600
https://www.illinoisderm.com

Dermatology Specialists of Illinois (2 SRTs)
Dr. Vikram Khanna
22285 N. Pepper Rd. Suite 407
Lake Barrington, IL 60010
(844) 307-7546

* * *

2430 Esplanade Drive, Suite B
Algonquin, IL 60102
https://www.dermspecialistsil.com/

Dermassociates, LTD
Dr. Gary J. Vicik
3608 W. Main Street
Belleville, IL 62226
(618) 397-6605
www.asmsc.doctor

Southern Illinois Dermatology
Dr. Ted G. Van Acker
220 N. Park Ave., Ste 2
Herrin, IL 62948-3150
(618) 942-3344
www.siderm.com

**INDIANA**

Three Rivers Dermatology
Dr. Jeffrey Sassmannshausen
5650 Coventry Lane
Fort Wayne, IN 46804
(260) 436-9696
https://www.threeriversdermatology.com

Biltmore Dermatology
Ryan Patterson, NP-C, DCNP
1600 Springhill Drive
Terre Haute, IN 47802
(812) 994-1404
biltmorederm.com

Booth Dermatology & Cosmetic Care Center
Dr. Sally A. Booth
12050 N. Michigan Road
Zionsville, IN 46077
(317) 848-2427
www.boothdermaotolgy.com

Randall Dermatology & MedSpa (SRTs)
Dr. John K. Randall
124 Sagamore Parkway W.
West Lafayette, IN 47906
(765) 463-6722
www.randallderm.com

**IOWA**

Dermatology Associates of Siouxland, PC
Dr. J. Mark DeMay
2930 Hamilton Blvd., Lower F
Sioux City, IA 51104
(712) 277-9370
https://www.siouxcitydas.com

**LOUISIANA**

Grafton Dermatology
Dr. Lee Grafton
Dr. Tamela L. Charbonnet
Dr. Kristal B. Guidoz
327 Bayou Gardens Blvd.
Houma, LA 70360
(985) 876-5000
www.graftonderm.com

**MICHIGAN**

Moulton Group, PC
Dr. Paulette Moulton
2246 N. Monroe St.
Monroe, MI 48162
(734) 215-7727
https://www.moultongroupmd.com

Holland Dermatology
Dr. Barbara Drozdowski
Dr. Brandon McNally
441 120th Avenue
Holland MI 49424
(616) 738-3997
https://www.holland-derm.com

A Comprehensive Dermatology Center
Dr. Ali Moin
1575 West Big Beaver Road, Suite C12
Troy, MI 48084
(248) 643-7677
https://www.abetterskin.com

The New Dermatology Group
Dr. Kevan Lewis
1606 S. Stephenson Ave.
Iron Mountain, MI 49801
(920) 965-0345
http://www.newdermgroup.com

Clarkston Dermatology & Vein Center, PLLC
Dr. Brian Kopitzki
Dr. Wendy McFalda
Dr. Brett Bender
Dr. Michelle Dawson
5701 Bow Pointe Drive, Suites 215 & 217
Clarkston, MI 48346
(248) 236-5040
https://www.clarkstonderm.com

Oakland Hills Dermatology
Dr. Christofer Buatti
2251 N. Squirrel Road, No. 200
Auburn Hills, MO 48326
(248) 220-6798
www.oaklandhillsdermatology.com

**MINNESOTA**

Tareen Dermatology (2 SRTs)
Dr. Mohiba Tareen
Dr. Lorraine Griffin
Dr. Ryan Holzwarth
1575 20th St. N.W., Suite 201
Faribault, MN 55021
(507) 509-2886
www.tareendermatology.com

1835 W. County Rd. D, Suite 250
Roseville, MN 55113
(651) 633-6883
www.tareendermatology.com

**MISSISSIPPI**

Dermatology Clinic of North Mississippi
Dr. Terri H. Henson
7585 Clarington Cove
Southaven, MS 38671
(662) 349-0200
into@www.dcnms.com

516 Pegram Dr.
Tupelo, MS 38801

**MISSOURI**

Riverside Dermatology and Spa (2 SRT's)
Dr. Linda Cook
163 Medical Drive
Hannibal, MO 63401
(573) 719-1818
* * *
8676 County Road 346
Taylor, MO 63471

Associates In Dermatology
Dr. James Donnelly
Dr. Richard Bell
222 S. Woodmill Rd., Suite 710N
Chesterfield, MO 63017
(314) 576-1411

Branson Dermatology a/k/a Shaffer Rainey Dermatology
Dr. Christy Rainey
1100 Business Park Dr. C
Branson. MO 65616
(417) 336-0033
bransondermatology.com

**MONTANA**

Associated Dermatology & Skin Cancer Clinic of Helena
Dr. Jeffry Glodes
50 S. Last Chance Gulch
Helena, MT 59601
(406) 442-2064
www.AssociatedDermHelena.com

**NEW YORK**

Laserderm Dermatology & Cosmetic Laser Surgery
Dr. Donna Serure
327 Middle County Road
Smithtown, NY 11787
(631) 904-7496
www.laserderm.com

## NORTH CAROLINA

Dermatology Associates of Coastal Carolina (3 SRTs)

Dr. James Polo
Dr. Sean J. Murphy
Dr. Scott McClellan
Dr. Cynthia Polo
2115 Neuse Blvd.
New Bern, NC 28560
(252) 633-4461
www.newbernderm.com

701 Doctor's Drive, Suite F
Kinston, NC 28501
(252) 686-0991
www.newbernderm.com

Piedmont Plastic Surgery & Dermatology (4 SRTs)

Dr. Daniel T. Ness
Dr. Gregory A. Mantooth
Dr. Gregory M. Swank
Dr. Miguel A. Yanez
Dr. Benson Timmons
Dr. Eric T. Emmerson
Dr. Parag Butala
Dr. Steven A. Siciliano
Dr. Rosiane A. Roeder
Dr. Benjamin R. Eskenazi
Dr. Darrell W. Freeman
Dr. Dori L. Hunt
Dr. Charles S. Johnson
Dr. Patrick McElgunn
Dr. Tonya S. McLeod
Dr. William L. Flannagan
Dr. Dr. Laura B. Rosenzweig
Dr. Jaime J. Fanoury
Dr. Laura Kline
Dr. Joshua G. Porter
Dr. Chrostopher A. Synder
De. Jerry L. Pruitt
Dr. Donald D. Fraser
Dr. Bethany . Beragamo
Dr. George D. Magel

Dr. Kirsten B. Higgins
Dr. Nancy J. Astle
Dr. Euphemia W. Mu
Dr. Roberta J. Hawk
Dr. Larry A. Napolitano
5815 Blakney Park Dr., Suite 100
Charlotte, NC 28277
(704) 542-2220
www.ppsd.com

959 Cox Rd.
Gastonia, NC 28054

315 19th St. SE
Hickory, NC 28602

105 Delta Park Dr.
Shelby, NC 28150

309 S. Sharon Amity Rd., Suite 200
Charlotte, NC 28211
(704) 344-8846

Polley Clinic (5 SRT's)
Dr. Dennis Polley
110 Long Circle
Roanoke Rapids, NC 27870
(800) 243-0566

1806 Glendale Dr. SW
Wilson, NC 27893

131 Foy Dr.
Rocky Mount, NC 27804

3516 US Highway 301 South
Smithfield, NC 27577

106 Barcelona Dr. (2 SRTs)
Fayetteville, NC 27893

Central Dermatology Center (3 SRT's)

Dr. Beth G. Goldstein
Dr. David T. Devries
Dr. Nicholas A. Tay;or
Dr. Rebecca W. Todd Bell
Dr. C. Lynn Cheng
Dr. Amy L. Gagnon
Dr. Karin S. Linthicum
Dr. Lisa Am Christman
Dr. Sara M. James
Dr. Katherine S, Martin
Dr. Nadia S. Wang
Dr. Ruth F. Walters

(3 SkinCure Locations)
2238 Nelson Highway #100, #300, #500
Chapel Hill, NC 27517
(919) 401-1994

1210 Central Dr.
Sanford, NC 27330
(919) 776-5286

1212 Cedarhurst Dr., Suite 102
Raleigh, NC 27609
(919) 782-2735
https://www.centraldermcenter.com

Coastal Dermatology & Surgery Center, PA
Dr. Heather Loesch
2504 Delancy Avr.
Wilmington, NC 28403-6002
(910) 343-0626
www.coastaldoctor.com

**OKLAHOMA**

Southside Dermatology, PLLC
Dr. Alison A. Fischer
Dr. Robert Fischer
720 W.. 71st Street
Tulsa, OK 74132

(918) 760-0700
www.dermatologyok.com

**OREGON**

Central Oregon Dermatology
Dr. Mark Hall
388 SW Bluff Drive
Bend, OR 97702
(541) 678-0020

**PENNSYLVANIA**

Dermatology Associates of Greenburg
Dr. Stuart Glasser
912 S. Main St.
Greenburg, PA 15601

Lehigh Valley Dermatology Associates, Ltd.
Dr. David B. Vasily
940 N. New Street
Bethlehem, PA 18018
(610) 866-2010
www.lehighvalleyderm.com

Reading Dermatology
Dr. Hason Hendrix
Dr. Dean Burget
Dr. Stephen Schleicher
3817 Penn Avenue
West Lawn, PA 19609
(610) 750-7891
www.readingderm.com

**SOUTH CAROLINA**

Waccamaw Dermatology (3 SRT's)
Dr. Robert D. Bibb
Dr. Brandon J. Coakley
Dr. Edith Winter

14880 Ocean Highway
Pawleys Island, SC 29585
(843) 449-0453
https://waccamawdermatology.com

Germain Dermatology (4 SRT's)
Dr. Marguerite Germain
Dr. Emily C. Kmetz
Dr. Bruce Barach
Dr. Taylor Mulkey
Dr. Joshua Black
Dr. Christine Lin
56 Business Center Drive
Pawleys Island, SC 29585
(843) 881-4440
https://germaindermatology.com

Lowcountry Dermatology
Dr. Sandra Nash Hannegan
Dr. Cynthia Irby Wilson
8 Farmfield Avenue
Charleston, SC 29407
(843) 556-7251
attps://www.lowcountrydermatology.com

Spartanburg Dermatology & Skin Surgery Clinic
Dr. Elizabeth S. Dunlavey
Dr. Asron E. Katz
Dr. Beth C. DelSavio
Dr. Blair W. Clementson
2020 North Church Place
Spartanburg, SC 29303
(864) 582-3447
https://www.spartanburgderm.com

The Dermatology Group
Dr. Dina V. Hunter
Dr. Lee T. Jordan
Dr. Scott A. Maisch
1709 Barnwell St.
Columbia, SC 29201
(803) 254-3376
www.thedermgroupsc.com

Dermatology & Skin Cancer Center of South Carolina

Dr. Joseph M. Masessa
5046 Highway 17 Byp Ste. 103
Myrtle Beach, SC 29588
(843) 668-4059
southcarolindermalotogist.com

Skin Cancer Center

Dr. Richard J. De Angelis
1409 N. Fant Street
Anderson, SC 29621
(864) 231-8599
www.skincancercentre.com

**TENNESSEE**

The Skin Wellness Center

Dr. Meredith T. Overholt
Dr. Kimberly K. Grande
10215 Kingston Pile, Suite 200
Knoxville, TN 37922
(865) 584-8580
www.theskinwellnesscenter.net

**TEXAS**

Rajan Dermatology

Dr. Betty Rajan
6600 Bryant Irvin Road
Fort Worth, TX 76132
(817) 612-9796
www.bettyrajan.com

United Dermatology Associates (2 SRT's)

Dr. Jeannine Hoang
780 NE Alsbury Blvd.
Burleson, TX 76028
(817) 529-1753
https://uniteddderm.com

Dr. Ashish Arshanapalli
130 Regency Pkwy
Mansfield, TX 76063
(817) 539-0959

Absolute Dermatology & Medi-Spa
Dr. Lori Honeycutt
1103 Cypress Creek Rd., Ste 100
Cedar Part, TX 78613
(512) 257-7600
https://www.absolute dermatology.co,

South Texas Skin Cancer Center
Dr. Ryan O'Quinn
9238 Floyd Curl Drive, Ste 101
San Antonio, TX 78240
(210) 558-6234
https://www.stxskincancer.com

Dermatology of East Texas
Dr. Matthew Rowley
Dr. Lisa R. Lowry
107 Christie Drive
Lufkin, TX 75904
(936) 634-9648

**UTAH**

Aspen Dermatology
Dr. Michael Eyre
Dr. Chad Peterson
753 1040 W
Payson, UT 84651
(801) 794-1490
www.myaspenderm.com