# Exhibit Z

3

(https://fountainpartners.com/)

FOUNTAIN PARTNERS

Home (https://fountainpartners.com/) About Us ˅ Portfolio ˅ News ˅

Contact Us (https://fountainpartners.com/contact-fountain-partners-3/)

# Portfolio News

## Urban Remedy announces $18M equity round (https://fountainpartners.com/news/urban-remedy-announces-18m-equity-round/)

Long time Fountain Partners client Urban Remedy announced that is closed an $18M series D equity round lead by Manna Tree with co-investment from existing investors Obvious Ventures and Builders Fund. Urban Remedy continued to expand its presence inside Whole Foods locations nationwide in 2020 and will use the proceeds in part to expand its direct to consumer... read more (https://fountainpartners.com/news/urban-remedy-announces-18m-equity-round/)

## Emarsys acquired by SAP (https://fountainpartners.com/news/emarsys-acquired-by-sap/)

Fountain client Emarsys was aquired by SAP for an estimated $500M. The purchase punctuates Emarsys success in delivering a world class cloud based email marketing platform enabling clients to manage interactions around email, social media and text. Fountain helped Emarsys scale its U.S. operations with capex... read more (https://fountainpartners.com/news/emarsys-acquired-by-sap/)

## Digital Ocean Raises $775M in public market debut (https://fountainpartners.com/news/digital-ocean-raises-775m-in-public-market-debut/)

One of Fountain's biggest bet sees significant growth opportunities ahead in providing infrastructure as a service to nearly 600,000 clients worldwide. Digital Ocean is now trading as DOCN after raising $775M in its initial public offering. Fountain Partners was the first company to provide Digital Ocean with financing for servers located outside the United States and rewarded Fountain by being the only debt provider that Digital Ocean granted a warrant... read more (https://fountainpartners.com/news/digital-ocean-raises-775m-in-public-market-debut/)

## SkinCure Oncology Closes $30M equity financing (https://fountainpartners.com/news/skincure-oncology-closes-equity-financing/)

An early Fountain Partners' client, SkinCure Oncology announced a $30M growth equity round with Seacoast Capital on September 24, 2019. SkinCure's turnkey model for the delivery of Image-guided Superficial Radiation Therapy (IG-SRT) has proven to be a great fit with quality-focused dermatologists and Mohs surgeons. By working with physician partners, SkinCure is able to bring cancer center level radiation therapy for the treatment of non-melanoma skin cancers to local

### Recent Activity

Urban Remedy closes $17 million round led by 301 Ventures (https://fountainpartners.com/r remedy-closes-17-million-round-led-by-301-ventures-2/)
18 Jan 2018

Tesla Supplier Futuris Acquired by Adient (https://fountainpartners.com/r supplier-futuris-acquired-by-adient/)
29 Sep 2017

Fountain Partners Provides $6M Lease Line of Credit to Lift It Rentals (https://fountainpartners.com/r partners-provides-lease-line-of-credit-to-lift-it-rentals-up-to-6-million/)
12 Jun 2016

CREGER00285

doctor's offices. SkinCure Oncology has facilitated the treatment of more image guided superficial radiation therapy patients than any other group in the... read more (https://fountainpartners.com/news/skincure-oncology-closes-equity-financing/)

## AirBnB and Lyric announce $160M investment round (https://fountainpartners.com/news/airbnb-and-lyric-announce-160m-investment-round/)

Long time Fountain client Lyric announced closing of a $160M equity round led by AirBnb. AirBnb is now widely known as the San Francisco based decacorn expected to complete an initial public offering in 2019. Fountain Partners provided Lyric with its first line of credit to furnish its properties in early 2016. Lyric disclosed that that current investors including NEA, SignalFire, FifthWall, and Tusk Ventures participated along with new investors Tishman Speyer, RXR Realty, Obvious Ventures, SineWave, and former top Twitter executives Dick Costolo and Adam Bain. Here is a in depth article on the... read more (https://fountainpartners.com/news/airbnb-and-lyric-announce-160m-investment-round/)

## Thoma Bravo buys majority stake in Apttus (https://fountainpartners.com/news/thoma-bravo-buys-majority-stake-in-apttus/)

Thoma Bravo agreed to buy a majority stake in Apttus, a San Mateo, California based provider of quote-to-cash business process automation solutions that had raised over $400 million in venture capital funding (most recently at a $1.8 billion valuation). Backers included Premji Invest, Salesforce Ventures, K1 Capital, Iconiq Capital, IBM Ventures and Kuwait Investment... read more (https://fountainpartners.com/news/thoma-bravo-buys-majority-stake-in-apttus/)

## MediaMath Closes Equity Round (https://fountainpartners.com/news/mediamaths-latest-equity-round/)

MediaMath added $225 million in equity financing from Searchlight Capital LP. MediaMath helps leading global marketers deliver personalized digital advertising across all connected touchpoints. Over 9,500 marketers in 42 countries use their enterprise software every day to launch, analyze and optimize their digital advertising campaigns across mobile, video, audio, social, native, digital out of home and Advanced TV... read more (https://fountainpartners.com/news/mediamaths-latest-equity-round/)

## Apttus raises $75 million (https://fountainpartners.com/news/apttus-raises-75-million-golub-capital-venture-debt/)

Since Fountain Partners first provided financing to Apttus in 2014 the San Mateo company has expanded its product set and customer counts at an accelerating rate. Apttus has grown way beyond "quote to cash" software to a full suite including contract management, revenue management, price quote optimization and more. Apttus had been reported to be planning for an IPO during 2017 following a $55 million equity round that valued the company in excess of $1 billion. In May, 2018 Golub Capital announced that it had provided $75 million in debt financing to... read more (https://fountainpartners.com/news/apttus-raises-75-million-golub-capital-venture-debt/)

## Norwest Venture Partners Invests $20 million in Onsite Dental (https://fountainpartners.com/news/norwest-venture-partners-invests-20-million-in-onsite-dental/)

Norwest Venture Partners has a strong tradition in healthcare investing and is carrying that forward at the start of 2018 with their investment in Onsite Dental. Fountain Partners has been a creative non-dilutive partner in so many different situations but Onsite provided a new opportunity to finance the actual physical dental practice – not just the chairs and equipment but the entire building on wheels. Onsite had been saving employees in Silicon Valley and across the country precious time by providing their dental practices (on wheels) in the parking lots right outside their clients workplace. Companies like Intel, Boeing, SpaceX, LinkedIn, eBay, Facebook and others choose Onsite to bring dental services to their... read more (https://fountainpartners.com/news/norwest-venture-partners-invests-20-million-in-onsite-dental/)

CREGER00286

# Urban Remedy closes $17 million round led by 301 Ventures (https://fountainpartners.com/releases/urban-remedy-closes-17-million-round-led-by-301-ventures-2/)

Urban Remedy produces excellent tasting, good for you, non GMO, fresh beverages, meals and snacks out of Point Richmond in the bay area. The company has had Fountain's support since 2016 when we helped fund the company's plans to double its number of retail locations and expand product distribution throughout all NorCal Whole Foods and eventually all of Southern California as well. We welcome General Mill's 301 Ventures arm to the equity syndicate backing the next leg of growth for this great local success story. Learn more at... read more (https://fountainpartners.com/releases/urban-remedy-closes-17-million-round-led-by-301-ventures-2/)

« Older Entries (https://fountainpartners.com/press/page/2/)

© Fountain Partners. All rights reserved.

CREGER00287