# Exhibit AA

Other

Shaffer Rainey Dermatology

Kidney Dialysis Centers

$59,328.00

PPP Loan Number 3096397210

Flag Loan

This loan was approved on 4/16/2020, and has been fully repaid.

The SBA forgave $60,237.00 of this loan on 10/28/2021.

Company Overview




**Shaffer Rainey Dermatology**

**110 Business Park Dr Ste C**
**Branson, MO 65616-7449**

Shaffer Rainey Dermatology is a Kidney Dialysis Centers Professional Association located at 110 Business Park Dr Ste C Branson, MO 65616-7449 with 7 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 7 | $40,682.00 /yr | Professional Association |

Rolex - Submariner Date
$23,495

Rolex - Datejust 36
$14,999

Loan Details

During round 1 of the paycheck protection program, Shaffer Rainey Dermatology requested a PPP loan for $59,328.00. They were approved on 4/16/2020 by the SBA for an amount of $59,328.00. The loan was facillitated by Bank Of America, National Association. Of the approved amount, Shaffer Rainey Dermatology has received 100% of the approved amount.




Approved
**$59,328.00**

Disbursed
**$59,328.00**

Originating Lender
**Bank Of America, National Association**

Servicing Lender
**Bank Of America, National Association**

SBA Code
**721**

Demographics

CREGER00288

# PPP Loan information for SUMMIT DERMATOLOGY AND AESTHETIC SURGERY

## $44,600

**SUMMIT DERMATOLOGY AND AESTHETIC SURGERY** was initially approved for PPP Loan of amount $44,600 , the current approved amount is $44,600 . The loan was approved on 04/30/2020 by JPMorgan Chase Bank, National Association , OH. SUMMIT DERMATOLOGY AND AESTHETIC SURGERY reported 6 jobs and $17,840 was used to fund payroll.

SUMMIT DERMATOLOGY AND AESTHETIC SURGERY is Subchapter S Corporation business based in XXX SOUTH XXX SUMMIT AVE, OAKBROOK TERRACE , IL 60181-3933

President Trump - .999 Pure Silver 1 Oz Round

Donald Trump: 45th President, Now Available in Beautiful .999 Pure Silver. Donald Trump will go down as one of the most iconic presidents in American history. Even his detractors, of which there are many, must acknowledge the 45th president has left a real mark. Trump's first term began in controversy. It ended the same way with his "defeat" to Joe Biden in the 2020 election. Millions of Americans believe the election was stolen, and those numbers have risen over time as evidence mounts. President Trump won election in 2016 based on a populist message which included border security, downscaling foreign wars and entanglements, an...

Money Metals Exchange

VIEW NOW

$24.80

PPP Loan Search / IL / OAKBROOK TERRACE / SUMMIT DERMATOLOGY AND AESTHETIC SURGERY

Loans associated with SUMMIT DERMATOLOGY AND AESTHETIC SURGERY

| Items | Values |
|---|---|
| BorrowerAddress | XXX SOUTH XXX SUMMIT AVE |
| Ethnicity | Unknown/NotStated |
| Race | Unanswered |
| RuralUrbanIndicator | U |
| BorrowerName | SUMMIT DERMATOLOGY AND AESTHETIC SURGERY |
| BusinessType | Subchapter S Corporation |
| ProcessingMethod | PPP |
| ServicingLenderState | OH |
| OriginatingLenderState | OH |
| BorrowerCity | OAKBROOK TERRACE |
| ProjectCity | OAKBROOK TERRACE |
| Veteran | Non-Veteran |
| HubzoneIndicator | N |
| LMIIndicator | N |
| Gender | Male Owned |
| ServicingLenderName | JPMorgan Chase Bank, National Association |
| OriginatingLender | JPMorgan Chase Bank, National Association |

CREGER00289

C-Corp Tareen Dermatology P.a.
Offices of Physicians (except Mental Health Specialists)

$457,400.00
PPP Loan Number 6284897001

Flag Loan

This loan was approved on 4/6/2020, and has been fully repaid.

The SBA forgave $460,386.00 of this loan on 12/8/2020.

## Company Overview




© 2022 Google

**Tareen Dermatology P.a.**

**1635 W County Road C #250**
**Roseville, MN 55113-1302**

Tareen Dermatology P.a. is a Offices of Physicians (except Mental Health Specialists) Corporation located at 1635 W County Road C #250 Roseville, MN 55113-1302 with 46 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **46** | **$44,785.00 /yr** | **Corporation** |

Keep Business Going
Office Depot

## Loan Details

During round 1 of the paycheck protection program, Tareen Dermatology P.a. requested a PPP loan for $457,400.00. They were approved on 4/6/2020 by the SBA for an amount of $457,400.00. The loan was facillitated by Riverland Bank. Of the approved amount, Tareen Dermatology P.a. has received 100% of the approved amount.




Approved
**$457,400.00**

Disbursed
**$457,400.00**

Originating Lender
**Riverland Bank**

Servicing Lender
**Riverland Bank**

SBA Code
**508**

## Demographics




**SkinCure Oncology** is at **Tareen Dermatology (Faribault, MN)**.
July 31, 2019 ·

This week's provider spotlight is on Jordan from Tareen Dermatology in Faribault, Minnesota! Jordan has been a therapist for over seven years and loves getting to know her patients and build a relationship with them. Thank you, Jordan for all that you do! https://bit.ly/2wdhwrg




CREGER00291

# Superficial Radiation Therapy



## New skin cancer advancement—now available in Roseville & Faribault!

CREGER00292

The Skin Wellness Center Pc

Other

Offices of Physicians (except Mental Health Specialists)

$638,000.00

PPP Loan Number 4667097006

Flag Loan

This loan was approved on 4/4/2020, and has been fully repaid.

The SBA forgave $643,193.00 of this loan on 1/28/2021.

Company Overview




**The Skin Wellness Center Pc**

**10215 Kingston Pike Suite 200**
**Knoxville, TN 37922-3222**

The Skin Wellness Center Pc is a Offices of Physicians (except Mental Health Specialists) Professional Association located at 10215 Kingston Pike Suite 200 Knoxville, TN 37922-3222 with 57 employees.




| # of employees | Average salary | Business type |
| --- | --- | --- |
| **57** | **$53,726.00 /yr** | **Professional Association** |


Complete yc
collection
eBay


Loan Details

During round 1 of the paycheck protection program, The Skin Wellness Center Pc requested a PPP loan for $638,000.00. They were approved on 4/4/2020 by the SBA for an amount of $638,000.00. The loan was facilitated by Mountain Commerce Bank. Of the approved amount, The Skin Wellness Center Pc has received 100% of the approved amount.




Approved
**$638,000.00**

Disbursed
**$638,000.00**

Originating Lender
**Mountain Commerce Bank**

Servicing Lender
**Mountain Commerce Bank**

SBA Code
**474**

Demographics

CREGER00293


Aisles & Aisles of Styles
At Home

This loan was approved on 2/19/2021 and has been fully disbursed.

**The SBA forgave $935,443.00 of this loan on 12/9/2021.**

**This loan has been flagged by 1 reports.**

Company Overview




**Total Skin & Beauty Dermatology Center P**

**2100 16th Ave S Ste Ash**
**Birmingham, AL 35205-5021**

Total Skin & Beauty Dermatology Center P is a Offices *of Physicians (except Mental Health Specialists)* Corporation located at 2100 16th Ave S Ste Ash Birmingham, AL 35205-5021 with 90 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **90** | **$49,526.00 /yr** | **Corporation** |

**Get life insurance right.**

**Compare quotes from top insurers.**

Apply Now

Loan Details

During round 2 of the paycheck protection program, Total Skin & Beauty Dermatology Center P requested a PPP loan for $464,942.00. They were approved on 2/19/2021 by the SBA for an amount of $928,607.00. The loan was facillitated by Servisfirst Bank. Of the approved amount, Total Skin & Beauty Dermatology Center P has received 100% of the approved amount.




Approved
**$928,607.00**

Disbursed
**$928,607.00**

Originating Lender
**Servisfirst Bank**

Servicing Lender
**Servisfirst Bank**

SBA Code
**459**

**CREGER00294**



## PPP Loan Data — Total Skins & Beauty Dermatology Center, PC,
*Birmingham, AL*

# Total Skins & Beauty Dermatology Center, PC

Entity: Corporation (Business legal structure)

Industry: Offices of Physicians (except Mental Health Specialists)

Location: Birmingham, AL

Tweet This • Search All PPP Data

Total Skins & Beauty Dermatology Center, PC is a corporation located at 2100 16th Ave South, Suite 202 in Birmingham, Alabama that received a Coronavirus-related PPP loan from the SBA of **$854,000.00** in April, 2020.

## $ PPP Loan Information

Loan #8647927007

**Loan Size:**

**$854,000**

**Jobs Retained:**

88

**Loan Approved:**

2020-04-08

**Loan Status:**

**Paid in Full or Forgiven**

**Lender:**

ServisFirst Bank

**Total Skins & Beauty Dermatology Center, PC** in Birmingham, AL received a Paycheck Protection Loan of $854,000 through ServisFirst Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in March, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Shop near me with Google

CREGER00295

C-Corp

Piedmont Plastic Surgery & Dermatology

Offices of Physicians (except Mental Health Specialists)

$3,700,543.00

PPP Loan Number 5675077103

Flag Loan

This loan was approved on 4/13/2020, and has been fully repaid.

The SBA forgave $3,742,482.00 of this loan on 6/9/2021.

## Company Overview




**Piedmont Plastic Surgery & Dermatology**

**959 Cox Rd**
**Gastonia, NC 28054-3420**

Piedmont Plastic Surgery & Dermatology is a Offices of Physicians (except Mental Health Specialists) Corporation located at 959 Cox Rd Gastonia, NC 28054-3420 with 327 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **327** | **$54,320.00 /yr** | **Corporation** |


20X Bigger Than Bitcoin?

LEARN MORE


## Loan Details

During round 1 of the paycheck protection program, Piedmont Plastic Surgery & Dermatology requested a PPP loan for $3,700,543.00. They were approved on 4/13/2020 by the SBA for an amount of $3,700,543.00. The loan was facillitated by South State Bank, National Association. Of the approved amount, Piedmont Plastic Surgery & Dermatology has received 100% of the approved amount.




Approved
**$3,700,543.00**

Disbursed
**$3,700,543.00**

Originating Lender
**South State Bank, National Association**

Servicing Lender
**South State Bank, National Association**

SBA Code
**460**

CREGER00296


Get life insurance right.

LLC Lehigh Valley Dermatology

Offices of Physicians (except Mental Health Specialists)

$239,793.00

PPP Loan Number 1475697403

Flag Loan

This loan was approved on 5/4/2020, and has been fully repaid.

The SBA forgave $242,078.00 of this loan on 4/22/2021.

## Company Overview




**Lehigh Valley Dermatology**

**940 N New St**
**Bethlehem, PA 18018-2756**

Lehigh Valley Dermatology is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 940 N New St Bethlehem, PA 18018-2756 with 16 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **16** | **$71,938.00 /yr** | **Limited Liability Company(LLC)** |


The North Face...
$178.95

Soia & Kyo... $394.99
Indyeva Wo... $438.99
Dale Of Nor... $206.99
Eddie Bauer... $49
Lowa Men's... $194.95
Helly Hanse... $110
Eddie Bauer... $139.30
Indyeva Wo... $449.99
Indyeva Wo... $158.99
Helly Hanse... $125
Altra Wome... $96.99
Helly Hanse... $200
Eddie Bauer... $104.30
KEEN Men'... $179.95
Filson Wom... $295


## Loan Details

During round 1 of the paycheck protection program, Lehigh Valley Dermatology requested a PPP loan for $239,793.00. They were approved on 5/4/2020 by the SBA for an amount of $239,793.00. The loan was facillitated by Truist Bank D/b/a Branch Banking & Trust Co. Of the approved amount, Lehigh Valley Dermatology has received 100% of the approved amount.




Approved
**$239,793.00**

Disbursed
**$239,793.00**

Originating Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

Servicing Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

SBA Code
**303**

LLC Lehigh Valley Dermatology
Offices of Physicians (except Mental Health Specialists)

$228,840.00
PPS Loan Number 4259858507

Flag Loan

This loan was approved on 2/25/2021, and has been fully repaid.

The SBA forgave $230,423.00 of this loan on 11/3/2021.

## Company Overview




© 2022 Google

**Lehigh Valley Dermatology**

**940 N New St**
**Bethlehem, PA 18018-2756**

Lehigh Valley Dermatology is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 940 N New St Bethlehem, PA 18018-2756 with 15 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 15 | $73,227.00 /yr | Limited Liability Company(LLC) |


Eddie Bauer Tra...
$104.30

Helly Hanse... $137.99
Helly Hanse... $200
KEEN Men's... $179.95
Eddie Bauer... $56
Barbour Wo... $199.95
Royal Robbi... $145.99
Barbour Wo... $199.95
Eddie Bauer... $97.30
Lowa Men's... $244.95
Soia & Kyo... $338.99
Filson Wom... $295
Lowa Men's... $167.99
Lowa Men's... $194.95
Soia & Kyo... $298.99
Lowa Men's... $329.95


## Loan Details

During round 2 of the paycheck protection program, Lehigh Valley Dermatology requested a PPP loan for $228,840.00. They were approved on 2/25/2021 by the SBA for an amount of $228,840.00. The loan was facillitated by Truist Bank D/b/a Branch Banking & Trust Co. Of the approved amount, Lehigh Valley Dermatology has received 100% of the approved amount.




Approved
**$228,840.00**

Disbursed
**$228,840.00**

Originating Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

Servicing Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

SBA Code
**303**

Demographics




$145.99
$110
$395

S-Corp Oakland Hills Dermatology, P.c.
Offices of Physicians (except Mental Health Specialists)

$141,807.00
PPP Loan Number 2518327708

Flag Loan

This loan was approved on 5/1/2020, and has been fully repaid.

The SBA forgave $142,907.00 of this loan on 2/11/2021.

## Company Overview




**Oakland Hills Dermatology, P.c.**

**2251 N Squirrel Rd Ste 200**
**Auburn Hills, MI 48326**

Oakland Hills Dermatology, P.c. is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 2251 N Squirrel Rd Ste 200 Auburn Hills, MI 48326 with 10 employees.




| # of employees | Average salary | Business type |
| --- | --- | --- |
| **10** | **$51,360.00 /yr** | **Subchapter S Corporation** |

Soia & Kyo Women's Senna Hoodie

$298.99

-13%

Lowa M
Locar
$1
Hel
Wome
$
Filso
Grani
$

## Loan Details

During round 1 of the paycheck protection program, Oakland Hills Dermatology, P.c. requested a PPP loan for $141,807.00. They were approved on 5/1/2020 by the SBA for an amount of $141,807.00. The loan was facilitated by Jpmorgan Chase Bank, National Association. Of the approved amount, Oakland Hills Dermatology, P.c. has received 100% of the approved amount.




Approved
**$141,807.00**

Disbursed
**$141,807.00**

Originating Lender
**Jpmorgan Chase Bank, National Association**

Servicing Lender
**Jpmorgan Chase Bank, National Association**

SBA Code
**515**

Demographics

CREGER00299

Skincure Oncology, LLC

Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers

$2,417,500.00

PPP Loan Number 6308597109

Flag Loan

This loan was approved on 4/14/2020, and has been fully repaid.

The SBA forgave $2,444,589.00 of this loan on 6/11/2021.

Company Overview




**Skincure Oncology, LLC**

**200 S. Frontage Rd. Suite 200**
**Burr Ridge, IL 60527-6694**

Skincure Oncology, LLC is a Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers Limited Liability Company(LLC) located at 200 S. Frontage Rd. Suite 200 Burr Ridge, IL 60527-6694 with 205 employees.




| # of employees | Average salary | Business type |
| --- | --- | --- |
| **205** | **$56,605.00 /yr** | **Limited Liability Company(LLC)** |

Get life insurance right.

Compare quotes from top insurers.

Apply Now

Loan Details

During round 1 of the paycheck protection program, Skincure Oncology, LLC requested a PPP loan for $2,417,500.00. They were approved on 4/14/2020 by the SBA for an amount of $2,417,500.00. The loan was facillitated by The Huntington National Bank. Of the approved amount, Skincure Oncology, LLC has received 100% of the approved amount.




Approved
**$2,417,500.00**

Disbursed
**$2,417,500.00**

Originating Lender
**The Huntington National Bank**

Servicing Lender
**The Huntington National Bank**

SBA Code
**507**

CREGER00300

Get life insurance right.