# Exhibit BB

# Pinnacle Due Diligence Update

January 2nd, 2020



PINNACLE
DERMATOLOGY

CREGER00301

CREGER00302

PINNACLE DERMATOLOGY

# Brighton Dermatology – Brighton, MI

- LOI signed on October 1st, 2019
- Closed on December 20th, 2019
- URL: http://www.doctorlipkin.com/

BRIGHTON DERMATOLOGY & REGENESIS

| | | | |
|---|---|---|---|
| Number of Offices | 1 | Deal Type | Asset |
| Office Address | 6888 Grand River Avenue, Brighton MI 48114 | Selling Physician | Dr. Howard Lipkin |
| EBITDA | $726,000 | Total Providers | 5 |
| EV | $5,808,000 | Total Employees | 30-ish |
| Multiple | 8 | Current PM System | EMA (previously Nextech) |
| Status | Due Diligence | Current EMR System | EMA (previously Nextech) |
| Retail Products | Yes | Spa Services | Yes (Regensis) |

©2019 Pinnacle Dermatology, LLC



CONFIDENTIAL

# Brighton, MI – Growth Projections

PINNACLE DERMATOLOGY

| ($ in 000s) | 2018A | LTM 10/31/19 | Forecast 2019E | Forecast LTM 10/31/19E | Projections 2020E | Projections 2021E | Projections 2022E | Projections 2023E |
|---|---|---|---|---|---|---|---|---|
| Base Revenue | 4,626 | 4,712 | 4,735 | 4,853 | 4,877 | 5,023 | 5,174 | 5,329 |
| New Provider Revenue | - | - | - | - | 600 | 1,000 | 1,200 | 1,200 |
| SRT Revenue | - | - | - | - | 40 | 128 | 192 | 198 |
| Wound Care Revenue | - | - | - | - | 50 | 100 | 103 | 106 |
| **Total Revenue** | **4,626** | **4,712** | **4,735** | **4,853** | **5,567** | **6,251** | **6,669** | **6,833** |
| *% growth* | | *1.9%* | *2.3%* | *4.9%* | *18.4%* | *12.3%* | *6.7%* | *2.5%* |
| | | | | | | | | |
| Cost of goods sold | 1,679 | 1,657 | 1,665 | 1,706 | 2,072 | 2,387 | 2,578 | 2,639 |
| **Gross profit** | **2,948** | **3,056** | **3,069** | **3,147** | **3,495** | **3,864** | **4,091** | **4,194** |
| *% margin* | *63.7%* | *64.8%* | *64.6%* | *64.1%* | *62.8%* | *61.8%* | *61.3%* | *61.4%* |
| | | | | | | | | |
| Operating expenses | 2,261 | 2,330 | 2,391 | 2,399 | 2,500 | 2,461 | 2,404 | 2,117 |
| **Operating profit** | **687** | **726** | **678** | **748** | **995** | **1,403** | **1,687** | **2,078** |
| *% margin* | *14.9%* | *15.4%* | *14.3%* | *15.2%* | *17.7%* | *22.2%* | *25.0%* | *30.1%* |
| | | | | | | | | |
| **Adjusted EBITDA** | **687** | **726** | **678** | **748** | **995** | **1,403** | **1,687** | **2,078** |
| *% margin* | *14.9%* | *15.4%* | *14.3%* | *15.2%* | *17.7%* | *22.2%* | *25.0%* | *30.1%* |
| *% growth* | | *5.7%* | *(9.3%)* | *3.0%* | *46.7%* | *41.0%* | *20.2%* | *23.2%* |
| | | | | | | | | |
| Cost Savings | - | - | 6 | 58 | -------Incorporated Above------ | | | |
| Pathology Pick Up | - | - | 3 | 11 | 12 | 13 | 13 | 14 |
| **Pro Forma Adjusted EBITDA** | **687** | **726** | **687** | **817** | **1,007** | **1,416** | **1,700** | **2,091** |
| *% margin* | *14.9%* | *15.4%* | *14.5%* | *16.6%* | *17.9%* | *22.4%* | *25.2%* | *30.3%* |
| *% growth* | | *5.7%* | *(0.0%)* | *12.6%* | *38.7%* | *40.7%* | *20.1%* | *23.0%* |

**Key Assumptions:**

- 3% base revenue growth
- No growth in base operating expenses; $500k savings realized ratably over projection period

©2019 Pinnacle Dermatology, LLC



CONFIDENTIAL

Case 3:20-cv-00592 Document 33-32 Filed 08/29/22 Page 4 of 5 PageID #: 1078

CREGER00304

# Brighton, MI - Growth Strategy

PINNACLE
DERMATOLOGY

- **Provider Optimization:**
  - Currently Brighton has 1 part time Mohs surgeon. Pinnacle Michigan traveling Mohs surgeon will fill capacity
  - Additional provider will be added (target January 2020). $600K of collections assumed in 2020; ramps to $1.2M by 2022. Profitability assumes EBITDA margins of 15% in yr. 1 and 30% thereafter
- **Service Line Expansion:**
  - Add Superficial Radiation Therapy (SRT) to the practice in Summer 2020. Projected revenues of $40k/$128k/$192k/198k in 2020, 2021,2022 and 2023, respectively. SRT margin of 47%.
  - Add Wound Care products in 2020. Projected revenues of $50k/$100k/$103k/106k in 2020, 2021,2022 and 2023, respectively. Wound care margin of 30%.
- **Expense Reduction Opportunities:**
  - Q4 2019E - Q3 2020E: $70k annualized savings in medical supplies costs
  - Q4 2019E - Q3 2020E: revenue pick-up from bringing pathology in-house

©2019 Pinnacle Dermatology, LLC


CONFIDENTIAL