# Exhibit CC

## List Of Fraudulent PPP Loans

| Defendant | Loan Amount | Date Approved | Date Forgiven |
|---|---|---|---|
| 1. Total Skin & Beauty | $854,000 | 4/15/2020 | 11/17/2020 |
| Total Skin & Beauty | $928,607 | 2/19/2021 | 12/9/2021 |
| 2. Renew Family Derm. | $90,595 | 4/15/2020 | 11/20/2020 |
| 3. The Dermatology Center | $203,000 | 4/6/2020 | 11/5/2020 |
| 4. West Hills Derm | $155,317 | 2/23/2021 | |
| 5. Accent Derm. | $186,800 | 2/10/2021 | 7/23/2021 |
| 6. Middlesex Derm. | $85,798 | 2/4/2021 | 8/17/2021 |
| 7. Hollywood Derm. | $378,200 | 4/6/2020 | 5/21/2021 |
| 8. Park Ave. Derm. | $953,500 | 4/11/2020 | |
| 9. Aesthetic Derm. | $81,630 | 2/9/2021 | |
| 10. Clarksville Derm. | $119,000 | 4/15/2020 | 11/17/2020 |
| 11. Agha Advanced Derm. | $92,036 | 5/2020 | |
| Agha Advanced Derm. | $92,036 | 4/2021 | |
| 12. Atlanta Derm. | $281,600 | 4/28/2020 | 6/16/2021 |
| Atlanta Derm. | $212,172 | 3/1/2021 | 9/24/2021 |
| 13. Illinois Derm. Instit. | $2,140,000 | 4/15/2020 | 11/17/2020 |
| Illinois Derm. Instit. | $2,000,000 | 4/2021 | |
| 14. Derm. Spec. of IL | $245,240 | 4/27/2020 | 2/3/2021 |
| 15. Dermassociates | $151,900 | 4/10/2020 | 2/16/2021 |
| Dermassociates | $151,900 | 3/4/2021 | |
| 16. So. Illinois Derm. | $761,000 | 4/8/2020 | 4/28/2021 |
| 17. Three Rivers Derm. | $249,250 | 4/29/2020 | |

| | | | |
|---|---|---|---|
| 18. Biltmore Derm. | $53,512 | 1/22/2021 | |
| 19. Booth Derm. Group | $78,696 | 1/25/2021 | |
| 20. Randall Derm. | $641,797 | 4/11/2020 | 7/22/2021 |
| 21. Derm. Assoc. of S.L. | $115,393 | 4/13/2020 | 3/2/2021 |
| Derm. Assoc. of S.L. | $115,392 | 1/29/2021 | 9/7/2021 |
| 22. Grafton Derm. | $372,783 | 4/9/2020 | |
| 23. Moulton Group | $158,700 | 4/2020 | |
| Moulton Group | $158,700 | 1/2021 | |
| 24. Holland Derm. A/k/a Dr. B. S. Dtozkowski | $146,900 | 4/28/2020 | |
| 25. A Comprehensive Derm. | $144,600 | 4/27/2020 | |
| 26. Clarkston Derm. | $376,302 | 4/7/2020 | 12/22/2020 |
| 27. Oakland Hills Derm. | $141,807 | 5/1/2020 | 2/11/2021 |
| 28. Tareen Derm. | $457,400 | 4/6/2020 | 12/8/2020 |
| 29. Derm. Ctr. Of N. MS | $275,555 | 2/4/2021 | |
| 30. Riverside Derm. | $233,082 | 4/7/2020 | |
| 31. Assoc. In Derm. | $282,800 | 4/14/2020 | |
| Assoc. In Derm. | $342,500 | 1/22/2021 | |
| 32. Shaffer Rainey Derm. | $59,328 | 4/16/2020 | 10/28/2021 |
| 33. Assoc. Derm. of MT | $622,100 | 4/10/2020 | 11/3/2020 |
| Assoc. Derm. of MT | $622,168 | 1/27/2021 | |
| 34. Laserderm | $283,172 | 5/1/2020 | 7/21/2021 |
| 35. Derm. Assoc. Of CC | $670,000 | 4/14/2020 | 11/19/2020 |
| 36. Piedmont Plastic Surg. | $3,742,482 | 4/13/2020 | 6/9/2021 |

| | | | |
|---|---|---|---|
| 37. Polley Derm. | $349,300 | 4/14/2020 | |
| Polley Derm. | $437,049 | 4/8/2021 | |
| 38. Central Derm. | $911,300 | 4/8/2020 | 9/15/2021 |
| 39. Coastal Derm & Surg. | $119,000 | 4/27/2020 | |
| Coastal Derm & Surg. | $103,350 | 2/2/2021 | |
| 40. Southside Derm. | $177,600 | 4/14/2020 | |
| 41. Central OR Derm. | $121,300 | 4/4/2020 | 11/3/2020 |
| Central OR Derm. | $121,300 | 1/6/2021 | 7/21/2021 |
| 42. Derm Assoc. G'burg | $90,500 | 4/10/2020 | 3/24/2021 |
| 43. Lehigh Valley Derm. | $239,793 | 6/4/2020 | 4/22/2021 |
| Lehigh Valley Derm. | $228,840 | 2/25/2021 | |
| 44. Reading Derm Assoc. | $477,300 | 4/4/2020 | |
| Reading Derm Assoc. | $393,500 | 2/12/2021 | |
| 45. Waccamaw Derm. | $355,883 | 4/12/2020 | |
| 46. Germain Derm. | $608,360 | 4/7/2020 | 2/25/2021 |
| 47. Low Country Derm. | $114,300 | 4/14/2020 | 3/15/2021 |
| Low Country Derm. | $144,510 | 1/28/2021 | |
| 48. Spartanburg Derm. | $238,127 | 4/7/2020 | 12/28/2020 |
| 49. The Derm. Group | $331,678 | 4/27/2020 | 7/15/2021 |
| 50. Derm & Skin Cancer | $181,209 | 4/9/2020 | 3/31/2021 |
| Derm & Skin Cancer | $202,589 | 3/21/2021 | |
| 51. Skin Cancer Center | $241,300 | 4/10/2020 | 6/15/2021 |
| 52. The Skin Wellness Ctr. | $638,000 | 4/4/2020 | 1/28/2021 |
| 53. Rajan Derm. | $155,000 | 4/10/2020 | |
| 54. United Derm. | $87,000 | 4/29/2020 | |

| | | | |
|---|---|---|---|
| 55. Absolute Derm. | $62,541 | 4/29/2020 | 5/27/2021 |
| 56. So. TX Skin Cancer | $230,600 | 4/14/2020 | |
| 57. Derm. Of E. TX | $112,906 | 4/9/2020 | 11/12/2020 |
| 58. Aspen Derm. | $294,000 | 4/7/2020 | 11/5/2020 |
| 59. SkinCure Oncology | $2,417,500 | 4/14/2020 | 6/11/2021 |
| **TOTAL** | **$30,268,600** | | |

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Total Skins & Beauty Dermatology Center, PC,

*Birmingham, AL*

# Total Skins & Beauty Dermatology Center, PC

### Entity: Corporation (Business legal structure)

### Industry: Offices of Physicians (except Mental Health Specialists)

### Location: Birmingham, AL

Tweet This • Search All PPP Data

Total Skins & Beauty Dermatology Center, PC is a corporation located at 2100 16th Ave South, Suite 202 in Birmingham, Alabama that received a Coronavirus-related PPP loan from the SBA of **$854,000.00** in April, 2020.

## $ PPP Loan Information

Loan #8647927007

**Loan Size:**

**$854,000**

**Jobs Retained:**

88

**Loan Approved:**

2020-04-08

**Loan Status:**

**Paid in Full or Forgiven**

**Lender:**

ServisFirst Bank

**Total Skins & Beauty Dermatology Center, PC** in Birmingham, AL received a Paycheck Protection Loan of $854,000 through ServisFirst Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in March, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Shop near me with Google

Total Skin & Beauty Dermatology Center P
Offices of Physicians (except Mental Health Specialists)

$928,607.00
PPS Loan Number 2069528502

Flag Loan

This loan was approved on 2/19/2021 and has been fully disbursed.

The SBA forgave $935,443.00 of this loan on 12/9/2021.

**This loan has been flagged by 1 reports.**

Company Overview




**Total Skin & Beauty Dermatology Center P**

**2100 16th Ave S Ste Ash**
**Birmingham, AL 35205-5021**

Total Skin & Beauty Dermatology Center P is a Offices of Physicians *(except Mental Health Specialists)* Corporation located at 2100 16th Ave S Ste Ash Birmingham, AL 35205-5021 with 90 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 90 | $49,526.00 /yr | Corporation |


Get life insurance right.

Compare quotes from top insurers.

Apply Now


Loan Details

During round 2 of the paycheck protection program, Total Skin & Beauty Dermatology Center P requested a PPP loan for $464,942.00. They were approved on 2/19/2021 by the SBA for an amount of $928,607.00. The loan was facilitated by Servisfirst Bank. Of the approved amount, Total Skin & Beauty Dermatology Center P has received 100% of the approved amount.




Approved
**$928,607.00**

Disbursed
**$928,607.00**

Originating Lender
**Servisfirst Bank**

Servicing Lender
**Servisfirst Bank**

SBA Code
**459**

Rolex - Day-Date 40

CREGER00310

Loan Details

During round 1 of the paycheck protection program, Renew Family Dermatology, LLC requested a PPP loan for $90,595.00. They were approved on 4/15/2020 by the SBA for an amount of $90,595.00. The loan was facillitated by First State Bank Of Dekalb County. Of the approved amount, Renew Family Dermatology, LLC has received 100% of the approved amount.

Payroll
Rent
Utilities
Mortage Interest
EIDL
Healthcare
Debt Interest

Approved
**$90,595.00**
Disbursed
**$90,595.00**

Originating Lender
**First State Bank Of Dekalb County**

Servicing Lender
**First State Bank Of Dekalb County**

SBA Code
**459**

Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **Unanswered** | **Not Hispanic or Latino** | **Male Owned** | **Unanswered** |

CREGER00311

## Renew Family Dermatology, LLC

**$90,595.00**

PPP Loan Number 1478597207

Company Overview




**Renew Family Dermatology, LLC**

**3111 Hixon Rd Nw**
**Fort Payne, AL 35967-8499**

Renew Family Dermatology, LLC is a Offices of All Other Miscellaneous Health Practitioners Corporation located at 3111 Hixon Rd Nw Fort Payne, AL 35967-8499 with 14 employees.

**3111 Hixon Rd NW**

Map data ©2022

# of employees
**14**
Average salary
**$23,296.00 /yr**
Business type
**Corporation**

LLC The Dermatology Center, Pllc

$203,000.00

PPP Loan Number [illegible]

This loan was approved on 4/6/2020, and has been fully repaid.

The SBA forgave $204,156.00 of this loan on 11/5/2020.

Company Overview




**The Dermatology Center, Pllc**

**1500 Dodson Ave, Suite 270**
**Fort Smith, AR 72901-5128**

The Dermatology Center, Pllc is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 1500 Dodson Ave, Suite 270 Fort Smith, AR 72901-5128 with 17 employees.




# of employees
17

Average salary
**$57,318.00 /yr**

Business type
**Limited Liability Company(LLC)**

CREGER00313

Case 3:20-cv-00592 Document 33-33 Filed 08/29/22 Page 10 of 27 PageID #: 1089

Loan Details

During round 1 of the paycheck protection program, The Dermatology Center, Pllc requested a PPP loan for $203,000.00. They were approved on 4/6/2020 by the SBA for an amount of $203,000.00. The loan was facillitated by Firstar Bank. Of the approved amount, The Dermatology Center, Pllc has received 100% of the approved amount.




Approved
**$203,000.00**
Disbursed
**$203,000.00**

Originating Lender
**Firstar Bank**

Servicing Lender
**Firstar Bank**

SBA Code
**669**

Flag Loan

Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **Unanswered** | **Unknown/NotStated** | **Male Owned** | **Unanswered** |

CREGER00314

C-Corp West Hills Dermatology Group A Medical C $155,317.00

PPS Loan Number [illegible]

This loan was approved on 2/23/2021 and has been fully disbursed.

Company Overview




**West Hills Dermatology Group A Medical C**

**7320 Woodlake Ave Ste 340**
**West Hills, CA 91307-1487**

West Hills Dermatology Group A Medical C is a All Other Outpatient Care Centers Corporation located at 7320 Woodlake Ave Ste 340 West Hills, CA 91307-1487 with 11 employees.




# of employees
**11**
Average salary
**$67,773.00 /yr**
Business type
**Corporation**

CREGER00315

## Loan Details

During round 2 of the paycheck protection program, West Hills Dermatology Group A Medical C requested a PPP loan for $155,317.00. They were approved on 2/23/2021 by the SBA for an amount of $155,317.00. The loan was facilitated by Wells Fargo Bank, National Association. Of the approved amount, West Hills Dermatology Group A Medical C has received 100% of the approved amount.




Approved
**$155,317.00**
Disbursed
**$155,317.00**

Originating Lender
**Wells Fargo Bank, National Association**

Servicing Lender
**Wells Fargo Bank, National Association**

SBA Code
**914**

Flag Loan

Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **Unanswered** | **Unknown/NotStated** | **Unanswered** | **Unanswered** |

CREGER00316

LLC Accent Dermatology And Laser Instit Pllc

$186,800.00

PPS Loan Number [illegible]

This loan was approved on 2/10/2021, and has been fully repaid.

The SBA forgave $187,641.00 of this loan on 7/23/2021.

Company Overview




**Accent Dermatology And Laser Instit Pllc**

**400 Indiana St Ste 390**
**Golden, CO 80401-5067**

Accent Dermatology And Laser Instit Pllc is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 400 Indiana St Ste 390 Golden, CO 80401-5067 with 18 employees.




# of employees
**18**
Average salary
**$49,813.00 /yr**
Business type
**Limited Liability Company(LLC)**

CREGER00317

Loan Details

During round 2 of the paycheck protection program, Accent Dermatology And Laser Instit Pllc requested a PPP loan for $186,800.00. They were approved on 2/10/2021 by the SBA for an amount of $186,800.00. The loan was facillitated by Firstbank. Of the approved amount, Accent Dermatology And Laser Instit Pllc has received 100% of the approved amount.




Approved
**$186,800.00**
Disbursed
**$186,800.00**

Originating Lender
**Firstbank**

Servicing Lender
**Firstbank**

SBA Code
**811**

Flag Loan

Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **Unanswered** | **Unknown/NotStated** | **Unanswered** | **Unanswered** |

CREGER00318

LLC

## Middlesex Dermatology LLC.

$85,798.00

PPP Loan Number [illegible]

This loan was approved on 2/4/2021, and has been fully repaid.

**The SBA forgave $86,235.00 of this loan on 8/17/2021.**

Company Overview




**Middlesex Dermatology LLC.**

**11 S Main St**
**Middletown, CT 06457-3656**

Middlesex Dermatology LLC. is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 11 S Main St Middletown, CT 06457-3656 with 6 employees.




# of employees
6
Average salary
**$68,637.00 /yr**
Business type
**Limited Liability Company(LLC)**

CREGER00319

## Loan Details

During round 2 of the paycheck protection program, Middlesex Dermatology LLC. requested a PPP loan for $85,798.00. They were approved on 2/4/2021 by the SBA for an amount of $85,798.00. The loan was facillitated by Essex Savings Bank. Of the approved amount, Middlesex Dermatology LLC. has received 100% of the approved amount.




Approved
**$85,798.00**
Disbursed
**$85,798.00**

Originating Lender
**Essex Savings Bank**

Servicing Lender
**Essex Savings Bank**

SBA Code
**156**

Flag Loan

## Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **White** | **Not Hispanic or Latino** | **Male Owned** | **Non-Veteran** |

LLP Hollywood Dermatology And Cosmetics Surgery Specialist Pllc

$378,200.00

PPP Loan Number [illegible]

This loan was approved on 4/6/2020, and has been fully repaid.

The SBA forgave $382,334.00 of this loan on 5/21/2021.

Company Overview




**Hollywood Dermatology And Cosmetics Surgery Specialist Pllc**

**4000 Hollywood Blvd Ste 2155**
**Hollywood, FL 33021-1200**

Hollywood Dermatology And Cosmetics Surgery Specialist Pllc is a Offices of Physicians (except Mental Health Specialists) Partnership located at 4000 Hollywood Blvd Ste 2155 Hollywood, FL 33021-1200 with 16 employees.




# of employees
**16**
Average salary
**$85,095.00 /yr**
Business type
**Partnership**

CREGER00321

Loan Details

During round 1 of the paycheck protection program, Hollywood Dermatology And Cosmetics Surgery Specialist Pllc requested a PPP loan for $378,200.00. They were approved on 4/6/2020 by the SBA for an amount of $378,200.00. The loan was facilitated by City National Bank Of Florida. Of the approved amount, Hollywood Dermatology And Cosmetics Surgery Specialist Pllc has received 100% of the approved amount.




Approved
**$378,200.00**
Disbursed
**$378,200.00**

Originating Lender
**City National Bank Of Florida**

Servicing Lender
**City National Bank Of Florida**

SBA Code
**455**

Flag Loan

Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **Unanswered** | **Unknown/NotStated** | **Unanswered** | **Unanswered** |

CREGER00322

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Park Avenue Dermatology PA, *Orange Park, FL*

# Park Avenue Dermatology PA

### Entity: Subchapter S Corporation (Business legal structure)

### Industry: Offices of All Other Miscellaneous Health Practitioners

### Location: Orange Park, FL

Tweet This • Search All PPP Data

Park Avenue Dermatology PA is a subchapter s corporation located at 906 Park Ave in Orange Park, Florida that received a Coronavirus-related PPP loan from the SBA of **$953,500.00** in April, 2020.

The company has reported itself as a White male veteran owned business, and employed at least 84 people during the applicable loan loan period.

## $ PPP Loan Information

Loan #2946917105

**Loan Size:**

**$953,500**

**Loan Approved:**

2020-04-11

**Lender:**

SouthState Bank, National Association

**Jobs Retained:**

84

**Loan Status:**

**Paid in Full or Forgiven**

**Park Avenue Dermatology PA** in Orange Park, FL received a Paycheck Protection Loan of $953,500 through SouthState Bank, National Association, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in October, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

CREGER00323

### Understanding The SBA Formula For Determining PPP Loan Eligibility

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

### Understanding Payroll Estimates Based On PPP Amount

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Park Avenue Dermatology PA's 2019 payroll expenses are estimated to be at least **$4.58M.**

Based on their reported 84 jobs retained, this equals an estimated average yearly compensation of **$54,486 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Park Avenue Dermatology PA reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $953,500

## Business Information - Park Avenue Dermatology PA in Orange Park, FL

CREGER00324

Arrest Record: 4 Sources Found
Open
vPublicRecords




**Park Avenue Dermatology PA**
906 Park Ave
Orange Park, FL 32073

**Business Industry:**
Offices of All Other Miscellaneous Health Practitioners
*NAICS code 621399*

## Business Owner Demographics

**Race:** White

**Ethnicity:** Unreported

**Gender:** Male Owned

**Veteran Status:** Veteran

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

**HUBZone: (SBA classification for Historically Under-utilized Business Zones)** N

**Rural / Urban:** Urban

Clay County, FL — SBA Office 0491 — *Congressional District: FL-03*

## Similar Companies near Orange Park

# PPP Loan information for AESTHETIC DERMATOLOGY P.A.

## $81,630

**AESTHETIC DERMATOLOGY P.A.** was initially approved for PPP Loan of amount $81,630, the current approved amount is $81,630.
The loan was approved on 02/09/2021 by Mainstreet Community Bank of Florida, FL.
AESTHETIC DERMATOLOGY P.A. reported 7 jobs and $81,624 was used to fund payroll.

AESTHETIC DERMATOLOGY P.A. is Professional Association business based in XXX N Highway XXX Ste XXX, Clermont, FL 34711-2411


Home equity is an amazing option!

Unlock now with no monthly payments

Learn More

unlock


CREGER00326




The Arbors

$720 More Info

PPP Loan Search / FL / Clermont / AESTHETIC DERMATOLOGY P.A.

Loans associated with AESTHETIC DERMATOLOGY P.A.

| Items | Values |
|---|---|
| BorrowerAddress | XXX N Highway XXX Ste XXX |
| Ethnicity | Unknown/NotStated |
| Race | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |
| RuralUrbanIndicator | U |
| BusinessType | Professional Association |
| ProcessingMethod | PPS |

| | |
|---|---|
| HubzoneIndicator | N |
| LMIIndicator | N |
| ServicingLenderName | Mainstreet Community Bank of Florida |
| OriginatingLender | Mainstreet Community Bank of Florida |
| ProjectCountyName | LAKE |
| CD | FL-15 |
| BorrowerState | FL |
| ServicingLenderState | FL |
| ProjectState | FL |
| OriginatingLenderState | FL |
| BusinessAgeDescription | Existing or more than 2 years old |
| LoanStatus | Exemption 4 |
| ServicingLenderCity | DE LAND |
| OriginatingLenderCity | DE LAND |
| BorrowerCity | Clermont |
| ProjectCity | Clermont |
| BorrowerName | AESTHETIC DERMATOLOGY P.A. |
| PAYROLL_PROCEED | 81624 |
| JobsReported | 7 |
| NAICSCode | 621111 |

| | |
|---|---|
| Term | 60 |
| LoanNumber | 5770068410 |
| BorrowerZip | 34711-2411 |
| ProjectZip | 34711-2411 |
| ServicingLenderLocationID | 342931 |
| OriginatingLenderLocationID | 342931 |
| ServicingLenderZip | 32720-5414 |
| ServicingLenderAddress | 204 S Woodland Blvd |
| SBAGuarantyPercentage | 100 |
| UTILITIES_PROCEED | 1 |
| SBAOfficeCode | 0491 |
| DateApproved | 02/09/2021 |
| UndisbursedAmount | 0 |
| InitialApprovalAmount | $81,630 |
| CurrentApprovalAmount | $81,630 |
| LoanStatusDate | |
| FranchiseName | |
| MORTGAGE_INTEREST_PROCEED | |
| RENT_PROCEED | |
| REFINANCE_EIDL_PROCEED | |
| HEALTH_CARE_PROCEED | |

CREGER00329

S-Corp Clarkesville Dermatology & Medical Associates, LLC

Offices of Physicians (except Mental Health Specialists)

$119,000.00

PPP Loan Number 8545037108

Flag Loan

This loan was approved on 4/15/2020, and has been fully repaid.

The SBA forgave $119,662.00 of this loan on 11/17/2020.

Company Overview

**Clarkesville Dermatology & Medical Associates, LLC**

**5330 Highway 115**
**Clarkesville, GA 30523**

Clarkesville Dermatology & Medical Associates, LLC is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 5330 Highway 115 Clarkesville, GA 30523 with 11 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **11** | **$51,927.00 /yr** | **Subchapter S Corporation** |

Rolex - Submariner Date
$23,495

Cartier - Drive de Cartier
$6,500

Loan Details

During round 1 of the paycheck protection program, Clarkesville Dermatology & Medical Associates, LLC requested a PPP loan for $119,000.00. They were approved on 4/15/2020 by the SBA for an amount of $119,000.00. The loan was facillitated by United Community Bank. Of the approved amount, Clarkesville Dermatology & Medical Associates, LLC has received 100% of the approved amount.




Approved
**$119,000.00**

Disbursed
**$119,000.00**

Originating Lender
**United Community Bank**

Servicing Lender
**United Community Bank**

SBA Code
**405**