SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

# PPP Loan Data — Advanced Dermatology PC, *Douglasville, GA*

**ALERT:** There are **2 PPP loans** for a total of $184,072 in our database for businesses with the name "Advanced Dermatology PC" in Douglasville, GA. This this is typically due to the same business receiving both first and second-draw loans, but may also include similarly named but unrelated businesses, multiple branches of the same business, mistaken multiple applications, or potential fraud. Click each loan below to see full details.

**$92,036 Loan** - Corporation - *April, 2021*

4904 Timber Ridge Dr Ste 101
Douglasville, GA 30135

Lender: Customers Bank

**$92,036 Loan** - Corporation - *May, 2020*

4904 Timber Ridge Drive Suite 101
Douglasville, GA 30135

Lender: Cross River Bank

CREGER00331

Advanced Dermatology PC is a corporation located at 4904 Timber Ridge Dr Ste 101 in Douglasville, Georgia that received a Coronavirus-related PPP loan from the SBA of **$92,036.00** in April, 2021.

## $ PPP Loan Information

Loan #6800068809

**Loan Size:**

**$92,036**

**Loan Approved:**

2021-04-20

**Lender:**

Customers Bank

**Jobs Retained:**

10

**Loan Status:**

**Paid in Full or Forgiven**

SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open

**Advanced Dermatology PC** in Douglasville, GA received a Paycheck Protection Loan of $92,036 through Customers Bank, which was approved in April, 2021.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in March, 2022.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x **average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

CREGER00332

LLP Atlanta Dermatology And Surgery Pa
Offices of Physicians (except Mental Health Specialists)

$281,600.00
PPP Loan Number 7762047200

Flag Loan

This loan was approved on 4/28/2020, and has been fully repaid.

The SBA forgave $284,686.00 of this loan on 6/16/2021.

Company Overview




**Atlanta Dermatology And Surgery Pa**

**1462 Montreal Road W Suite 411**
**Tucker, GA 30084**

Atlanta Dermatology And Surgery Pa is a Offices of Physicians (except Mental Health Specialists) Partnership located at 1462 Montreal Road W Suite 411 Tucker, GA 30084 with 23 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 23 | **$47,015.00 /yr** | **Partnership** |

ACHC & CHAP Accreditation

Guaranteed State License & Accreditation. Customized Pc
Marketing. Training.

Certified Homecare

Contac

Loan Details

During round 1 of the paycheck protection program, Atlanta Dermatology And Surgery Pa requested a PPP loan for $281,600.00. They were approved on 4/28/2020 by the SBA for an amount of $281,600.00. The loan was facillitated by Ameris Bank. Of the approved amount, Atlanta Dermatology And Surgery Pa has received 100% of the approved amount.




Approved
**$281,600.00**

Disbursed
**$281,600.00**

Originating Lender
**Ameris Bank**

Servicing Lender
**Ameris Bank**

SBA Code
**405**

Demographics

CREGER00333

Save up to 25% off. Book Now
Hertz. Let's Go!

LLP Atlanta Dermatology And Surgery Pa
Offices of Physicians (except Mental Health Specialists)

$212,172.00
PPS Loan Number 5714698504

Flag Loan

This loan was approved on 3/1/2021, and has been fully repaid.

The SBA forgave $213,358.00 of this loan on 9/24/2021.

Company Overview

**Atlanta Dermatology And Surgery Pa**

**6160 Old Hickory Pt**
**Atlanta, GA 30328-3617**

Atlanta Dermatology And Surgery Pa is a Offices of Physicians (except Mental Health Specialists) Partnership located at 6160 Old Hickory Pt Atlanta, GA 30328-3617 with 22 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **22** | **$46,291.00 /yr** | **Partnership** |

## Download

3 Steps: 1. Click The Button 2. Start Download 3. Start Brov

Wave Browser Downl

Loan Details

During round 2 of the paycheck protection program, Atlanta Dermatology And Surgery Pa requested a PPP loan for $212,172.00. They were approved on 3/1/2021 by the SBA for an amount of $212,172.00. The loan was facilitated by Ameris Bank. Of the approved amount, Atlanta Dermatology And Surgery Pa has received 100% of the approved amount.




Approved
**$212,172.00**

Disbursed
**$212,172.00**

Originating Lender
**Ameris Bank**

Servicing Lender
**Ameris Bank**

SBA Code
**405**

Demographics

CREGER00334

LLC

Skincure Oncology, LLC

Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers

$2,417,500.00

PPP Loan Number 6308597109

Flag Loan

This loan was approved on 4/14/2020, and has been fully repaid.

The SBA forgave $2,444,589.00 of this loan on 6/11/2021.

## Company Overview




**Skincure Oncology, LLC**

**200 S. Frontage Rd. Suite 200**
**Burr Ridge, IL 60527-6694**

Skincure Oncology, LLC is a Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers Limited Liability Company(LLC) located at 200 S. Frontage Rd. Suite 200 Burr Ridge, IL 60527-6694 with 205 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 205 | $56,605.00 /yr | Limited Liability Company(LLC) |


Get life insurance right.

Compare quotes from top insurers.

Apply Now


## Loan Details

During round 1 of the paycheck protection program, Skincure Oncology, LLC requested a PPP loan for $2,417,500.00. They were approved on 4/14/2020 by the SBA for an amount of $2,417,500.00. The loan was facilitated by The Huntington National Bank. Of the approved amount, Skincure Oncology, LLC has received 100% of the approved amount.




Approved
**$2,417,500.00**

Disbursed
**$2,417,500.00**

Originating Lender
**The Huntington National Bank**

Servicing Lender
**The Huntington National Bank**

SBA Code
**507**

CREGER00335




Get life insurance right.

LLC Illinois Dermatology Institute, LLC

All Other Professional, Scientific, and Technical Services

$2,140,000.00

PPP Loan Number 9501007200

Flag Loan

This loan was approved on 4/28/2020, and has been fully repaid.

The SBA forgave $2,168,533.00 of this loan on 9/7/2021.

Company Overview




**Illinois Dermatology Institute, LLC**

**Biesterfield Rd**
**Elk Grove Village, IL 60007-3361**

Illinois Dermatology Institute, LLC is a All Other Professional, Scientific, and Technical Services Limited Liability Company(LLC) located at Biesterfield Rd Elk Grove Village, IL 60007-3361 with 142 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 142 | $72,338.00 /yr | Limited Liability Company(LLC) |

Loan Details

During round 1 of the paycheck protection program, Illinois Dermatology Institute, LLC requested a PPP loan for $2,140,000.00. They were approved on 4/28/2020 by the SBA for an amount of $2,140,000.00. The loan was facillitated by Itasca Bank & Trust Co.. Of the approved amount, Illinois Dermatology Institute, LLC has received 100% of the approved amount.




Approved
**$2,140,000.00**

Disbursed
**$2,140,000.00**

Originating Lender
**Itasca Bank & Trust Co.**

Servicing Lender
**Itasca Bank & Trust Co.**

SBA Code
**507**

Demographics



Crossover™ Golf

Illinois Dermatology Institute LLC
Offices of Physicians (except Mental Health Specialists)

$2,000,000.00
PPS Loan Number 4332648707

Flag Loan

This loan was approved on 4/1/2021 and has been fully disbursed.

## Company Overview

**Illinois Dermatology Institute LLC**

**800 Biesterfield Rd Ste 3002**
**Elk Grove Village, IL 60007-3364**

Illinois Dermatology Institute LLC is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 800 Biesterfield Rd Ste 3002 Elk Grove Village, IL 60007-3364 with 142 employees.

MITA Heali
Brothers

Google

| # of employees | Average salary | Business type |
|---|---|---|
| **142** | **$67,605.00 /yr** | **Limited Liability Company(LLC)** |

| | | | | | |
|---|---|---|---|---|---|
| | $27,999 | $17,500 | $27,900 | $46,100 | $49,500 |
| | $34,500 | $61,100 | $67,500 | $23,500 | $48,400 |
| $28,200 | $35,535 | $89,850 | $61,900 | $63,035 | $38,400 |

## Loan Details

During round 2 of the paycheck protection program, Illinois Dermatology Institute LLC requested a PPP loan for $2,000,000.00. They were approved on 4/1/2021 by the SBA for an amount of $2,000,000.00. The loan was facilitated by Fifth Third Bank. Of the approved amount, Illinois Dermatology Institute LLC has received 100% of the approved amount.




Approved
**$2,000,000.00**

Disbursed
**$2,000,000.00**

Originating Lender
**Fifth Third Bank**

Servicing Lender
**Fifth Third Bank**

SBA Code
**507**

## Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|

$119.99 $114.99 $104.29

C-Corp

**Dermatology Specialists Of Illinois, Ltd**

Offices of Physicians (except Mental Health Specialists)

$245,740.00

PPP Loan Number 3795277208

Flag Loan

This loan was approved on 4/27/2020, and has been fully repaid.

The SBA forgave $247,644.00 of this loan on 2/3/2021.

Company Overview




**Dermatology Specialists Of Illinois, Ltd**

**2430 Esplanade Dr. Suite B**
**Algonquin, IL 60102-5500**

Dermatology Specialists Of Illinois, Ltd is a Offices of Physicians (except Mental Health Specialists) Corporation located at 2430 Esplanade Dr. Suite B Algonquin, IL 60102-5500 with 24 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 24 | $33,980.00 /yr | Corporation |

Buy now

Loan Details

During round 1 of the paycheck protection program, Dermatology Specialists Of Illinois, Ltd requested a PPP loan for $245,740.00. They were approved on 4/27/2020 by the SBA for an amount of $245,740.00. The loan was facillitated by Algonquin State Bank. Of the approved amount, Dermatology Specialists Of Illinois, Ltd has received 100% of the approved amount.




Approved
**$245,740.00**

Disbursed
**$245,740.00**

Originating Lender
**Algonquin State Bank**

Servicing Lender
**Algonquin State Bank**

SBA Code
**507**

Demographics

S-Corp Dermassociates, Ltd.
Offices of Physicians (except Mental Health Specialists)

$151,900.00
PPP Loan Number 2328247108

Flag Loan

This loan was approved on 4/10/2020, and has been fully repaid.

The SBA forgave $153,140.00 of this loan on 2/16/2021.

## Company Overview




**Dermassociates, Ltd.**

**3608 W Main Street**
**Belleville, IL 62223-6225**

Dermassociates, Ltd. is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 3608 W Main Street Belleville, IL 62223-6225 with 11 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 11 | $53,044.00 /yr | Subchapter S Corporation |

Buy now

## Loan Details

During round 1 of the paycheck protection program, Dermassociates, Ltd. requested a PPP loan for $151,900.00. They were approved on 4/10/2020 by the SBA for an amount of $151,900.00. The loan was facillitated by Bank Of Belleville. Of the approved amount, Dermassociates, Ltd. has received 100% of the approved amount.




Approved
**$151,900.00**

Disbursed
**$151,900.00**

Originating Lender
**Bank Of Belleville**

Servicing Lender
**Bank Of Belleville**

SBA Code
**507**

## Demographics



Buy now

S-Corp

Dermassociates Ltd

Offices of Physicians (except Mental Health Specialists)

$151,900.00

PPS Loan Number 6606348501

Flag Loan

This loan was approved on 3/4/2021 and has been fully disbursed.

## Company Overview




**Dermassociates Ltd**

**3608 W Main St**
**Belleville, IL 62226-6225**

Dermassociates Ltd is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 3608 W Main St Belleville, IL 62226-6225 with 11 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **11** | **$66,282.00 /yr** | **Subchapter S Corporation** |


Crossover™ Victory Trainer

$250

Crossover Long

$289

Cross Long

$289

Cross Loafe

$250


## Loan Details

During round 2 of the paycheck protection program, Dermassociates Ltd requested a PPP loan for $151,900.00. They were approved on 3/4/2021 by the SBA for an amount of $151,900.00. The loan was facilitated by Bank Of Belleville. Of the approved amount, Dermassociates Ltd has received 100% of the approved amount.




Approved
**$151,900.00**

Disbursed
**$151,900.00**

Originating Lender
**Bank Of Belleville**

Servicing Lender
**Bank Of Belleville**

SBA Code
**507**

## Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|

CREGER00340

C-Corp

Southern Illinois Dermatology,

Offices of Physicians (except Mental Health Specialists)

$761,400.00

PPP Loan Number 8502507009

Flag Loan

This loan was approved on 4/8/2020, and has been fully repaid.

The SBA forgave $769,369.00 of this loan on 4/28/2021.

## Company Overview




**Southern Illinois Dermatology,**

**220 N Park Ave**
**Herrin, IL 62948-3150**

Southern Illinois Dermatology, is a Offices of Physicians (except Mental Health Specialists) Corporation located at 220 N Park Ave Herrin, IL 62948-3150 with 104 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **104** | **$35,142.00 /yr** | **Corporation** |

Casual Shift Long Sleeve Blouses - Noracora $ 21
Noracora Sandals Vacation Silver Open Toe Sandals $ 32.99
Cotton Blends Midi $ 23.99
Casual Tops - Noracora $ 18.42
Lapel Loosen Blazers $ 36.99
Noracora Open To Sweet S $ 21

## Loan Details

During round 1 of the paycheck protection program, Southern Illinois Dermatology, requested a PPP loan for $761,400.00. They were approved on 4/8/2020 by the SBA for an amount of $761,400.00. The loan was facilitated by Peoples National Bank, National Association. Of the approved amount, Southern Illinois Dermatology, has received 100% of the approved amount.




Approved
**$761,400.00**

Disbursed
**$761,400.00**

Originating Lender
**Peoples National Bank, National Association**

Servicing Lender
**Peoples National Bank, National Association**

SBA Code
**507**

## Demographics

CREGER00341

Crew Neck Floral Loosen Shorts $ 27.99
Noracora Slippers Vintage Brown... $ 26.99
Spaghetti Regular Fit Shorts $ 24.99
Buttoned Casual Shift Solid Outer... $ 37.39
Casual Heart Shorts $ 20.99
Sol Cottor $

SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Three Rivers Dermatology, LLC, *Fort Wayne, IN*

# Three Rivers Dermatology, LLC

lendio

SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open

**usiness legal structure)**

**ental Health Specialists)**

Tweet This • Search All PPP Data

Three Rivers Dermatology, LLC is a limited liability company (LLC) located at 5650 Coventry Lane in Fort Wayne, Indiana that received a Coronavirus-related PPP loan from the SBA of **$249,250.00** in April, 2020.

CREGER00342

# $ PPP Loan Information

Loan #2063317305

**Loan Size:**

**$249,250**

**Jobs Retained:**

32

**Loan Approved:**

2020-04-29

**Loan Status:**

**Paid in Full or Forgiven**

**Lender:**

Horizon Bank

**Three Rivers Dermatology, LLC** in Fort Wayne, IN received a Paycheck Protection Loan of $249,250 through Horizon Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in April, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

#### Understanding The SBA Formula For Determining PPP Loan Eligibility

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

#### Understanding Payroll Estimates Based On PPP Amount

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Three Rivers Dermatology, LLC's 2019 payroll expenses are estimated to be at least **$1.2M**.

Based on their reported 32 jobs retained, this equals an estimated average yearly compensation of **$37,388 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Three Rivers Dermatology, LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $199,400
- Mortgage Interest: $24,925
- Rent: $24,925

CREGER00343

Instant Checkmate

PUBLIC RECORDS SEARCH

First Name

Last Name

State

All States

SEARCH NOW

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Biltmore Dermatology LLC, *Terre Haute, IN*

# Biltmore Dermatology LLC

**Entity: Corporation (Business legal structure)**

**Industry: Offices of All Other Miscellaneous Health Practitioners**

**Location: Terre Haute, IN**

Tweet This • Search All PPP Data

Biltmore Dermatology LLC is a corporation located at 1600 E Springhill Dr in Terre Haute, Indiana that received a Coronavirus-related PPP loan from the SBA of **$53,512.00** in January, 2021.

CREGER00344

# $ PPP Loan Information

Loan #3824568306

**Loan Size:**

**$53,512**

**Jobs Retained:**

6

**Loan Approved:**

2021-01-22

**Loan Status:**

**Paid in Full or Forgiven**

**Lender:**

Old National Bank

**Biltmore Dermatology LLC** in Terre Haute, IN received a Paycheck Protection Loan of $53,512 through Old National Bank, which was approved in January, 2021.

Arrest Record: 4 Sources Found
Open
ReviewPublicRecords

...les both loans repaid and those fully forgiven ...ted by the SBA in August, 2021.

## ...n Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x **average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Biltmore Dermatology LLC's 2019 payroll expenses are estimated to be at least **$256,858.**

Based on their reported 6 jobs retained, this equals an estimated average yearly compensation of **$42,810 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Biltmore Dermatology LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $53,512

# Business Information - Biltmore Dermatology LLC in Terre Haute, IN

CREGER00345

Arrest Record: 4 Sources Found

DUIs, Felonies, Misdemeanors, Mugshots, Traffic Records, and more

ReviewPublicRecords

Open

# Booth Dermatology Group PC

**Entity: Corporation (Business legal structure)**

**Industry: Offices of Physicians (except Mental Health Specialists)**

**Location: Zionsville, IN**

Tweet This • Search All PPP Data

Booth Dermatology Group PC is a corporation located at 12050 N Michigan Rd in Zionsville, Indiana that received a Coronavirus-related PPP loan from the SBA of **$78,696.00** in January, 2021.

The company has reported itself as a White female owned business, and employed at least eight people during the applicable loan loan period.

## $ PPP Loan Information

Loan #5645148302

**Loan Size:**

**$78,696**

**Loan Approved:**

2021-01-25

**Lender:**

Centier Bank

**Jobs Retained:**

8

**Loan Status:**

**Paid in Full or Forgiven**

**CREGER00346**

Arrest Record: 4 Sources Found

DUIs, Felonies, Misdemeanors, Mugshots, Traffic Records, and more

ReviewPublicRecords

Open

Arrest Record: 4 Sources Found

DUIs, Felonies, Misdemeanors, Mugshots, Traffic Records, and more

ReviewPublicRecords

Open

**Booth Dermatology Group PC** in Zionsville, IN received a Paycheck Protection Loan of $78,696 through Centier Bank, which was approved in January, 2021.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in April, 2022.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x **average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

**Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Booth Dermatology Group PC's 2019 payroll expenses are estimated to be at least $377,741.**

**Based on their reported 8 jobs retained, this equals an estimated average yearly compensation of $47,218 per employee[1]**

## Reported PPP Proceed Usage:

On the PPP application, Booth Dermatology Group PC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $78,696

## Business Information - Booth Dermatology Group PC in Zionsville, IN




**Booth Dermatology Group PC**
12050 N Michigan Rd
Zionsville, IN 46077

**Business Industry:**
Offices of Physicians (except Mental Health Specialists)
*NAICS code 621111*

C-Corp

Randall Dermatology, Pc

Offices of Physicians (except Mental Health Specialists)

$641,797.00

PPP Loan Number 2689567105

Flag Loan

This loan was approved on 4/11/2020, and has been fully repaid.

The SBA forgave $649,833.00 of this loan on 7/22/2021.

## Company Overview




**Randall Dermatology, Pc**

**124 Sagamore Pkwy W**
**West Lafayette, IN 47906-1569**

Randall Dermatology, Pc is a Offices of Physicians (except Mental Health Specialists) Corporation located at 124 Sagamore Pkwy W West Lafayette, IN 47906-1569 with 69 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 69 | $44,647.00 /yr | Corporation |

Ad Choices

Loan Details

During round 1 of the paycheck protection program, Randall Dermatology, Pc requested a PPP loan for $641,797.00. They were approved on 4/11/2020 by the SBA for an amount of $641,797.00. The loan was facillitated by First Merchants Bank. Of the approved amount, Randall Dermatology, Pc has received 100% of the approved amount.




Approved
**$641,797.00**

Disbursed
**$641,797.00**

Originating Lender
**First Merchants Bank**

Servicing Lender
**First Merchants Bank**

SBA Code
**562**

Demographics

CREGER00349

C-Corp Dermatology Associates Of Siouxland Pc

Offices of Physicians (except Mental Health Specialists)

$115,393.00

PPP Loan Number 4606067102

Flag Loan

This loan was approved on 4/13/2020, and has been fully repaid.

The SBA forgave $116,393.00 of this loan on 3/2/2021.

## Company Overview



© 2022 Google

**Dermatology Associates Of Siouxland Pc**

**2930 Hamilton Blvd Ste 102**
**Sioux City, IA 51104-2406**

Dermatology Associates Of Siouxland Pc is a Offices of Physicians (except Mental Health Specialists) Corporation located at 2930 Hamilton Blvd Ste 102 Sioux City, IA 51104-2406 with 8 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 8 | $55,388.00 /yr | Corporation |

Ad Choices




## Loan Details

During round 1 of the paycheck protection program, Dermatology Associates Of Siouxland Pc requested a PPP loan for $115,393.00. They were approved on 4/13/2020 by the SBA for an amount of $115,393.00. The loan was facillitated by Great Southern Bank. Of the approved amount, Dermatology Associates Of Siouxland Pc has received 100% of the approved amount.




Approved
**$115,393.00**

Disbursed
**$115,393.00**

Originating Lender
**Great Southern Bank**

Servicing Lender
**Great Southern Bank**

SBA Code
**761**

## Demographics

CREGER00350



XANDER - 44 RORY - 44 BUBBA - 44

C-Corp Dermatology Associates Of Siouxland P.c.

Offices of Physicians (except Mental Health Specialists)

$115,392.00

PPS Loan Number 8042248302

Flag Loan

This loan was approved on 1/29/2021, and has been fully repaid.

The SBA forgave $116,075.00 of this loan on 9/7/2021.

Company Overview




**Dermatology Associates Of Siouxland P.c.**

**2930 Hamilton Blvd Ste 102**
**Sioux City, IA 51104-2431**

Dermatology Associates Of Siouxland P.c. is a Offices of Physicians (except Mental Health Specialists) Corporation located at 2930 Hamilton Blvd Ste 102 Sioux City, IA 51104-2431 with 9 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 9 | $61,540.00 /yr | Corporation |

Ad Choices



Loan Details

During round 2 of the paycheck protection program, Dermatology Associates Of Siouxland P.c. requested a PPP loan for $115,392.00. They were approved on 1/29/2021 by the SBA for an amount of $115,392.00. The loan was facillitated by Great Southern Bank. Of the approved amount, Dermatology Associates Of Siouxland P.c. has received 100% of the approved amount.




Approved
**$115,392.00**

Disbursed
**$115,392.00**

Originating Lender
**Great Southern Bank**

Servicing Lender
**Great Southern Bank**

SBA Code
**761**

**CREGER00351**

Demographics



SHOP NOW SHOP NOW SHOP NOW SHOP NC



Explore Psoriasis Remedies

Treatment Options For Dry, Itchy, Sc
Skin. Natural Psoriasis Relief With Th
Searches

Psoriasis Remedies

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Grafton Dermatology And Cosmetic Surgery,

*Houma, LA*

# Grafton Dermatology And Cosmetic Surgery

**Entity: Limited Liability Company (LLC) (Business legal structure)**

**Industry: Offices of Mental Health Practitioners (except Physicians)**

**Location: Houma, LA**

Tweet This • Search All PPP Data

Grafton Dermatology And Cosmetic Surgery is a limited liability company (LLC) located at Bayou Gardens Blvd in Houma, Louisiana that received a Coronavirus-related PPP loan from the SBA of **$372,783.00** in April, 2020.

## $ PPP Loan Information

Loan #9654167007

CREGER00352

**Loan Size:**

**$372,783**

**Loan Approved:**

2020-04-09

**Lender:**

b1BANK

**Jobs Retained:**

41

**Loan Status:**

**Paid in Full or Forgiven**

**Grafton Dermatology And Cosmetic Surgery** in Houma, LA received a Paycheck Protection Loan of $372,783 through b1BANK, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in March, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Grafton Dermatology And Cosmetic Surgery's 2019 payroll expenses are estimated to be at least **$1.79M.**

Based on their reported 41 jobs retained, this equals an estimated average yearly compensation of **$43,643 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Grafton Dermatology And Cosmetic Surgery reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $307,892
- Utilities: $10,740
- Rent: $52,117
- Debt Interest: $2,034

## Business Information - Grafton Dermatology And Cosmetic Surgery in Houma, LA

CREGER00353




**Grafton Dermatology And Cosmetic Surgery**
Bayou Gardens Blvd
Houma, LA 70364

**Business Industry:**
Offices of Mental Health Practitioners (except Physicians)
*NAICS code 621330*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

**HUBZone: (SBA classification for Historically Under-utilized Business Zones)** N

**Rural / Urban:** Urban

Terrebonne County, LA — SBA Office 0679 — *Congressional District: LA-06*

## Businesses Using Same Address:

There is one other business that received a PPP loan registered to the same address as Grafton Dermatology And Cosmetic Surgery.

Arrest Record: 4 Sources Found
Open
ReviewPublicRecords

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Moulton Group PC, *Monroe, MI*

**ALERT:** There are **2 PPP loans** for a total of $317,400 in our database for businesses with the name "Moulton Group PC" in Monroe, MI. This this is typically due to the same business receiving both first and second-draw loans, but may also include similarly named but unrelated businesses, multiple branches of the same business, mistaken multiple applications, or potential fraud. Click each loan below to see full details.

**$158,700 Loan** - Corporation - *January, 2021*

2246 N Monroe St
Monroe, MI 48162

Lender: Signature Bank, National Association

SBA Loans: Verify Eligibility
Verify Your Eligibility For An SBA Loan Now
Lendio
Open

Ad
Arrest Record: 4 Sources Found
ReviewPublicRecords

**$158,700 Loan** - Corporation - *April, 2020*

2246 N Monroe St
Monroe, MI 48162

Lender: Signature Bank, National Association

# Moulton Group PC

## Entity: Corporation (Business legal structure)

## Industry: Offices of Physicians (except Mental Health Specialists)

## Location: Monroe, MI

Tweet This • Search All PPP Data


SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open

SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open


CREGER00356

Moulton Group PC is a corporation located at 2246 N Monroe St in Monroe, Michigan that received a Coronavirus-related PPP loan from the SBA of **$158,700.00** in January, 2021.

The company has reported itself as a Black or african american female owned business, and employed at least nineteen people during the applicable loan loan period.

## $ PPP Loan Information

Loan #6769638303

**Loan Size:**

**$158,700**

**Loan Approved:**

2021-01-27

**Lender:**

Signature Bank, National Association

**Jobs Retained:**

19

**Loan Status:**

Ongoing Loan


SBA Loans: Verify Eligibility

Verify Your Eligibility For An SBA Loan Now

Lendio

Open


CREGER00357

Arrest Record: 4 Sources Found

ReviewPublicRecords Open >

# Barbara S. Drozdowski MD PC

**Entity: Subchapter S Corporation (Business legal structure)**

**Industry: Offices of Physicians (except Mental Health Specialists)**

**Location: Holland, MI**

Tweet This • Search All PPP Data

Arrest Record: 4 Sources Found

DUIs, Felonies, Misdemeanors, Mugshots, Traffic Records, and more

ReviewPublicRecords

Open

Barbara S. Drozdowski MD PC is a subchapter s corporation located at 441 120th Avenue in Holland, Michigan that received a Coronavirus-related PPP loan from the SBA of **$146,900.00** in April, 2020.

## $ PPP Loan Information

Loan #1011527302

**Loan Size:**

**$146,900**

**Loan Approved:**

2020-04-28

**Lender:**

The Huntington National Bank

**Jobs Retained:**

18

**Loan Status:**

**Paid in Full or Forgiven**


Arrest Record: 4 Sources Found

ReviewPublicRecords

Open >

Arrest Record: 4 Sources Found

DUIs, Felonies, Misdemeanors, Mugshots, Traffic Records, and more

ReviewPublicRecords

Open


**Barbara S. Drozdowski MD PC** in Holland, MI received a Paycheck Protection Loan of $146,900 through The Huntington National Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in March, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula