**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Barbara S. Drozdowski MD PC's 2019 payroll expenses are estimated to be at least **$705,120.**

Based on their reported 18 jobs retained, this equals an estimated average yearly compensation of **$39,173 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Barbara S. Drozdowski MD PC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $146,900

## Business Information - Barbara S. Drozdowski MD PC in Holland, MI




CREGER00360

S-Corp A Comprehensive Dermatology Center, P.c.
Offices of Physicians (except Mental Health Specialists)

$144,600.00
PPP Loan Number 4585397205

Flag Loan

This loan was approved on 4/27/2020, and has been fully repaid.

The SBA forgave $145,491.00 of this loan on 12/10/2020.

## Company Overview




**A Comprehensive Dermatology Center, P.c.**

**1575 West Big Beaver Suite C-12**
**Troy, MI 48084-3536**

A Comprehensive Dermatology Center, P.c. is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 1575 West Big Beaver Suite C-12 Troy, MI 48084-3536 with 18 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 18 | $38,560.00 /yr | Subchapter S Corporation |

Ad Choices



## Loan Details

During round 1 of the paycheck protection program, A Comprehensive Dermatology Center, P.c. requested a PPP loan for $144,600.00. They were approved on 4/27/2020 by the SBA for an amount of $144,600.00. The loan was facilitated by Level One Bank. Of the approved amount, A Comprehensive Dermatology Center, P.c. has received 100% of the approved amount.




Approved
**$144,600.00**

Disbursed
**$144,600.00**

Originating Lender
**Level One Bank**

Servicing Lender
**Level One Bank**

SBA Code
**515**

## Demographics

LLC Clarkston Dermatology & Vein Center Pllc
Offices of Physicians (except Mental Health Specialists)

$373,700.00
PPP Loan Number 7428577004

Flag Loan

This loan was approved on 4/7/2020, and has been fully repaid.

The SBA forgave $376,306.00 of this loan on 12/22/2020.

## Company Overview

**Clarkston Dermatology & Vein Center Pllc**

**5701 Bow Pointe Dr Suite 215**
**Clarkston, MI 48346-3163**

Clarkston Dermatology & Vein Center Pllc is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 5701 Bow Pointe Dr Suite 215 Clarkston, MI 48346-3163 with 32 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 32 | $47,434.00 /yr | Limited Liability Company(LLC) |


Crossover™ Victory Trainer

$250

Gunner Driver

$195

SwiftKnit™ Derby

$189


Loan Details

During round 1 of the paycheck protection program, Clarkston Dermatology & Vein Center Pllc requested a PPP loan for $373,700.00. They were approved on 4/7/2020 by the SBA for an amount of $373,700.00. The loan was facilitated by Waterford Bank, National Association. Of the approved amount, Clarkston Dermatology & Vein Center Pllc has received 100% of the approved amount.




Approved
**$373,700.00**

Disbursed
**$373,700.00**

Originating Lender
**Waterford Bank, National Association**

Servicing Lender
**Waterford Bank, National Association**

SBA Code
**515**




Crossover™ Victory Trainer
$250

S-Corp Oakland Hills Dermatology, P.c.

Offices of Physicians (except Mental Health Specialists)

$141,807.00

PPP Loan Number 2518327708

Flag Loan

This loan was approved on 5/1/2020, and has been fully repaid.

The SBA forgave $142,907.00 of this loan on 2/11/2021.

## Company Overview




**Oakland Hills Dermatology, P.c.**

**2251 N Squirrel Rd Ste 200**
**Auburn Hills, MI 48326**

Oakland Hills Dermatology, P.c. is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 2251 N Squirrel Rd Ste 200 Auburn Hills, MI 48326 with 10 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 10 | $51,360.00 /yr | Subchapter S Corporation |


Sola & Kyo Women's Senna Hoodie

$298.99

Lowa M
Locar
$1
Hel
Wome
$
Filso
Grani
$


## Loan Details

During round 1 of the paycheck protection program, Oakland Hills Dermatology, P.c. requested a PPP loan for $141,807.00. They were approved on 5/1/2020 by the SBA for an amount of $141,807.00. The loan was facilitated by Jpmorgan Chase Bank, National Association. Of the approved amount, Oakland Hills Dermatology, P.c. has received 100% of the approved amount.




Approved
**$141,807.00**

Disbursed
**$141,807.00**

Originating Lender
**Jpmorgan Chase Bank, National Association**

Servicing Lender
**Jpmorgan Chase Bank, National Association**

SBA Code
**515**

Demographics

CREGER00363

C-Corp Tareen Dermatology P.a.

Offices of Physicians (except Mental Health Specialists)

$457,400.00

PPP Loan Number 6284897001

Flag Loan

This loan was approved on 4/6/2020, and has been fully repaid.

The SBA forgave $460,386.00 of this loan on 12/8/2020.

Company Overview




© 2022 Google

**Tareen Dermatology P.a.**

**1635 W County Road C #250**
**Roseville, MN 55113-1302**

Tareen Dermatology P.a. is a Offices of Physicians (except Mental Health Specialists) Corporation located at 1635 W County Road C #250 Roseville, MN 55113-1302 with 46 employees.

| # of employees | Average salary | Business type |
| --- | --- | --- |
| 46 | $44,785.00 /yr | Corporation |





Keep Business Going
Office Depot


Loan Details

During round 1 of the paycheck protection program, Tareen Dermatology P.a. requested a PPP loan for $457,400.00. They were approved on 4/6/2020 by the SBA for an amount of $457,400.00. The loan was facillitated by Riverland Bank. Of the approved amount, Tareen Dermatology P.a. has received 100% of the approved amount.




Approved
**$457,400.00**

Disbursed
**$457,400.00**

Originating Lender
**Riverland Bank**

Servicing Lender
**Riverland Bank**

SBA Code
**508**

CREGER00364

Demographics





Arrest Record: 4 Sources Found

ReviewPublicRecords Open >


**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Dermatology Center Of North Mississippi,

*Tupelo, MS*

# Dermatology Center Of North Mississippi

### Entity: Subchapter S Corporation (Business legal structure)

### Industry: Offices of Physicians (except Mental Health Specialists)

### Location: Tupelo, MS

Tweet This • Search All PPP Data

Dermatology Center Of North Mississippi is a subchapter s corporation located at 516 Pegram Dr in Tupelo, Mississippi that received a Coronavirus-related PPP loan from the SBA of **$275,555.00** in February, 2021.

CREGER00365

Arrest Record: 4 Sources Found

Open

ReviewPublicRecords

etained:

an Approved:

2021-02-04

Lender:

BankPlus

Loan Status:

Paid in Full or Forgiven

**Dermatology Center Of North Mississippi** in Tupelo, MS received a Paycheck Protection Loan of $275,555 through BankPlus, which was approved in February, 2021.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in January, 2022.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x **average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Dermatology Center Of North Mississippi's 2019 payroll expenses are estimated to be at least **$1.32M**.

Based on their reported 17 jobs retained, this equals an estimated average yearly compensation of **$77,804 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Dermatology Center Of North Mississippi reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $275,553
- Utilities: $1

## Business Information - Dermatology Center Of North Mississippi in Tupelo, MS

CREGER00366




**Dermatology Center Of North Mississippi**
516 Pegram Dr
Tupelo, MS 38801

**Business Industry:**
Offices of Physicians (except Mental Health Specialists)
*NAICS code 621111*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** Y

**HUBZone: (SBA classification for Historically Under-utilized Business Zones)** Y

**Rural / Urban:** Rural

Lee County, MS — SBA Office 0470 — *Congressional District: MS-01*

## Businesses Using Same Address:

There is one other business that received a PPP loan registered to the same address as Dermatology Center Of North Mississippi.

CREGER00367

LLC Riverside Dermatology & Spa LLC
Offices of Physicians (except Mental Health Specialists)

$233,082.00
PPP Loan Number 7297217000

Flag Loan

This loan was approved on 4/7/2020, and has been fully repaid.

The SBA forgave $234,396.00 of this loan on 11/3/2020.

## Company Overview

**Riverside Dermatology & Spa LLC**

**163 Medical Drive**
**Hannibal, MO 63401-6884**

Riverside Dermatology & Spa LLC is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 163 Medical Drive Hannibal, MO 63401-6884 with 27 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **27** | **$41,437.00 /yr** | **Limited Liability Company(LLC)** |

## Loan Details

During round 1 of the paycheck protection program, Riverside Dermatology & Spa LLC requested a PPP loan for $233,082.00. They were approved on 4/7/2020 by the SBA for an amount of $233,082.00. The loan was facillitated by Homebank. Of the approved amount, Riverside Dermatology & Spa LLC has received 100% of the approved amount.




Approved
**$233,082.00**

Originating Lender
**Homebank**

Servicing Lender
**Homebank**

SBA Code
**768**

Disbursed
**$233,082.00**

Demographics

CREGER00368

# PPP Loan information for ASSOCIATES IN DERMATOLOGY & CUTANEOUS SURGERY

## $282,800

**ASSOCIATES IN DERMATOLOGY & CUTANEOUS SURGERY** was initially approved for PPP Loan of amount $282,800, the current approved amount is $282,800. The loan was approved on 04/14/2020 by St. Louis Bank , MO. ASSOCIATES IN DERMATOLOGY & CUTANEOUS SURGERY reported 31 jobs and $209,200 was used to fund payroll.

ASSOCIATES IN DERMATOLOGY & CUTANEOUS SURGERY is Professional Association business based in XXX S. Woods Mill Road, CHESTERFIELD , MO 63017-3513




CREGER00369

Associates In Dermatology & Cutaneous Surgery LTD is a professional association located at 222 S Woods Mill Rd in Chesterfield, Missouri that received a Coronavirus-related PPP loan from the SBA of **$342,500.00** in January, 2021.

## $ PPP Loan Information

Loan #3392288300

**Loan Size:**

**$342,500**

**Loan Approved:**

2021-01-22

**Lender:**

St. Louis Bank

**Jobs Retained:**

32

**Loan Status:**

**Paid in Full or Forgiven**

**Associates In Dermatology & Cutaneous Surgery LTD** in Chesterfield, MO received a Paycheck Protection Loan of $342,500 through St. Louis Bank, which was approved in January, 2021.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in September, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Associates In Dermatology & Cutaneous Surgery LTD's 2019 payroll expenses are estimated to be at least **$1.64M**.

Based on their reported 32 jobs retained, this equals an estimated average yearly compensation of **$51,375 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Associates In Dermatology & Cutaneous Surgery LTD reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $342,499

CREGER00370

Other Shaffer Rainey Dermatology
Kidney Dialysis Centers

$59,328.00
PPP Loan Number 3096397210

Flag Loan

This loan was approved on 4/16/2020, and has been fully repaid.

The SBA forgave $60,237.00 of this loan on 10/28/2021.

## Company Overview




**Shaffer Rainey Dermatology**

**110 Business Park Dr Ste C**
**Branson, MO 65616-7449**

Shaffer Rainey Dermatology is a Kidney Dialysis Centers Professional Association located at 110 Business Park Dr Ste C Branson, MO 65616-7449 with 7 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 7 | $40,682.00 /yr | Professional Association |

Rolex - Submariner Date
$23,495

Rolex - Datejust 36
$14,999

## Loan Details

During round 1 of the paycheck protection program, Shaffer Rainey Dermatology requested a PPP loan for $59,328.00. They were approved on 4/16/2020 by the SBA for an amount of $59,328.00. The loan was facilitated by Bank Of America, National Association. Of the approved amount, Shaffer Rainey Dermatology has received 100% of the approved amount.




Approved
**$59,328.00**

Disbursed
**$59,328.00**

Originating Lender
**Bank Of America, National Association**

Servicing Lender
**Bank Of America, National Association**

SBA Code
**721**

Demographics

CREGER00371

S-Corp

Associated Dermatology And Skin Cancer Clinic Of Helena

Beauty Salons

$622,100.00

PPP Loan Number 1687567107

Flag Loan

This loan was approved on 4/10/2020, and has been fully repaid.

The SBA forgave $625,509.00 of this loan on 11/3/2020.

## Company Overview




**Associated Dermatology And Skin Cancer Clinic Of Helena**

**50 S Last Chance Gulch**
**Helena, MT 59601-4130**

Associated Dermatology And Skin Cancer Clinic Of Helena is a Beauty Salons Subchapter S Corporation located at 50 S Last Chance Gulch Helena, MT 59601-4130 with 48 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 48 | $62,210.00 /yr | Subchapter S Corporation |


Complete your collection
eBay


## Loan Details

During round 1 of the paycheck protection program, Associated Dermatology And Skin Cancer Clinic Of Helena requested a PPP loan for $587,600.00. They were approved on 4/10/2020 by the SBA for an amount of $622,100.00. The loan was facillitated by the Glacier Bank. Of the approved amount, Associated Dermatology And Skin Cancer Clinic Of Helena has received 100% of the approved amount.




Approved
**$622,100.00**

Disbursed
**$622,100.00**

Originating Lender
**Glacier Bank**

Servicing Lender
**Glacier Bank**

SBA Code
**885**




Hire ... Experts for small or big needs

S-Corp Associated Dermatology And Skin Cancer Clinic Of Helena P.c.

Offices of Physicians (except Mental Health Specialists)

$622,168.00

PPS Loan Number 6639888310

Flag Loan

This loan was approved on 1/27/2021 and has been fully disbursed.

## Company Overview




© 2022 Google

**Associated Dermatology And Skin Cancer Clinic Of Helena P.c.**

**50 S Last Chance Gulch Ste 3**
**Helena, MT 59601-4153**

Associated Dermatology And Skin Cancer Clinic Of Helena P.c. is a *Offices of Physicians (except Mental Health Specialists)* Subchapter S Corporation located at 50 S Last Chance Gulch Ste 3 Helena, MT 59601-4153 with 34 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 34 | $87,835.00 /yr | Subchapter S Corporation |


Keep Business Going
Office Depot


## Loan Details

During round 2 of the paycheck protection program, Associated Dermatology And Skin Cancer Clinic Of Helena P.c. requested a PPP loan for $622,168.00. They were approved on 1/27/2021 by the SBA for an amount of $622,168.00. The loan was facillitated by Glacier Bank. Of the approved amount, Associated Dermatology And Skin Cancer Clinic Of Helena P.c. has received 100% of the approved amount.




Approved
**$622,168.00**

Disbursed
**$622,168.00**

Originating Lender
**Glacier Bank**

Servicing Lender
**Glacier Bank**

SBA Code
**885**

CREGER00373

Demographics



Growing your funds securely and safely.
0.90% APY*
FDIC

C-Corp Dr Donna A Serure Dermatology
Offices of Physicians (except Mental Health Specialists)

$283,172.00
PPP Loan Number 2228427705

Flag Loan

This loan was approved on 5/1/2020, and has been fully repaid.

The SBA forgave $286,602.00 of this loan on 7/21/2021.

## Company Overview

**Dr Donna A Serure Dermatology**

**327 Middle Country Road**
**Smithtown, NY 11787**

Dr Donna A Serure Dermatology is a Offices of Physicians (except Mental Health Specialists) Corporation located at 327 Middle Country Road Smithtown, NY 11787 with 340 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **340** | **$3,491.00 /yr** | **Corporation** |

Learn more

## Loan Details

During round 1 of the paycheck protection program, Dr Donna A Serure Dermatology requested a PPP loan for $283,172.00. They were approved on 5/1/2020 by the SBA for an amount of $283,172.00. The loan was facilitated by Jpmorgan Chase Bank, National Association. Of the approved amount, Dr Donna A Serure Dermatology has received 100% of the approved amount.




Approved
**$283,172.00**

Disbursed
**$283,172.00**

Originating Lender
**Jpmorgan Chase Bank, National Association**

Servicing Lender
**Jpmorgan Chase Bank, National Association**

SBA Code
**235**

Demographics

S-Corp Dermatology Associates Of Coastal Carolina
Offices of Physicians (except Mental Health Specialists)

$670,000.00
PPP Loan Number 6413417103

Flag Loan

This loan was approved on 4/14/2020, and has been fully repaid.

The SBA forgave $673,890.00 of this loan on 11/19/2020.

## Company Overview




**Dermatology Associates Of Coastal Carolina**

**2115 Neuse Blvd**
**New Bern, NC 28560-4309**

Dermatology Associates Of Coastal Carolina is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 2115 Neuse Blvd New Bern, NC 28560-4309 with 64 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 64 | $50,250.00 /yr | Subchapter S Corporation |


Ad Choices




## Loan Details

During round 1 of the paycheck protection program, Dermatology Associates Of Coastal Carolina requested a PPP loan for $670,000.00. They were approved on 4/14/2020 by the SBA for an amount of $670,000.00. The loan was facilitated by Truist Bank D/b/a Branch Banking & Trust Co. Of the approved amount, Dermatology Associates Of Coastal Carolina has received 100% of the approved amount.




Approved
**$670,000.00**

Disbursed
**$670,000.00**

Originating Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

Servicing Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

SBA Code
**460**

CREGER00375



Kelly Hansen Women's Mo...
$110

C-Corp Piedmont Plastic Surgery & Dermatology
Offices of Physicians (except Mental Health Specialists)

$3,700,543.00
PPP Loan Number 5675077103

Flag Loan

This loan was approved on 4/13/2020, and has been fully repaid.

The SBA forgave $3,742,482.00 of this loan on 6/9/2021.

## Company Overview




**Piedmont Plastic Surgery & Dermatology**

**959 Cox Rd**
**Gastonia, NC 28054-3420**

Piedmont Plastic Surgery & Dermatology is a Offices of Physicians (except Mental Health Specialists) Corporation located at 959 Cox Rd Gastonia, NC 28054-3420 with 327 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 327 | $54,320.00 /yr | Corporation |

20X Bigger Than Bitcoin?

LEARN MORE

## Loan Details

During round 1 of the paycheck protection program, Piedmont Plastic Surgery & Dermatology requested a PPP loan for $3,700,543.00. They were approved on 4/13/2020 by the SBA for an amount of $3,700,543.00. The loan was facilitated by South State Bank, National Association. Of the approved amount, Piedmont Plastic Surgery & Dermatology has received 100% of the approved amount.




Approved
**$3,700,543.00**

Disbursed
**$3,700,543.00**

Originating Lender
**South State Bank, National Association**

Servicing Lender
**South State Bank, National Association**

SBA Code
**460**

CREGER00376

Get life insurance right.

Ads by Google

Stop seeing this ad Why this ad?

Schedule Your Consultation

Amos E. Madanes, MD

Customized IVF Programs. Multi-cycle IVF, Indiana's Best Fertility Treatment

mfcfamily.com

OPEN

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Polley Clinic Of Dermatology And Dermatologic Surgery, P. A, *Wilson, NC*

# Polley Clinic Of Dermatology And Dermatologic Surgery, P. A

**Entity: Corporation (Business legal structure)**

**Industry: Offices of Physicians (except Mental Health Specialists)**

**Location: Wilson, NC**

Tweet This • Search All PPP Data

Polley Clinic Of Dermatology And Dermatologic Surgery, P. A is a corporation located at 1806 Glendale Dr Sw in Wilson, North Carolina that received a Coronavirus-related PPP loan from the SBA of $349,300.00 in April, 2020.

CREGER00377

## $ PPP Loan Information

Loan #6130307105

**Loan Size:**

**$349,300**

**Loan Approved:**

2020-04-14

**Lender:**

Truist Bank

**Jobs Retained:**

50

**Loan Status:**

**Paid in Full or Forgiven**

**Polley Clinic Of Dermatology And Dermatologic Surgery, P. A** in Wilson, NC received a Paycheck Protection Loan of $349,300 through Truist Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in May, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x **average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Polley Clinic Of Dermatology And Dermatologic Surgery, P. A's 2019 payroll expenses are estimated to be at least **$1.68M.**

Based on their reported 50 jobs retained, this equals an estimated average yearly compensation of **$33,533 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Polley Clinic Of Dermatology And Dermatologic Surgery, P. A reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $349,300

## Business Information - Polley Clinic Of Dermatology And Dermatologic Surgery, P. A in Wilson, NC

CREGER00378

Ads by Google

Stop seeing this ad Why this ad?

K-Beauty chicago Skin care (korean beauty 청담 시카고 스킨케어 )

Korean Skin Care and Facial

K-Beauty chicago Skin Clinic (청담 시카고 스킨케

Welcome K-BEAUTY SKIN CLINIC

통화

웹사이트

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Polley Clinic Of Dermatology & Dermatologic Surgery PA, *Wilson, NC*

# Polley Clinic Of Dermatology & Dermatologic Surgery PA

**Entity:** Corporation (Business legal structure)

**Industry:** Offices of All Other Miscellaneous Health Practitioners

**Location:** Wilson, NC

Tweet This • Search All PPP Data

CREGER00379

Polley Clinic Of Dermatology & Dermatologic Surgery PA is a corporation located at 1806 Glendale Dr Sw in Wilson, North Carolina that received a Coronavirus-related PPP loan from the SBA of **$437,049.00** in April, 2021.

## $ PPP Loan Information

Loan #8960308709

**Loan Size:**

**$437,049**

**Loan Approved:**

2021-04-08

**Lender:**

Truist Bank

**Jobs Retained:**

43

**Loan Status:**

**Paid in Full or Forgiven**

**Polley Clinic Of Dermatology & Dermatologic Surgery PA** in Wilson, NC received a Paycheck Protection Loan of $437,049 through Truist Bank, which was approved in April, 2021.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in November, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

#### Understanding The SBA Formula For Determining PPP Loan Eligibility

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x average 2019 monthly payroll costs. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

#### Understanding Payroll Estimates Based On PPP Amount

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Polley Clinic Of Dermatology & Dermatologic Surgery PA's 2019 payroll expenses are estimated to be at least **$2.1M**.

Based on their reported 43 jobs retained, this equals an estimated average yearly compensation of $48,787 per employee[1]

## Reported PPP Proceed Usage:

On the PPP application, Polley Clinic Of Dermatology & Dermatologic Surgery PA reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $437,046
- Utilities: $1

CREGER00380

S-Corp

## Central Dermatology Center Pa

$911,300.00

PPP Loan Number [illegible]

This loan was approved on 4/8/2020, and has been fully repaid.

The SBA forgave $924,337.00 of this loan on 9/15/2021.

Company Overview




**Central Dermatology Center Pa**

**2238 Nelson Hwy**
**Chapel Hill, NC 27517-8913**

Central Dermatology Center Pa is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 2238 Nelson Hwy Chapel Hill, NC 27517-8913 with 91 employees.




# of employees
**91**
Average salary
**$48,069.00 /yr**
Business type
**Subchapter S Corporation**

CREGER00381

# PPP Loan information for COASTAL DERMATOLOGY & SURGERY CENTER, PA

PPP-Loan.info STATES / LOCATION BANKS

## $119,000

**COASTAL DERMATOLOGY & SURGERY CENTER, PA** was initially approved for PPP Loan of amount $119,000, the current approved amount is $119,000.
The loan was approved on 04/27/2020 by Loan Source Incorporated , NY. COASTAL DERMATOLOGY & SURGERY CENTER, PA reported 8 jobs and $119,000 was used to fund payroll.

COASTAL DERMATOLOGY & SURGERY CENTER, PA is Corporation business based in XXX DELANEY AVE, WILMINGTON , NC 28403-6002


PUBLIC RECORDS SEARCH

First Name

Ads by Google

Send feedback Why this ad?

Powered By BeenVerified

# PPP Loan information for COASTAL DERMATOLOGY & SURGERY CENTER PA

## $103,350

**COASTAL DERMATOLOGY & SURGERY CENTER PA** was initially approved for PPP Loan of amount $103,350, the current approved amount is $103,350.
The loan was approved on 02/02/2021 by Loan Source Incorporated , NY. COASTAL DERMATOLOGY & SURGERY CENTER PA reported 7 jobs and $103,348 was used to fund payroll.

COASTAL DERMATOLOGY & SURGERY CENTER PA is Corporation business based in XXX Delaney Ave, Wilmington , NC 28403-6002

Search for

1. **ELECTRONIC PAYMENT PROCESSING** ›
2. **ANGEL INVESTORS FOR STARTUP** ›
3. **ABANDONED HOUSES FOR SALE** ›
4. **APPLY FOR JOB NOW** ›
5. **TOP 3 STOCKS TO BUY** ›

Ad | Business Focus

CREGER00383

Ads by Google
Stop seeing this ad Why this ad?

Instant Checkmate
PUBLIC RECORDS SEARCH
First Name Last Name
State
All States
SEARCH NOW

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

## PPP Loan Data — Southside Dermatology, *Tulsa, OK*

# Southside Dermatology

**Entity: Limited Liability Company (LLC) (Business legal structure)**

**Industry: Offices of Physicians (except Mental Health Specialists)**

**Location: Tulsa, OK**

Tweet This · Search All PPP Data

Southside Dermatology is a limited liability company (LLC) located at 5801 E 41st St. Ste 200 in Tulsa, Oklahoma that received a Coronavirus-related PPP loan from the SBA of $177,600.00 in April, 2020.

CREGER00384

## $ PPP Loan Information

Loan #7512867108

**Loan Size:**

## $177,600

**Loan Approved:**

2020-04-14

**Lender:**

The City National Bank and Trust Company of Lawton, Oklahoma

**Jobs Retained:**

16

**Loan Status:**

**Paid in Full or Forgiven**

**Southside Dermatology** in Tulsa, OK received a Paycheck Protection Loan of **$177,600** through The City National Bank and Trust Company of Lawton, Oklahoma, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in November, 2020.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to 2.5 x **average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Southside Dermatology's 2019 payroll expenses are estimated to be at least **$852,480.**

Based on their reported 16 jobs retained, this equals an estimated average yearly compensation of **$53,280 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Southside Dermatology reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $177,600

## Business Information - Southside Dermatology in Tulsa, OK

CREGER00385