Other

Central Oregon Dermatology Pc

Offices of Physicians (except Mental Health Specialists)

$121,300.00

PPP Loan Number 4860617009

Flag Loan

This loan was approved on 4/4/2020, and has been fully repaid.

The SBA forgave $121,975.00 of this loan on 11/3/2020.

## Company Overview




**Central Oregon Dermatology Pc**

**388 Sw Bluff Dr**
**Bend, OR 97702-1360**

Central Oregon Dermatology Pc is a Offices of Physicians (except Mental Health Specialists) Professional Association located at 388 Sw Bluff Dr Bend, OR 97702-1360 with 11 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 11 | $52,931.00 /yr | Professional Association |


Noracora Sandals White Sweet Flip-Flops Sandals $ 24.99
Short Sleeve Holiday Shorts - Noracora $ 26.89
Women 3/4 Sleeve Summer Casual V-neck Tops $ 22.99
Casual Pockets Natural Plain Linen & Cotton Bottoms $ 23.28
3/4 Sleeve Cotton-Blend Casual Tops $ 20.99
Asymmet Loosen L Shi $ 19


## Loan Details

During round 1 of the paycheck protection program, Central Oregon Dermatology Pc requested a PPP loan for $163,300.00. They were approved on 4/4/2020 by the SBA for an amount of $121,300.00. The loan was facillitated by Summit Bank. Of the approved amount, Central Oregon Dermatology Pc has received 100% of the approved amount.




Approved
**$121,300.00**

Disbursed
**$121,300.00**

Originating Lender
**Summit Bank**

Servicing Lender
**Summit Bank**

SBA Code
**1086**

CREGER00386

Demographics


... Buttoned Casual St... Noracora Sandals B... Noracora Sandals O... Norac

Other Central Oregon Dermatology Pc

Offices of Physicians (except Mental Health Specialists)

$121,300.00

PPS Loan Number 1102038310

Flag Loan

This loan was approved on 1/16/2021, and has been fully repaid.

The SBA forgave $121,882.00 of this loan on 7/21/2021.

Company Overview




© 2022 Google

**Central Oregon Dermatology Pc**

**388 Sw Bluff Dr**
**Bend, OR 97702-1360**

Central Oregon Dermatology Pc is a Offices of Physicians (except Mental Health Specialists) Professional Association located at 388 Sw Bluff Dr Bend, OR 97702-1360 with 8 employees.

388 SW ...
View larger map




Map data ©2022 Google

| # of employees | Average salary | Business type |
|---|---|---|
| 8 | $72,779.00 /yr | Professional Association |

| | | | | |
|---|---|---|---|---|
| Salewa Men'... $149.96 | Eddie Bauer... $84 | Ecco Men's... $126.99 | Wolverine... $288.99 | Eddie Bauer... $56 |
| Timberland... $59.99 | Eddie Bauer... $56 | Lowa Men's... $329.95 | Sorel Men's... $134.99 | Sorel Men's... $126.99 |
| Lowa Men's... $239.95 | Hanwag Me... $243.99 | Timberland... $89.95 | Salewa Men... $149.96 | Sorel Men's... $149.99 |

Eddie Bauer Tra...

$49

Loan Details

During round 2 of the paycheck protection program, Central Oregon Dermatology Pc requested a PPP loan for $121,300.00. They were approved on 1/16/2021 by the SBA for an amount of $121,300.00. The loan was facillitated by Summit Bank. Of the approved amount, Central Oregon Dermatology Pc has received 100% of the approved amount.




Approved
**$121,300.00**

Disbursed
**$121,300.00**

Originating Lender
**Summit Bank**

Servicing Lender
**Summit Bank**

SBA Code
**1086**

CREGER00387

Demographics



$44.99 $29.70

SP Dermatology Of Greensburg Pc

All Other Business Support Services

$90,500.00

PPP Loan Number 1173607109

Flag Loan

This loan was approved on 4/10/2020, and has been fully repaid.

The SBA forgave $91,332.00 of this loan on 3/24/2021.

## Company Overview




**Dermatology Of Greensburg Pc**

**912 S. Main Street**
**Greensburg, PA 15601-4141**

Dermatology Of Greensburg Pc is a All Other Business Support Services Sole Proprietorship located at 912 S. Main Street Greensburg, PA 15601-4141 with 6 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 6 | $72,400.00 /yr | Sole Proprietorship |

"Move Your Money in 2022," Wall St Legend Warns

## Loan Details

During round 1 of the paycheck protection program, Dermatology Of Greensburg Pc requested a PPP loan for $90,500.00. They were approved on 4/10/2020 by the SBA for an amount of $90,500.00. The loan was facillitated by First National Bank Of Pennsylvania. Of the approved amount, Dermatology Of Greensburg Pc has received 100% of the approved amount.




Approved
**$90,500.00**

Disbursed
**$90,500.00**

Originating Lender
**First National Bank Of Pennsylvania**

Servicing Lender
**First National Bank Of Pennsylvania**

SBA Code
**358**

## Demographics

Audemars Piguet - Royal Oak Selfwindi...
$89,999

Lehigh Valley Dermatology

Offices of Physicians (except Mental Health Specialists)

$239,793.00

PPP Loan Number 1475697403

Flag Loan

This loan was approved on 5/4/2020, and has been fully repaid.

The SBA forgave $242,078.00 of this loan on 4/22/2021.

## Company Overview




**Lehigh Valley Dermatology**

**940 N New St**
**Bethlehem, PA 18018-2756**

Lehigh Valley Dermatology is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 940 N New St Bethlehem, PA 18018-2756 with 16 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 16 | $71,938.00 /yr | Limited Liability Company(LLC) |

| | | | | | |
|---|---|---|---|---|---|
| | Soia & Kyo... $394.99 | Indyeva Wo... $438.99 | Dale Of Nor... $206.99 | Eddie Bauer... $49 | Lowa Men's... $194.95 |
| The North Face... $178.95 | Helly Hanse... $110 | Eddie Bauer... $139.30 | Indyeva Wo... $449.99 | Indyeva Wo... $158.99 | Helly Hanse... $125 |
| | Altra Wome... $96.99 | Helly Hanse... $200 | Eddie Bauer... $104.30 | KEEN Men'... $179.95 | Filson Wom... $295 |

## Loan Details

During round 1 of the paycheck protection program, Lehigh Valley Dermatology requested a PPP loan for $239,793.00. They were approved on 5/4/2020 by the SBA for an amount of $239,793.00. The loan was facilitated by Truist Bank D/b/a Branch Banking & Trust Co. Of the approved amount, Lehigh Valley Dermatology has received 100% of the approved amount.




Approved
**$239,793.00**

Disbursed
**$239,793.00**

Originating Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

Servicing Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

SBA Code
**303**

Demographics

CREGER00389



$189.95 $244.95 $314.99 $261.99 $139.30 $

Lehigh Valley Dermatology

Offices of Physicians (except Mental Health Specialists)

$228,840.00

PPS Loan Number 4259858507

Flag Loan

This loan was approved on 2/25/2021, and has been fully repaid.

The SBA forgave $230,423.00 of this loan on 11/3/2021.

## Company Overview




© 2022 Google

**Lehigh Valley Dermatology**

**940 N New St**
**Bethlehem, PA 18018-2756**

Lehigh Valley Dermatology is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 940 N New St Bethlehem, PA 18018-2756 with 15 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **15** | **$73,227.00 /yr** | **Limited Liability Company(LLC)** |


Helly Hanse... $137.99
Helly Hanse... $200
KEEN Men's... $179.95
Eddie Bauer... $56
Barbour Wo... $199.95
Eddie Bauer Tra... $104.30
Royal Robbi... $145.99
Barbour Wo... $199.95
Eddie Bauer... $97.30
Lowa Men's... $244.95
Soia & Kyo... $338.99
Filson Wom... $295
Lowa Men's... $167.99
Lowa Men's... $194.95
Soia & Kyo... $298.99
Lowa Men's... $329.95


## Loan Details

During round 2 of the paycheck protection program, Lehigh Valley Dermatology requested a PPP loan for $228,840.00. They were approved on 2/25/2021 by the SBA for an amount of $228,840.00. The loan was facilitated by Truist Bank D/b/a Branch Banking & Trust Co. Of the approved amount, Lehigh Valley Dermatology has received 100% of the approved amount.




| Approved | Disbursed |
|---|---|
| **$228,840.00** | **$228,840.00** |

Originating Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

Servicing Lender
**Truist Bank D/b/a Branch Banking & Trust Co**

SBA Code
**303**

## Demographics




Royal Robbins Women's Switchform Waterproof Trench $145.99
Helly Hansen Women's Moss Rain Coat $110
Filson Women's Moorcroft Jacket $395
$

LLC Reading Dermatology Associates Pc

Offices of Physicians (except Mental Health Specialists)

$477,300.00

PPP Loan Number 5420207005

Flag Loan

This loan was approved on 4/5/2020, and has been fully repaid.

The SBA forgave $480,084.00 of this loan on 11/12/2020.

## Company Overview




**Reading Dermatology Associates Pc**

**3317 Penn Ave**
**West Lawn, PA 19609-1436**

Reading Dermatology Associates Pc is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 3317 Penn Ave West Lawn, PA 19609-1436 with 35 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **35** | **$65,458.00 /yr** | **Limited Liability Company(LLC)** |

| | | |
|---|---|---|
| Allani Women's Step 'N Flex Voyage Wed... | Allani Women's Step 'N Flex Jeules Pum... | Style & Co Seleeney Wedge San |
| **$34.65** | **$34.75** | **$35.70** |
| Sam Edelman Women's Cammi Kiltie Tail... | Style & Co Phillys Two-Piece Evening Sa... | Mango Women's Jewel |
| **$150** | **$48.65** | **$119.99** |
| Allani Men's Quincy Cap-Toe Lace-Up Sh... | Allani Women's Step 'N Flex Babbsy Poin... | Allani Men's Jonah Che |
| **$30** | **$34.75** | **$25.93** |

## Loan Details

During round 1 of the paycheck protection program, Reading Dermatology Associates Pc requested a PPP loan for $477,300.00. They were approved on 4/5/2020 by the SBA for an amount of $477,300.00. The loan was facilitated by Mid Penn Bank. Of the approved amount, Reading Dermatology Associates Pc has received 100% of the approved amount.




Approved
**$477,300.00**

Disbursed
**$477,300.00**

Originating Lender
**Mid Penn Bank**

Servicing Lender
**Mid Penn Bank**

SBA Code
**303**

Demographics

CREGER00391

LLC Reading Dermatology Associates Pc

Offices of Physicians (except Mental Health Specialists)

$393,500.00

PPS Loan Number 7829488401

Flag Loan

This loan was approved on 2/12/2021 and has been fully disbursed.

## Company Overview




**Reading Dermatology Associates Pc**

**3317 Penn Ave**
**West Lawn, PA 19609-1436**

Reading Dermatology Associates Pc is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 3317 Penn Ave West Lawn, PA 19609-1436 with 30 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 30 | $62,960.00 /yr | Limited Liability Company(LLC) |


PUMA Snow Tiger Wide Leg Women's Pants in White, Size L

$80


## Loan Details

During round 2 of the paycheck protection program, Reading Dermatology Associates Pc requested a PPP loan for $393,500.00. They were approved on 2/12/2021 by the SBA for an amount of $393,500.00. The loan was facillitated by Mid Penn Bank. Of the approved amount, Reading Dermatology Associates Pc has received 100% of the approved amount.




Approved
**$393,500.00**

Disbursed
**$393,500.00**

Originating Lender
**Mid Penn Bank**

Servicing Lender
**Mid Penn Bank**

SBA Code
**303**

## Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|

CREGER00392

Search Public Records

Ads by Google

Stop seeing this ad Why this ad?




**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

### PPP Loan Data — Waccamaw Dermatology, LLC, *Myrtle Beach, SC*

# Waccamaw Dermatology, LLC

## Entity: Limited Liability Company (LLC) (Business legal structure)

## Industry: Offices of Physicians (except Mental Health Specialists)

## Location: Myrtle Beach, SC

Tweet This • Search All PPP Data

Waccamaw Dermatology, LLC is a limited liability company (LLC) located at 917 Medical Circle in Myrtle Beach, South Carolina that received a Coronavirus-related PPP loan from the SBA of **$355,883.00** in April, 2020.

# $ PPP Loan Information

Loan #3955537105

**Loan Size:**

**$355,883**

**Loan Approved:**

2020-04-12

**Lender:**

SouthState Bank, National Association

**Jobs Retained:**

37

**Loan Status:**

**Paid in Full or Forgiven**

**Waccamaw Dermatology, LLC** in Myrtle Beach, SC received a Paycheck Protection Loan of **$355,883** through SouthState Bank, National Association, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in November, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs.** However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Waccamaw Dermatology, LLC's 2019 payroll expenses are estimated to be at least **$1.71M.**

Based on their reported 37 jobs retained, this equals an estimated average yearly compensation of **$46,169 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Waccamaw Dermatology, LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $355,883

# Business Information - Waccamaw Dermatology, LLC in Myrtle Beach, SC

CREGER00394

Other Germain Dermatology Associates, Pa
Offices of Physicians (except Mental Health Specialists)

$608,360.00
PPP Loan Number 7031847004

Flag Loan

This loan was approved on 4/7/2020, and has been fully repaid.

The SBA forgave $613,700.00 of this loan on 2/25/2021.

Company Overview




**Germain Dermatology Associates, Pa**

**612 Seacoast Pkwy**
**Mount Pleasant, SC 29464-8247**

Germain Dermatology Associates, Pa is a Offices of Physicians (except Mental Health Specialists) Professional Association located at 612 Seacoast Pkwy Mount Pleasant, SC 29464-8247 with 50 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **50** | **$58,403.00 /yr** | **Professional Association** |


SHOP NOW

SHOP NOW

SHOP NOW


Loan Details

During round 1 of the paycheck protection program, Germain Dermatology Associates, Pa requested a PPP loan for $608,360.00. They were approved on 4/7/2020 by the SBA for an amount of $608,360.00. The loan was facilitated by Affinity Bank. Of the approved amount, Germain Dermatology Associates, Pa has received 100% of the approved amount.




Approved
**$608,360.00**

Disbursed
**$608,360.00**

Originating Lender
**Affinity Bank**

Servicing Lender
**Affinity Bank**

SBA Code
**464**

Demographics

CREGER00395

S-Corp

## Lowcountry Dermatology Associates

Offices of Physicians (except Mental Health Specialists)

$114,300.00

PPP Loan Number 6863437106

Flag Loan

This loan was approved on 4/14/2020, and has been fully repaid.

The SBA forgave $115,332.00 of this loan on 3/15/2021.

### Company Overview

View on Google Maps




**Lowcountry Dermatology Associates**

**8 Farmfield Ave**
**Charleston, SC 29407-7779**

Lowcountry Dermatology Associates is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 8 Farmfield Ave Charleston, SC 29407-7779 with 13 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 13 | $42,203.00 /yr | Subchapter S Corporation |

Ad Choices




### Loan Details

During round 1 of the paycheck protection program, Lowcountry Dermatology Associates requested a PPP loan for $114,300.00. They were approved on 4/14/2020 by the SBA for an amount of $114,300.00. The loan was facilitated by Pnc Bank, National Association. Of the approved amount, Lowcountry Dermatology Associates has received 100% of the approved amount.




Approved
**$114,300.00**

Disbursed
**$114,300.00**

Originating Lender
**Pnc Bank, National Association**

Servicing Lender
**Pnc Bank, National Association**

SBA Code
**464**

CREGER00396

### Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| Unanswered | Unknown/NotStated | Unanswered | Unanswered |

S-Corp

Lowcountry Dermatology Associates Pa

Offices of Physicians (except Mental Health Specialists)

$144,510.00

PPS Loan Number 7372028304

Flag Loan

This loan was approved on 1/28/2021 and has been fully disbursed.

## Company Overview




**Lowcountry Dermatology Associates Pa**

**8 Farmfield Ave Ste D**
**Charleston, SC 29407-7779**

Lowcountry Dermatology Associates Pa is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 8 Farmfield Ave Ste D Charleston, SC 29407-7779 with 14 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 14 | $49,545.00 /yr | Subchapter S Corporation |


Ad Choices





## Loan Details

During round 2 of the paycheck protection program, Lowcountry Dermatology Associates Pa requested a PPP loan for $144,510.00. They were approved on 1/28/2021 by the SBA for an amount of $144,510.00. The loan was facilitated by Pnc Bank, National Association. Of the approved amount, Lowcountry Dermatology Associates Pa has received 100% of the approved amount.




Approved
**$144,510.00**

Disbursed
**$144,510.00**

Originating Lender
**Pnc Bank, National Association**

Servicing Lender
**Pnc Bank, National Association**

SBA Code
**464**

## Demographics

CREGER00397

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| Unanswered | Unknown/NotStated | Unanswered | Unanswered |

C-Corp Spartanburg Dermatology And Skin Surgery Clinic Pc

Offices of Physicians (except Mental Health Specialists)

$238,127.00

PPP Loan Number 7405657001

Flag Loan

This loar 20, and has been fully repaid.

The SBA 'this loan on 12/28/2020.

×

Company Overview




**Spartanburg Dermatology And Skin Surgery Clinic Pc**

**2020 North Church Place**
**Spartanburg, SC 29303**

*Spartanburg Dermatology And Skin Surgery Clinic Pc* is a Offices of Physicians (except Mental Health Specialists) Corporation located at 2020 North Church Place Spartanburg, SC 29303 with 22 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 22 | $41,564.00 /yr | Corporation |


Ad Choices

Learn more


Loan Details

During round 1 of the paycheck protection program, Spartanburg Dermatology And Skin Surgery Clinic Pc requested a PPP loan for $238,127.00. They were approved on 4/7/2020 by the SBA for an amount of $238,127.00. The loan was facilitated by The Park National Bank. Of the approved amount, Spartanburg Dermatology And Skin Surgery Clinic Pc has received 100% of the approved amount.




Approved
**$238,127.00**

Disbursed
**$238,127.00**

Originating Lender
**The Park National Bank**

Servicing Lender
**The Park National Bank**

SBA Code
**464**

CREGER00398

Demographics



| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|

C-Corp The Dermatology Group
Offices of Physicians (except Mental Health Specialists)

$331,678.00
PPP Loan Number 4381407204

Flag Loan

This loan was approved on 4/27/2020, and has been fully repaid.

The SBA forgave $335,686.00 of this loan on 7/15/2021.

Company Overview




**The Dermatology Group**

**1709 Barnwell St**
**Columbia, SC 29201**

The Dermatology Group is a Offices of Physicians (except Mental Health Specialists) Corporation located at 1709 Barnwell St Columbia, SC 29201 with 28 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 28 | $56,859.00 /yr | Corporation |


PRICE DROP

Complete your collection
eBay


Loan Details

During round 1 of the paycheck protection program, The Dermatology Group requested a PPP loan for $331,678.00. They were approved on 4/27/2020 by the SBA for an amount of $331,678.00. The loan was facilitated by Td Bank, National Association. Of the approved amount, The Dermatology Group has received 100% of the approved amount.




Approved
**$331,678.00**

Disbursed
**$331,678.00**

Originating Lender
**Td Bank, National Association**

Servicing Lender
**Td Bank, National Association**

SBA Code
**464**

CREGER00399

Demographics


START NOW

3 Easy Steps:
1. Click 'Start Now'
2. Download on our website!
3. Get access to Wave Brows

C-Corp Dermatology And Skin Cancer Center Of South Carolina, P.c.

Offices of Physicians (except Mental Health Specialists)

$181,209.00

PPP Loan Number 9581217007

Flag Loan

This loan was approved on 4/9/2020, and has been fully repaid.

The SBA forgave $182,927.00 of this loan on 3/31/2021.

Company Overview




**Dermatology And Skin Cancer Center Of South Carolina, P.c.**

**35 Green Pond Rd**
**Rockaway, NJ 07866-2013**

Dermatology And Skin Cancer Center Of South Carolina, P.c. is a Offices of Physicians (except Mental Health Specialists) Corporation located at 35 Green Pond Rd Rockaway, NJ 07866-2013 with 18 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 18 | $48,322.00 /yr | Corporation |

Chaco Wom... $99.95
Filson Wom... $395
Fjallraven... $406.99
KEEN Men'... $179.95
Sola & Kyo... $298.99
Lowa Men's Zeph... $194.95
Barbour Wo... $199.95
Asolo Men's... $349.95
Lowa Wome... $244.95
Eddie Bauer... $49
Royal Robbi... $145.99
Pendleton P... $269
Sola & Kyo... $394.99
Filson Wom... $295
Helly Hanse... $125
Lowa Men's... $209.95

Loan Details

During round 1 of the paycheck protection program, Dermatology And Skin Cancer Center Of South Carolina, P.c. requested a PPP loan for $181,209.00. They were approved on 4/9/2020 by the SBA for an amount of $181,209.00. The loan was facillitated by Columbia Bank. Of the approved amount, Dermatology And Skin Cancer Center Of South Carolina, P.c. has received 100% of the approved amount.




Approved
**$181,209.00**

Disbursed
**$181,209.00**

Originating Lender
**Columbia Bank**

Servicing Lender
**Columbia Bank**

SBA Code
**299**

CREGER00400

C-Corp

Dermatology And Skin Cancer Center Of South Carolina, P.c.

Offices of Physicians (except Mental Health Specialists)

$201,589.00

PPS Loan Number 7331908508

Flag Loan

This loan was approved on 3/5/2021 and has been fully disbursed.

## Company Overview




**Dermatology And Skin Cancer Center Of South Carolina, P.c.**

**35 Green Pond Rd**
**Rockaway, NJ 07866-2052**

Dermatology And Skin Cancer Center Of South Carolina, P.c. is a Offices of Physicians (except Mental Health Specialists) Corporation located at 35 Green Pond Rd Rockaway, NJ 07866-2052 with 21 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| **21** | **$46,077.00 /yr** | **Corporation** |

Shop Now

Shop Now

Shop Now

Shop Now

## Loan Details

During round 2 of the paycheck protection program, Dermatology And Skin Cancer Center Of South Carolina, P.c. requested a PPP loan for $201,589.00. They were approved on 3/5/2021 by the SBA for an amount of $201,589.00. The loan was facillitated by Columbia Bank. Of the approved amount, Dermatology And Skin Cancer Center Of South Carolina, P.c. has received 100% of the approved amount.




Approved
**$201,589.00**

Disbursed
**$201,589.00**

Originating Lender
**Columbia Bank**

Servicing Lender
**Loan Source Incorporated**

SBA Code
**299**

## Demographics

CREGER00401

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| Unanswered | Unknown/NotStated | Unanswered | Unanswered |

S-Corp

Skin Cancer Center, Pa

Offices of Physicians (except Mental Health Specialists)

$241,300.00

PPP Loan Number 2567767108

Flag Loan

This loan was approved on 4/10/2020, and has been fully repaid.

The SBA forgave $244,110.00 of this loan on 6/15/2021.

Company Overview




**Skin Cancer Center, Pa**

**1409 N Fant Street**
**Anderson, SC 29621-4825**

Skin Cancer Center, Pa is a Offices of Physicians (except Mental Health Specialists) Subchapter S Corporation located at 1409 N Fant Street Anderson, SC 29621-4825 with 28 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 28 | $41,366.00 /yr | Subchapter S Corporation |


PUMA Jada Women's Sneakers in Black/Silver,... $39.99

PUMA x LIBERTY Women's Rain Jacket in Black/Flo... $275

PUMA Jada Women's Sneakers in White/Silver,... $39.99

PUMA Velocity NITRO 2 Men's Running Shoes in F... $120

PUMA x AMI Graphic Women's T-Shirt in Black,... $70

PUMA x AMI Wide Women's Pants in Orange... $125

PUMA x LI Women's F


Loan Details

During round 1 of the paycheck protection program, Skin Cancer Center, Pa requested a PPP loan for $241,300.00. They were approved on 4/10/2020 by the SBA for an amount of $241,300.00. The loan was facilitated by First-citizens Bank & Trust Company. Of the approved amount, Skin Cancer Center, Pa has received 100% of the approved amount.




| Approved | Disbursed |
|---|---|
| $241,300.00 | $241,300.00 |

Originating Lender
**First-citizens Bank & Trust Company**

Servicing Lender
**First-citizens Bank & Trust Company**

SBA Code
464

Demographics

CREGER00402



$174.99

Other

The Skin Wellness Center Pc

Offices of Physicians (except Mental Health Specialists)

$638,000.00

PPP Loan Number 4667097006

Flag Loan

This loan was approved on 4/4/2020, and has been fully repaid.

The SBA forgave $643,193.00 of this loan on 1/28/2021.

Company Overview




**The Skin Wellness Center Pc**

**10215 Kingston Pike Suite 200**
**Knoxville, TN 37922-3222**

The Skin Wellness Center Pc is a Offices of Physicians (except Mental Health Specialists) Professional Association located at 10215 Kingston Pike Suite 200 Knoxville, TN 37922-3222 with 57 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 57 | $53,726.00 /yr | Professional Association |

Complete yc
collection
eBay

Loan Details

During round 1 of the paycheck protection program, The Skin Wellness Center Pc requested a PPP loan for $638,000.00. They were approved on 4/4/2020 by the SBA for an amount of $638,000.00. The loan was facillitated by Mountain Commerce Bank. Of the approved amount, The Skin Wellness Center Pc has received 100% of the approved amount.




Approved
**$638,000.00**

Disbursed
**$638,000.00**

Originating Lender
**Mountain Commerce Bank**

Servicing Lender
**Mountain Commerce Bank**

SBA Code
**474**

Demographics



Aisles & Aisles of Styles
At Home

## PPP Loan Data — Betty Rajan MD PLLC, *Fort Worth, TX*

# Betty Rajan MD PLLC

Entity: Limited Liability Company (LLC) (Business legal structure)

Industry: Offices of Physicians (except Mental Health Specialists)

Location: Fort Worth, TX

Tweet This • Search All PPP Data

Betty Rajan MD PLLC is a limited liability company (LLC) located at 6600 Bryant Irvin Road in Fort Worth, Texas that received a Coronavirus-related PPP loan from the SBA of **$155,000.00** in April, 2020.

## $ PPP Loan Information

Loan #2469337104

**Loan Size:**

**$155,000**

**Jobs Retained:**

14

**Loan Approved:**

2020-04-10

**Loan Status:**

Ongoing Loan

**Lender:**

PNC Bank, National Association

**Betty Rajan MD PLLC** in Fort Worth, TX received a Paycheck Protection Loan of $155,000 through PNC Bank, National Association, which was approved in April, 2020.

This loan has been disbursed by the lender and has not yet been fully repaid or forgiven. The exact status of ongoing loans is not released by the SBA.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and*

The Scene That Ended Harvey

Harvey will Not Return To "Family Feud"

Your Money Magic

Based on their reported 14 jobs retained, this equals an estimated average yearly compensation of $53,143 per employee[1]

## Reported PPP Proceed Usage:

On the PPP application, Betty Rajan MD PLLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $116,250
- Utilities: $19,375
- Rent: $19,375

## Business Information - Betty Rajan MD PLLC in Fort Worth, TX




**Betty Rajan MD PLLC**
6600 Bryant Irvin Road
Fort Worth, TX 76132

**Business Industry:**
Offices of Physicians (except Mental Health Specialists)
*NAICS code 621111*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

The Scene That Ended Harvey
Harvey will Not Return To "Family Feud"
Your Money Magic

United Dermatology Associates Of Burleson Pllc

Offices of Physicians (except Mental Health Specialists)

$87,000.00

PPP Loan Number 3198317307

Flag Loan

This loan was approved on 4/29/2020 and has been fully disbursed.

## Company Overview




**United Dermatology Associates Of Burleson Pllc**

**780 Ne Alsbury Blvd Ste B**
**Burleson, TX 76028**

United Dermatology Associates Of Burleson Pllc is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 780 Ne Alsbury Blvd Ste B Burleson, TX 76028 with 6 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 6 | **$68,000.00 /yr** | **Limited Liability Company(LLC)** |

## Loan Details

During round 1 of the paycheck protection program, United Dermatology Associates Of Burleson Pllc requested a PPP loan for $87,000.00. They were approved on 4/29/2020 by the SBA for an amount of $87,000.00. The loan was facilitated by Bbva Usa. Of the approved amount, United Dermatology Associates Of Burleson Pllc has received 100% of the approved amount.




Approved
**$87,000.00**

Disbursed
**$87,000.00**

Originating Lender
**Bbva Usa**

Servicing Lender
**Bbva Usa**

SBA Code
**610**

## Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|

CREGER00406

Co-op Absolute Dermatology & Medi Spa, Pa
Offices of Dentists

$62,541.00
PPP Loan Number 3046667308

Flag Loan

This loan was approved on 4/29/2020, and has been fully repaid.

The SBA forgave $63,220.00 of this loan on 5/27/2021.

Company Overview




**Absolute Dermatology & Medi Spa, Pa**

**1103 Cypress Creek Rd Ste 100**
**Cedar Park, TX 78613**

Absolute Dermatology & Medi Spa, Pa is a Offices of Dentists Tenant in Common located at 1103 Cypress Creek Rd Ste 100 Cedar Park, TX 78613 with 5 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 5 | **$60,039.00 /yr** | **Tenant in Common** |

XANDEI

RORY

TONY

Loan Details

During round 1 of the paycheck protection program, Absolute Dermatology & Medi Spa, Pa requested a PPP loan for $39,824.00. They were approved on 4/29/2020 by the SBA for an amount of $62,541.00. The loan was facilitated by Bbva Usa. Of the approved amount, Absolute Dermatology & Medi Spa, Pa has received 100% of the approved amount.




Approved
**$62,541.00**

Disbursed
**$62,541.00**

Originating Lender
**Bbva Usa**

Servicing Lender
**Bbva Usa**

SBA Code
**681**

Demographics

CREGER00407

LLC South Texas Skin Cancer Center, LLC
Offices of Physicians (except Mental Health Specialists)

$230,600.00
PPP Loan Number 5861707106

Flag Loan

This loan was approved on 4/14/2020 and has been fully disbursed.

## Company Overview




© 2022 Google

**South Texas Skin Cancer Center, LLC**

**2632 Broadway St**
**San Antonio, TX 78215-1137**

South Texas Skin Cancer Center, LLC is a Offices of Physicians (except Mental Health Specialists) Limited Liability Company(LLC) located at 2632 Broadway St San Antonio, TX 78215-1137 with 13 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 13 | $85,145.00 /yr | Limited Liability Company(LLC) |

XANDEI

RORY

JORD/
RESURGEI

## Loan Details

During round 1 of the paycheck protection program, South Texas Skin Cancer Center, LLC requested a PPP loan for $230,600.00. They were approved on 4/14/2020 by the SBA for an amount of $230,600.00. The loan was facilitated by Frost Bank. Of the approved amount, South Texas Skin Cancer Center, LLC has received 100% of the approved amount.




Approved
**$230,600.00**

Disbursed
**$230,600.00**

Originating Lender
**Frost Bank**

Servicing Lender
**Frost Bank**

SBA Code
**681**

## Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|

**CREGER00408**

Other

Dermatology Of East Texas, P.a.

Offices of Physicians (except Mental Health Specialists)

$112,906.00

PPP Loan Number 9992447000

Flag Loan

This loan was approved on 4/9/2020, and has been fully repaid.

The SBA forgave $113,581.00 of this loan on 11/12/2020.

## Company Overview




**Dermatology Of East Texas, P.a.**

**909 E Southeast Loop 323 Ste 110**
**Tyler, TX 75701-0400**

Dermatology Of East Texas, P.a. is a Offices of Physicians (except Mental Health Specialists) Professional Association located at 909 E Southeast Loop 323 Ste 110 Tyler, TX 75701-0400 with 11 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 11 | $49,268.00 /yr | Professional Association |

Loan Details

During round 1 of the paycheck protection program, Dermatology Of East Texas, P.a. requested a PPP loan for $112,906.00. They were approved on 4/9/2020 by the SBA for an amount of $112,906.00. The loan was facilitated by Texas Bank And Trust Company. Of the approved amount, Dermatology Of East Texas, P.a. has received 100% of the approved amount.

Payroll
Rent
Utilities
Mortgage Interest
EIDL
Healthcare
Debt Interest



Approved
**$112,906.00**

Disbursed
**$112,906.00**

Originating Lender
**Texas Bank And Trust Company**

Servicing Lender
**Texas Bank And Trust Company**

SBA Code
610

Demographics

CREGER00409



$59.99 $75 $104.30 $36.99 $126.99 $

Aspen Dermatology
Offices of Physicians (except Mental Health Specialists)

$294,000.00
PPP Loan Number 7231457010

Flag Loan

This loan was approved on 4/7/2020, and has been fully repaid.

The SBA forgave $295,674.00 of this loan on 11/5/2020.

## Company Overview




**Aspen Dermatology**

**114 E 800 N**
**Spanish Fork, UT 84660-1209**

Aspen Dermatology is a Offices of Physicians (except Mental Health Specialists) Partnership located at 114 E 800 N Spanish Fork, UT 84660-1209 with 20 employees.




| # of employees | Average salary | Business type |
|---|---|---|
| 20 | $70,560.00 /yr | Partnership |

## Loan Details

During round 1 of the paycheck protection program, Aspen Dermatology requested a PPP loan for $294,000.00. They were approved on 4/7/2020 by the SBA for an amount of $294,000.00. The loan was facillitated by Rock Canyon Bank. Of the approved amount, Aspen Dermatology has received 100% of the approved amount.




Approved
**$294,000.00**

Disbursed
**$294,000.00**

Originating Lender
**Rock Canyon Bank**

Servicing Lender
**Rock Canyon Bank**

SBA Code
**883**

## Demographics

CREGER00410


Steve Madden Lantir Newspaper-Print Sandals
$69.99
29% off