IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al.*, | ) | |
| Defendants. | ) | |

**_EX PARTE_ MOTION OF THE UNITED STATES FOR AN ORDER TO PARTIALLY LIFT THE SEAL**

Pursuant to 31 U.S.C. § 3730(b)(3), as amended, the United States of America ("United States") moves for an *ex parte* order to partially lift the seal in this action. This motion is submitted so that the United States may disclose the allegations raised by Relator and provide a copy of the Complaint in this matter, or a subset of information contained therein, to Defendants and their counsel. The United States further requests that the Complaint and all other filings otherwise remain under seal through the September 12, 2022, extension and seal period as previously ordered by the Court. A proposed Order is being filed contemporaneously with this Motion.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMIE YAVELBERG
COLIN HUNTLEY
MARIE V. BONKOWSKI
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-6833

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2022, a copy of the foregoing was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via email on the following:

Tony Hullender
Deputy Attorney General
Office of the Tennessee Attorney General
John Sevier Building, 3rd Floor
500 Dr. Martin L. King, Jr. Blvd.,
Nashville, Tennessee 37243
Email: tony.hullender@ag.tn.gov

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Relator and Defendants have not been served with copies of the foregoing Motion.

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney