IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; AND TEXAS; *ex rel.*, DANIEL W. CREGER<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE DERMATOLOGY LLC, *et al.*,<br><br>Defendants. | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |

**ORDER**

Upon consideration of the *Ex Parte* Motion of the United States for an Order to Partially Lift the Seal, and for good cause shown,

IT IS HEREBY ORDERED that at the discretion of the United States, the United States may disclose the allegations raised by Relator Daniel Creger and provide a copy of the complaint and any amended complaints subsequently filed to Defendants and their counsel.

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

William L. Campbell, Jr.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE