**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, STATES OF CALIFORNIA,** *et al., ex rel.,* **DANIEL CREGER,** | ) | |
| **Plaintiffs,** | ) | **NO. 3:20-cv-00592** |
| **v.** | ) | **JUDGE CAMPBELL** |
| **PINNACLE DERMATOLOGY LLC,** *et al.,* | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is the United States' and the Plaintiff States' joint *ex parte* motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time in which to determine whether the intervene in the above-captioned action. (Doc. No. 40). Through the motion, the United States and the Plaintiff States seek an additional six months, from March 13, 2023, up to and including September 13, 2023, to determine whether to intervene.

The Court notes that this is the sixth extension of time to determine whether to intervene. By September 2023, the United States and the Plaintiff States will have had three years in which to investigate the claims in the Complaint, which should be sufficient time to decide whether to take over the prosecution or allow the case to proceed with Relator conducting the litigation.

The Motion for Extension of Time to Consider Intervention (Doc. No. 40) is **GRANTED** and the United States and the Plaintiff States shall have until September 13, 2023, to notify the Court of their decision regarding intervention. However, further requests for extension will require a very strong showing of good cause.

The Complaint and all other filings shall remain under seal until September 13, 2023, or until further order of the Court.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE