**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA; FLORIDA, GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and, TEXAS, ex rel DANIEL W. CREGER, | * * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL CASE NO.: 3:20-cv-00592 |
| PINNACLE DERMATOLOGY; SKINCURE ONCOLOGY, LLC; CHAD A. ECKES; CHICAGO PACIFIC FOUNDERS; MARY TOLAN; DR. JOSE RIOS; DR. PAULA LAPINSKI; KERWIN J. BRANDT; DR. DANIEL LADD; KRISTA HATCHER; VANCE VARNIER, STEVEN B. BONNER; STEVEN L. SCOTT; L. PETER SMITH; CAPX PARTNERS; JEFFREY S. PREFFER; FOUNTAIN PARTNERS, D/B/A SEACOAST CAPITAL; TOM CARTER, JOHN VAN HOOSER; BAYPINE LP; JOEL HACKNEY; ANJAN MUKHERJEE; WAN LING MARTELLO; ANDREW GOLDFARB;ET AL; | * * * * * * * * * * * * * * | JUDGE: W. L. Campbell, Jr.<br><br>**JURY TRIAL DEMANDED**<br><br>**TO BE FILED IN CAMERA AND UNDER SEAL**<br>DO NOT PUT IN PRESS BOX<br>DO NOT ENTER ON PACER<br>DO NOT MAKE PUBLIC |

---

**MOTION REQUESTING SEALED DOCUMENTS**

Comes Relator and Plaintiff, Daniel W. Creger, ("Creger"), and requests, pursuant to this Court's Administrative Order 198, an Order directing the Clerk of Court to provide him and United States counsel of record with electronic copies of the current docket sheet, together with

the following three sets of date stamped, sealed documents previously filed in this matter: (1) the Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020; (2) the redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020; and, (3) the Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022.

In support of his motion, Creger states the following:

1. This Court entered Administrative Order No.: 198, on July 6, 2018, to provide an orderly procedure for party's, upon good cause shown, with Court discretion and oversight, to obtain a Court Order directing the Clerk of Court to provide counsel with date stamped copies of documents filed under seal, while protecting the confidentiality of such documents.

2. The present case is a complex matter, involving claims of Medicare Fraud, PPP Loan Fraud and Illinois Sales Tax Fraud, and conspiracy, brought against over 400 defendants under the False Claims Act.

3. Creger has recently learned that three other lawsuits alleging recovery under the False Claims Act against one or more defendants sued in this case, have been filed: one in the Western District of North Carolina, one in the Middle District of Florida and one in the Southern District of Florida. The complaints in those lawsuits, and the legal theories pleaded, remain under seal and pending, and have not been seen by Creger or his counsel.

4. Whether or not Creger is First-To-File under the False Claims Act for each of the legal theories he has pleaded and as to each of the defendants he has sued, will be major issues in this case and the three related cases pending. To establish the dates he filed each legal issue and when he filed against each defendant, require that Creger have date stamped copies of the Original Complaint, the Redacted Complaint and the Amended Complaint, each with their attached

exhibits. He filed against two different groups of defendants at two different times: one group with the Original and Redacted Complaint and a second group with the Amended Complaint. Also, Creger filed his PPP Loan fraud claim with the Amended Complaint.

5. Creger anticipates that the United States will shortly request a partial lifting of the seals in each jurisdiction involving related False Claims Act complaints. The United States will then share copies of each of the different complaints with counsel for plaintiff's in each of the related False Claims Act cases. The United States will require date stamped copies of the pleadings Creger is requesting, to share such with counsel in the three related cases. The United States has requested that Creger obtain date stamped copies of such pleadings, which this motion seeks, which Creger believes will assist the United States in handling this case and the three related cases pending in North Carolina and Florida.

WHEREFORE, the premises considered, Relator, Daniel W. Creger, requests an Order directing the Clerk of Court, pursuant to Administrative Order 198, to provide Creger's counsel, Trevor W. Howell and Ray M. Thompson, and United States counsel of record, Marie V. Bonkowski and Wynn M. Shufford, with an electronic copy of the current Docket Sheet for this case, Civil Case No.: 3:20-cv-00592 and electronic copies of the following date stamped documents, presently under seal:

(1) The Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020;

(2) The redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020;

(3) The Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022.

Respectfully submitted,
Attorneys for Relator,
By: */s/ Trevor W. Howell*
Trevor W. Howell, # 9496
HOWELL LAW FIRM PLLC
P. O. Box 158511
Nashville, TN 37215
(615) 406-141trevor@howelllawfirmllc.com

Ray M. Thompson (Trial Counsel)
Attorney at Law
P. O. Box 81177
Mobile, AL 36689-1177
(251) 432-0055
seapitch@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have on May 10, 2023, served a copy of the foregoing motion, under seal, on counsel of record by filing it electronically with the Clerk of Court using this Court's electronic filing system and abiding by its requirements for filing documents under seal.

By: */s/ Trevor W. Howell*
Trevor W. Howell, # 9496