**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA; FLORIDA, GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and, TEXAS, ex rel DANIEL W. CREGER, | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL CASE NO.: 3:20-cv-00592 |
| PINNACLE DERMATOLOGY; SKINCURE ONCOLOGY, LLC; CHAD A. ECKES; CHICAGO PACIFIC FOUNDERS; MARY TOLAN; DR. JOSE RIOS; DR. PAULA LAPINSKI; KERWIN J. BRANDT; DR. DANIEL LADD; KRISTA HATCHER; VANCE VARNIER, STEVEN B. BONNER; STEVEN L. SCOTT; L. PETER SMITH; CAPX PARTNERS; JEFFREY S. PREFFER; FOUNTAIN PARTNERS, D/B/A SEACOAST CAPITAL; TOM CARTER, JOHN VAN HOOSER; BAYPINE LP; JOEL HACKNEY; ANJAN MUKHERJEE; WAN LING MARTELLO; ANDREW GOLDFARB;ET AL; | * | JUDGE: W. L. Campbell, Jr.<br><br>**JURY TRIAL DEMANDED**<br><br>**TO BE FILED IN CAMERA AND UNDER SEAL**<br>DO NOT PUT IN PRESS BOX<br>DO NOT ENTER ON PACER<br>DO NOT MAKE PUBLIC |

---

**ORDER**

This matter comes before the Court on the motion of Plaintiff, Daniel W. Creger, who requests an Order directing the Clerk of Court to provide him and United States

counsel of record with electronic copies of the current docket sheet, together with: (1) the Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020; (2) the redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020; and, (3) the Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022.

Creger's motion relies upon this Court's Administrative Order No.: 198, which provides an orderly procedure for a party, upon motion, with good cause shown, to obtain a Court Order directing the Clerk of Court to provide date stamped copies of documents filed under seal, while protecting the confidentiality of such documents.

The Court is satisfied that the present case is a complex matter, involving claims of Medicare Fraud, PPP Loan Fraud and Illinois Sales Tax Fraud, and conspiracy, brought against over 400 defendants under the False Claims Act. Creger's motion states that three other related lawsuits alleging recovery against at least one of the defendants he has sued under the False Claims Act have been filed: one in the Western District of North Carolina, one in the Middle District of Florida and one in the Southern District of Florida. The complaints in those lawsuits, and the legal theories pleaded, remain under seal, undisclosed and pending.

Whether or not Creger is First-To-File under the False Claims Act for each of the legal theories he has pleaded and as to each of the defendants he has sued, will be major issues in this case and the three related cases pending in other jurisdictions. To establish the dates he filed each legal issue he pleaded and when he filed against each defendant,

reasonably require that Creger have date stamped copies of the Original Complaint, the Redacted Complaint and the Amended Complaint, each with exhibits.

Creger's motion further asserts that:

(1) he anticipates that the United States will shortly request a partial lifting of the seals in each jurisdiction involving related False Claims Act complaints and will then share copies of each of the different complaints with counsel for plaintiffs in the other related False Claims Act cases;

(2) the United States will require date stamped copies of the pleadings Creger is requesting, to share such with counsel in the three other related cases;.

(3) the United States has requested that Creger obtain date stamped copies of such pleadings, which his motion seeks and which Creger believes will assist the United States in handling this case and the three related False Claims Act cases pending.

The Court is satisfied that Creger has demonstrated good cause, under Administrative Order 198, for obtaining an electronic copy of the current Docket Sheet for this case, Civil Case No.: 3:20-cv-00592, and electronic, date stamped copies of the following documents, presently under seal:

(1) The Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020;

(2) The redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020;

(3) The Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022.

WHEREFORE, the premises considered, the Clerk of Court is hereby Ordered to provide Creger's counsel of record, Trevor W. Howell and Ray M. Thompson, and United States counsel of record, Marie V. Bonkowski and Wynn M. Shuford, with an electronic copy of the current Docket Sheet for this case, Civil Case No.: 3:20-cv-00592, and electronic, date stamped copies of the following documents, presently under seal:

(1) The Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020;

(2) The redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020;

(3) The Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022.

ORDERED, ADJUDGED AND DECREED, this __ day of ________, 2023.

__________________________________

William L. Campbell, Jr.
United States District Judge