**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, STATES OF CALIFORNIA,** *et al., ex rel.,* **DANIEL CREGER,** | ) | |
| **Plaintiffs,** | ) | **NO. 3:20-cv-00592** |
| **v.** | ) | **JUDGE CAMPBELL** |
| **PINNACLE DERMATOLOGY LLC,** *et al.,* | ) | |
| **Defendants.** | ) | |

# ORDER

Pending before the Court Plaintiff Daniel Cregor's Motion Requesting Sealed Documents. (Doc. No. 43). Through the Motion, Plaintiff requests an Order directing the Clerk of Court to provide him and United States counsel of record with electronic copies of the current docket sheet, together with: (1) the Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020; (2) the redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020; and, (3) the Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022. Plaintiff states that there are three related False Claims Act cases pending in other jurisdictions and whether he is first-to-file will be issues in this case the related cases. To establish the dates he filed each legal issue, he requests date-stamped copies of the Original Complaint, the Redacted Complaint, and the Amended Complaint. Plaintiff further states that the United States has requested he obtain date-stamped copies of these pleadings.

The Court is satisfied that Creger has demonstrated good cause, under Administrative Order 198, for obtaining an electronic copy of the current Docket Sheet for this case, Civil Case No. 3:20-cv-00592, and electronic, date-stamped copies of the specified documents.

Accordingly, the Clerk of Court shall provide Creger's counsel of record, Trevor W. Howell and Ray M. Thompson, and United States counsel of record, Marie V. Bonkowski and Wynn M. Shuford, with an electronic copy of the current Docket Sheet for this case, Civil Case No. 3:20-cv-00592, and electronic, date-stamped copies of the following documents, presently under seal:

(1) The Original Complaint, with exhibits, (Doc. No. 1), filed July 9, 2020;

(2) The redacted Original Complaint, with exhibits, (Doc. No. 15), filed October 20, 2020;

(3) The Amended Complaint, with exhibits, (Doc. No. 33), filed August 29, 2022.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE