IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and TEXAS *ex rel.*, DANIEL W. CREGER | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL |
| Plaintiffs, | ) | |
| v. | ) | **FILED UNDER SEAL** |
| PINNACLE DERMATOLOGY LLC, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF DECLINATION OF THE STATES OF TENNESSEE, CALIFORNIA, CONNECTICUT, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, NEW YORK, NORTH CAROLINA, AND TEXAS**

Pursuant to the Medicaid fraud statutes of the States of Tennessee, California, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Michigan, Minnesota, New York, North Carolina, and Texas (collectively referred to as the "States"), the States[1] notify the Court of their decision not to intervene in this action.

The States request that, should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the States before ruling or granting its approval.

Furthermore, the States request that all pleadings filed in this action be served upon the States and that orders issued by the Court be sent to the States' counsel. The States reserve their rights to order any deposition transcripts, to intervene in this action, for good cause, at a later date,

[1] Tennessee has been assigned as the coordinating state for this matter by the National Association of Medicaid Fraud Control Units and has authority to consent to declination on behalf of the States of California, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Michigan, Minnesota, New York, North Carolina, and Texas.

and to seek the dismissal of the relator's action or claim. The States also request that they be served with all notices of appeal.

Finally, the States request that the relator's Complaint, Amended Complaint, this Notice, and the attached proposed Order be unsealed. The States request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' and the named States' investigations, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed order accompanies this notice.

Respectfully submitted this **13th** day of **September, 2023**.

**On Behalf of the States:**

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*s/ John R. Glover*___________
John Ross Glover, BPR # 037772
Assistant Attorney General
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 253-1103
john.glover@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2023, a copy of the foregoing was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via email on the following:

Trevor W. Howell
Howell Law Firm PLLC
P.O. Box 158511
Nashville, TN 37215
Email: trevor@howelllawfirmllc.com

Ray M. Thompson
Attorney at Law
158 Congress Street
Mobile, AL 36603
Email: seapitch@bellsouth.net

Wynn M. Shuford
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov

*s/ John R. Glover*___________
JOHN ROSS GLOVER
ASSISTANT ATTORNEY GENERAL