IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; CONNECTICUT; FLORIDA; GEORGIA; ILLINOIS; INDIANA; LOUISIANA; MICHIGAN; MINNESOTA; NEW YORK; NORTH CAROLINA; TENNESSEE; and TEXAS *ex rel.*, DANIEL W. CREGER<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE DERMATOLOGY LLC, *et al.*,<br><br>Defendants. | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL<br><br>**FILED UNDER SEAL** |

**[PROPOSED] ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Notice of Declination of the States of Tennessee, California, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Michigan, Minnesota, New York, North Carolina, and Texas". This notice has been referred to the undersigned District Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the notice and the record, the Court will grant the notice.

The States of Tennessee, California, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Michigan, Minnesota, New York, North Carolina, and Texas (the "States"), having not intervened in this action pursuant to their respective Medicaid fraud statutes, the Court rules as follows:

**IT IS ORDERED, following the date of entry of an Order related to the declination or intervention decision by the United States, or the date of this Order, whichever comes later, that:**

1. The Complaint and Amended Complaint be unsealed and served upon the defendants by the Relators;
2. This Order and the States' Notice of Declination be unsealed and served upon the Defendants only after service of the Complaint;
3. The submissions at docket numbers 12, 20, 23, 26, 38, and 41 remain under seal and not be made public or served upon the Defendants, as the applicable Medicaid False Claims Acts expressly authorize these *in camera* filings to apprise the Court alone of the States' investigation;
4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States. The States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;
5. The parties shall serve all notices of appeal upon the States;
6. All orders of this Court will be sent to the States; and that
7. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the States before ruling or granting its approval.

IT IS SO ORDERED, this ________ day of _____________, 2023.

_________________________________
WILLIAM L. CAMPBELL, Jr.
UNITED STATES DISTRICT JUDGE