IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; *et al.*, *ex rel.*, DANIEL W. CREGER<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE DERMATOLOGY LLC, *et al.*,<br><br>Defendants. | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL<br><br>**FILED UNDER SEAL** |

**THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date,

and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to the Relator's Complaint, Amended Complaint, and as to all other contents of the Court file except for the following *in camera* submissions supporting the United States' requests for extensions of the intervention deadline: ECF Nos. 12, 20, 23, 26, 38, and 41. In discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing the Relator's allegations, these submissions were provided under § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See id*. § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

By: JAMIE YAVELBERG
COLIN HUNTLEY
MARIE V. BONKOWSKI
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section

P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-6833
Email: Marie.Bonkowski@usdoj.gov

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2023, a copy of the foregoing was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via email on the following:

Trevor W. Howell
Howell Law Firm PLLC
P.O. Box 158511
Nashville, TN 37215
Email: trevor@howelllawfirmllc.com

Ray M. Thompson
Attorney at Law
158 Congress Street
Mobile, AL 36603
Email: seapitch@bellsouth.net

John R. Glover
Office of the Tennessee Attorney General
John Sevier Building, 3rd Floor
100 West Dr. Martin L. King, Jr. Blvd., Suite 810
Nashville, Tennessee 37243
Email: john.glover@ag.tn.gov

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney