IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA; *et al.*, *ex rel.*, DANIEL W. CREGER<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE DERMATOLOGY LLC, *et al.*,<br><br>Defendants. | ) | CIVIL CASE No.: 3:20-cv-00592<br>JUDGE CAMPBELL<br><br>**FILED UNDER SEAL** |

**PROPOSED] ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint and Amended Complaint be unsealed and served upon the Defendants by the Relator;

2. This Order and the United States' Notice of Election to Decline Intervention be unsealed and served upon the Defendants only after service of the complaint;

3. The submissions at docket numbers 12, 20, 23, 26, 38, and 41 remain under seal and not be made public or served upon the Defendants, as 31 U.S.C. § 3730(b)(3) expressly authorizes these *in camera* filings to apprise the Court alone of the United States' investigation;

4. The seal be lifted as to all other contents of the Court's file and all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and that

8. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED, this ________ day of ______________, 2023.

______________________________________
WILLIAM L. CAMPBELL, Jr.
UNITED STATES DISTRICT JUDGE