**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, STATES OF CALIFORNIA,** *et al., ex rel.,* **DANIEL CREGER,** | ) | |
| **Plaintiffs,** | ) | **NO. 3:20-cv-00592** |
| **v.** | ) | **JUDGE CAMPBELL** |
| **PINNACLE DERMATOLOGY LLC,** *et al.,* | ) | |
| **Defendants.** | ) | |

**ORDER**

On September 13, 2023, the States of Tennessee, California, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Michigan, Minnesota, New York, North Carolina, and Texas (the "States") notified the Court of their decision not to intervene in this action. (Doc. No. 45). The following day, the United Stats filed a Notice of Election to Decline Intervention. (Doc. No. 46).

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the States having not intervened in this action pursuant to their respective Medicaid fraud statutes, the Court **ORDERS** as follows:

1. The Complaint and Amended Complaint be unsealed and served upon the Defendants by the Relator.

2. This Order, the United States' Notice of Election to Decline Intervention (Doc. No. 46), and the States' Notice of Declination (Doc. No. 45) be unsealed and served upon the Defendants only after service of the complaint.

3. The filings at Doc. Nos. 12, 20, 23, 26, 38, and 41 remain under seal and not be made public or served upon the Defendants, as 31 U.S.C. § 3730(b)(3) authorizes these *in camera* filings to apprise the Court of the United States' investigation.

4. All filings in this matter, except those filed at the docket entries listed in paragraph 3 shall be unsealed.

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). Pursuant to 31 U.S.C. § 3730(c)(3), the United States may order any deposition transcripts, and may intervene at a later date upon a showing of good cause.

6. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States. The States may order any deposition transcripts and may intervene at a later date upon a showing of good cause.

7. The parties shall serve all notices of appeal upon the United States and the States.

8. All orders of this Court shall be sent to the United States and the States.

9. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the States before ruling or granting its approval.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE