**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA;** | * | |
| **STATES OF CALIFORNIA;** | * | |
| **FLORIDA, GEORGIA; ILLINOIS;** | * | |
| **INDIANA; LOUISIANA; MICHIGAN;** | * | |
| **MICHIGAN; MINNESOTA;** | * | **CASE NO.: 3:20-cv-00592** |
| **NEW YORK; NORTH CAROLINA;** | * | |
| **TENNESSEE; and, TEXAS,** | * | **JUDGE: WILLIAM L. CAMPBELL, JR.** |
| ***ex rel* DANIEL W. CREGER,** | * | |
| | * | **MAGISTRATE JUDGE:** |
| **Plaintiffs,** | * | |
| **v.** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **PINNACLE DERMATOLOGY LLC;** | * | |
| **ET AL.,** | * | |
| | * | |
| **Defendants.** | * | |

**MOTION TO WITHDRAW AS COUNSEL FOR RELATOR, DANIEL W. CREGER**

COME NOW Trevor W. Howell ("Howell") and Ray M. Thompson ("Thompson"), Counsel for Relator ("Counsel"), and pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Code of Professional Responsibility, move this Court allowing them to withdraw their appearance in this action as counsel of record for Relator, Daniel W. Creger (hereinafter referred to as "Relator" or "Creger").

In support of this Motion, Counsel state the following:

1) On September 19, 2023, Creger threatened to sue Howell and Thompson if his *qui tam* fraud claims against the Defendants were not pursued. Such threats caused Howell and Thompson to put their malpractice carriers on notice of Creger's possible legal action against them.

2) Also, on September 19, 2023, Creger accused Howell and Thompson of dishonesty and failing to act in his best interest.

3) Creger has requested that Howell and Thompson take actions, which conflict with their professional judgment, including prosecuting his *qui tam* fraud claims, after the United States Department of Justice advised Creger and Counsel that the United States would not support such claims. Furthermore, Creger has requested that Howell and Thompson disclose information that the Department of Justice previously instructed not to be disclosed.

4) Creger has failed to pay Counsel approximately Six Thousand Dollars ($6,000) in litigation expenses advanced by Howell and Thompson since May 2020 to support his False Claims Act case, which expenses under his written fee agreement were his responsibility to pay.

5) Creger has also failed to pay a requested Twenty Thousand Dollar ($20,000) litigation expense advance – which he said he would pay – to prosecute his retaliatory discharge claim.

6) In compliance with the Local Rule, Counsel put Creger on notice of their intention to file this motion and withdraw from his representation in this matter by letter delivered by E-Mail, on September 20, 2023. (See Exhibit "A", attached.)

Creger's conduct has created an irreconcilable, professional impasse. No lawyer can represent a client who threatens to sue him, accuses him of dishonesty and failing to represent his (the client's) best interest, rejects his legal advice and refuses to pay incurred expenses of litigation and future litigation expense advances. Creger has continued to insist on taking actions, which Counsel have told him are repugnant or imprudent. If pursued, such actions would constitute violations of Rule 1.16(4) of the Tennessee Rules of Professional Conduct. Creger's failure to pay litigation expenses incurred implicates Rule 1.16(5) Tennessee Rules of Professional Conduct.

Counsel have taken reasonable steps to avoid any foreseeable prejudice to the rights of Relator, including attempts to obtain substitute counsel, which have been unsuccessful. Substitute counsel competent to handle the above-styled case on behalf of Relator should be retained.

Therefore, undersigned Counsel respectfully move that Relator be given ample time from the date of the Court's entry of an Order allowing this withdrawal to retain substitute counsel to represent him in this action. With the granting of this Motion, the Relator thereafter may be notified of any actions in this proceeding until substitute counsel files an appearance. Relator's E-Mail address is: dancreger@hotmail.com.

Counsel have provided Relator with a copy of this Motion.

Respectfully submitted,

By: ***/s/ Trevor W. Howell***

Trevor W. Howell, BPR 9496
HOWELL LAW, PLLC
4721 Sewanee Road
Nashville, TN 37220
(615) 406-1416 (Telephone)
(615) 373-8206 (Facsimile
Trevor@howelllawfirmllc.com

Ray M. Thompson
Attorney at Law
P. O. Box 81177
Mobile, AL 36689-1177
(251) 432-0055
seapitch@bellsouth.net

Attorneys for Relator

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2023, I electronically transmitted the above and foregoing ***Motion to Withdraw as Counsel for Relator, Daniel W. Creger*** to the Clerk of the Court using the CM/ECF System for filing and that a true and correct copy of the foregoing has been served by Counsel via U.S. mail, postage prepaid and via e-mail to:

Daniel W. Creger
4947 Laura Jeanne Boulevard
Murfreesboro, TN  37219

And

Via email: dancreger@hotmail.com

***/s/ Trevor W. Howell***
Trevor W. Howell