**EXHIBIT "A"**


# Ray M. Thompson

*Attorney At Law*

**P. O. Box 81177 Mobile, Alabama 36689-1177**

**Telephone: (251) 432-0055 E-mail: seapitch@bellsouth.net**


September 20, 2023

Mr. Daniel W. Creger
Nashville, Tennessee

**BY E-MAIL: dancreger@hotmail.com**

**Re: Creger v. Pinnacle Dermatology, LLC, et al - Your Text of 9/19/2023, at 1:24 PM**

Dear Dan:

Accusing Trevor and me of dishonesty and not acting in your best interest is false, disgusting and despicable. The real problem is that you think you are the best lawyer in the room, when you don't know the law, the legal rules, procedures or processes. In summary, you don't know what you are doing. That problem is made clear by your rejection of our professional advice that your *qui tam* case is now worthless because it was rejected by the Government for the reasons stated by Marie Bonkowski during the recent telephone conference–you were a participant--summarized in my letter to you of September 15, 2023. The Government could soon intervene in the case for the limited purpose of filing a motion to dismiss the case because it is not in the best interest of the United States. They have unfettered discretion to file such a motion, which under *Polansky*, is given great deference by the trial courts. There is no way for you, me, Trevor or anyone to successfully oppose such a motion, which the Court will grant. This is the reality of the legal tsunami that your *qui tam* claim faces if it goes forward. It is a dead, cold loser.

The Government, by doing nothing, could force you to dismiss your own *qui tam* case because of the cost involved in prosecuting it. First, you will have to serve approximately 1015 pages of the Original and Amended Complaints, and exhibits, on each of 416 defendants by Certified Mail, Return Receipt Requested or by private process server. I calculate service by Certified Mail will cost about $97,481.28. Then, you will incur discovery and deposition expense involved in proving up highly questionable and suspect *qui tam* claims against each of the 416 defendants, which could cost another several hundred thousand dollars. What sane, legitimate lawyer would advance such expenses in a case already rejected by the Government? What sane, legitimate lawyer would even take such a case? We have requested a $20,000 expense advance to pursue the retaliatory discharge claim, only. You told me personally that you would provide such an advance, but you have failed to do so. Trevor and I are presently owed about $6,000 in expenses, which we have advanced since May 2020. You are responsible to pay these expenses.

We have reached out to other lawyers to discuss your case. But we cannot in good conscience recommend your *qui tam* case to any lawyer for the reasons mentioned herein and in my letter to you of September 15. Trevor and I both believe we could have a reasonable opportunity to obtain counsel to pursue your retaliation claim but not the *qui tam* claim. One firm

has already expressed interest in the retaliation claim.

Your threats against Trevor and me are extremely disturbing, baseless but informative. We have taken no steps to prevent you from obtaining other counsel to represent you in the referenced matter. As any legitimate lawyer will tell you, Trevor and I have continuing rights under Tennessee Law to receive attorneys fees and expense recovery in this matter, associated with work we previously performed, if there is any recovery in the case. You personally owe us for our expenses, even if there is no recovery. As previously stated, we have not waived any rights to recover any attorneys fees or expenses in this matter and will never do so.

We told you before we filed your False Claims Act case on July 9, 2020, and several times since then, as recently as this summer, that if the Government did not intervene, then other counsel would have to be employed to litigate and try your case. We explained that Trevor and I are sole practitioners, unable to handle the heavy duty litigation requirements that a massive case such as yours would impose. You said multiple times since May 2020, that you understood. Every time this was discussed, you agreed that if the Government failed to intervene, other counsel would have to be employed. Your suggestion otherwise, now, is false and disingenuous.

Your further suggestion that we have not been honest with you and have played "attorney games," is baseless, hostile and false. Your threat of litigation against Trevor and me, which is duly noted, is without merit and will be dealt with accordingly, if you pursue such recklessness.

We have reached a professional impasse with you. You continue to ask us to do things, which conflict with our professional judgment–you previously requested that we disclose information that the Department of Justice specifically told us not to disclose. We recommended that you authorize us to file a Notice of Voluntary Dismissal of your worthless *qui tam* claim. You refused to do so. We cannot in good conscience obtain a lawyer to represent you in your *qui tam* case, which in our professional judgment is a worthless claim. Nevertheless, you continue to pursue it. You have not reimbursed us for the expenses we have advanced in your case, although we have requested you do so. You threaten baseless litigation against us. Due to your hostile, uncooperative actions, consider this as notice that we will file a motion to withdraw, as your counsel in the referenced matter, not later than next week, but we shall retain every right to recover our attorneys fees and expenses.

Under separate cover, we are sending you a copy of Judge Campbell's Order, dated September 18, 2023, which was electronically delivered to us today, by the Clerk's office, at 10:13 AM, September 20, 2023. The Order, which you should read carefully for yourself, among other things, partially lifts the seal in the case and specifically orders, at Paragraph 1, that, "The Complaint and Amended Complaint be unsealed and served upon the Defendants by the Relator." For the reasons stated herein, we will not be representing you in your "worthless" *qui tam* claim, and we cannot, and will not, be recommending such claim to any other lawyers for handling. You

have rejected our professional advice concerning such claim, and you have personally assumed the risk and financial responsibility, which pursuing such claim entails. In consideration of Judge Campbell's Order, we shall very soon file our motion to withdraw as your counsel in this matter.

We cannot represent a client who rejects our professional advice and questions our honesty, integrity and whether we act in his best interest. If you wish, we can discuss the foregoing at the soonest mutually convenient time.

Yours very truly,
*Ray M. Thompson*
Ray M. Thompson

cc: Trevor W. Howell