**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, et al., ex rel., DANIEL CREGER,** | ) | |
| **Plaintiffs,** | ) | **NO. 3:20-cv-00592** |
| **v.** | ) | **JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE HOLMES** |
| **PINNACLE DERMATOLOGY LLC, et al.,** | ) | |
| **Defendants.** | ) | |

# ORDER

Pending before the Court is a Motion to Withdraw as Counsel for Relator Daniel Creger filed by attorneys Trevor W. Howell and Ray M. Thompson. (Doc. No. 48). Counsel notified Relator of their intent to withdraw on September 20, 2023. (Doc. No. 48-1).

The Motion is **GRANTED**. Relator shall have sixty (60) days to secure new counsel and have them enter an appearance. Relator is advised that he may not bring a qui tam claim under the False Claims Act on behalf of the government without counsel. *See Stephens v. National City Corp.*, No. 20-3746, 2021 WL 3027864, at *4 (6th Cir. June 14, 2021) (citing *Downey v. United States*, 816 F. App'x 625, 627 (3d Cir. 2020) (per curiam); and *United States ex rel Mergent Servs. v. Flaherty*, 540 F.3d 89, 93-94 (2d Cir. 2008)).

The Clerk is directed to send a copy of this Order to Relator Daniel Cregor at the address provided in the motion: Daniel Creger, 4947 Laurel Jeanne Boulevard, Murfreesboro, Tennessee 37219, and by email at dancreger@hotmail.com.

It is so **ORDERED**.

William L. Campbell Jr.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE