**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, et al., ex rel., DANIEL CREGER,** | ) | |
| **Plaintiffs,** | ) | **NO. 3:20-cv-00592** |
| **v.** | ) | **JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES** |
| **PINNACLE DERMATOLOGY LLC, et al.,** | ) | |
| **Defendants.** | ) | |

# ORDER

On October 12, 2023, following the Notices of Election to Decline Intervention filed by the United States and the Plaintiff States (Doc. Nos. 45, 46), counsel for Relator Daniel Creger moved to withdraw (Dos. No. 48). The Court granted the motion and allowed Relator sixty (60) days to retain new counsel. (*See* October 20, 2023 Order, Doc. No. 49). The Court specifically advised Relator that he may not bring a qui tam claim under the False Claims Act on behalf of the government without counsel. (*Id*).

More than eight months have passed since the Court's October 20, 2023 Order. During that time, Relator has not retained new counsel or requested extension of time in which to do so. Relator is **ORDERED TO SHOW CAUSE** by July 10, 2024, why this case should not be dismissed for failure to prosecute. Failure to respond to this Order may result in dismissal.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE