RECEIVED
JUL 08 2024
U.S. District Court
Middle District of TN

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
719 CHURCH STREET, SUITE 1300
NASHVILLE, TENNESSEE 37203
OFFICIAL BUSINESS

NASHVILLE TN 370
27 JUN 2024 PM 6 L

NEOPOST
06/26/2024
$000.64
FIRST-CLASS MAIL
ZIP 37203
041L11256988

Daniel Creger
4947 Laurel Jeanne Blvd.
Murfreesboro, TN 37219

FORWARD TIME EXP RTN TO SEND
CREGER
PMB 80
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808
RETURN TO SENDER
372 NFE 1 3231006/28/24

S DISTRICT COURT FOR THE
ICT OF TENNESSEE
LE DIVISION

RECEIVED
JUL 08 2024
U.S. District Court
Middle District of TN

NO. 3:20-cv-00592

JUDGE CAMPBELL
MAGISTRATE JUDGE HOLMES

RDER

otices of Election to Decline Intervention filed by c. Nos. 45, 46), counsel for Relator Daniel Creger urt granted the motion and allowed Relator sixty ber 20, 2023 Order, Doc. No. 49). The Court bring a qui tam claim under the False Claims Act (*Id*).

ince the Court's October 20, 2023 Order. During sel or requested extension of time in which to do SE by July 10, 2024, why this case should not be respond to this Order may result in dismissal.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE