# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. DANIEL CREGER, | |
| Plaintiffs, | NO. 3:20-cv-00592 |
| v. | JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |
| PINNACLE DERMATOLOGY LLC, et al., | |
| Defendants. | |

## ORDER

On October 20, 2023, the Court granted a motion to withdraw as counsel for Relator Daniel Creger filed by attorneys Trevor W. Howell and Ray M. Thompson. (Doc. No. 49). The Court gave Relator 60 days to secure new counsel and have them enter an appearance in this action. (*Id.*). The Court specifically advised Relator that he may not bring a qui tam action under the False Claims Act on behalf of the government without counsel. (*Id.*).

On June 26, 2024, the Court entered an Order advising Relator that more than 8 months had passed since the Court's October 20, 2023 Order and that during that time, Relator had not retained new counsel or requested extension of time in which to do so. (Doc. No. 50). The Court ordered Relator to show cause by July 10, 2024, why this case should not be dismissed for failure to prosecute. At that time, the Court warned Relator that failure to respond to the Order may result in dismissal. (*Id.*).

That time period has expired, and Relator has not responded to the Court's June 26, 2024 Order. Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with the Court's Order. Fed. R. Civ. P. 41(b); *Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736 (6th Cir. 2008) (Rule 41(b) "confers on district courts the authority to dismiss

an action for failure of a plaintiff to prosecute the claim or to comply with the Rules or any order of the Court.").

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE